UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES,

                Plaintiff,                              Case No. 21-cv-05578

  -against-                                                 **Answer**

JUAN REYES and CATHERINE REYES,

                Defendants.
------------------------------------------------------------------------X

Defendants Juan Reyes and Catherine Reyes, by their attorneys Mazzola Lindstrom, LLP, as and for their answer to the complaint, allege as to each of the enumerated paragraphs as follows:

### Jurisdiction and Venue

1. Admit.

2. Admit.

3. Admit.

4. Admit.

### Background Regarding Foreign Bank Account of Juan and Catherine Reyes

5. Admit.

6. Admit.

7. Deny knowledge or information sufficient to form a belief.

### Tax Return Filing. Failure to Disclose Account, and Use of Account

8. Deny knowledge or information sufficient to form a belief.

9. Deny knowledge or information sufficient to form a belief.

1

10. Deny knowledge or information sufficient to form a belief.

11. Deny knowledge or information sufficient to form a belief.

### Count I: Judgment for Civil Penalties
### (31 U.S.C. § 5321 (a)(5)) (Juan Reyes)

*Liability for the Civil Penalties*

12. Admit that defendant was a resident of the United States during the stated time, but refer all questions of the interpretation of the cited law to the court.

13. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

14. Deny knowledge or information sufficient to form a belief.

15. Deny knowledge or information sufficient to form a belief.

16. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

17. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

*Assessment and Collection of the Civil Penalties*

18. Deny knowledge or information sufficient to form a belief.

19. Deny knowledge or information sufficient to form a belief.

20. Deny knowledge or information sufficient to form a belief.

21. Deny knowledge or information sufficient to form a belief.

22. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

23. Deny knowledge or information sufficient to form a belief.

24. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

25. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

26. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

27. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

### Count II: Judgment for Civil Penalties
### (31 U.S.C. § 5321 (a)(5)) (Catherine Reyes)

*Liability for the Civil Penalties*

28. Admit that defendant was a resident of the United States during the stated time, but refer all questions of the interpretation of the cited law to the court.

29. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

30. Deny knowledge or information sufficient to form a belief.

31. Deny knowledge or information sufficient to form a belief.

32. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

33. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

*Assessment and Collection of Civil Penalties*

34. Deny knowledge or information sufficient to form a belief.

35. Deny knowledge or information sufficient to form a belief.

36. Deny knowledge or information sufficient to form a belief.

37. Deny knowledge or information sufficient to form a belief.

38. Deny knowledge or information sufficient to form a belief.

39. Deny knowledge or information sufficient to form a belief.

40. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

41. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

42. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

43. Deny knowledge or information sufficient to form a belief, and otherwise refer all questions of law to the court.

## Affirmative Defenses

1. Plaintiff's claims are barred in whole or in part based on its failure to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by a lack of willfulness or other requisite state of mind.

3. Plaintiff's claims are barred in whole or in part by mistake.

4. Plaintiff's claims are barred in whole or in part based on the statute of limitations.

5. Plaintiff's claims are barred in whole or in part based upon waiver, equitable estoppel, or laches.

6. Plaintiff's claims are barred in whole or in part by recoupment or set off.

7. Plaintiff's claims are barred in whole or in part by mistake.

8. Plaintiff's claims are barred by any other matter constituting avoidance or affirmative defense.

## Jury Demand

Defendants demand a trial by jury of all issues so triable.

\*\*\*

WHEREFORE, defendants Juan Reyes and Catherine Reyes respectfully request that the court enter judgment in their favor, and against plaintiff United States.

Dated: New York, New York
March 4, 2022

Respectfully submitted,

MAZZOLA LINDSTROM LLP
Attorneys for defendants
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
By: */s/ Richard E. Lerner*
　　　Richard E. Lerner
Tel: 646.813.4345
Cell: 917.584.4864
richard@mazzolalindstrom.com

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on March 4, 2022 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Richard E. Lerner*