

|  |  |
|---|---|
| | U.S. Department of Justice |
| | Tax Division |
| *Trial Attorney: Philip Leonard Bednar* | Please reply to:   Civil Trial Section, Northern Region |
| *Attorney's Direct Line: 202-307-6415* | P.O. Box 55 |
| *Fax No.:  202-514-5238* | Washington, D.C. 20044 |
| *Philip.L.Bednar@usdoj.gov* | |

DAH:DMK:PLBednar
DJ 5-52-20541
CMN 2021100376

February 28, 2023

<u>Via Email</u>

Richard E. Lerner, Esq.
Mazzola Lindstrom LLP
1350 Avenue of the Americas, Second Floor
New York, NY  10019
Email:  richard@mazzolalindstrom.com

    Re: *United States of America v. Reyes, et al.*,
      <u>Case No. 1:21-cv-05578 (E.D.N.Y.)</u>

Dear Mr. Lerner:

  Pursuant to District Judge Brodie's individual Court rules, attached are copies of the following:

1. Notice of Plaintiff United States of America's Motion for Summary Judgment

2. Memorandum of Law in Support of Plaintiff United States of America's Motion for Summary Judgment

3. Statement of Undisputed Material Facts

4. Declaration of Julia M. Glen in Support of Plaintiff United States of America's Motion for Summary Judgment

5. Declaration of Deborah D. Cox in Support of Plaintiff United States of America's Motion for Summary Judgment

6. Declaration of Kimberly Nguyen in Support of Plaintiff United States of America's Motion for Summary Judgment

7. Proposed Judgment

- 2 -

Sincerely yours,

*/s/ Philip L. Bednar*

PHILIP L. BEDNAR
JULIA M. GLEN
Trial Attorneys
Civil Trial Section, Northern Region

Enclosures:  As stated.