| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>―――――――――――――――――――――――x<br>UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>      *v.*<br><br>JUAN REYES and<br>CATHERINE REYES,<br><br>      *Defendants.*<br>―――――――――――――――――――――――x | No. 1:21-cv-05578<br><br>Dist. Judge Margo K. Brodie<br><br>Mag. Judge Peggy Kuo |

## JUDGMENT

Plaintiff United States of America, having moved for summary judgment against Defendants Juan Reyes and Catherine Reyes on all counts contained in the United States' Complaint in this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

(1) that Plaintiff United States of America is entitled to judgment against Defendant Juan Reyes in the amount of $518,170.30 (which is comprised of the FBAR penalty of $420,051.00, late-payment penalty of $84,102.26, and interest of $14,017.04), plus statutory additions, including interest accruing pursuant to 31 U.S.C. § 3717(a)(1), from and after February 21, 2023, until the date of entry of this judgment, and interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of this judgment until this judgment is fully paid, plus late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until this judgment is fully paid, for the unpaid FBAR penalties (31 U.S.C. § 5321(a)(5)(C)(i)) assessed against Juan Reyes for the years 2010, 2011, and 2012; and,

(2) that the Plaintiff United States of America is entitled to an additional and separate judgment against Defendant Catherine Reyes in the amount of $518,170.30 (which is comprised

1

of the FBAR penalty of $420,051.00, late-payment penalty of $84,102.26, and interest of $14,017.04), plus statutory additions, including interest accruing pursuant to 31 U.S.C. § 3717(a)(1), from and after February 21, 2023, until the date of entry of this judgment, and interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of this judgment until this judgment is fully paid, plus late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until this judgment is fully paid, for the unpaid FBAR penalties (31 U.S.C. § 5321(a)(5)(C)(i)) assessed against Catherine Reyes for the years 2010, 2011, and 2012.

**JUDGMENT TO THE PLAINTIFF AS STATED HEREIN.**

Dated: _____      _____
                                                                                  United States District Judge

SUBMITTED BY:

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Philip L. Bednar*
PHILIP L. BEDNAR (WA State No. 41304)
JULIA M. GLEN (MN Bar No. 0399238)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-6415 (v) (plb)
202-598-3280 (v) (jmg)
202-514-5238 (f)
Philip.L.Bednar@usdoj.gov
Julia.M.Glen@usdoj.gov


Of Counsel:

BREON PEACE
United States Attorney