```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK      x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        Plaintiff,                :
                                  :
     v.                           :   No.: 1:21-cv-05578
                                  :
JUAN REYES and                    :   Dist. Judge Margo K. Brodie
CATHERINE REYES,                  :
                                  :   Mag. Judge Roanne L. Man
        Defendants.               :
                                  x
```

**Defendants' Response to Plaintiff United
States of America's First Set of Interrogatories**

Defendants Juan Reyes and Catherine Reyes, in response to plaintiff United States of America's first set of interrogatories, by and through the undersigned counsel, state as follows:

1. Sidney Yoskowitz, CPA (retired).

2. Defendants Juan Reyes and Catherine Reyes.

   The parents of defendant Juan Reyes, viz., his father (also named Juan Reyes), and his mother Teresa Reyes. Both of defendant Juan Reyes's parents are deceased.

   Defendants' son Juan Reyes III, Esq.

   Sidney Yoskowitz, CPA (retired).

3. Defendants have no recollection of withdrawals or deposits, independent of the documentation disclosed simultaneously herewith.

4. JP Morgan Chase. See documentation disclosed herewith, and account information previously disclosed voluntarily by defendants.

5. The defendants believed that the money was defendant Juan Reyes's parents' money, that had been placed in the names of the defendants.

Exhibit B

1

6. Defendant Juan Reyes's parents.

7. The defendants vistited London in or about the year 2000 in order to visit family.

8. The defendants never visited Switzerland.

9. The defendants have no recollection of ever having spoken with any such persons; rather, to the best of the defendants' recollection, such communications were through ordinary letter correspondence.

10. The only account that is responsive to this interrogatory is the account at issue in this lawsuit, and the information requested is set forth in the accompanying document production.

11. This information was voluntarily disclosed to the IRS by defendants' counsel Doug Allen of the Seyfarth law firm. The defendants do not possess details of such voluntary disclosure.

12. Defendants are not in possession of credit cards, and the only information available to the defendants that is response to this interrogatory is set forth in the accompanying document production.

13. Defendants themselves.

    Doug Allen of the Seyfarth Shaw law firm. See

    https://www.seyfarth.com/search.html?q=allen

    Juan Reyes, III of the Faeger Drinker law firm. See

    https://www.faegredrinker.com/en/professionals?lastname=reyes

    Sidney Yoskowitz, CPA, retired and current address unknown.

Dated: New York, New York
     June 29, 2022                                                       MAZZOLA LINDSTROM, LLP

/s/ *Richard E. Lerner*
Richard E. Lerner, Esq.
1350 Avenue of the Americas, 2nd Floor New York, NY 10019
Richard@mazzolalindstrom.com
Counsel for defendants

To: (Via Email)
    AUSA Philip L. Bednar
    AUSA Julia M. Glen

## CERTIFICATE OF SERVICE

I certify that on June 29, 2022, I caused a copy of the foregoing document to be delivered by electronic mail (where indicated below) to counsel for plaintiff United States:

Philip.L.Bednar@usdoj.gov
Julia.M.Glen@usdoj.gov

Dated: New York, New York
June 29, 2022

                                                    MAZZOLA LINDSTROM, LLP

                                                    */s/ Richard E. Lerner*
                                                    Richard E. Lerner, Esq.
                                                    1350 Avenue of the Americas, 2nd Floor New York, NY 10019
                                                    Richard@mazzolalindstrom.com
                                                    Counsel for defendants