```
                                          Page 1

 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    -----------------------------------------X
      UNITED STATES OF AMERICA,
 4
                              PLAINTIFF,
 5
 6         -against-          Case No.:
                              1:21-cv-05578
 7
 8    JUAN REYES and
      CATHERINE REYES,
 9
                              DEFENDANTS.
10    -----------------------------------------X
11
12              DATE: December 2, 2022
13              TIME: 9:35 A.M.
14
15
16         DEPOSITION of the Defendant,
17    JUAN REYES, taken by the Plaintiff,
18    pursuant to a Court Order and to the
19    Federal Rules of Civil Procedure, held at
20    the offices of U.S. Attorney's Office for
21    the Eastern District of New York, 271
22    Cadman Plaza East, Brooklyn, New York
23    11201, before Enrique Alvarado, a Notary
24    Public of the State of New York.
25
```

**Exhibit**

C

Page 2

```
 1
 2    A P P E A R A N C E S :
 3
 4    DEPARTMENT OF JUSTICE TAX DIVISION -
      NORTHERN REGION
 5      Attorneys for the Plaintiff
        UNITED STATES OF AMERICA
 6      1275 1st Street, NE
        Washington, D.C. 20002
 7      BY: PHILIP BEDNAR, ESQ.
        Philip.l.bednar@usdoj.gov
 8
 9      MAZZOLA LINDSTROM LLP
        Attorneys for the Defendants
10      JUAN REYES and
        CATHERINE REYES
11      1350 Avenue of the Americas, 2nd Floor
        New York, New York 10019
12      BY: RICHARD LERNER, ESQ.
        Richard@mazzolalindstrom.com
13
14
15    ALSO PRESENT:
16      Julia Glen, Esq.
        Department of Justice Tax Division
17      Northern Division
18
                    *          *          *
19
20
21
22
23
24
25
```

Page 3

1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5     IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24              *     *     *     *

25

Page 4

1                    J. REYES

2    J U A N   R E Y E S, called as a witness,

3    having been first duly sworn by a Notary

4    Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. BEDNAR:

8         Q.    Please state your name for the

9    record.

10        A.    Juan Reyes.

11        Q.    What is your address?

12        A.    72 Dartmouth Street, Forest

13   Hills, New York 11375.

14        Q.    Good morning.  My name is Phil

15   Bednar with the United States Department of

16   Justice Tax Division in Washington D.C.

17   We're here in the matter of United States

18   versus Reyes, which is a case pending in

19   the United States District Court for the

20   Eastern District of New York.  The case

21   number 1:21-cv-05578.

22             And we're taking this

23   deposition today under the federal rules of

24   civil procedure.  Why don't we go around

25   and introduce ourselves.  I'm with my

Page 5

```
1                       J. REYES
2   Co-counsel to my left here is Julia Glen.
3   She's here today with me for this
4   deposition.  Could the witness please
5   introduce himself for the record, your
6   name?
7        A.    My last name is Reyes,
8   R-E-Y-E-S, my first name is Juan, J-U-A-N.
9             MR. BEDNAR:  And Mr. Lerner,
10       can you go ahead and introduce
11       yourself please.
12            MR. LERNER:  Richard E. Lerner
13       of the law firm Mazzola Lindstrom
14       LLP, 1350 Avenue of the Americas, New
15       York, New York.
16       Q.    Mr. Reyes, can you please
17   provide, for the record, your address and
18   date of birth?
19       A.    Okay.  The date of birth of
20   [redacted] 1932, and my address is 72
21   Dartmouth Street, Forest Hills, New York
22   11375.
23       Q.    Mr. Reyes, is Mr. Lerner, who
24   is seated to your right, is he your counsel
25   for today's deposition?
```

Juan Reyes                                              December 2, 2022

                                                              Page 6

 1                          J. REYES

 2          A.      Yes.

 3          Q.      Mr. Reyes, have you ever been

 4   deposed before?

 5          A.      I believe so, yes.

 6          Q.      And in what circumstance were

 7   you deposed?

 8          A.      Well, we have litigation with

 9   my brother-in-law and as a witness through

10   probably medical problems, with me, a

11   defendant friend of mine.

12          Q.      Were you deposed in a medical

13   malpractice case?

14          A.      Yeah.  Well, the witness

15   defended a case that my friend had.

16          Q.      Have you ever been deposed in a

17   case involving foreign financial accounts

18   with Lloyds Bank?

19          A.      I believe I was interviewed by

20   foreign, some person in Washington.

21          Q.      By the IRS?

22          A.      Yes.

23          Q.      Other than that, have you ever

24   been deposed about by anyone regarding an

25   account you and your wife had with Lloyds

Juan Reyes                                    December 2, 2022

                                                        Page 7

1                    J. REYES

2     Bank?

3          A.     No, not really.

4          Q.     I'm just going to go through a

5     few ground rules about depositions that I

6     think would help us today.  The court

7     reporter will be creating a written

8     transcript of today's testimony.  You will

9     have the opportunity to review it for

10    typographical and clerical errors.  Once

11    the transcript is created it will be sent

12    to you and you can take a look at it.

13              I ask you that you please give

14    fully audible answers to my questions so

15    don't nod your head or shake your head to a

16    yes or no type of question.  Say the words

17    yes or no instead.  Please wait until I've

18    finished fully asking my question before

19    you proceed to answer the question.  That

20    way it'll prevent breaks in the testimony

21    from showing up.

22              If you need a rest break, I'm

23    happy to accommodate that.  My only request

24    is that you wait until you've completed

25    giving your answer to the last question

Page 8

```
 1                  J. REYES
 2   before we take a rest break; that way we
 3   don't we have any open questions during a
 4   rest break.
 5            If Mr. Lerner raises an
 6   objection to a question I ask, you can
 7   proceed to answer that question unless he
 8   instructs you not to answer it and most
 9   likely it will be because of an
10   attorney-client privilege that Mr. Lerner
11   is raising.  Are you under any medication
12   which would prevent you from giving
13   testimony today?
14        A.    No.
15        Q.    Let's go ahead and proceed with
16   more of the substance.  What, if anything,
17   did you do to prepare for this deposition
18   today?
19        A.    I read papers that have been
20   prepared by my former lawyer, Doug Allen.
21        Q.    Were those papers produced
22   already to the IRS or to the Department of
23   Justice in this case?
24        A.    I think so.
25        Q.    Okay.  Do you remember some of
```

Juan Reyes                                    December 2, 2022

                                                    Page 9

 1                    J. REYES
 2    the substance of the paper you were
 3    reading?  What exactly were they about
 4    other than privileged attorney-client
 5    communications?
 6          A.     I do remember, yes.
 7          Q.     What were they about in
 8    general?
 9          A.     That we have an offshore bank
10    account that were given by my parents in
11    Nicaragua.  It's before I became an
12    American citizen and then it's, at one
13    point, we decide for different reasons to
14    bring it to the United States, and although
15    I believe that it's not everybody agree
16    with the United States that is any asset
17    that's outside of the United States by
18    citizens, they have to be really declared
19    by the United States, because since the law
20    have been changed, the American accept the
21    dual citizenship, in accordance to some of
22    these international lawyers, the whole ball
23    game has been changed.
24                 In any event, we have to be
25    paying the money here because I need the

Juan Reyes                                December 2, 2022

Page 10

1                    J. REYES

2       money and besides, so I became aware, when

3       I began the position, the United States was

4       saying that I did have to declare anything

5       that I have outside of the country and we

6       did that, we pay all the taxes, I look for

7       a lawyer.  I didn't want to do it before

8       that but I need a lawyer to bring it to the

9       United States.

10                   That was Doug Allen, that was

11      his name, and he said pay all the taxes,

12      and then we have all the problem now

13      because I think that penalties, they are

14      really way out of the amount of money that

15      we have, and he said -- and also we did

16      have to use some money before bringing over

17      here, and in the way of credit card,

18      because we need it and to help my family,

19      my brother and sisters, that had to get out

20      of Nicaragua because the country had been

21      taken over by the communists, and they had

22      to leave the country penniless and I felt

23      it my duty was to help them.

24           Q.    We'll explore the history of

25      the account as we go through today.  I just

Juan Reyes                                    December 2, 2022

Page 11

```
 1                    J. REYES
 2  wanted to get a general idea of what
 3  documents you looked at, before today's
 4  deposition, to prepare.  It sounds like you
 5  reviewed some documents involving
 6  Mr. Allen.  Was there anything else you
 7  looked at before today's deposition to
 8  prepare?
 9       A.    I don't think so.
10       Q.    Did you speak to anyone to
11  prepare for this deposition today other
12  than Mr. Lerner?
13       A.    No, nobody.
14       Q.    Could you give me just a --
15       A.    My wife was present when I
16  spoke to Mr. Lerner.
17       Q.    Could you give me just an
18  overview of your education starting with
19  high school and beyond that.  Where did you
20  attend, what institutions did you attend,
21  what degrees did you obtain and such?
22       A.    I live in Nicaragua and I went
23  to grammar school in my hometown in
24  Chinandega, C-H-I-N-A-N-D-E-G-A, in
25  Nicaragua.  Then I went to college, the
```

Juan Reyes                                          December 2, 2022

Page 12

1                    J. REYES

2      city next to my hometown, in León, and then

3      also I attend American school in Mexico in

4      Mexico City, when I became a medical

5      doctor.  Then I came, I pursue my education

6      in the United States.  I came over here, I

7      think a course in New American College and

8      then I went to New York University in the

9      Veteran Administration in Manhattan, and

10     the Veteran Administration in Brooklyn.  I

11     became a proficient in thoracic surgery as

12     well as general surgery, and then I became

13     a full time surgeon for the Catholic

14     Medical Center for, I remember, two or

15     three years; I went to private practice and

16     was a medical doctor.

17          Q.    Let me just explore a few

18     different things you mentioned.  So you

19     didn't go to medical school in Nicaragua

20     but instead it was in Mexico, correct?

21          A.    That is correct.

22          Q.    What was the name of the

23     medical school in Mexico that you went to?

24          A.    National University of Mexico.

25          Q.    When did you obtain your

Juan Reyes                                          December 2, 2022

Page 13

```
 1                      J. REYES
 2    medical degree there?
 3         A.     1957.
 4         Q.     So from there, you went
 5    straight to the United States?  I was
 6    trying get a timeline of --
 7         A.     I see.  I think that I went
 8    maybe for six months, eight months, to
 9    Nicaragua and I was trying to find out
10    where I'm going to continue my medical
11    education and then after that, I came
12    straight into New York.
13         Q.     You mentioned did some further
14    education in New York for medical related.
15    Was that a residency or were you taking
16    classes?
17         A.     It's a residency and internship
18    and then a residency in New York.
19         Q.     How long did that last?
20         A.     About six years.
21         Q.     And then from there, you said
22    you did some work for the veterans.  What
23    was it again?
24         A.     Veteran Administration
25    Hospitals.
```

Juan Reyes                                    December 2, 2022

Page 14

1                    J. REYES

2        Q.    And how long have you been in

3    -- are you still in private practice?

4        A.    Yes.  I'm not so active like I

5    use to be but I'm still in private practice

6    because I still have to resolve this

7    problem that we have here with the Internal

8    Revenue.

9        Q.    How long have you been in

10   private practice as a doctor?

11       A.    Over 50 years.

12       Q.    Do you hold a medical license

13   out of New York State?

14       A.    I do.

15       Q.    When did you first begin living

16   in the United States?  Could you pinpoint a

17   year for that?

18       A.    I believe 1960.

19       Q.    And why did you move to the

20   United States?

21       A.    I want to pursue my medical

22   education.

23       Q.    Are you a United States citizen

24   now?

25       A.    Yes, I am.

Juan Reyes                                    December 2, 2022

Page 15

```
 1                    J. REYES
 2        Q.    When did you become a United
 3   States citizen?
 4        A.    1982.
 5        Q.    So that was the year you were
 6   naturalized?
 7        A.    Yes.
 8        Q.    Are you a citizen of any other
 9   country besides the United States?
10        A.    Yes, I am.
11        Q.    Which countries?
12        A.    Nicaragua.
13        Q.    Any others?
14        A.    No.
15        Q.    Could you list all countries
16   that you've lived in your life?
17        A.    I only lived in Nicaragua,
18   Mexico and the United States.
19        Q.    Did you ever live in Spain?
20        A.    I visited Spain but I never
21   lived in Spain.
22        Q.    Have you ever lived in
23   Guatemala?
24        A.    Excuse me?
25        Q.    Have you ever lived in the
```

Juan Reyes                                    December 2, 2022

Page 16

```
 1                    J. REYES
 2   country of Guatemala?
 3        A.    Never.
 4        Q.    I'm going to ask you a few
 5   questions about Switzerland, the country.
 6   Have you ever lived in Switzerland?
 7        A.    Never.
 8        Q.    Have you ever done business in
 9   Switzerland?
10        A.    Not directly.
11        Q.    When you say not directly, what
12   do you mean by that?
13        A.    Because the bank when I had
14   account, they decide to transfer the
15   account to Switzerland.
16        Q.    Are we talking about the Lloyds
17   Bank account that's the subject of this
18   lawsuit?
19        A.    Lloyds Bank, yes.
20        Q.    Other than the Lloyds Bank
21   account, have you done any other business
22   in Switzerland?
23        A.    Never.
24        Q.    Do you have any business
25   connections to Switzerland other than
```

 1                     J. REYES

 2    Lloyds Bank?

 3         A.    Nothing, zero.

 4         Q.    Do you have any personal

 5    connections to Switzerland?

 6         A.    Nothing.

 7         Q.    Have you ever travelled to

 8    Switzerland?

 9         A.    Never.

10         Q.    I'm going to ask you similar

11    questions about the United Kingdom.  Have

12    you ever lived in the United Kingdom?

13         A.    Never.

14         Q.    Have you ever done any business

15    in the United Kingdom?

16         A.    I visit the United Kingdom.

17         Q.    I was going to ask that later

18    but let's stick with have you ever done any

19    business in the United Kingdom?

20         A.    No.

21              MR. LERNER:  Other than having

22         that bank account?

23         Q.    Did you ever -- was having the

24    Lloyds Bank account a way of doing business

25    in the United Kingdom?

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 18 of 255 PageID #: 158

```
 1                       J. REYES
 2          A.     Say again.
 3          Q.     Was the Lloyds Bank account a
 4   form of doing business in the United
 5   Kingdom for you?
 6          A.     Yes.
 7          Q.     Other than having a Lloyds
 8   Bank, did you do any other business in the
 9   United Kingdom?
10          A.     Nothing.
11          Q.     Did you have any other business
12   connections to the United Kingdom?
13          A.     Nothing.
14          Q.     Did you have any personal
15   connection to the United Kingdom?
16          A.     My wife's relatives in London.
17          Q.     Which relative does she have
18   there?
19          A.     She has some cousins but I
20   think they died too.  I think they're like
21   90 years old now too.
22          Q.     Did one of your sons study law
23   in England?
24          A.     He didn't study.  He was -- he
25   got the license to practice in England.
```

Juan Reyes                                     December 2, 2022

Page 19

                        J. REYES

1

2       Q.      When did he obtain his law

3    license or barrister's license in England?

4       A.      I'm not sure.

5               MR. LERNER:  Objection.

6          Foundation.  He's a solicitor not a

7           barrister.

8               MR. BEDNAR:  Off the record.

9               (Whereupon, an off-the-record

10          discussion was held.)

11      Q.      Mr. Reyes, have you ever

12   traveled to the United Kingdom yourself?

13      A.      Yes.

14      Q.      How many times have you

15   traveled there?

16      A.      Maybe four or five times.

17      Q.      And what was the purpose of

18   your visits to the United Kingdom?

19      A.      Just to visit, visit friends

20   and tourism, and go to the theater.

21      Q.      When did you travel to the

22   United Kingdom?  If you come up with

23   years --

24              MR. BEDNAR:  Strike that.

25      A.      It's hard to remember but the

Page 20

```
 1                    J. REYES
 2   last time that I was there, maybe it was
 3   seven years ago.
 4        Q.    Which decades did you travel to
 5   the United Kingdom?
 6        A.    Maybe in 1990s and -- probably
 7   then.
 8        Q.    So you traveled there in the
 9   1990s?
10        A.    Yes.
11        Q.    Did you travel there in the
12   2000s?
13        A.    Maybe probably, yes.
14        Q.    And did you travel there in
15   2010s?
16        A.    I wouldn't remember.
17        Q.    When was the last time you
18   traveled to the United Kingdom?
19        A.    I believe around seven years
20   ago roughly.
21        Q.    Did you ever visit any
22   representative of Lloyds Bank when you
23   traveled to the United Kingdom?
24        A.    One day, one representative of
25   the Lloyds Bank know that I was there and
```

Juan Reyes                                    December 2, 2022

Page 21

```
 1                    J. REYES
 2    came to visit me.
 3         Q.    The Lloyds Bank rep visited
 4    you?
 5         A.    Yes.
 6         Q.    Who was the name of that
 7    representative?
 8         A.    I think his name was Bernard
 9    Gaughran.  I think G-O-C-H-R-A-N, more or
10    less.
11         Q.    We may see that name appear in
12    some documents later on and we'll confirm
13    that.  When did Mr. Gaughran visit with
14    you?
15         A.    The exact date I don't remember
16    but probably early 2000.
17         Q.    What was the purpose of the
18    meeting?
19         A.    He was saying that -- at one
20    point he offered that if we need anything
21    -- to begin with, they were going to
22    transfer this, the bank, to Zurich and then
23    they probably were going to transfer to
24    Geneva and was telling me if we need to get
25    any money from the bank, we could do it in
```

Juan Reyes                                    December 2, 2022

Page 22

 1                    J. REYES
 2    the way of getting the credit card.
 3         Q.     And was there any follow-up
 4    done after that meeting?
 5         A.     Maybe we meet once or twice.
 6         Q.     So shortly after?
 7         A.     I would say after that but I
 8    don't have a problem after.
 9         Q.     Did you end up --
10                MR. LERNER:  Can you read that
11          back.
12                (Whereupon, the referred to
13          answer was read back by the
14          Reporter.)
15         Q.     Did you end up withdrawing any
16    money after discussions of possibly doing
17    that from the meeting?
18         A.     Yes, after that, but way after
19    the meeting, I did end up getting some
20    money out of the bank.
21         Q.     How much was that?
22         A.     I won't remember but I know
23    that we got some money because I mentioned
24    to you my relatives in Nicaragua.
25         Q.      I want to make it clear that

Juan Reyes                                    December 2, 2022

Page 23

1                    J. REYES

2    I'm not referring to closing the accounts.

3    I'm talking about just taking cash out

4    after that meeting.  Did you do that?

5         A.    When we got the credit card, we

6    use to get cash out of the bank with the

7    credit card.

8         Q.    So I want to confirm, did you

9    and/or Mrs. Reyes have a credit card that

10   enabled either of you to withdraw money out

11   of the Lloyds Bank account?

12        A.    That's correct, yes.

13        Q.    And we'll explore that in more

14   detail but another question on that.  How

15   often did you use a credit card to make

16   such withdrawals?

17        A.    When I need something but I'm

18   couldn't say exactly how often.

19        Q.    Was anyone else with you at the

20   meeting with Mr. Gaughran when you're in

21   the UK?

22        A.    I don't think so.

23        Q.    Was that in London?

24        A.    That was in London.

25              MR. LERNER:  By "you," did you

Juan Reyes                                    December 2, 2022

Page 24

1                    J. REYES

2         mean him and Ms. Reyes or did you

3         mean --

4                  MR. BEDNAR:  No, I meant just

5          Mr. Reyes.

6         Q.    Let me ask that question.  Was

7    Mrs. Reyes with you at that meeting with

8    Mr. Gaughran from Lloyds Bank?

9         A.    I think so.

10        Q.    Was anyone else at that meeting

11   besides you, Ms. Reyes, and Mr. Gaughran?

12        A.    I don't think so.

13        Q.    And where in London was that

14   meeting?

15        A.    In a hotel.

16        Q.    Which hotel?

17        A.    I don't remember the name.

18        Q.    Was it a conference room --

19        A.    No, it was in the hotel and he

20   went there and saw me probably in the lobby

21   of the hotel.

22        Q.    How long did the meeting last?

23        A.    Not more than probably

24   15 minutes.

25        Q.    Mr. Reyes, have you ever --

Juan Reyes                                        December 2, 2022

                                                        Page 25

 1                          J. REYES

 2                  MR. LERNER:  Dr. Reyes.

 3          Q.    I'm sorry, Dr. Reyes --

 4          A.    In England, when you become a

 5   surgeon, you become "mister" again.  They

 6   don't call you "doctor," they call you

 7   "mister."

 8          Q.    Dr. Reyes, have you ever owned

 9   a business?

10          A.    Besides my medical practice?

11          Q.    Let me ask you a different way.

12   Please name any businesses you have ever

13   owned or co-owned?

14          A.    Besides my medical practice?

15          Q.    Let's start with that.  Your

16   medical practice, how do you operate that?

17   Is that a sole proprietorship or is it in a

18   separately legal entity?

19          A.    I practice medicine in an MD PC

20   because I was a professional corporation

21   but there were several doctors that were

22   practicing with me.

23          Q.    What is the name of the PC?

24          A.    Juan D. Reyes, M.D. P.C.

25          Q.    Who has owned that PC since it

Juan Reyes                                          December 2, 2022

                                                            Page 26

```
 1                         J. REYES
 2    was formed?
 3           A.    Myself.
 4           Q.    Anybody else?
 5           A.    No.
 6           Q.    So moving on from the PC, have
 7    you ever owned or co-owned any other
 8    businesses?
 9           A.    A building.
10           Q.    What's the name of that entity?
11           A.    It's 424 138th Street and then
12    another one in 91 Graham, G-R-A-H-A-M,
13    Avenue, Brooklyn, New York 11206.
14           Q.    Let's start with the 91 entity.
15    What's name of that entity?
16           A.    It's 91 Avaline.
17                 MR. LERNER:  Off the record.
18                 (Whereupon, an off-the-record
19            discussion was held.)
20           Q.    Mr. Reyes, have you ever been
21    an owner or a co-owner of a company called
22    91 Avaline LLC?
23           A.    Yes.
24           Q.    What is the nature of that
25    entity's business?
```

Page 27

1                        J. REYES

2         A.     We have a building.  We own a

3    building.

4         Q.     So it owns real property?

5         A.     Yes.

6         Q.     Where does it own real

7    property?

8         A.     In Brooklyn.

9         Q.     What is the address?

10        A.     91 Graham Avenue, Brooklyn, New

11    York 11206.

12        Q.     Who are the owners or members

13    of the LLC?

14        A.     May I talk to my lawyer?

15        Q.     I don't know actually.

16               MR. BEDNAR:  I think he's got

17         to answer it.

18               MR. LERNER:  Just answer to the

19         best of your ability.  It's okay if

20         your answer is different from what

21         Mrs. Reyes said.  Don't worry about

22         that.

23        A.     It's my wife and myself.

24        Q.     Are there any other owners of

25    that LLC?

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 28 of 255 PageID #: 168

```
 1                    J. REYES
 2        A.    I think my son also owns part
 3   of that.
 4        Q.    What are the percentage
 5   ownership interest of the three of you if
 6   you know?
 7        A.    Probably I own 90 percent, my
 8   wife five percent, and my son five percent.
 9        Q.    And when you say your son, are
10   you referring to Juan Reyes III?
11        A.    Yes.
12        Q.    Does it own any other assets
13   other than the real property that you
14   mentioned?
15        A.    Nothing.
16        Q.    I guess we stipulated to this
17   yesterday in Mrs. Reyes's deposition.  Was
18   this entity formed around February of 2010?
19        A.    The corporation was formed when
20   we got the building.
21        Q.    So there is a building.  Are
22   there tenants in the building?
23        A.    Yes.
24        Q.    Who are the tenants?  You don't
25   have to name their names but just in
```

Page 29

```
 1                    J. REYES
 2   general, who were the tenants there?
 3        A.    They're people that work, blue
 4   collar workers, they work in construction,
 5   many of them illegal aliens.
 6        Q.    So these tenants are residing
 7   there, they're living there, right?
 8        A.    They live there.
 9        Q.    Is this a residential building?
10        A.    It's a residential and
11   commercial.  We have the office there in
12   the first floor.
13        Q.    So you conduct your medical
14   practice from an office in that building?
15        A.    Yes.
16        Q.    And in addition to that, there
17   tenants who reside in that building too?
18        A.    That is right.
19        Q.    About how many tenants are
20   residing in that building?
21        A.    Six.  I mean there are six
22   families.
23        Q.    And are you collecting rent?
24   Is the LLC collecting rents from the
25   tenants?
```

Juan Reyes                                     December 2, 2022

Page 30

1                         J. REYES

2          A.    Yes, collecting rent.

3          Q.    Has the LLC been collecting

4    rents since the LLC was formed?

5          A.    Yes.

6          Q.    Approximately how much in rent

7    does the LLC collect per year?

8          A.    I don't know exactly but it's

9    very low.  Those apartments, they're rent

10   controlled, rent stabilized.

11         Q.    Now let's turn to the other

12   property you mentioned.  Are you owner or

13   co-owner of 424 Avaline LLC?

14         A.    Yes.

15         Q.    And who are the owners or

16   members of that LLC?

17         A.    Also it's my wife, my son, and

18   myself.

19         Q.    What are the percentage

20   ownership interests of each of the three of

21   you?

22         A.    My wife, five percent; my son,

23   five percent and I own 90 percent

24   approximately.

25         Q.    And what is the nature of the

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 31 of 255 PageID #: 171

Page 31

1                    J. REYES

business that 424 Avaline LLC does?

3        A.    At the present time, there's no

4   business because it's under renovation and

5   its been under renovation for several

6   years.

7        Q.    Does the 424 Avaline own any

8   reel property?

9        A.    Besides that building, nothing

10  else.

11       Q.    So it owns the building?

12       A.    Yes.

13       Q.    What is the address of that

14  building?

15       A.    424 East 138th Street, Bronx,

16  New York 10454.

17       Q.    Was 42 Avaline LLC formed on or

18  about February of 2010?

19       A.    Yes, that's correct.

20       Q.    Did 424 Avaline help construct

21  the building or was it already in place?

22       A.    The building was in place but

23  it was in pretty bad shape.

24       Q.    Does 424 Avaline own any other

25  assets other than the building we've been

Juan Reyes                                    December 2, 2022

Page 32

 1                    J. REYES

 2    talking about?

 3         A.    Nothing.

 4         Q.    And what is the current status

 5    of this building in terms of your --

 6              MR. BEDNAR:  Strike that.

 7         Q.    What is the LLC's plans with

 8    respect to this building?

 9         A.    We trying to get the CO.

10         Q.    What is that?

11         A.    Certificate of occupancy.

12         Q.    So you've been working with New

13    York City to get that?

14         A.    Yes.

15         Q.    And what's the status of that?

16         A.    We still have to have some

17    inspection for what they call the cross

18    valve connections and after that they say

19    that we have to apply for certificate of

20    occupancy and they want to let us know what

21    we need.

22         Q.    And once the certificate of

23    occupancy comes through, what is the LLC's

24    plan after that with respect to the

25    building?

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 33 of 255 PageID #: 173

```
                          J. REYES

 1

 2        A.     We want to rent it for a number

 3   of organizations hopefully, for some

 4   people, that are homeless or veterans, and

 5   to give it to a nonprofit organization.

 6        Q.     And just to confirm, currently

 7   is the LLC collecting any rents from any

 8   tenants?

 9        A.     Nothing.  There are no tenants.

10        Q.     There are no tenants there yet?

11        A.     No, not at all.

12        Q.     Dr. Reyes --

13             MR. LERNER:  You mentioned the

14        name of a valve?

15             THE WITNESS:  That was the name

16        that they called it, the cross valve.

17        Q.     Dr. Reyes, you mentioned a

18   cross valve.  What is that?

19        A.     I believe that it's what they

20   call backflow protection valve and I think

21   that in New York any building had to have

22   that so that any dirt going to the shore,

23   it doesn't going to come back into the

24   building.

25        Q.     Dr. Reyes, which languages do
```

Juan Reyes                                    December 2, 2022

Page 34

```
 1                    J. REYES
 2   you speak?
 3        A.    I speak Spanish.  I'm trying to
 4   speak English.
 5        Q.    Do you know any other
 6   languages?
 7        A.    No.
 8        Q.    Are you married?
 9        A.    Yes.
10        Q.    And what is the name of your
11   wife?
12        A.    Catherine Reyes.
13        Q.    And how is her first name
14   spelled?
15        A.    She spells it with C and
16   sometimes with K.
17        Q.    Why sometimes C and sometimes
18   K?
19        A.    I always wondered that.  I
20   never knew.
21        Q.    And how long have you been
22   married to her?
23        A.    57 years.
24        Q.    And where was she born?
25        A.    Born in New York.
```

Juan Reyes                                                December 2, 2022

Page 35

```
 1                    J. REYES
 2        Q.    Is she a United States citizen?
 3        A.    Yes.
 4        Q.    What is her current occupation?
 5        A.    Say it again.
 6        Q.    What is her current occupation?
 7        A.    An American doctor.
 8        Q.    No, your wife.
 9        A.    She help me with doing billing
10   on my -- for my practice.
11        Q.    So she does medical billing
12   work for you?
13        A.    Yes.
14        Q.    How long has she been doing
15   that?
16        A.    Maybe 10 years, 15 years.
17        Q.    What occupation did she have
18   before doing medical billing work for you?
19        A.    Raising children.
20        Q.    In the early part of the 2010
21   decade, what was Ms. Reyes's occupation?
22        A.    Still supervising the children
23   and probably was already billing sometimes
24   on my practice.
25        Q.    Dr. Reyes, what are the names
```

Juan Reyes                                        December 2, 2022

Page 36

```
 1                    J. REYES
 2    of your parents?
 3         A.    My father is named also Juan D.
 4    Reyes and my mother the Teresa Reyes.
 5         Q.    And are either of them still
 6    alive?
 7         A.    No, they deceased.
 8         Q.    When did they pass away?
 9         A.    Around 2003.
10         Q.    Where did you parents live?
11         A.    In Nicaragua, in a city named
12    Chinandega, C-H-I-N-A-N-D-E-G-A.
13         Q.    What did your father do for the
14    living?
15         A.    They own a bakery and they also
16    own a cotton plantation.
17         Q.    Your parents together owned
18    both of those businesses?
19         A.    Yes.
20         Q.    Were those successful
21    businesses in your opinion?
22         A.    I would say so.
23         Q.    What was any one of those two
24    more successful than the other?
25         A.    One was more successful than
```

Page 37

```
 1                    J. REYES
 2   the other, one alternate; it depended also
 3   on the price of the cotton.
 4        Q.    Dr. Reyes, have you ever had
 5   children?
 6        A.    Yes, I do.
 7        Q.    Can you please state the names
 8   of your children?
 9        A.    The name, the oldest one, the
10   name was Alexander Reyes; the other one,
11   like me, Juan D. Reyes III, and Catherine.
12        Q.    And who is the oldest out of
13   the three, and who is the youngest, and who
14   is in the middle?
15        A.    Alex was the oldest one but he
16   died in an accident, I believe, in around
17   2003.
18        Q.    And out of the three who is
19   middle child?
20        A.    Juan.
21        Q.    And then Catherine is the
22   youngest?
23        A.    The youngest.
24        Q.    Can you please state the
25   occupation or occupations that each of your
```

```
 1                    J. REYES
 2   children has had?
 3         A.    Alex used to work for a bank
 4   and I don't know, it seem to be there was
 5   some kind of broker, and Juan is a lawyer,
 6   and my daughter, she's a teacher.
 7         Q.    Let me ask you just a couple of
 8   things about Alex.  Did he complete his
 9   undergraduate education?
10         A.    Yeah, he did.
11         Q.    Where did he obtain his degree,
12   what school?
13         A.    The college?
14         Q.    Yes.
15         A.    Villanova.
16         Q.    And what was his degree in?
17         A.    I don't remember.
18         Q.    You mentioned there was some
19   stock related work he was doing.
20             MR. LERNER:  He said broker.
21         It could mean a mortgage broker, it
22         could mean --
23             MR. BEDNAR:  Sure.
24         Q.    Let me ask you a more general
25   question.  After graduating from Villanova,
```

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 38 of 255 PageID #: 178

Juan Reyes                                    December 2, 2022

Page 39

```
 1                    J. REYES
 2   what type of work did Alex do?
 3        A.    He work in a bank and tell you
 4   the truth, I never know exactly what Alex
 5   was doing.  He was a little more difficult
 6   child that we have.
 7        Q.    Which bank did he work for?
 8        A.    Chase.
 9        Q.    Was he doing mortgage brokerage
10   work?
11        A.    I'm not so sure.
12        Q.    Would you say in general he was
13   familiar with the financial industry?
14        A.    Yes.
15        Q.    How long did he work at Chase?
16        A.    I don't know.  I don't recall.
17        Q.    Turning to Juan Reyes III, you
18   mentioned he's a lawyer.  Where does he
19   work, private practice, the government?
20        A.    He's in private practice.
21        Q.    When did he graduate from law
22   school?
23        A.    I don't remember exactly.
24        Q.    What kind of -- what are his
25   practice areas?
```

Page 40

1                        J. REYES

2          A.     They call it zoning law.

3          Q.     And is that what he's been

4     working in since graduating from law

5     school?

6          A.     Yes.

7          Q.     Did you want to elaborate?

8          A.     Well, he remind he did work for

9     the government after when he got out of the

10    law school and he work here in city.

11    Again, I wouldn't know exactly but I think

12    it was a general counselors of standards

13    and appeals, and then he became a zoning

14    lawyer, and then private practice.

15         Q.     Does he work for a law firm

16    now?

17         A.     He's a partner there in the law

18    firm.

19         Q.     What's the name of the law firm

20    that he's a partner in?

21         A.     It just changed.  I don't know

22    the name.

23         Q.     And then Catherine Reyes, you

24    said she's a teacher, correct?

25         A.     She's a teacher.

Juan Reyes                                    December 2, 2022

                                                        Page 41

1                           J. REYES

2          Q.     At what level is she teaching

3     at?

4          A.     In general, I think that she

5     teaches as English as a second language.

6     Catherine is divorced and just work part

7     time.  She became sick and she has

8     problems.

9          Q.     Is she teaching English as a

10    second language to elementary students or

11    high school, or what level?

12         A.     Elementary school.

13         Q.     Does she teach just at one

14    school or does she go to different schools?

15         A.     She go to different schools.

16         Q.     Is your son, Juan Reyes III, is

17    currently licensed to practice law in the

18    United Kingdom?

19         A.     I believe so but I'm not sure.

20         Q.     Has he ever done any legal work

21    in the United Kingdom?

22         A.     Never as far as I know.

23         Q.     Have you and Mrs. Reyes ever

24    held a joint bank account?

25         A.     Yes.

Case 1:21-cv-05578-MKB-PK   Document 22-9   Filed 05/02/23   Page 42 of 255 PageID #: 182

Page 42

```
 1                    J. REYES
 2      Q.    Where have you done that?
 3      A.    Well, we have a bank account
 4  here in New York and a bank account in
 5  Lloyds Bank.
 6      Q.    The bank account in New York,
 7  which bank is that with?
 8      A.    Chase.
 9      Q.    Other than the joint Chase Bank
10  account and the Lloyds Bank account, have
11  you and Mrs. Reyes ever had any other joint
12  bank accounts?
13      A.    I don't think so.
14      Q.    Now at one time, did you have a
15  bank account with a bank called Banco de
16  Londres y America del Sor?
17      A.    That's correct, yes.
18      Q.    Where was that account located?
19      A.    In Managua in Nicaragua and I
20  believe they had a branch in Chinandega
21  also.
22      Q.    When was that account opened?
23      A.    Maybe around 1972.
24      Q.    And why was that account
25  opened?
```

Page 43

1                    J. REYES

2        A.    My parents open this account

3    because they want to give me some money

4    when I start practicing in Nicaragua.

5        Q.    So your parents helped open

6    that account?

7        A.    Yes.

8        Q.    And in whose name was that

9    account?

10        A.    I believe it was in their name

11    or my name.  It could be either one.  It

12    could be in my name.

13             MR. BEDNAR:  I'm going to have

14        the court reporter mark an exhibit

15        that will be Exhibit 1.

16             (Whereupon, Certificate of

17        Non-Willful Conduct was marked as

18        Exhibit 1 for identification as of

19        this date by the Reporter.)

20             MR. BEDNAR:  For the record,

21        this is a document marked as

22        Exhibit 1 with a Bates stamp starting

23        with IRS_0000287.

24        Q.    Dr. Reyes, just please take a

25    moment to review this document.  I'll ask

Juan Reyes                                          December 2, 2022

Page 44

```
 1                      J. REYES
 2   you a couple of questions about it.
 3        A.    I think you can me a question.
 4        Q.    Dr. Reyes, what is your
 5   understanding of what this document is
 6   that's in front of you as Exhibit 1?
 7        A.    Well, the background of the
 8   account starting in Nicaragua and end up in
 9   Geneva and then the whole point until I
10   brought the money into this country.
11        Q.    So why don't you take a look at
12   the very last page of this document.  The
13   very last page, it's on the bottom
14   right-hand corner, you'll see the number
15   295 as the Bates stamp on the very last
16   page.
17        A.    Okay.  The use of credit card.
18        Q.    No, I'm talking about the very
19   last page.  I think you may have a couple
20   more pages to go.  There you go.  Is that
21   your signature on here?
22        A.    Yes.
23        Q.    Is this a document that you
24   prepared?
25        A.    No, my lawyer prepared.
```

Page 45

```
 1                    J. REYES
 2        Q.    Which lawyer?
 3        A.    Doug Allen.
 4        Q.    Was this a document that was
 5   provided to the IRS?
 6        A.    Yes, I think so.
 7        Q.    I want to direct your attention
 8   to -- it's earlier on this document.  In
 9   the right-hand it'll be a number ending in
10   289 and there's a paragraph at the top that
11   starts with "in approximately 1972."
12        A.    Yes.
13        Q.    Do you see the second sentence
14   that says "they" -- referring to your
15   parents -- "opened an account in my name"?
16        A.    Yes.
17        Q.    So does that refresh your
18   recollection as to in whose name the Banco
19   de Londres y America del Sor account was
20   in?
21        A.    It was in my name.
22        Q.    We may refer to this document
23   from time to time to refresh your
24   recollection.  I know it's a lot of details
25   and timelines involved; this may be helpful
```

Page 46

```
 1                    J. REYES
 2    for us.  Now just kind of asking more
 3    general questions.  What was the source of
 4    funds to open up this account?
 5         A.    Their own money.
 6         Q.    This is your parent's money?
 7         A.    My parents' money.
 8         Q.    How much money did they put
 9    into the account to start it up?
10         A.    I believe there was maybe
11    200,000.
12         Q.    $200,000?
13         A.    Dollars, yes.
14         Q.    So it's with Banco de Londres y
15    America del Sor.  After that, did Banco de
16    Londres become part of Lloyds Bank?
17         A.    I believe they were always part
18    of Lloyds Bank I think.
19         Q.    Why don't you turn to --
20         A.    I know there's some discrepancy
21    there but that's my belief.
22         Q.    Now let's turn to the page on
23    the right-hand corner that says 291.  I
24    think what I'll do is I'm going to read a
25    couple sentences and I'm going to ask you
```

Juan Reyes                                    December 2, 2022

Page 47

```
 1                    J. REYES
 2   whether you agree with what was said there
 3   just to establish the history of the
 4   financial institution.  There is a sentence
 5   that says "Banco de Londres became a part
 6   of Lloyds Bank and ultimately Lloyds TSB
 7   Bank TLC.  The original account was first
 8   transferred to Lloyds Bank International
 9   Limited at 40-66 Queen Victoria Street in
10   London EC4P4EL, and in the early 1990s, at
11   Lloyds Bank PLC Treasury Division Faryners
12   House EC3R8BQ.  The account was then moved
13   on the bank's initiative to Lloyds TSB Bank
14   PLC Zurich and finally to Geneva."
15                    I read you a couple of
16   sentences.  Is your understanding of the
17   history of the financial institution
18   consistent what I just read?
19        A.    That is my understanding.
20        Q.    When was the -- let me just
21   establish something.  I'm going to say when
22   I say "the account," I intend to mean the
23   account that's the subject of this
24   litigation, that was originally opened in
25   1972 with Banco de Londres y America del
```

Juan Reyes                                    December 2, 2022

1                    J. REYES

2    Sor, that went through these various

3    iterations until ultimately Lloyds Bank in

4    Geneva.  So I am going to call that the

5    account.  Is it okay if I call it "the

6    account" from now on so we don't have to go

7    through the entire description?

8              MR. LERNER:  What if he says

9         no?

10             MR. BEDNAR:  Then I would have

11        to give the entire long winded

12        description of it.

13        Q.    When was the account finally

14   closed?

15        A.    I would have to guess more or

16   less 2014.

17        Q.    Let's take a look on the same

18   page.  It's not far after that.  There is a

19   sentence that says "at the end of 2013,

20   when advise of reporting tax

21   responsibilities we closed the accounts and

22   moved the balance to the New York."  So

23   does that refresh your recollection as to

24   when the account was closed?

25        A.    Yes, and they say here they was

Page 49

```
 1                    J. REYES
 2   discontinued the operations in Switzerland
 3   in 2014.  Everything was 2013, 2014.
 4        Q.    So the accounts closed around
 5   the end of 2013.  What happened to the
 6   funds in the account?
 7        A.    We transfer it to New York, I
 8   spoke to my lawyer, to Doug Allen, and they
 9   transferred it to New York.
10        Q.    Did it go to a bank in New
11   York?
12        A.    Yes.
13        Q.    Which bank was that?
14        A.    Chase.  I think Chase J.P.
15   Morgan.
16        Q.    J.P. Morgan Chase Bank?
17        A.    Yes.
18        Q.    What ultimately happened to the
19   money once it got moved to Chase Bank in
20   New York?
21        A.    We spend that money in
22   renovations of the building in 424 East
23   138th Street and we also had to pay Mr.
24   Doug Allen.
25        Q.    Was there any other use of the
```

Juan Reyes                                    December 2, 2022

Page 50

1                    J. REYES
2    funds besides those two purposes?
3          A.    I don't think so.
4          Q.    Was any money paid to the IRS
5    associated with income taxes?
6          A.    Yes, we paid income taxes in
7    New York and everywhere.
8          Q.    Was there an audit done with
9    the IRS with respect to your income taxes?
10         A.    No.  Mr. Allen instructed us
11   that we have to pay the taxes and between
12   him and our accountant, our Sidney
13   Yoskowitz, they calculate it and they
14   prepare all the papers.
15         Q.    We'll explore that in more
16   detail later on today but just to get a
17   general idea about how much money from the
18   account was used to pay income taxes out of
19   the account, the Lloyds Bank account?
20         A.    I wouldn't know.
21         Q.    Okay.  Just kind of a general
22   question, going back to the original name
23   of this account, Banco de Londres y America
24   del Sor, was that a bank located in the
25   United Kingdom or was that in Nicaragua?

Page 51

```
 1                     J. REYES

 2        A.     In Nicaragua.

 3        Q.     It was a Nicaraguan bank?

 4        A.     Yes.

 5        Q.     Did Mrs. Reyes, at any point in

 6   time, become a joint owner of the account?

 7        A.     Yes.

 8        Q.     When did that happen?

 9        A.     The exact date I don't know.  I

10   don't remember.

11        Q.     Are we talking about in the

12   early 2000s, before then, could you maybe

13   put a decade to it?

14        A.     I would be guessing.

15             MR. BEDNAR:  I'm going to have

16        the court reporter mark what will be

17        Exhibit 2.

18             (Whereupon, Lloyds Bank Account

19        Application was marked as Exhibit 2

20        for identification as of this date by

21        the Reporter.)

22             MR. BEDNAR:  For the record,

23        this is a document with the Bates

24        stamp beginning in LLOYD_000003.

25        Q.     Dr. Reyes, when you've had a
```

Page 52

```
 1                    J. REYES
 2   chance to look at it, let me know and I
 3   will ask you a couple of questions about
 4   it.
 5        A.    Okay.
 6        Q.    So Dr. Reyes, what is your
 7   understanding of what this document is
 8   that's in front of you as Exhibit 2?
 9        A.    My understanding is that it's
10   my lawyer in New York have to get in touch
11   with Lloyds Bank to transfer the money here
12   in New York.
13        Q.    Actually let me ask it a
14   different way.  Is this an application to
15   open up an account with Lloyds Bank?
16             MR. BEDNAR:  For the record,
17          this is a document that was obtained
18          through Lloyds Bank's U.S. based
19          counsel as part of this case that was
20          produced to Mr. Lerner.  Could the
21          court reporter ask the question
22          again.
23             (Whereupon, the referred-to
24          question was read back by the
25          Reporter.)
```

Page 53

1                          J. REYES

2          A.    I never seen this -- I never

3    recall seeing this document.  It probably

4    was a document signed with Lloyds Bank.

5          Q.    So can we at least agree that

6    the title of this document is application

7    for opening of an account and general

8    conditions and it says, below that, Lloyds

9    Bank International Private Banking?

10         A.    Yes, that's right.

11         Q.    Why don't we turn to page 12

12   and the right-hand corner.  This is the

13   section called account holders.  Did you

14   sign this document?

15         A.    I'm looking here.  I see the

16   account holder but I don't see where I

17   signed.

18         Q.    On the left-hand side, where it

19   says places and date of birth, do you see a

20   JDR?

21         A.    Yeah, I see that.

22         Q.    Are those your initials?

23               MR. LERNER:  Are you asking

24         whether those are his initials or

25         whether he initialled?

```
 1                    J. REYES
 2        Q.     Did you initialize this
 3   document that way with JDR?
 4        A.     It's possible.
 5        Q.     Are the owners, when the
 6   account was with Lloyds Bank --
 7             MR. LERNER:  When you say it's
 8         possible, simply do you recognize it
 9         to be your handwriting?
10             THE WITNESS:  Say that again.
11             MR. LERNER:  Do you recognize
12         that to be your own handwriting?
13             THE WITNESS:  It's probably my
14         handwriting.
15        Q.     When the account was with
16   Lloyds Bank, including when it was in
17   London and when it was in the United
18   Kingdom, and then when it was in
19   Switzerland, who were the owners of the
20   account?
21        A.     At one point I was the only
22   owner and then it was my wife and I.
23        Q.     Was anyone else ever an owner
24   of the Lloyds Bank account?
25        A.     I don't think so.
```

Juan Reyes                                    December 2, 2022

Page 55

1                    J. REYES

2        Q.    One more question on this.  At

3    the last page of this, if you just turn to

4    that.  I have a couple of questions.  And

5    this is the page with the bottom right-hand

6    corner ending in 13.  There is a line that

7    says signature of the account holders.  Do

8    you see that?

9        A.    Yes.

10       Q.    Is that your signature on

11   there?

12       A.    Yes, it is.

13       Q.    And above that, is that your

14   wife's signature?

15       A.    Yes.

16       Q.    And towards the bottom and the

17   section says for bank use only.  Do you see

18   a line called basic number and there's a

19   number next to that?

20       A.    Yes.

21       Q.    And the number      250, do you

22   recognize that number?

23       A.    I don't.

24       Q.    Is that a client ID number for

25   you and your wife with respect to the

Page 56

```
 1                    J. REYES
 2  Lloyds Bank?
 3       A.    I guess so but I don't
 4  recognize that.
 5            MR. BEDNAR:  I'm going to have
 6       the court reporter mark this as
 7       Exhibit 3.
 8            (Whereupon, Lloyds Bank
 9       Signature Card Document was marked as
10       Exhibit 3 for identification as of
11       this date by the Reporter.)
12            MR. BEDNAR:  For the record,
13       this is a document with the Bates
14       stamp beginning LLOYD_000036.
15       Q.    Dr. Reyes, what is your
16  understanding what this document is that's
17  been marked as Exhibit 3?
18       A.    I don't even know at this
19  point.
20       Q.    Is it fair to say that this
21  appears to be a signature card with respect
22  to the Lloyds Bank account?
23       A.    Yes.
24       Q.    And whose signatures are on the
25  that first page?
```

Page 57

```
 1                    J. REYES
 2        A.    My wife and my signature.
 3        Q.    And above that, does it say
 4   account holders?
 5        A.    Yes.
 6        Q.    So is it your understanding
 7   that you and your wife were the account
 8   holders of the Lloyds Bank account?
 9        A.    Yes.
10        Q.    And in the right-hand corner,
11   do you see the numbers      .250?
12        A.    Yes.
13        Q.    Is that the same number that we
14   saw on the previous exhibit on the last
15   page?
16        A.    Yes.
17        Q.    Did you and your wife have
18   signature authority over the Lloyds Bank
19   account?
20        A.    Yes, we did.
21        Q.    Did anyone else have signature
22   authority, besides you and your wife, with
23   respect to the Lloyds Bank account?
24        A.    I don't think so.
25              MR. LERNER:  We're talking
```

Juan Reyes                                    December 2, 2022

Page 58

1                     J. REYES

2          about the Lloyds Bank account that's

3          in Switzerland?

4          Q.     Let's talk about Lloyds at any

5    point in time, whether it was in the United

6    Kingdom or Switzerland --

7          A.     Nobody else.

8          Q.     I just want to ask it to

9    establish this.  Did you and your wife have

10   signature authority over the Lloyds Bank

11   account, including the time it was Lloyds

12   Bank in the United Kingdom all the way

13   through when it was in Switzerland?

14         A.     Yes.

15         Q.     Did anyone else have signature

16   authority over the Lloyds Bank account,

17   again from the time it was in the United

18   Kingdom through Switzerland, other than you

19   and your wife?

20         A.     I believe nobody.

21         Q.     You can set aside that exhibit.

22   Did you or your wife ever make any

23   withdrawals from the Lloyds Bank account?

24         A.     Yes.

25         Q.     How so?

Page 59

```
 1                     J. REYES
 2        A.     With a credit card.
 3        Q.     So in using the credit card,
 4   were cash withdrawals made?
 5        A.     Yes.
 6        Q.     And were withdrawals made in
 7   the form of using the credit card to buy
 8   things?
 9        A.     I think both.
10        Q.     For how long of a period was
11   the credit card used in this manner?
12        A.     I wouldn't know.
13        Q.     Did you and/or your wife use a
14   credit card to withdraw cash and for
15   purchases from the very beginning of
16   setting up the Lloyds Bank account in the
17   United Kingdom?
18        A.     Not really, no.
19        Q.     Did that occur later?
20        A.     Yes.
21        Q.     How much later?
22        A.     Much later.
23        Q.     Was that more when it was in
24   Switzerland?
25        A.     Probably.
```

Juan Reyes                                    December 2, 2022

Page 60

1                    J. REYES

2        Q.    Can you put a beginning point

3   in time for that?

4        A.    I would say approximately maybe

5   in 2003, 2004.

6        Q.    I'm just asking for an

7   estimate.  I don't expect you to have a

8   precise number but how much in monthly

9   withdrawals were made out of the Lloyds

10  Bank account using a credit card?

11       A.    They were different numbers,

12  whatever we needed.

13       Q.    Was it typically a few thousand

14  dollars a month or are we talking about

15  more?

16       A.    I think a few thousand dollars

17  a month I think.

18       Q.    Were there ever any deposits

19  made into the account ever since it was

20  formed in 1972, with Banco de Londres, all

21  the way through closing in 2013?

22       A.    Never.

23            MR. LERNER:  Do you mean by him

24       or do you mean by his parents because

25       we're still back -- you're bringing

Juan Reyes                                        December 2, 2022

Page 61

```
 1                    J. REYES
 2        it all the way back to Nicaragua.
 3             MR. BEDNAR:  I will it say for
 4         any source.
 5        Q.    Let me ask the question again.
 6   Were there ever any deposits into the
 7   account, from any source whatsoever, from
 8   the time it was opened in 1972 with Banco
 9   de Londres, through the time it was closed
10   in 2013 when it was Lloyds Bank?
11        A.    I believe not.
12        Q.    So the $200,000 that were
13   initially deposited by your parents back in
14   1972, did that ultimately just grow on its
15   own through market gains?
16        A.    Yes.
17        Q.    We've talked about a credit
18   card and we'll explore this in more detail
19   later.  So was there a credit card linked
20   to the Lloyds Bank account in order to make
21   withdrawals?
22        A.    I believe so.
23        Q.    And how many credit cards were
24   there that were used in such a manner?
25        A.    I wouldn't know.
```

Juan Reyes                                          December 2, 2022

Page 62

1                        J. REYES

2          Q.    Was it just one or were there

3    multiple cards?

4          A.     Probably one at a time.

5          Q.    And whose name were the credit

6    cards?

7          A.     My wife's name and my name.

8          Q.    Were they joints or was it just

9    one spouse or another?

10         A.     Say that again.  They were

11   separate.

12         Q.    I want to kind of hone in on

13   what makes up the Lloyds account that you

14   and your wife had.  What were the component

15   items of the Lloyds Bank account?  And when

16   I say that I mean was it all just cash

17   sitting there, was it securities, was it

18   money market funds, what made it up?

19         A.    I know that they were mixed but

20   I wouldn't know exactly what it was.

21         Q.    I've got a document that might

22   help explore this some more.

23               MR. BEDNAR:  So this will be

24       Exhibit 4.  For the record, this is a

25       document Bates stamped beginning with

Page 63

```
 1                    J. REYES
 2         IRS_0001418.
 3              (Whereupon, 3/31/12 Lloyds Bank
 4         Statement was marked as Exhibit 4 for
 5         identification as of this date by the
 6         Reporter.)
 7         Q.    Dr. Reyes, just let me know
 8    when you've had a chance to look at this.
 9         A.    Okay.
10         Q.    Dr. Reyes, what is your
11    understanding of what this document is
12    that's in front of you marked as Exhibit 4?
13         A.    The different component of the
14    bank account in Lloyds Bank.
15         Q.    At a real high level, is it
16    fair to say that this is a statement of the
17    Lloyds Bank account that you and your wife
18    had, as of March 31, 2012?
19         A.    Okay.
20         Q.    Is that what this is, a
21    statement as of March 31, 2012?
22         A.    Yes.
23         Q.    Before I get into this, just a
24    general question.  Did you and/or your wife
25    ever receive statements from Lloyds Bank?
```

Page 64

1                    J. REYES

2         A.    Yeah, we did.

3         Q.    How did you receive it?

4         A.    I believe by mail.

5         Q.    So Lloyds mailed statements to

6    you and your wife?

7         A.    Yes.

8         Q.    How often did they mail them to

9    you?

10        A.    Very rare.  What happened is I

11   was -- maybe I was never so interested in

12   money and I knew the money was there and it

13   was just, at one point, it was just in cash

14   and then they decide, with that program,

15   that we could invest in different things to

16   make it grow but I really wasn't so much

17   interested in that money because I believed

18   it was going to be there and I never pay so

19   much attention.

20        Q.    To get back to the statements,

21   were the Lloyds Bank statements sent to you

22   automatically by the bank or is it because

23   you or your wife asked for them?

24        A.    Probably we asked.

25        Q.    Was there a time when you

Page 65

1                    J. REYES

2   and/or your wife requested Lloyds Bank to

3   send a statement?

4        A.    To send a statement?

5        Q.    Yes.

6        A.    Yes, I'm sure.

7        Q.    When did that happen?

8        A.    I wouldn't know.

9        Q.    Did that happen more than once?

10       A.    Probably.

11       Q.    So when a statement was

12   requested, did Lloyds Bank transmit it to

13   you or your wife through the mail?  How did

14   they get it to you?

15       A.    I believe I mailed.

16       Q.    United States mail?

17       A.    Yes.

18       Q.    Did Lloyds Bank use any other

19   method of transmitting statements to you or

20   your wife?

21       A.    Not that I remember.

22       Q.    Other than requesting

23   statements from the Lloyds Bank  --

24             MR. BEDNAR:  Strike that.

25       Q.    Was the request for statements

Page 66

```
 1                    J. REYES
 2   something that you or your wife did
 3   sporadically?
 4        A.    I would say so.
 5        Q.    Other than getting statements
 6   from Lloyds Bank on a sporadic basis upon
 7   request, did Lloyds Bank ever send you
 8   statements as a matter of course?
 9        A.    I don't think so.
10        Q.    Do you get statements from
11   Chase Bank for your account there?
12        A.    Yes.
13        Q.    How often do you get those
14   statements?
15        A.    Believe it or not, I don't
16   know.
17        Q.    Do they send them to you
18   monthly in some format?
19        A.    I'm not really sure.
20        Q.    Let's turn to Exhibit 4.  So on
21   the second page, which is the page with the
22   Bates number ending in 1419, it's got two
23   polygraphs on the bottom.  Is it fair to
24   say that the balance of your Lloyds Bank
25   account, you and your wife's Lloyds Bank
```

Juan Reyes                                    December 2, 2022

1                        J. REYES

2    account, the balance was about $2,053,423

3    as March 31, 2012?

4         A.    Yes, that's right.

5         Q.    Is that total amount broken up

6    into various component items?

7         A.    Yes.

8         Q.    Is one of them called

9    securities?

10        A.    Yes, that's right.

11        Q.    And so out of that $2 million

12   plus dollars total balance, was about

13   $1.5 million of that consisting of

14   securities?

15        A.    Yes, it's written there.

16        Q.    What kind of securities was the

17   account invested in?

18        A.    I'm so ignoramus about the

19   market that I don't even know.

20        Q.    Above that is the second

21   component of the total $2 million and a

22   component called the fiduciary deposits,

23   money market instruments, and money market

24   funds.

25        A.    What line is that?

Page 68

1                    J. REYES

2       Q.    Out of the three, it's the

3   second line.

4       A.    Okay, I see it.

5       Q.    So out of the $2 million, we've

6   established that as of March 31, 2012, a

7   million and a half of it was securities,

8   and another 500,000 or so was fiduciary

9   deposits, money market instruments and

10  money market funds; is that correct?

11      A.    Yeah, it's written there, yes.

12      Q.    What kind of fiduciary

13  deposits, money market instruments, and

14  money market funds was this account

15  invested in?

16      A.    I don't know.

17      Q.    And then is it fair to say that

18  the third and final category, or component

19  item, of the $2 million balance, as of

20  March 31, 2012, was accounts?

21      A.    Yes.

22      Q.    And was that purely cash?

23      A.    I don't think so.

24      Q.    We'll explore that in --

25      A.    I think it is the total of

Juan Reyes                                    December 2, 2022

Page 69

```
 1                    J. REYES
 2   securities and the cash.
 3       Q.    I'm sorry, can you repeat that
 4   again?
 5       A.    I think it's the total of
 6   securities and the fiduciary deposit or
 7   whatever it is, that's the total amount
 8   that we have.
 9       Q.    I was asking about the first
10   line end called accounts with the balance
11   of $8,801.  Do you see that?
12       A.    Yes.
13       Q.    Is that $8,000, was that
14   purely cash or some other form?
15       A.    I don't know.  I wouldn't know.
16       Q.    Okay.  The next page might help
17   explore that some more so if you can turn
18   to the next page.
19            MR. LERNER:  What Bates number?
20            MR. BEDNAR:  1420.
21       Q.    Do you see the $8,801 we were
22   just talking about?
23       A.    Yes.
24       Q.    It appears from this, would you
25   agree that there's two component items of
```

Juan Reyes                                    December 2, 2022

Page 70

```
 1                         J. REYES
 2    that $8,000, right?
 3         A.    Yes.
 4         Q.    And was there an account number
 5    of 112 in British pounds that had a balance
 6    of $2,494?
 7              MR. LERNER:  Objection.
 8         A.    Yes.
 9         Q.    Was there also an account
10    number $110 with a valuation of $6,307?
11         A.    Yeah, okay I see it.
12         Q.    Do you see that?
13         A.    Yeah.
14         Q.    Do you see the $6,307 that's
15    referring to an account 110 in U.S.
16    dollars?
17              MR. LERNER:  It's here.  It's
18         rounded up for some reason.
19         A.    6,307.
20         Q.    Let me just summarize.  We've
21    established already -- correct me if I'm
22    wrong -- that out of the $2 million dollars
23    or so in this account, on March 31, 2012,
24    $8,801 are categorized as accounts; is that
25    right?
```

Page 71

```
 1                    J. REYES
 2        A.    Yes.
 3        Q.    And now I'm trying to establish
 4   how that's broken down further.  So the
 5   $8,801 is an account, is it fair to say,
 6   that consists of two different accounts,
 7   one in British pounds, one in U.S. dollars,
 8   one with account number 112 and one with
 9   account number 110?
10        A.    If it is written there, it have
11   to be like that.
12        Q.    Are these two accounts, the
13   account, 112, in British pounds and the
14   account number, 110, in U.S. dollars, is
15   that cash?
16        A.    I wouldn't know.
17              MR. LERNER:  I will stipulate
18         that that's what it appears to be.
19        A.    I don't really understand this.
20        Q.    Let me ask you one other
21   question on the following page and move on
22   from this exhibit.  This is a page, a Bates
23   number, ending in 1421.  Do you see a
24   section in the middle called pledges and
25   guarantees with the negative 20,000
```

Juan Reyes                                          December 2, 2022

Page 72

```
 1                    J. REYES
 2   description credit card.  Do you see that?
 3        A.    Yeah, I see it.
 4        Q.    What is your understanding of
 5   what this negative $20,000 labelled as
 6   pledges and guarantees is, in credit card?
 7        A.    I wouldn't know but I believe
 8   that we used the credit card.
 9        Q.    We can put this aside.
10              MR. BEDNAR:  Off the record.
11              (Whereupon, an off-the-record
12          discussion was held.)
13              (Whereupon, a short recess was
14          taken.)
15        Q.    Just a couple things on
16   Exhibit 4, which we were just looking at.
17   Back on the page ending in 1420 is the
18   Bates stamp on the right-hand corner.  In
19   the upper right-hand there's a number,
20   635250.  Do you see that?
21        A.    Yes.
22        Q.    Is that the client ID number
23   associated with you and your wife's Lloyds
24   Bank account?
25        A.    I believe so.
```

Juan Reyes                                    December 2, 2022

Page 73

```
 1                     J. REYES
 2         Q.    We talked for a while about the
 3   current account section with the account
 4   112 and 110.  I just want to confirm, were
 5   these simply just components of the one
 6   Lloyds Bank account?
 7         A.    I think so.
 8         Q.    In other words, it wasn't like
 9   you and your wife didn't have entirely
10   separate bank accounts somewhere else
11   that --
12         A.    No, we didn't.
13         Q.    So just to confirm, when it
14   says account 112 and 110 on the left-hand
15   side, these were not separate bank accounts
16   that you and your wife had with either
17   Lloyds or some other institution?
18         A.    No, they were not.
19         Q.    Can you turn back to Exhibit 3
20   just momentarily.  This was the signature
21   card.  On the second page of that, do you
22   see a date that says 2/2/94?
23         A.    Yes.
24         Q.    Did you and/or your wife sign
25   this signature card around February of
```

Juan Reyes                                    December 2, 2022

Page 74

1                        J. REYES

2    1994?

3         A.    I wouldn't know but I guess so.

4         Q.    Could you turn back to

5    Exhibit 2 very briefly.  This was the

6    application to open an account.  I had

7    asked you about whether you signed this

8    document and some initials.  I didn't ask,

9    and I want to ask now, if you go to the

10   page with the Bates number ending in 0006,

11   do you see on the left-hand side there is

12   some initials?

13        A.    Yes.

14        Q.    Are your initials contained in

15   there?

16        A.    Yes.

17        Q.    And on the next page, there's a

18   couple of boxes with some initials.  Are

19   your initials in there too?

20        A.    Yes.

21        Q.    And when I say your initials,

22   for both this page and the previous page,

23   did you initial those two pages?

24        A.    I did.

25        Q.    At one time I asked you about

```
1                    J. REYES
2    when your wife was added as a joint owner
3    of the account.  I wanted to point you back
4    to Exhibit 1 because I think maybe we can
5    narrow that down a little bit more.  Can
6    you, on that exhibit, go to the Bates page
7    ending in 291, in the right-hand corner.
8         A.    Yes.
9         Q.    So the very last paragraph it
10   starts with -- I'll just read the sentence
11   -- "after my parents opened the account at
12   Banco de Londres, and when it seemed
13   certain that it was unsafe to return to
14   Nicaragua, my wife's name was added to the
15   account."  Does that help you narrow down
16   when your wife was added as a joint owner?
17        A.    Not really.  I don't remember.
18   I know there was at one point but I cannot
19   pinpoint.
20        Q.    Was she added as a joint owner
21   before the account became a Lloyds account?
22        A.    No, I know it was after that.
23             MR. LERNER:  A Lloyds account
24      in London you mean?
25        A.    It was when it was in London.
```

Page 76

```
 1                  J. REYES
 2        Q.    I just want to ask you a couple
 3   of questions about your son Alex.  You
 4   testified he worked at Chase Bank for some
 5   time, correct?
 6        A.    Yes.
 7        Q.    Did he pass away in 2003 or
 8   2013?
 9        A.    I think 2003.  If there is
10   something in relation, I will answer.  I
11   appreciate not to bring that because it's
12   really a very sad time for me.
13        Q.    Sure.  I want to ask one more
14   question about it but not in the context of
15   his passing away but a different context
16   and I will move on.  Did he give you any
17   advice on transferring the funds from the
18   Lloyds Bank to Chase Bank?
19        A.    No.
20        Q.    Let's move on to a different
21   document.
22              MR. BEDNAR:  This will be
23        Exhibit 5 I believe.
24              (Whereupon, 2012 Lloyds Bank
25        Statements were marked as Exhibit 5
```

Page 77

1                        J. REYES

2              for identification as of this date by

3              the Reporter.)

4                     MR. BEDNAR:  For the record,

5              this is a document marked as

6              Exhibit 5 with the Bates number

7              beginning with IRS_1610.

8         Q.    Dr. Reyes, when you've had a

9    chance to just flip through this and read

10   it, please let me know.

11        A.    Okay.

12        Q.    Dr. Reyes, what's your

13   understanding of what this document is?

14        A.    This one is that we withdraw

15   cash from the bank account from Lloyds.

16        Q.    Are these statements from

17   Lloyds accounts covering various months in

18   2012 that pertain just to the cash portion

19   of the Lloyds account?

20        A.    I believe it's the cash account

21   that we're withdrawing from them.

22        Q.    Okay.  On the very first page,

23   the cover page of this document, there is a

24   notation that says "keep mail."  Do you see

25   that?

Juan Reyes                                    December 2, 2022

Page 78

1                    J. REYES

2        A.    Yes.

3        Q.    What is your understanding of

4   what that means?

5        A.    I have no idea.

6        Q.    Is it referring to Lloyds Bank

7   to not send mail to you and your wife?

8        A.    I don't know.

9        Q.    Let's go to the third page in

10   which has a Bates stamp ending in 1612.

11       A.    Yes.

12       Q.    There's a line with a date of

13   January 25, 2012, transaction details, UBS

14   card center AG, debit, 921.95 US Dollars.

15   Do you see that?

16       A.    Yes, I see it.

17       Q.    What is UBS card center AG?

18       A.    I think it was the credit card.

19       Q.    Does this have to do with the

20   credit card associated with the Lloyds

21   account?

22       A.    I believe so.

23       Q.    And is $925 being debited or

24   reducing the account balance?

25       A.    I believe so.

Page 79

1                   J. REYES

2       Q.    So is it fair to say that, with

3    respect to that transaction we just walked

4    through, the cash portion of the Lloyds

5    account was used to pay a credit card?

6       A.    Yes.

7       Q.    And I'm going to show you

8    another exhibit.  This will be, I believe,

9    number 6.

10              (Whereupon, 2012 Lloyds

11          Transaction Statements were marked as

12          Exhibit 6 for identification as of

13          this date by the Reporter.)

14              MR. BEDNAR:  For the record,

15          this Exhibit 6 has a beginning Bates

16          number of IRS_0001983.

17       Q.    Once you've had a chance to

18    review it, please let me know and I'll ask

19    you a couple of questions about it.

20       A.    Okay.

21       Q.    Dr. Reyes, what is your

22    understanding of what this document is

23    that's been marked as Exhibit 6?

24       A.    Again withdrawing money with

25    different card from Lloyds Bank.

Juan Reyes                                    December 2, 2022

Page 80

```
 1                     J. REYES
 2        Q.     Is it fair to say that this
 3   Exhibit 6 contains individual transactions
 4   confirmations for different points in time
 5   in 2012?
 6        A.     Yeah, that's right.
 7        Q.     Let's go to just the second
 8   page, the one that ends in 1984 on the
 9   right-hand corner.  So a couple minutes ago
10   we looked at the cash statement and we
11   focused on a transaction, January 25, 2012,
12   of $921.95 with the description of UBS card
13   center AG.  That was in Exhibit 5.  Do you
14   see on this page, on Exhibit 6, that same
15   number, $921.95?
16        A.     Yeah, I see it.
17        Q.     Okay.  And do you see next to
18   beneficiary, it says UBS card center AG.
19   Do you see that?
20        A.     Yes.
21        Q.     Do you see below that, next to
22   reference, it says Master Gold.  Do you see
23   that?
24        A.     Yes.
25        Q.     And a long number there.  What
```

1                       J. REYES
2    is Master Gold?
3         A.    I believe it was another credit
4    card.
5         Q.    And did you or your wife or
6    and/or your wife have a Master Gold credit
7    card?
8         A.    I think so.
9         Q.    And was that credit card then
10   linked to the Lloyds Bank account so that
11   Lloyds Bank fund --
12              MR. BEDNAR:  Strike that.
13        Q.    Was that Master Gold credit
14   card linked to your Lloyds Bank account so
15   that it can be used to pay credit card
16   bills and withdraw cash?
17        A.    Yes.
18        Q.    And let's turn to the page
19   behind that.  There is a reference to --
20   it's in the middle of the page -- guarantee
21   number G2249.
22        A.    What page is that?
23        Q.    1985.
24              MR. LERNER:  Which exhibit?
25              MR. BEDNAR:  This is Exhibit 6.

Page 82

1                    J. REYES

2        Q.     There is in the reference in

3   the middle, guaranty number G2249, in favor

4   of UBS AG.  What is the guarantee in

5   reference to?

6        A.     I have no idea.

7        Q.     If you can just turn a couple

8   of more pages to 1987.  Do you see the

9   reference to UBS Card Center AG?

10       A.     Yes.

11       Q.     And Master Gold again?

12       A.     Yes.

13       Q.     Is the amount $4,684.55?

14       A.     Yes.

15       Q.     Is this another example of you

16  and/or your wife's Master Gold credit card

17  being associated with the Lloyds Bank

18  account?

19       A.     I think so.

20       Q.     And was $4,684.55 then

21  withdrawn out of your Lloyds Bank account

22  associated with this credit card?

23       A.     That's correct.

24              MR. BEDNAR:  Off the record.

25              (Whereupon, an off-the-record

Juan Reyes                                          December 2, 2022

Page 83

```
 1                    J. REYES
 2         discussion was held.)
 3         Q.    I'm going to show you document
 4    that's going to be marked as Exhibit 7.
 5               (Whereupon, UBS Credit Card
 6         Statement was marked as Exhibit 7 for
 7         identification as of this date by the
 8         Reporter.)
 9               MR. BEDNAR:  For the record,
10         this is a document with a Bates
11         number beginning LLOYD_002451.
12         Q.    Dr. Reyes, when you've had a
13    chance to review this, please describe what
14    your understanding is of this exhibit?
15         A.    Go ahead.
16         Q.    What is this document that's
17    been marked as Exhibit 7?
18         A.    A statement that we did with
19    the credit card.
20         Q.    So is this a credit card with
21    UBS AG?
22         A.    I wouldn't know.  I know we had
23    a credit card always.
24         Q.    Is it a UBS credit card?
25         A.    Yes.
```

Juan Reyes                                    December 2, 2022

Page 84

1            J. REYES

2       Q.    And who opened this credit

3   card?

4       A.    I only can tell you probably it

5   was sent to us like from the different

6   bank, who send it to all the different

7   people, and we accept.

8       Q.    Is this a credit card in your

9   wife's name or in your name or both?

10       A.    Always separate credit card.

11       Q.    But this one in particular, if

12   you look at the first page, whose name was

13   this card in?

14       A.    My wife's name.

15       Q.    And where was this card opened?

16       A.    I wouldn't know.

17       Q.    And do you agree this is

18   statement from a period of time in 2007?

19       A.    I think so.

20       Q.    And previously we were looking

21   at some statements and transactions in

22   2012, and this Exhibit 7, a statement from

23   2007, is it fair to say that you and your

24   wife were you using credit cards linked to

25   the Lloyds Bank account between 2007 and

Page 85

1                    J. REYES

2    2012?

3         A.    Yes.

4         Q.    Do you see in the upper

5    left-hand corner there is an address box.

6    It says Lloyds TSB Bank PLC.  Do you see

7    that?

8         A.    Yes.

9         Q.    Was this credit card statement

10   sent directly to Lloyds Bank?

11        A.    I believe so.

12        Q.    Was it addressed to Lloyds

13   Bank?

14        A.    I guess so.

15        Q.    Why would it be addressed to

16   Lloyds Bank or why was it addressed to

17   Lloyds Bank?

18        A.    To me there was no reason why.

19   I wouldn't say that the credit card, as far

20   as I'm concerned, my credit card, we make

21   our own money, it was my money, and I can

22   do whatever I want.

23        Q.    Just a couple more questions on

24   this.  Was this statement paid through you

25   and your wife's Lloyds Bank account?

Juan Reyes                                    December 2, 2022

Page 86

1                        J. REYES

2          A.    I think so, yeah.

3          Q.    And take a look at some of the

4    transactions for this credit cards.  Are

5    these personal charges for you and your

6    wife?

7          A.    I think so.

8          Q.    Did you ever use a credit

9    card --

10               MR. BEDNAR:  Strike that.

11         Q.    Did you and/or your wife ever

12   use a credit card linked to the Lloyds Bank

13   bank account for expenses of any of your

14   businesses?

15         A.    I don't think so.

16         Q.    So were the credit cards only

17   used for you and your wife's personal

18   expenses?

19         A.    And I mentioned to help my

20   family that were getting out of Nicaragua.

21         Q.    The statements from 2007, were

22   you and your wife using credit cards linked

23   to the Lloyds Bank account before 2007?

24         A.    I wouldn't know.

25               MR. BEDNAR:  This will be

Page 87

1                    J. REYES

2        Exhibit 8.

3             (Whereupon, 1/2007 Letter from

4        UBS was marked as Exhibit 8 for

5        identification as of this date by the

6        Reporter.)

7        Q.    Before we get into this

8   exhibit, a general question.  Did you or

9   your wife receive statements for credit

10  cards that were linked to the Lloyds Bank

11  account?

12       A.    I believe so.

13       Q.    Were those statements sent to

14  you and your wife as a matter of course or

15  only because you requested them?

16       A.    We probably requested.

17       Q.    How often did you and your wife

18  request the credit card statements?  In

19  other words, was that a sporadic request of

20  was it --

21       A.    A sporadic request.

22       Q.    So let's go to Exhibit 8.  This

23  is a Bates number beginning with

24  LLOYD_02472.  Dr. Reyes, what is your

25  understanding of what this exhibit is?

Page 88

1                    J. REYES

2          A.    I think the amount of money

3    that we were using with the credit card.

4          Q.    For a certain periods of time

5    in 2006?

6          A.    Yes.

7          Q.    And was this a UBS credit card?

8          A.    Yes.

9          Q.    And this is a credit card

10   linked to the Lloyds Bank account?

11         A.    Yes.

12         Q.    Did you or your wife receive

13   this letter?

14         A.    I wouldn't know.

15         Q.    And there's a reference to

16   information for your tax return.  Is this

17   referring to you and your wife's tax

18   returns?

19         A.    I guess so.

20         Q.    Was this letter ever taken to

21   account when preparing you and your wife's

22   federal income tax returns?

23         A.    I wouldn't know.

24              MR. BEDNAR:  This will be

25         Exhibit 9.

Page 89

```
 1                    J. REYES

 2              (Whereupon, 9/6/02 Letter to

 3         Dominic Wicht was marked as Exhibit 9

 4         for identification as of this date by

 5         the Reporter.)

 6              MR. BEDNAR:  For the record,

 7         this is a document with the Bates

 8         stamp LLOYD_000015.

 9    Q.    Dr. Reyes, what is your

10    understanding of what this document is?

11    A.    Asking to send a credit card to

12    some place.

13    Q.    So who wrote this note?

14    A.    I think my wife has the

15    signature here.

16    Q.    And when did she write this

17    note?

18    A.    I wouldn't know.  I only can

19    say the date that was written here.

20    Q.    What's the year?

21    A.    September 6, 2002.

22    Q.    Did you see a reference, in

23    upper left-hand corner, to a Dominic Wicht,

24    W-I-C-H-T, upper left-hand corner?

25    A.    Yeah, I see that.
```

Page 90

```
 1                    J. REYES
 2        Q.    Who is that?
 3        A.    I wouldn't know.  I really
 4   don't know.
 5        Q.    And there is a reference to
 6   your Eurocard statements.  Do you see that?
 7        A.    Yes.
 8        Q.    What is a Eurocard?
 9        A.    I believe it's a credit card.
10        Q.    Was it a credit card linked to
11   the Lloyds Bank account?
12        A.    It have to be.
13        Q.    And the right bottom there, is
14   your wife's name care of Fermin Martinez.
15        A.    Yes.
16        Q.    Who is Fermin Martinez?
17        A.    He is a friend of ours in
18   Madrid.
19             MR. LERNER:  Can you read that
20        back.
21             (Whereupon, the referred-to
22        answer was read back by the
23        Reporter.)
24        Q.    Why were the Eurocard
25   statements being requested to be sent to an
```

```
 1                       J. REYES
 2   address in Madrid?
 3        A.    I can only speculate.
 4        Q.    Why weren't the Eurocard
 5   statements being requested to be sent to
 6   you and your wife's address in New York?
 7        A.    I believe we were going to go
 8   to Madrid and that was the reason.  That
 9   might be speculation.
10        Q.    Moving on to next exhibit,
11   Exhibit 10.
12              (Whereupon, Application for
13        ec/Maestro Card was marked as Exhibit
14        10 for identification as of this date
15        by the Reporter.)
16              MR. BEDNAR:  Exhibit 10 has a
17        Bates number of LLOYD_000035.
18        Q.    And Dr. Reyes, what is this
19   document?
20        A.    This is an application for a
21   Maestro card.
22        Q.    And who signed this document?
23        A.    It's signed by my wife.
24        Q.    And when did she sign it?
25        A.    It's written here in
```

Page 92

```
 1                    J. REYES
 2    October 19, 2003.
 3         Q.    What is a Maestro card?
 4         A.    I really don't know.
 5         Q.    Do you see --
 6         A.    I believe it's a credit card.
 7         Q.    Do you see below the top third
 8    there an account number shown,      250.  Do
 9    you see that?
10         A.    Yes.
11         Q.    Is that the client ID number
12    for the Lloyds Bank account for you and
13    your wife's account?
14         A.    I believe it is.
15         Q.    So did you and your wife or
16    your wife ultimately receive a Maestro
17    card?
18         A.    I think so.
19         Q.    What was the card used for?
20         A.    For the same purpose, to draw
21    money to support my family and to support
22    us.
23         Q.    Why was this application signed
24    in Madrid?
25              MR. BEDNAR:  Strike that.
```

Juan Reyes                                    December 2, 2022

Page 93

1                    J. REYES

2        Q.    Before we get to that, did your

3    wife sign this in Madrid?

4        A.    It's written here, yes.

5        Q.    And why was it signed in

6    Madrid?

7        A.    We were in Madrid obviously.

8        Q.    You said "always"?

9        A.    Obviously.

10       Q.    Why did you and your wife visit

11   Madrid?

12       A.    We had friends in Madrid and my

13   great grandparents were originally from

14   Spain so we feel like going to Spain but we

15   only have friends.

16       Q.    How many times have you been to

17   Madrid?

18       A.    I would calculate it maybe four

19   times.

20            MR. LERNER:  Let's go back for

21        a second.  Could we just clarify.

22        Doctor, I think you said you were in

23        Madrid in August of 2003.  Did you

24        mean October?

25            THE WITNESS:  October.

Juan Reyes                                    December 2, 2022

Page 94

1                    J. REYES

2          Q.    Did you receive mail associated

3    with the account when it was at Banco de

4    Londres?

5          A.    I wouldn't know.

6          Q.    Did you or your wife receive

7    mail associated with the account when it

8    was with Lloyds Bank in the UK?

9          A.    I believe so.

10         Q.    What mail did you and your wife

11   receive?

12         A.    I wouldn't know.  It's too long

13   ago.  The statements.

14         Q.    The statements on demand?

15         A.    Yes, statements.

16         Q.    The ones that you and your wife

17   specifically asked for?

18         A.    Yeah, that's right.

19         Q.    Any other mail?  Did you or

20   your wife receive any other mail from

21   Lloyds Bank in London?

22         A.    I don't think so.

23         Q.    So I will ask the same thing

24   about Lloyds Bank Switzerland.  Did you or

25   your wife receive mail associated with the

Page 95

1                    J. REYES

2    account when it was at Lloyds Bank in

3    Switzerland?

4         A.    I believe so.

5         Q.    What mail did you and your wife

6    receive?

7         A.    Statements.

8         Q.    Statements that you and your

9    wife specifically requested to be sent?

10        A.    Yes.

11        Q.    Any other mail?

12        A.    I don't think so.

13        Q.    Just to clarify, when you

14   testified that you and your wife receive

15   mail, the statements upon request, from

16   Lloyds, what address did the mail get sent

17   to?

18        A.    To my house.

19        Q.    Your house in --

20        A.    Here.

21        Q.    In Forest Hills, New York?

22        A.    That's correct, yes.

23              MR. BEDNAR:  Let's look at the

24        next exhibit which will be number 11

25        mash.

Page 96

```
 1                    J. REYES
 2              (Whereupon, Lloyds Bank "Keep
 3         Mail" Instructions was marked as
 4         Exhibit 11 for identification as of
 5         this date by the Reporter.)
 6              MR. BEDNAR:  For the record,
 7         this is a document with the Bates
 8         stamp on the right-hand corner,
 9         LLOYD_000014.
10        Q.    What is your understanding of
11   what this document is?
12        A.    Not to keep sending the
13   correspondence for a while.
14        Q.    Is this a keep mail instruction
15   sheet associated with your Lloyds Bank
16   account?
17        A.    Yes.
18        Q.    Is that a yes?
19        A.    Yes.
20        Q.    Did you and your wife sign this
21   document?
22        A.    It is signed by both, yes.
23        Q.    I just want to read out loud.
24   Right below where it says "keep mail
25   instructions," it says "I/we hereby
```

Juan Reyes                                          December 2, 2022

Page 97

```
 1                    J. REYES
 2  instruct the bank to retain in future all
 3  my/our correspondence."  Why did you and
 4  your wife agree to these instructions?
 5       A.   I wouldn't know.  There was no
 6  reason.
 7       Q.   Were you or your wife concerned
 8  about getting mail regarding this account?
 9       A.   Not really.  That's my account.
10       Q.   Were there any concerns about
11  getting mail regarding the account?
12       A.   Not really, no.  Why?
13       Q.   Were you concerned that someone
14  would learn about the Lloyds account?
15       A.   Absolutely not.
16       Q.   When did you sign this keep
17  mail instruction sheet?
18       A.   It says here term expire
19  July 1, 1994.  I am saying what is written
20  here.
21            MR. LERNER:  Presumably before
22       that.
23       Q.   Is it fair to assume that this
24  document was signed sometime before July 1,
25  1994?
```

Juan Reyes                                          December 2, 2022

Page 98

1                        J. REYES

2          A.      Probably.

3          Q.      Did you -- on the left-hand

4     side, above that stamp, there is a name,

5     Catherine Reyes, right?

6          A.      Yes.

7          Q.      Is that her signature on the

8     left-hand side?

9          A.      I'm not sure.

10         Q.      And on the stamp it says

11    Commissioner of Deeds, New York City.  Was

12    your wife ever a notary?

13         A.      I don't think so.

14         Q.      Was she ever the commissioner

15    of deeds in New York City?

16         A.      No.

17         Q.      On the bottom left-hand corner,

18    where it says "signature(s) verified by,"

19    did she initialize the CR there?

20         A.      Yes.

21         Q.      Did you and your wife pay fees

22    to Lloyds Bank for the hold mail service?

23         A.      I don't think so.

24         Q.      Let's take a look at something

25    that will address that.  If you can turn to

Juan Reyes                                    December 2, 2022

Page 99

```
1                    J. REYES
2    Exhibit 5.  And within this, if you can go
3    to the page on the right-hand corner with
4    1616.
5         A.    What is it?
6         Q.    1616.  Are you on page 1616?
7         A.    I see.
8         Q.    Do you see a line on March 16,
9    2012, that says "keep mail charges"?
10        A.    I see that.
11        Q.    Were you and your wife paying
12   Lloyds Bank fees to hold mail?
13        A.    First time that I know.
14        Q.    For this statement in
15   March 2012, was it $110.47?
16        A.    It's written here, yes.
17        Q.    If you flip a few pages further
18   in the document to 1633, did you and your
19   wife pay keep mail charges of $109.47 in
20   September 2012?
21             MR. LERNER:  Objection.
22        A.    Well, it's written here.
23        Q.    I will ask it in a different
24   way.  Was there a reduction to your Lloyds
25   Bank account balance in the amount of
```

Page 100

1                    J. REYES

2    $109.47 associated with keep mail charges?

3         A.    I think so.

4         Q.    And then 1641 is the page

5    number.  Was there a reduction to you and

6    your wife's Lloyds Bank account in December

7    of 2012, in the amount of $109.71, for keep

8    mail charges?

9         A.    Yes.

10        Q.    Did you your wife ever instruct

11   Lloyds Bank to --

12             MR. LERNER:  Hold on a second.

13        Q.    Did you or your wife ever

14   instruct Lloyds Bank to sell the United

15   States based securities with respect to the

16   Lloyds account?

17        A.    I saw it on the exhibit, yes.

18        Q.    Let's take a look at a couple

19   of exhibits with this.  So this will be

20   number 12.

21             (Whereupon, Lloyds Bank Memo

22         was marked as Exhibit 12 for

23         identification as of this date by the

24         Reporter.)

25             MR. BEDNAR:  This is a document

Juan Reyes                                          December 2, 2022

                                                    Page 101

1                    J. REYES

2            with a Bates number of LLOYD_000033.

3        Q.    Now Dr. Reyes, what is your

4    understanding what this document is?

5        A.    I'm not even sure.

6        Q.    Does this appear to be a memo

7    prepared by someone at Lloyds Bank

8    regarding your account?

9        A.    Yes, that's right.

10       Q.    And on the second page, there's

11   some handwritten notations?

12       A.    Yes.

13       Q.    Let's stay on the first page.

14   In the last sentence they advise that they

15   wish to be consulted on any proposed

16   changes to the United States stocks which

17   are held.  Do you see that?

18       A.    Where?

19       Q.    I'm looking at the first page

20   and it's the last sentence in the

21   background section where it says "they

22   advised that they wish to be consulted on

23   any proposed changes to the US stocks which

24   are held."

25       A.    Yes, I see that.

Juan Reyes                                    December 2, 2022

Page 102

```
 1                    J. REYES
 2        Q.    Is the word "they" referring to
 3   you and your wife?
 4        A.    I don't know.  I guess so.
 5        Q.    Did you and/or your wife advise
 6   Lloyds Bank that you want to be consulted
 7   on any proposed changes to the U.S. stocks
 8   which are held?
 9        A.    I don't remember.
10        Q.    And what's the date of this
11   memo?
12        A.    March 7, 1994.
13        Q.    And then at the top, do you see
14   there is an account number,      250?
15        A.    Yes.
16        Q.    Is that the same client ID
17   number that we've seen on some other Lloyds
18   documents?
19        A.    Yes.
20        Q.    On the second page, I'm going
21   to read the notation out loud.  Just let me
22   know if you think I've read this correctly.
23   It's dated January 27, 1995.  "Clients
24   contacted by phone and fax to advise the
25   necessity to sell their USA stocks in view
```

```
 1                    J. REYES
 2    of reporting regulations to IRS.  Money is
 3    to be placed on six months deposit for the
 4    time being."  Did I read that correctly?
 5         A.    That's correct.
 6         Q.    Did you and your wife contact
 7    Lloyds Bank by phone and fax, around
 8    January 1995, to advise the bank of the
 9    necessity to sell their United States
10    stocks?
11         A.    I wouldn't remember.  I
12    wouldn't even know why.
13         Q.    Did you and your wife have a
14    concern at that time about reporting
15    regulations with the IRS?
16         A.    Not really, never.
17         Q.    Do you have any idea why this
18    notation is shown here?
19         A.    It would be also that the bank,
20    maybe some bank regulations.  They might be
21    afraid.  I wasn't afraid because I always
22    believe that the account belongs to me and
23    that we doing the right things.
24         Q.    I don't think I got that.
25         A.    I believe that I didn't have a
```

Juan Reyes                                    December 2, 2022

Page 104

```
 1                  J. REYES
 2   reason why to sell those stocks that the
 3   bank say because I never been afraid.  I am
 4   not afraid of this bank account.
 5        Q.    Afraid of what?
 6        A.    Of the bank account to be
 7   reported.
 8        Q.    Who wrote this notation on the
 9   second page?
10        A.    I wouldn't know.
11        Q.    Did the bank, back in 1995, did
12   the bank reach out to you or did you reach
13   out to the bank with respect to this
14   notation?
15        A.    I don't know.
16        Q.    Did Lloyds Bank ever express
17   any concerns to you or your wife about
18   United States reporting requirements
19   regarding the Lloyds Bank account?
20        A.    Not that I know of.
21        Q.    Back on the first page, there
22   is a sentence that says "their son is
23   working for a New York broking house and he
24   has given them input on the final
25   structure."  I'm sorry to bring this up
```

Juan Reyes                                December 2, 2022

Page 105

```
 1                      J. REYES
 2    again but --
 3          A.     Where is that?
 4                 MR. LERNER:   This is in 1994,
 5           March 7th.
 6          Q.     There's a sentence that says
 7    "their son is working for a New York
 8    broking house and he has given them input
 9    on the final structure." I'm sorry to bring
10    up your son but is this referring to Alex?
11          A.     Yes.
12          Q.     The part that says:   "He has
13    given them input on the final structure,"
14    do you understand what that's referring to?
15          A.     I don't know.
16          Q.     Did Alex ever give you or your
17    wife any advice on the Lloyds Bank account?
18          A.     Not that I remember.
19          Q.     Did he ever talk to you about
20    the Lloyds account ever?
21          A.     I don't think that he knew
22    about the bank account.
23                 MR. BEDNAR:  This will be
24           Exhibit 13.
25                 (Whereupon, Declaration for US
```

Juan Reyes                                        December 2, 2022

Page 106

```
 1                    J. REYES
 2          Persons was marked as Exhibit 13 for
 3          identification as of this date by the
 4          Reporter.)
 5               MR. BEDNAR:  For the record,
 6          this is a document with the Bates
 7          number LLOYD_000038.  Off the record.
 8               (Whereupon, an off-the-record
 9          discussion was held.)
10      Q.    Dr. Reyes, what is your
11  understanding of what this document is
12  that's marked as Exhibit 13?
13      A.    It would say not to give any
14  disclosure to any of this account to
15  anybody.  It's written here.
16      Q.    So is this a document entitled
17  Physical Person-Declaration for US Persons?
18      A.    Yes, that's what it says.
19      Q.    Is this a document that Lloyds
20  Bank prepared?
21      A.    Probably.
22      Q.    And then there's a number on
23  the first page at the top,      250.  Do you
24  see that?
25      A.    Yes.
```

Page 107

1                    J. REYES

2          Q.    Is that the same client ID

3    number we've seen throughout the various

4    Lloyds Bank documents?

5          A.    Yes, that's correct.

6          Q.    And that's the number

7    associated with you and your wife's

8    accounts?

9          A.    Yes.

10          Q.    Looking at the first page,

11    there's an option 2.  I'm going to read

12    this and let me know if I read this

13    correctly.  "I do not authorize you to make

14    any disclosure in connection with the US

15    withholding tax.  I therefore authorize you

16    to sell all my US securities with you in

17    the course of the year 2000 and I'm aware

18    that you will not invest in further US

19    securities on my account."  Did I read that

20    right?

21          A.    That's correct, yes.

22          Q.    On page 1, did your wife sign

23    this?

24          A.    Yes.

25          Q.    And is option 2 circled?

Page 108

```
 1                    J. REYES

 2        A.    Say again.

 3        Q.    Is option 2 circled?

 4        A.    Yes.

 5        Q.    And did your wife sign it in

 6   August 2000?

 7        A.    That's right, yes.

 8        Q.    And on the second page, did you

 9   sign under option 2?

10        A.    I'm not sure.  I don't think

11   that's my signature to tell you the truth.

12              MR. LERNER:  What?

13              THE WITNESS:  I don't think

14        that's my signature.

15        Q.    So you're saying that is not

16   your signature for option 2?

17        A.    I don't think so.

18        Q.    What about the date, August of

19   2000, is that your handwriting?

20        A.    Where is that?

21        Q.    In the option 2 box, there's a

22   date.

23        A.    I didn't write it either.

24   That's not my handwriting.

25        Q.    So are you saying that in the
```

Page 109

1                    J. REYES

2     box option 2, none of that is your

3     handwriting?

4          A.    That is correct.

5          Q.    Going back to the first page, I

6     think you testified that your wife did sign

7     that, right?

8          A.    I believe so, yes.

9          Q.    Why was option 2 selected?

10         A.    Why option 2?

11         Q.    Out of these two options, why

12    was that selected?

13         A.    I wouldn't know.

14         Q.    Did you ever discuss with

15    anyone the concept of selling US securities

16    in your Lloyds Bank account?

17         A.    Not that I remember.

18         Q.    Did you or your wife ever have

19    a concern about disclosure in connection

20    with the U.S. withholding tax?

21         A.    I don't think so.

22         Q.    And putting this document

23    aside, did you or your wife ever instruct

24    Lloyds Bank to sell U.S. securities in the

25    Lloyds Bank account?

Juan Reyes                                    December 2, 2022

                                                    Page 110

                        J. REYES

1

2        A.    It seems -- it's signed that my

3   wife agreed to that but I don't remember

4   that.

5        Q.    Where did your wife sign this

6   document?

7        A.    I wouldn't know.

8              MR. BEDNAR:  I think this is a

9         good time to stop so let's go off the

10        record.

11             (Whereupon, an off-the-record

12        discussion was held.)

13             (Whereupon, a lunch break was

14        taken.)

15       Q.    So Dr. Reyes, I just want to go

16   back to a couple of exhibits we looked at

17   just before we went to lunch.  Let's take a

18   look back at Exhibit 12.  So on the first

19   page, there is in the middle, under where

20   it says standing instructions, there's a

21   fax number (718)575-4197.  Did I read that

22   right?

23       A.    Yes.

24       Q.    Was that a fax number

25   associated with you or your wife at any

Juan Reyes                                     December 2, 2022

Page 111

1                        J. REYES

2    point in time?

3         A.    I don't think so.

4         Q.    Did you ever use a fax machine

5    to communicate with anyone?

6         A.    Yeah, we do have a fax machine.

7    I have a fax machine in the office but I

8    don't know exactly -- to communicate with

9    somebody, yes.

10        Q.    Do you recognize this fax

11   number that's on the sheet, Exhibit 12?

12        A.    I'm not sure but it could have

13   been an old fax machine in the house maybe.

14   The 4197, I recognize it because it was an

15   alarm and we --

16        Q.    You do or do not recognize it?

17        A.    Yes.

18        Q.    You do?

19        A.    Yes.

20        Q.    So this was a fax associated

21   where again?

22        A.    My house.

23        Q.    In your house?

24        A.    Yes.

25        Q.    Let's then turn to Exhibit 13

Juan Reyes                                          December 2, 2022

Page 112

1                        J. REYES

2    and I think you actually have to turn this

3    upside down to see the fax header.  Do you

4    see at the top there is a -- is there a fax

5    header at the top?

6         A.    I don't recognize it but it

7    seem to be different fax number.

8         Q.    Let's first establish that

9    there is actually -- do you agree there's a

10   fax header at the top of this page if we

11   turn it upside down?

12        A.    Yes.

13        Q.    Now below where it says fax

14   number, there's a number there.  Do you see

15   where it says 1-718-575-4197.  Do you see

16   that?

17        A.    Yes.

18             MR. LERNER:  Objection.  The

19       last digit is not legible so apart

20        from that, you read it correctly.

21        Q.    Dr. Reyes, do you think that

22   last digit is a 7?

23        A.    It sounds like that, yes.

24        Q.    So is this the same fax number

25   that was on Exhibit 12, which we

Juan Reyes                                    December 2, 2022

Page 113

1                    J. REYES
2    established was a home fax number?
3         A.    Yes.
4         Q.    So was Exhibit 13 faxed to or
5    from your home fax?
6         A.    I wouldn't know.  According to
7    this one, it's probably yes.
8         Q.    Let me ask you about your
9    signature again on page 2.  Did you ever
10   authorize your wife to sign on your behalf
11   at any time?
12        A.    Not really.
13        Q.    Not really or not ever?
14        A.    No.
15        Q.    Has she ever signed on your
16   behalf at any point in time?
17        A.    I don't think so.
18        Q.    So on page 2, is that her
19   signature on your behalf or is that her
20   handwriting?
21        A.    It doesn't look like her
22   handwriting either.
23        Q.    On page 1 with the date, August
24   28, 2000, that's her handwriting?
25        A.    It looks like her handwriting.

Juan Reyes                                    December 2, 2022

Page 114

1                    J. REYES

2        Q.     On page 2, does the August 28,

3    '00 date look like the same handwriting

4    there?

5        A.     Not to me.

6        Q.     A general questions about the

7    credit cards.  Did you or your wife ever

8    instruct Lloyds Bank to automatically pay

9    all credit cards associated with the Lloyds

10   account?

11       A.     Probably yes.

12       Q.     Was that through a written

13   instruction or how?

14       A.     I wouldn't know.

15       Q.     Let's move on to a different

16   topic.  So did you, at any time, request

17   that the funds in the Lloyds Bank account

18   be transferred out of Lloyds Bank to J.P.

19   Morgan Chase in the United States?

20       A.     Yes.

21       Q.     When did that occur?  When did

22   you make the request?

23       A.     Because I realize --

24              MR. LERNER:  Did you ask when?

25       Q.     When did you make the request?

Page 115

1                    J. REYES

2        A.    I would have to guess.  It

3    might be in one of those papers here but I

4    think it was probably 2014.

5        Q.    Why did you request that the

6    funds be transferred from the Lloyds to

7    Chase Bank?

8        A.    Two things.  I know I wasn't

9    going back to Nicaragua because the

10   situation will never improve and then so

11   it's we need to do some business here,

12   renovate these buildings, and we really

13   need money for ourselves.

14       Q.    When you say the buildings, are

15   you talking about the real property by 424

16   Avaline?

17       A.    Yes.

18       Q.    Was another reason --

19             MR. BEDNAR:  Strike that.

20       Q.    At the time of the funds being

21   transferred --

22             MR. BEDNAR:  Strike that.

23       Q.    At the time you made the

24   request to transfer the funs out of Lloyds

25   Bank to Chase, were you dissatisfied with

 1                      J. REYES

 2    Lloyds's services?

 3         A.     Not in particular.

 4         Q.     Did you just generally prefer

 5    having to deal with the U.S. bank instead

 6    of a foreign bank?

 7         A.     Again we need the money here

 8    and I wasn't going back to Nicaragua.

 9              MR. BEDNAR:  Let's take a look

10         at Exhibit 14.

11              (Whereupon, 1/31/12 Letter from

12         Juan and Catherine Reyes was marked

13         as Exhibit 14 for identification as

14         of this date by the Reporter.)

15              MR. BEDNAR:  And this is a

16         document with the Bates number of

17         REY_000049.

18         Q.     Dr. Reyes, once you've had a

19    chance to review it please let me know.

20         A.     Yes.

21         Q.     What is your understanding of

22    what this document is that's been marked as

23    Exhibit 14?

24         A.     My lawyer was asking Lloyds

25    Bank to transfer our account into Chase,

```
 1                    J. REYES
 2    J.P. Morgan Chase.
 3         Q.    Okay.  What is the date shown
 4    on the letter under your names?
 5         A.    January.  At the top?
 6         Q.    I'm talking about do you see
 7    where your names are in the heading?
 8         A.    Yes.
 9         Q.    Below that there's a date.
10    What's the date?
11         A.    January 31, 2012.
12         Q.    And then on the upper
13    left-hand corner there's a fax date.  What
14    date is that?
15         A.    I see the fax.
16         Q.    On the upper left-hand corner,
17    there's a fax header with the date on it.
18    What's the date shown?
19         A.    I see January 31, 2014.
20         Q.    When was this letter created?
21         A.    I wouldn't know this.
22         Q.    Do you think that January 31,
23    2012 date has a typo in the year?
24         A.    I wouldn't know.
25         Q.    Who drafted this letter?
```

Page 118

1                    J. REYES

2         A.    Doug Allen, my lawyer.

3         Q.    Is there a reason for an exact

4    two-year difference in those two dates?

5         A.    I don't see any way why it

6    should be -- it shouldn't be.

7         Q.    I want to ask you about a

8    sentence that's in the middle of the page.

9    It says "we intend to regularize our

10   account and resolve any and all reporting

11   issues in the United States by entering the

12   Internal Revenue Service Offshore Account

13   Voluntary Disclosure Initiative."  Do you

14   see that sentence?

15        A.    Yes.

16        Q.    What was meant by "we intend to

17   regularize our accounts"?

18        A.    Mr. Allen mention to us that

19   that's the way to do it.  That the best way

20   was to bring into the -- what they call it?

21   The offshore voluntary account.

22        Q.    And there's a reference to

23   reporting issues.  What were the reporting

24   issues?

25        A.    Reporting issues where?

Juan Reyes                                    December 2, 2022

Page 119

1                    J. REYES
2        Q.    On the this page in the same
3    sentence where it says "we intend to
4    regularize our account and resolve any and
5    all reporting issues in the United States."
6    What were the reporting issues?
7        A.    Because Mr. Allen mention to us
8    that they would have to --
9             MR. LERNER:  Attorney-client
10         privilege.
11       Q.    Can you answer that question
12   without describing what your attorney told
13   you?
14            MR. LERNER:  If you can't
15         answer that question without
16         disclosing what Mr. Allen told you,
17         you don't have to answer.
18       A.    I don't answer.
19       Q.    Okay.  Let me go about it
20   another way.  Had the Lloyds account ever
21   been disclosed to the IRS in any form
22   previously?
23       A.    No, never.
24       Q.    So was the lack of previous
25   disclosure a reporting issue as referenced

Page 120

```
 1                    J. REYES
 2    in this letter?
 3         A.    I don't see any reporting for
 4    any previous issue because there was no
 5    previous issue.
 6         Q.    Let me ask you about the
 7    paragraph before that.  The sentence says,
 8    the second sentence, says "we hereby revoke
 9    our instructions to wire the balance of our
10    account to UBS AG in Zurich."  Had you and
11    your wife contemplated transferring the
12    funds out of Lloyds to UBS?
13         A.    Not really.
14         Q.    Why was there a mention of
15    revoking instructions to wire the balance
16    to UBS?
17         A.    To my best recollection,
18    actually Lloyds Bank was saying that they
19    want to transfer our account to some place
20    else and I said -- in the past -- and I
21    would say no.
22         Q.    When did they say they were
23    going to do that?
24         A.    Maybe two years before that.
25         Q.    So Lloyds said they were going
```

Juan Reyes                                    December 2, 2022

Page 121

1                     J. REYES

2    to transfer the money.  Did they give a

3    date certain that that was going to happen?

4         A.    Not really.

5         Q.    But Lloyds expressed a general

6    interest in moving the funds out?

7         A.    I don't know what was the

8    reason but they had mentioned if we're

9    going to bring the money here, they would

10   prefer to put it some place else.

11        Q.    I'm just trying to get an

12   understanding of the sequence of events.

13   Is it correct to say that the first thing

14   that happened was Lloyds expressed a

15   general interest in moving the funds out of

16   Lloyds?

17        A.    Not really, no.

18        Q.    So was the very first event you

19   and your wife telling Lloyds we want to

20   move the money back to United States?

21        A.    We did.  Yeah, we did ask

22   Lloyds.

23        Q.    I'm just trying to understand

24   where UBS fits into the sequence of events,

25   like what happened first?

Page 122

1                    J. REYES

2        A.    The first thing is that we want

3   to transfer this account into the United

4   States.

5        Q.    And then where does UBS fit

6   into that?

7        A.    Probably I think -- it's some

8   kind of speculation -- that Lloyds want to

9   transfer to some place else over there and

10  to continue having the offshore account and

11  it might be in their best interest

12  themselves.

13       Q.    Did Lloyds suggest that after

14  you said you wanted the money to be moved

15  to the U.S. or before?

16       A.    After.

17       Q.    Was this letter the first time

18  that you, or anyone on your behalf,

19  communicated with Lloyds about wanting to

20  get the money out of Lloyds and into the

21  U.S.?

22       A.    I believe so.

23       Q.    I want to go back to Exhibit 1

24  again, we may have touched on this earlier;

25  I just want to make sure.  On page 291 --

Page 123

```
 1                   J. REYES

 2              MR. LERNER:   The Bates number

 3         is 291?

 4              MR. BEDNAR:   Yes, bates page

 5         291.

 6         Q.    The top paragraph, it says last

 7    sentence, "at the end of 2013, when advised

 8    of reporting tax responsibilities, we

 9    closed the account and moved its balance to

10    New York."  Is that still consistent with

11    your understanding of when the account was

12    closed?

13         A.    Say it again.

14         Q.    Having read this statement,

15    which you did sign on the last page, is it

16    your understanding that the Lloyds account

17    was closed at the end of 2013?

18         A.    I didn't even know they were

19    going to close.

20         Q.    But this sentence, which you

21    signed, or this statement which you signed,

22    says that at the end of 2013 we closed

23    account.  That's what it says, right?

24         A.    Yes.

25         Q.    So was the Lloyds account, were
```

Page 124

```
1                    J. REYES
2   the funds moved out of the Lloyds account,
3   and the account closed in late 2013?
4        A.    When it was transferred here?
5        Q.    Yes.
6              MR. LERNER:  I think the date
7         was early January of 2014 more or
8         less.
9        A.    Yes.
10             MR. BEDNAR:  Based on --
11             MR. LERNER:  Based on this
12        letter, Exhibit 14.
13             MR. BEDNAR:  Even though this
14        letter has a typed in date of 2012.
15             MR. LERNER:  I understand but
16        if you look at the numbering on
17        bottom you see that it was obviously
18        created by a law firm and probably --
19        I would submit to you that it was a
20        law firm typo.
21             THE WITNESS:  It's exactly the
22        same day with different year.  It's a
23        typing mistake.
24             MR. LERNER:  If I may ask, do
25        you know when you retained the
```

Page 125

```
 1                   J. REYES
 2        Seyfarth law firm?  Was it 2012,
 3        2013?
 4             THE WITNESS:  It was about that
 5        time.
 6             MR. LERNER:  Do you know if it
 7        was 2013 or 2012?
 8             THE WITNESS:  I really don't
 9        know that.
10             MR. LERNER:  So we can't nail
11        it down that way but in any event,
12        can we stipulate that it's a typo
13        or --
14             MR. BEDNAR:  Off the record.
15             (Whereupon, an off-the-record
16        discussion was held.)
17             MR. BEDNAR:  So we've discussed
18        that we're stipulating that it
19        appears to be a typo in the date
20        shown on Exhibit 14 of January 31,
21        2012.  It is most likely January 1,
22        2014.
23             MR. LERNER:  Correct.  So
24        stipulated.
25        Q.    Around the years 2010 through
```

Page 126

```
  1                    J. REYES
  2    2012, if you're looking at that timeframe,
  3    what percentage of your wealth was
  4    represented by, and by wealth, I mean all
  5    your assets, you and your wife, what
  6    percentage of you and your wife's wealth
  7    was represented by the Lloyds Bank account?
  8              MR. LERNER:  Objection.  You're
  9         asking him to essentially value his
 10         home, the values of his practice, the
 11         values of his partnership interests
 12         as he sits here today.  It's a
 13         complicated question for a forensic
 14         accountant and that being said, he
 15         can answer if he can.
 16         A.    It represents probably most of
 17    the wealth.
 18         Q.    Okay.  And by most, do you mean
 19    barely over 50 percent or more like
 20    75 percent?
 21         A.    I think more than 75 percent.
 22         Q.    Dr. Reyes, could you just name
 23    for me all people you've ever talked to
 24    about the Lloyds Bank account.  Let me
 25    clarify that.  I'm talking about not just
```

Juan Reyes                                    December 2, 2022

Page 127

1                    J. REYES

2    Lloyds, I'm talking about the account

3    starting from 1972, when it was Banco de

4    Londres, who did you ever talk to about the

5    account that originated in 1972 with Banco

6    de Londres, that then became Lloyds in the

7    United Kingdom and Switzerland?  Who did

8    you ever talk to about it?

9         A.    I don't think to anybody except

10   probably my parents.

11        Q.    And what did you talk with your

12   parents about?

13        A.    They remind me that the money

14   that was there so actually we were very --

15   how do I say?  We know the account was

16   there but we didn't do anything with the

17   account.  My parents remind us that the

18   money was there.

19        Q.    Did you talk to your parents

20   about anything else other than the money

21   was there?

22        A.    I don't think so.

23        Q.    Did you talk to Mrs. Reyes

24   about the account?

25        A.    Marriage is an institution, is

Page 128

```
 1                    J. REYES
 2    a corporation.  We acted as one.
 3         Q.    So you did talk to her about
 4    it?
 5         A.    Yes.
 6         Q.    What did you ever discuss with
 7    her about it?
 8              MR. LERNER:  Objection.  That
 9         falls within spousal privilege.
10              MR. BEDNAR:  So you're
11         instructing him not to answer?
12              MR. LERNER:  Yeah, don't
13         answer.
14         Q.    Besides your parents and Mrs.
15    Reyes, did you ever talk to anyone else, at
16    any time, about the account that originated
17    in 1972 with Banco de Londres and then
18    became Lloyds?
19         A.    Nobody else.
20         Q.    Did you ever discuss the Lloyds
21    Bank with your son, Juan Reyes III?
22         A.    Never.
23              MR. LERNER:  You're talking
24         about from the period of 1972 through
25         when?
```

Juan Reyes                                    December 2, 2022

Page 129

1            J. REYES

2            MR. BEDNAR:  Through the time

3       the account was closed.

4            MR. LERNER:  Let me talk to him

5       outside for a minute.

6            (Whereupon, a short recess was

7       taken.)

8            MR. LERNER:  We had

9       conversation outside where I was

10      explaining to Dr. Reyes what your

11      question is asking for and based on

12      our discussions, he's going to

13      clarify his answer.

14           MR. BEDNAR:  Okay.

15           MR. LERNER:  Go ahead.

16           THE WITNESS:  So the other

17      person that I spoke to about the bank

18      account was my son Juan at one point.

19      Q.    Juan Reyes III?

20      A.    Yes.

21      Q.    When did you speak to him about

22  it?

23      A.    Probably around 2013 when we

24  were trying to get the money here.

25      Q.    What was discussed about the

Juan Reyes                                    December 2, 2022

                                              Page 130

 1                    J. REYES

 2    account?

 3        A.    That I want to bring the money

 4    here and he said how do I get the money

 5    here.

 6                MR. LERNER:  Continue

 7          clarifying.  Was there anybody else

 8          that you spoke to about the account?

 9                THE WITNESS:  I would say

10          probably to my other son before he

11          passed.

12        Q.    With Alex?

13        A.    Yes.

14        Q.    Why don't we finish talking

15    about Juan Reyes III.  I want to add some

16    more follow-up to that.  When you talked to

17    Juan III about the Lloyds account, who else

18    was in the room?  Was this in person or

19    over the phone?

20        A.    Probably in person.

21        Q.    Was anybody else present

22    besides you two?

23        A.    Besides my wife?

24        Q.    Who was present during that

25    conversation?

Page 131

1                    J. REYES

2        A.    Probably my wife and I.

3        Q.    Anybody else?

4        A.    I don't think so.

5        Q.    So the subject of the

6    discussion was moving the funds out of

7    Lloyds to the United States; is that right?

8        A.    Yes.

9        Q.    What did Juan Reyes III, what

10   did your son say during this discussion?

11             MR. LERNER:  Objection.

12        Attorney-client.

13             MR. BEDNAR:  Well, let's

14        explore that.

15       Q.    Was Juan Reyes III your

16   attorney?

17             MR. LERNER:  You can answer.

18        Was he giving you legal advice or

19        were you asking for legal advice from

20        Juan and was he giving legal advice?

21       A.    It's very difficult to

22   disassociate it when I was talking to him

23   or talking like my son but it involved some

24   legal things too.

25       Q.    Let me ask it this way:  Let's

Page 132

                         J. REYES

1    establish, on or around 2013 Juan III was a

2    licensed attorney, right?

3        A.    Yes.

4        Q.    When you talked to him at that

5    time, about the Lloyds account, did you

6    understand him to be your attorney?

7        A.    No.  Are you asking advice?

8        Q.    I'm asking when you talked to

9    Juan III, did you perceive him to be your

10   attorney when you talked to him?

11            MR. LERNER:  Did you perceive

12       him to be giving you legal advice or

13       personal family advice?

14       A.    So this was hard to

15   disassociate it because he's a lawyer;

16   obviously he's going to give me some legal

17   advice.

18       Q.    I'm going to ask you this

19   question and you're probably going to think

20   it's ridiculous but did you have any

21   engagement letter with him?

22       A.    No.

23       Q.    Was there any kind of written

24   document evidencing that you had retained

Juan Reyes                                              December 2, 2022

Page 133

1                         J. REYES

2    him, you or your wife had retained him as

3    your attorney?

4         A.    No.

5         Q.    So I go back to the, I guess,

6    the original question.  What did Juan Reyes

7    III say to you and your wife during this

8    discussion about the Lloyds account?

9              MR. LERNER:  Objection.  To the

10            extent that you can answer without

11            telling him -- withdrawn.  To the

12            extent that you can answer without

13            conveying legal advice that Juan

14            Reyes conveyed to you, or opinion,

15            you can answer.

16        Q.    I think you have to answer that

17   based on the best of your abilities.

18        A.    I ask him how do we do, how do

19   we bring the money here?  He said to me you

20   need an attorney that specialize in that.

21        Q.    So Juan Reyes III said you've

22   got to go find an attorney who is familiar

23   with these kinds of transactions?

24        A.    Yes.

25        Q.    Did he say anything else to you

Juan Reyes                                    December 2, 2022

Page 134

```
 1                    J. REYES
 2    during this discussion?
 3         A.    Not really, no.
 4         Q.    Not really or --
 5         A.    No, nothing else.
 6         Q.    During your discussion with
 7    Juan III, did you two ever discuss the
 8    United States tax reporting requirements
 9    associated with the Lloyds Bank account?
10         A.    No.
11         Q.    During this discussion with
12    Juan III, did either of you or your wife
13    discuss with him FBAR reporting
14    requirements?
15         A.    No.  At that point, I believed
16    that the way to transfer the money was to
17    bring it here.
18         Q.    Other than that discussion
19    around the time of moving the funds out of
20    Lloyds to the U.S., did you ever --
21              MR. BEDNAR:  Strike that.
22         Q.    Had you ever had any discussion
23    with Juan III, about the Lloyds account,
24    before that discussion we've been talking
25    about regarding moving the funds to the
```

Juan Reyes                                           December 2, 2022

Page 135

1                    J. REYES

2    U.S.?

3         A.    I don't think so.

4         Q.    Has Juan III ever represented

5    you or your wife in relation to the Lloyds

6    Bank account vis-à-vis third parties?

7         A.    No.

8         Q.    Now I want to turn to Alex and

9    I know this is a sensitive topic but you

10   did just testify a few minutes ago that you

11   did talk to him about the Lloyds account at

12   some point in time, right?

13        A.    I believe so.

14        Q.    And I'll try to be as brief as

15   possible on this.  When did that occur?

16        A.    I wouldn't know.  I wouldn't

17   remember.

18        Q.    What was the subject of the

19   discussion with him?

20        A.    I don't even remember either.

21        Q.    You just remember that you

22   talked about the account with him?

23        A.    Yeah, that my parents gave me

24   that money and it was in the account some

25   place.

Juan Reyes                                          December 2, 2022

Page 136

 1                      J. REYES

 2        Q.    Did you ever discuss with Alex

 3   the concept of reporting the accounts to

 4   the United States government?

 5        A.    I never.

 6        Q.    I want to move on to a

 7   different topic.  So communications with

 8   Lloyds Bank, whether it's England or

 9   Switzerland, how did you and your wife

10   communicate with that bank?

11        A.    Well, by mail, by fax, as you

12   see a fax here, and sometimes probably

13   telephone.

14        Q.    In what circumstances did you

15   talk to anybody at Lloyds on the phone?

16        A.    Actually they would generate

17   the call and it was with this man named

18   Bernard Gaughran.

19        Q.    Did he call you?

20        A.    Yes.

21        Q.    When did he call you?

22        A.    I don't remember.  Sometimes.

23        Q.    What did he call you about?

24        A.    What we doing -- what he was

25   doing with the bank account.

Juan Reyes                                December 2, 2022

Page 137

1                    J. REYES

2       Q.    So he would discuss with you

3  the progress of the various investments and

4  their securities in the account or the

5  content of it?

6       A.    Not really because I'm

7  ignoramus about the stock market and he

8  said we're doing okay.

9       Q.    Did either you or your wife

10 communicate with Lloyds through e-mail?

11      A.    No e-mail.

12      Q.    So just U.S. mail, fax and

13 phone?

14      A.    And phone.

15      Q.    How often would you say you or

16 your wife communicated with Lloyds Bank?

17      A.    Every four months or six

18 months.  It was sporadic.

19      Q.    So every four or six months

20 there would either be something in the mail

21 from them, a fax being sent to or from the

22 bank, or there would be a phone call?

23      A.    That's correct, yes.

24      Q.    Was there ever a time when

25 there was more communication going on with

Juan Reyes                                December 2, 2022

Page 138

```
 1                      J. REYES
 2     Lloyds?  I'm not talking about before the
 3     closing aspects of things.
 4          A.    I don't think so.
 5          Q.    So it was steady every four or
 6     six months there would be some kind of
 7     communication?
 8          A.    I wouldn't say steady.  I
 9     mentioned sporadic which means once in a
10     while.
11          Q.    Okay.  Have you or your wife
12     ever had a foreign financial account in
13     addition to the one with Lloyds Bank?
14          A.    No, never.
15          Q.    Did you or your wife ever have
16     an account with UBS Bank, not a credit card
17     account but a bank account?
18          A.    No, never.
19               MR. BEDNAR:  Let's take a look
20            at the next document which will be
21            number 15.
22               (Whereupon, KYC Information
23            Document was marked as Exhibit 15 for
24            identification as of this date by the
25            Reporter.)
```

Juan Reyes                                    December 2, 2022

Page 139

```
 1                    J. REYES
 2        Q.    Before this let me just ask you
 3   one more thing about Alex III.
 4              MR. LERNER:  No, Alex is --
 5        Q.    I'm sorry, Juan Reyes III.
 6   When was the first time you ever told him
 7   about the existence of the Lloyds account?
 8        A.    Juan?
 9        Q.    Juan Reyes III.
10        A.    Right before we want to
11   transfer the account here.
12        Q.    Are you saying that you had
13   never disclosed to him, in any form, or any
14   manner, you or your wife, the existence of
15   the Lloyds account until around 2013?
16              MR. LERNER:  Objection but you
17         can answer.
18        A.    I don't believe so.
19        Q.    So let's go to Exhibit 15.  And
20   this is Bates number LLOYD_000042.  So Dr.
21   Reyes, what is your understanding of what
22   this document is?
23        A.    To tell you the truth, I never
24   seen this document and I don't understand
25   why does it say residence in Guatemala.  I
```

Page 140

                    J. REYES

1

2    been to Guatemala only once before you were

3    born.

4         Q.    Let talk about a couple of

5    things with this.  Does this appear to be a

6    document created by Lloyds Bank?

7         A.    Yeah, that's right.

8         Q.    And does this document appear

9    to be related to you and your wife's

10   account with Lloyd's Bank?

11        A.    Yes.

12        Q.    And in the upper left-hand

13   corner, there is a client number,       250.

14   Do you see that?

15        A.    Yes.

16        Q.    Is that the same client ID

17   number we've seen throughout the other

18   Lloyds Bank documents associated with your

19   account?

20        A.    That is correct, yes.

21        Q.    Who is Bernard Gaughran?

22        A.    He was an employee of Lloyds

23   Bank and he's the one who Lloyds Bank had

24   decided to get in touch with us to

25   communicate with him.

 1                    J. REYES

 2        Q.     I'm sorry, I missed the last

 3   part.

 4        A.     To communicate with him.

 5        Q.     What was his title at Lloyds

 6   Bank?

 7        A.     I don't know.

 8        Q.     Did you and your wife consider

 9   him to be your primary contact at Lloyds?

10        A.     I would say so.

11        Q.     In the middle of the page

12   there's a sentence, on the left-hand side,

13   that says "client banked with UBS but were

14   not satisfied with their service and

15   decided to open an account with Lloyds."

16   Who is the clients in that sentence?

17        A.     I don't understand what they

18   talking about.

19        Q.     Do you see where it says that

20   though?

21        A.     I understand.  I see what it

22   says but I never discussed that I was

23   dissatisfied and I didn't discuss it with

24   Gaughran, never.

25        Q.     So just to be clear, did you

Juan Reyes                                    December 2, 2022

Page 142

1                        J. REYES

2    and your wife ever bank with UBS?

3         A.    No, never.

4         Q.    And below that, on the first

5    page, it says "met clients for first time

6    in March 31, 2006, on a business trip to

7    London."  Did you or your wife go to London

8    around that time?

9         A.    That was the time that I

10   mentioned that I saw Gaughran.

11        Q.    So that was in 2006?

12        A.    Probably.

13        Q.    Actually on the next page let

14   me ask you about another reference.  Do you

15   see on the top part of the second page,

16   "last met clients in May 2009 on a business

17   trip to London."  Did you or your wife go

18   to London in 2009 and meet with Mr.

19   Gaughran?

20        A.    I don't remember.

21        Q.    Is it fair to say that either

22   in 2006 or in 2009 you met with him?

23        A.    Yes, that's correct.

24        Q.    Moving on to a different

25   subject here, Dr. Reyes, throughout your

Juan Reyes                                December 2, 2022

Page 143

```
 1                    J. REYES
 2   marriage have you filed your federal income
 3   tax returns jointly with Mrs. Reyes?
 4        A.    I don't think so.
 5        Q.    Was there a time you filed
 6   separately?
 7        A.    No, never.
 8        Q.    I'll ask the first question
 9   again.  Throughout your marriage, have you
10   filed your federal income tax returns
11   jointly with Mrs. Reyes the entire time?
12        A.    All the time.  With a joint
13   account, with a joint tax return, we always
14   did it together.  Is that the question?
15        Q.    Yes.
16        A.    We always did it together.
17        Q.    You always filed jointly?
18        A.    Always.
19        Q.    Did you file joint federal tax
20   returns for the years 2010 through 2012?
21        A.    I believe so.
22        Q.    I'm focusing on those specific
23   years.  Did you prepare the returns
24   yourself, or with your wife, or did you use
25   an outside advisor?
```

Page 144

1                    J. REYES

2          A.    We always get an outside

3    advisor.

4          Q.    And for those years who was

5    your outside adviser?

6          A.    Someone named Sidney Yoskowitz.

7          Q.    And during that timeframe, 2010

8    through 2012, did he have his own firm or

9    was he part of a larger firm?

10         A.    I think he still was -- he has

11   his own firm I think.

12         Q.    Did he later move on to a

13   larger firm?

14         A.    That's my understanding.

15         Q.    What was the name of that firm?

16         A.    Reid and something.

17         Q.    Was it G.R. Reid?

18         A.    Yes.

19         Q.    When did you and your wife

20   first work with Mr. Yoskowitz?

21         A.    Many years ago, maybe 40 years.

22         Q.    So since the 1980s?

23         A.    Yes.

24         Q.    And what kind of services did

25   Mr. Yoskowitz provide besides of

Page 145

```
 1                    J. REYES
 2   preparation of returns?
 3        A.    That was the only thing I did.
 4        Q.    Did you or your wife ever go to
 5   him for general tax advice?
 6        A.    I don't think so.
 7              MR. LERNER:  Was that line of
 8         questioning solely focused on his
 9         personal capacity because I believe
10         there was testimony, or maybe
11         yesterday, that he had the separate
12         business entities and he may have use
13         Mr. Yoskowitz as well.
14              MR. BEDNAR:  Let's ask it in
15         both capacities then.
16        Q.    Did you ever ask Mr. Yoskowitz
17   for tax advice, general tax advice, in your
18   own personal capacity and in your wife's
19   personal capacity?
20        A.    I don't think so.
21        Q.    Did you ever ask Mr. Yoskowitz
22   for general tax advice in the capacity of
23   one of your businesses?
24        A.    Probably with the building.
25        Q.    Did the Avaline, the two
```

Juan Reyes                                    December 2, 2022

Page 146

1                      J. REYES

2    Avaline LLCs, did they file their own tax

3    returns separately?

4         A.    From my understanding, yes.

5         Q.    Has it always been done that

6    way?

7         A.    Always.

8               MR. LERNER:  Let's go off the

9         record.

10              (Whereupon, an off-the-record

11         discussion was held.)

12        Q.    What is your view of the

13   quality of service that Mr. Yoskowitz

14   provided as a CPA?

15        A.    I thought it was a good advice

16   for a CPA.

17        Q.    You think he did good work for

18   you and your wife?

19        A.    Say it again.

20        Q.    Do you think he did good work

21   for you and your wife?

22        A.    I think so.

23        Q.    And what leads you to that

24   conclusion?

25        A.    We never had problems with the

Page 147

1                      J. REYES

2   taxes.

3       Q.    As a CPA, in the process of

4   preparing returns, and this is for any time

5   period, was he a CPA who asks a lot of

6   follow-up questions?

7               MR. BEDNAR:  Strike that.

8       Q.    As your CPA preparing your tax

9   returns all these years, would you say he

10  was a fairly hands on CPA, asking a lot of

11  questions, or was he more hands off?

12              MR. LERNER:  Objection.  You

13       can answer.

14      A.    I think he's okay.

15      Q.    In preparing your tax returns,

16  did he tend to ask you a lot of follow-up

17  questions or did he simply take the

18  information you had and prepare the returns

19  with minimal communication with you?

20              MR. LERNER:  Objection.  You

21       can answer.

22      A.    He will ask for some of the

23  papers, I guess some of the checks I

24  received from the insurance company.  My

25  bank would collect the paper and give it to

Juan Reyes                                    December 2, 2022

Page 148

1                    J. REYES

2    him.

3        Q.    Let's focus on the years 2010

4    to 2012.

5              MR. BEDNAR:  I'll start with

6         the first exhibit, Exhibit 16.

7              (Whereupon, 2010 Federal Income

8         Tax Return was marked as Exhibit 16

9         for identification as of this date by

10        the Reporter.)

11       Q.    And this is a document with

12   Bates number IRS_0000438.  So Dr. Reyes,

13   what is your understanding of what this

14   document is that's marked as Exhibit 16?

15       A.    That was the joint tax return

16   that we send.

17       Q.    Is this a copy of the original

18   2010 federal income tax return for you and

19   your wife?

20       A.    I believe so.

21       Q.    Does this copy contain your

22   signature or your wife's signature on the

23   second page?

24       A.    In 439?

25       Q.    Correct.

Page 149

1                    J. REYES

2          A.    I don't see my signature.

3          Q.    Nevertheless do you have any

4    reason to believe or any reason to dispute

5    that this is a true and correct copy of

6    your and your wife's 2010 federal income

7    tax return?

8          A.    I believe so.  I believe it is.

9          Q.    Did you and your wife paper

10   file or e-file the original 2010 return?

11         A.    I wouldn't know.

12         Q.    Who would know that?

13         A.    Yoskowitz.

14         Q.    Let me ask you a couple of

15   questions about this return.  On schedule

16   B, which the Bates page ending in 441, is

17   this schedule B a schedule of interest and

18   ordinary dividends?

19         A.    I don't understand what this --

20         Q.    What's the title of schedule B?

21         A.    Interest and ordinary

22   dividends, yes.

23         Q.    And do you see where it says on

24   the left, part 1 interest, on the top part?

25         A.    Yes.

Page 150

                              J. REYES

1

2       Q.     Does this schedule B show

3   interest being received from Chase Bank

4   during 2010?

5       A.     Yeah, that's what it says, yes.

6       Q.     And below that there's a

7   reference to Ridgewood.  Do you see that?

8       A.     Yes.

9       Q.     What is Ridgewood?

10      A.     I don't know.  With my

11  recollection, I don't know.

12      Q.     Did you and your wife have a

13  bank account at Ridgewood?

14      A.     Maybe my wife, maybe something

15  she get from her mother.

16      Q.     In this original 2010 return,

17  is there a disclosure anywhere of interest

18  income, or other income, from the Lloyds

19  Bank account?

20      A.     I don't think so.

21      Q.     And let's stay with that

22  schedule B, which is page 441 on the

23  right-hand corner.  Towards the bottom

24  there's a question 7A and I'll read it out

25  loud.  "At any time during 2010, did you

Juan Reyes                                    December 2, 2022

Page 151

```
 1                      J. REYES
 2   have an interest in or a signature or other
 3   authority over a financial account in a
 4   foreign country such as a bank account,
 5   securities account, or other financial
 6   account?"  Do you see that question?
 7        A.    Yes.
 8        Q.    And what box was checked in
 9   response to that, yes or no?
10        A.    It's checked no.
11        Q.    Why was it checked no?
12        A.    Because my understanding is
13   that since we have two different
14   citizenships, so one is Nicaragua and one
15   is American, so the one that I have is the
16   one in Nicaragua.  It had nothing to do
17   with the United States and then many of the
18   international lawyers agree with that, and
19   that has been my understanding, that I
20   didn't have to report that.
21        Q.    How did you develop the
22   understanding you just described?
23        A.    Because I spoke and I read a
24   big article by somebody named Roger Malta
25   Grossman, that he mentioned that there is
```

1                    J. REYES
2  -- the United States have right to get a
3  report, any money, that a citizen will get
4  in there, and that was before they accept
5  the dual citizenships, and when the United
6  States accept dual citizenship, then the
7  law become gray.  They don't know exactly
8  what should be done because the other
9  country has some special interest.
10              So my understanding was, as a
11  Nicaragua citizen, I didn't have the right,
12  or I didn't have the duty, to report that I
13  wasn't an American citizen.  I might be
14  wrong but that was my understanding.  I
15  believe in that.
16      Q.    Who was the author of this
17  article?
18      A.    I think it's Malta M-A-L-T-A,
19  Grossman with two S.  I believe it's a
20  Sicilian international lawyer.
21              MR. LERNER:  Schilling?
22              THE WITNESS:  Lawyer.
23              MR. LERNER:  Malta Grossman
24       Schilling?
25              THE WITNESS:  He's an

Page 153

```
 1                      J. REYES
 2         international lawyer.  I read an
 3         article and that was my
 4         understanding.
 5         Q.    Let me just get the first name
 6    right.  Is the first name Malta?
 7         A.    I think the first name is Roger
 8    and he use the two last name, Malta, like
 9    the island of Malta, M-A-L-T-A, and
10    Grossman.
11         Q.    Roger Malta Grossman?
12         A.    Yes.
13         Q.    And it's Mr. Grossman I assume,
14    right?
15         A.    Yes.
16         Q.    Is Mr. Grossman Chilean?
17         A.    I think so.
18         Q.    From Chile, the country?
19         A.    Usually they from Chile, yes.
20         Q.    This is an article in a
21    newspaper that he wrote or where did he
22    write this?
23         A.    It could have been in a
24    newspaper but that was in Nicaragua.
25         Q.    So he wrote an article that
```

Juan Reyes                                                    December 2, 2022

Page 154

1                          J. REYES

2    appeared in a Nicaraguan newspaper?

3          A.    Yes.

4          Q.    When did you read that article?

5          A.    I wouldn't remember.

6          Q.    And tell me again what did

7    Dr. Grossman say in this article.

8          A.    My only understanding was that

9    if you have an account outside the country

10   where you a citizen, that money belong,

11   it's on the jurisdiction where the money

12   was generated, and my understanding is the

13   money was generated in Nicaragua.  It was

14   not in the jurisdiction for the United

15   States.

16              MR. LERNER:  Did you say it was

17        not under the jurisdiction?

18              THE WITNESS:  It was not.

19         A.    And although, I mention to you

20   too, that is before the American accept

21   dual citizenships, they didn't have the

22   right about any account that American

23   citizen have outside.  When they have dual

24   citizenships, it cause a different ball

25   game.

Page 155

1                    J. REYES

2       Q.    How is it different?

3       A.    They have no jurisdiction on

4  that.  The money become -- the money is

5  with -- the country where the money was

6  generated, that the one who has

7  jurisdiction over that money.

8       Q.    I'm still a little confused

9  about the dual citizenship part.  What's

10  the difference between dual citizen and

11  not?

12       A.    I think like it's two different

13  things, like two different corporations,

14  one in Nicaragua, one in United States, and

15  that what Mr. Grossman was saying, the law

16  become really gray, not black and white.

17       Q.    So was it your understanding

18  that, based on reading this article, that

19  if you're citizen of a country, and you

20  have a foreign account, then the income

21  from that account is only within the

22  jurisdiction of where the account is

23  located,

24       A.    No, where the money was

25  generated.

Juan Reyes                                    December 2, 2022

Page 156

1                      J. REYES

2          Q.     Okay.  But then when you're a

3     dual citizen, it's more of a gray area, is

4     that what he was saying?

5          A.     That's correct.

6          Q.     That was your understanding

7     too?

8          A.     And my understanding is once

9     you starting bringing that money into any

10    other country, you have to pay the taxes

11    and when I brought the money here, I was

12    under the understanding that I was going to

13    bring the money to pay my tax and that was

14    it.

15         Q.     Did you ever talk to anyone

16    about this article that you read by

17    Mr. Grossman?

18         A.     Maybe with my wife.  I never

19    thought too much about that account outside

20    of Nicaragua, outside of the United States.

21         Q.     Did you ever discuss this

22    article with Mr. Yoskowitz?

23         A.     No.

24         Q.     Did there ever come a time when

25    you learned of the information that would

Juan Reyes                                          December 2, 2022

Page 157

```
 1                       J. REYES
 2   contradict what you read in that article?
 3        A.    I never read anything that
 4   contradict that but I know the obligation
 5   when I start to bring the money here.  When
 6   I decide to bring the money here, I learned
 7   that I need more than just pay taxes.
 8        Q.    What was there in addition to
 9   that?
10        A.    My lawyer mentioned it to me.
11        Q.    I'm sorry?
12        A.    My lawyer gave me the advice,
13   my lawyer in New York.
14              MR. BEDNAR:  Can you read the
15         answer to the last question just to
16         make sure I have it.
17              (Whereupon, the referred-to
18         question and answer was read back by
19         the Reporter.)
20        Q.    I want to focus on that.  What
21   more did you need to do other than paying
22   taxes?
23        A.    There was going to be some
24   penalties and it had to be done through the
25   -- what do you call it?  Offshore voluntary
```

```
 1                    J. REYES
 2    disclosure.
 3         Q.    I just want to talk about the
 4    process that was used to prepare this
 5    original return.  How was the original 2010
 6    return prepared?  Start from the beginning
 7    to the end.
 8              MR. LERNER:  Objection.  You
 9         can answer.
10         A.    Without the Lloyds account --
11         Q.    I'm talking about this
12    Exhibit 16, the original 2010 return.  What
13    was -- how was it prepared?
14         A.    We give the papers, we give the
15    incomes to Mr. Sidney Yoskowitz, and he
16    prepared the return.
17         Q.    Now which papers were given to
18    him?
19         A.    My income.  At the end of the
20    year, all those insurance company send the
21    total that they pay me, plus also we
22    deposit, as soon as we get the check, we
23    deposit into the bank.  So we collect all
24    these papers and we give it to him and
25    based on that, Mr. Yoskowitz prepared the
```

Juan Reyes                                    December 2, 2022

Page 159

1                    J. REYES
2    income tax.
3         Q.    So the first part, were those
4    1099 forms?  Are you familiar with the term
5    1099 form?
6         A.    I seen that but I don't know
7    exactly what it is.
8         Q.    Is that a form that shows
9    income that was paid to somebody?
10        A.    Okay.  So probably that's the
11   one.
12        Q.    And then you mentioned banks.
13        A.    We deposit because as soon as
14   we get the check, which is now I think it
15   get the deposit directly into the account,
16   we have to bring those checks and we make a
17   deposit.
18        Q.    So in terms of putting together
19   documents for Mr. Yaskowitz to prepare the
20   2010 return, you gave him -- correct me if
21   I'm wrong -- did you give him 1099s, plus
22   bank statements or something else?
23        A.    Whatever shows my income, we
24   show it to him.  We gave it to him and we
25   prepare.  Based on that, we prepare the

Juan Reyes                                    December 2, 2022

Page 160

1                    J. REYES

2    income tax.

3         Q.    Between you or your wife, who

4    gave Mr. Yoskowitz the documents to prepare

5    the 2010 return?

6         A.    I think my wife most of the

7    times.

8         Q.    And did Mr. Yoskowitz approach

9    you two first for information or what was

10   the sequence of events?

11        A.    I believe that he would make a

12   phone call and want us to prepare all the

13   papers and they said we want to have the

14   papers ready in the day and he would come

15   himself, he would send the driver to pick

16   up papers.

17        Q.    For 2010, did he give you a

18   written list of documents that he wanted or

19   was it a list over the phone?

20        A.    Well, we gave the papers.

21        Q.    But in terms of his request,

22   did he actually list out in writing what he

23   needed?

24        A.    I really think that was

25   probably the telephone.

Juan Reyes                                          December 2, 2022

Page 161

1                     J. REYES

2        Q.    So for 2010, in the stack of

3   papers given to the Mr. Yoskowitz, did you

4   or your wife ever include any documentation

5   regarding the Lloyds Bank account?

6        A.    No, never.

7        Q.    And why not?

8        A.    Because I didn't think they

9   need it.

10       Q.    And why didn't you think you

11  needed to?

12       A.    Because that was not the income

13  in the United States.  I mention to you

14  before I didn't feel the obligations that

15  we have to this country with this account.

16       Q.    Are you familiar with the term

17  a tax organizer?

18       A.    Not really.

19       Q.    Did Mr. Yoskowitz, for 2010,

20  did he give you a blank questionnaire to

21  fill out so that he can then use that to

22  prepare the income tax return?

23       A.    I don't remember.

24            MR. LERNER:  Let's take a break

25       so I can stretch my legs.

Page 162

```
 1                  J. REYES
 2              (Whereupon, a short recess was
 3         taken.)
 4              MR. BEDNAR:  What was the last
 5         question and answer?
 6              (Whereupon, the referred-to
 7         question and answer was read back by
 8         the Reporter.)
 9         Q.    Other than the stack of
10    documents that you or your wife gave
11    Mr. Yoskowitz, did either of you give him
12    anything else in order to prepare the 2010
13    joint federal income tax return?
14              MR. LERNER:  Objection.  You
15         can answer.
16         A.    I don't think so.
17         Q.    For the 2010 return, did you or
18    your wife ever meet with Mr. Yoskowitz in
19    any any part of that process of preparing
20    that return?
21         A.    I don't think so.
22         Q.    Did either you or your wife
23    talk to him on the phone about any aspect
24    of preparing the 2010 return?
25              MR. LERNER:  Objection.  You
```

Juan Reyes                                    December 2, 2022

Page 163

1                    J. REYES

2        can answer.

3        A.    I don't think so.

4        Q.    So you or your wife gave him

5   documents.  Did he then come back to you

6   and your wife with a draft 2010 return to

7   review?

8        A.    I don't remember.  I would say

9   maybe but I don't know.

10       Q.    I think you testified earlier

11   that he was your CPA for many years, right?

12       A.    Yes.

13       Q.    About 40 years?

14       A.    I think so.

15       Q.    Let's step outside 2010.  Let's

16   look at the bigger picture.  Was it his

17   practice to give you and your wife a draft

18   of the return to review?  Did he do that?

19       A.    I don't know unless he gave it

20   to my wife.  I couldn't say.  I couldn't

21   talk to -- with my wife but me to me, I

22   don't remember actually.

23       Q.    I'm just trying to understand

24   what his practice was.  Did he notify you

25   or your wife and say okay, I've got the tax

Page 164

```
 1                     J. REYES
 2   returns ready for you to look at and sign?
 3   Is that what he did?
 4         A.     I think so.
 5         Q.     And would you and your wife go
 6   to his office to sign it or where would it
 7   be signed?
 8         A.     He would send somebody and on a
 9   rare occasion, he would go by himself.
10         Q.     So customarily the tax returns
11   would be signed in your house; is that
12   right?
13         A.     Probably, yes.
14               MR. LERNER:  Hold on.  When
15          we're talking about the big picture,
16          that can be 20 years ago before they
17          were doing electronic filing but as
18          we get into a more recent era, he may
19          not have been coming to his house so
20          the big picture might not work here.
21         Q.     Did you or your wife ever go to
22   Mr. Yoskowitz's office?
23         A.     I believe that we went to a
24   party there.
25         Q.     Did you or your wife ever visit
```

Juan Reyes                                    December 2, 2022

Page 165

1                    J. REYES

2   Mr. Yoskowitz's office for the purpose of

3   tax return preparation?

4        A.    Not that I know of.

5        Q.    So let's go back to 2010 then.

6   You and your wife gave him documents, he

7   generated a return.  Did the 2010 return

8   then get sent to your house for you and

9   your wife to review and sign?

10       A.    I think so because we been

11  doing that for 40 years so he probably

12  trust us and we trust him.

13       Q.    So did you and your wife review

14  and confirm the accuracy of the original

15  2010 return prior to signing it?

16       A.    Probably.

17       Q.    Did you ever mention to --

18            MR. BEDNAR:  Strike that.

19       Q.    Did you ever use a CPA other

20  than Mr. Yoskowitz, you or your wife, to

21  prepare your personal federal income tax

22  returns?

23            MR. LERNER:  Objection.  We

24       know that Mr. Yoskowitz passed away

25       and he died so obviously they have.

Page 166

1                    J. REYES

2        A.    Yeah, so after Mr. Yoskowitz

3   died we have somebody else and probably I

4   think maybe two years after we get married

5   we had somebody else but then we met

6   Mr. Yoskowitz and ever since he prepared

7   the income taxes.

8        Q.    What was the last tax year that

9   Mr. Yoskowitz prepared a return for you?

10       A.    I wouldn't know.

11       Q.    Was it within the last five

12  years?

13       A.    Probably.

14       Q.    At any point in time did you

15  ever mention to Mr. Yoskowitz the existence

16  of you and your wife's Lloyds Bank account?

17       A.    Never.

18            MR. LERNER:  Let me go outside

19        with him for a moment.

20            (Whereupon, a short recess was

21        taken.)

22            MR. LERNER:  Having spoken with

23        Dr. Reyes for a moment, he

24        understands the question and will

25        clarify.

Page 167

```
1                    J. REYES
2              THE WITNESS:  Can you ask the
3         question again?
4              MR. BEDNAR:  Let's have the
5         court reporter read it.
6              (Whereupon, the referred-to
7         question was read back by the
8         Reporter.)
9         A.    Yeah, we did.
10        Q.    When did that occur?
11        A.    When he had to do an amendment
12  when we brought the money into the United
13  States.
14        Q.    And we'll discuss those amended
15  returns shortly.  Other than in the context
16  of amended returns, did you ever mention to
17  Mr. Yoskowitz the existence of the Lloyds
18  Bank account?
19        A.    We never mention it.
20        Q.    Did you ever provide
21  Mr. Yoskowitz with any documents
22  referencing you and your wife's Lloyds Bank
23  account?
24        A.    Never.
25        Q.    What about during the process
```

Juan Reyes                                    December 2, 2022

Page 168

```
 1                    J. REYES
 2   of amending the tax returns?
 3        A.    Yes, that's the only time.  I
 4   think we provide Mr. Doug Allen and then he
 5   and Mr. Yoskowitz prepared the amended.
 6        Q.    Other than in the context of
 7   preparing amended returns, did you ever
 8   provide Mr. Yoskowitz with any documents
 9   referencing the Lloyds Bank account?
10        A.    No, never.
11        Q.    Did Mr. Yoskowitz ever ask you
12   or your wife about whether either of you
13   had a foreign financial account?
14        A.    I don't think so.
15        Q.    From the period of, let's say,
16   1985 to 2012, did you have any tax advisors
17   other than Mr. Yoskowitz?
18              MR. LERNER:  Objection.
19        A.    I don't think so.
20        Q.    What was your answer?
21        A.    I don't think so.
22        Q.    Have you ever had any other
23   financial advisors?
24        A.    Besides Mr. Yoskowitz?
25        Q.    Right.
```

Juan Reyes                                    December 2, 2022

Page 169

1                       J. REYES

2          A.    No, we don't have any.

3          Q.    Have you or your wife ever

4    work with a financial planner?

5          A.    No, I don't think so.

6                MR. BEDNAR:  Let's look at

7           another exhibit.

8                (Whereupon, Amended Tax Return

9           for 2010 was marked as Exhibit 17 for

10          identification as of this date by the

11          Reporter.)

12               MR. BEDNAR:  This is a document

13          with the Bates stamp IRS_0001005.

14         Q.    Dr. Reyes, what is this

15   document that's been marked as Exhibit 17?

16         A.    My understanding is that this

17   is the amendment of the income tax.

18         Q.    Is this an amended federal

19   income tax return for the year 2010 for you

20   and your wife?

21         A.    That's correct.

22         Q.    On the second page, are these

23   the signatures of you and your wife on

24   this?

25         A.    Yes.

Juan Reyes                                    December 2, 2022

Page 170

1              J. REYES

2       Q.    And when did you and your wife

3   sign this?

4       A.    It says here in August 3, 2014.

5       Q.    Why was an amended return for

6   2010 prepared?

7       A.    Around that time, around 2014.

8       Q.    I'm asking why was an amended

9   return for tax year 2010 prepared?

10      A.    Because we get advice from the

11  lawyer that we have to pay taxes in the

12  money that we brought into the country.

13      Q.    I just caution you that I don't

14  want to get into what your lawyer advised

15  or communications with your lawyer and your

16  attorney, Mr. Lerner --

17            MR. LERNER:  I could have

18       objected but it was innocuous.

19      A.    He want to give me advices.

20      Q.    Let's go to schedule B on this

21  amended return, which is the Bates number

22  on the right-hand corner ending in 1012.

23  In this amended return, was there a

24  disclosure of interest income from the

25  Lloyds Bank account for 2010?

Page 171

1                        J. REYES

2        A.     I'm not so sure.  I see over

3   here but I don't think so.

4        Q.     See where it says part 1

5   interest near the top?

6        A.     Part 1 interest, yes.

7        Q.     And there's two entries for

8   Chase, correct?

9        A.     Yes, that's right.

10       Q.     And below that there's an entry

11   for Lloyds TSB Bank?

12       A.     Yes.

13       Q.     So let me ask the question

14   again.  Does the amended return for 2010

15   disclose interest income from the Lloyds

16   Bank account?

17       A.     Yeah, this one, yes.

18       Q.     And what's the amount?

19       A.     57,250.

20       Q.     And then why does the amended

21   return disclose this interest income from

22   Lloyds?

23       A.     Because we brought the money

24   here.  That money from Lloyds, we brought

25   it into this country and we had to pay

Page 172

```
 1                    J. REYES
 2    taxes on that money.
 3        Q.    But this is a return from year
 4    2010, correct?
 5        A.    Yes.
 6        Q.    So had you brought the money in
 7    in 2010?
 8        A.    No.  I was advised to leave it
 9    the last three years I think.
10        Q.    So after conferring with Doug
11    Allen, you decided to file an amended
12    return to disclose income from 2010,
13    interest income from Lloyds for 2010?
14        A.    Well, he say that we have.
15        Q.    You decided to do it, right?
16        A.    Yes.
17        Q.    Now let's go down to question
18    7A.  I'll read it out loud.  At any time
19    during 2010 --
20        A.    Wait a second.
21        Q.    Same page on the bottom, line
22    7A.  At any time during 2010, did you have
23    an interest in or a signature or other
24    authority over a financial account in a
25    foreign country, such as a bank account,
```

Page 173

```
 1                    J. REYES
 2   securities account, or other financial
 3   account and which box was checked on this
 4   amended return?
 5        A.    Yes.
 6        Q.    Why was the box checked yes but
 7   no on the original?
 8        A.    Because in the other one I
 9   mentioned to you, I didn't believe we
10   didn't have brought the money into this
11   country.  I believed, at that point, I
12   didn't need, or at least that was my
13   understanding, I didn't need any obligation
14   to the United States.
15        Q.    And that understanding was
16   based on the article you read in the
17   newspaper in Nicaragua by Mr. --
18        A.    It's not the only one.  I think
19   they said there's a lot of international
20   lawyers believe in that.
21        Q.    Was Mr. Grossman, was he an
22   international lawyer?
23        A.    He's an international lawyer.
24   That's my understanding.
25        Q.    Who are some of the
```

Page 174

```
 1                    J. REYES
 2   international lawyers that shared the same
 3   belief as Mr. Grossman?
 4        A.    I know somebody that was
 5   married to my wife's niece.  I don't even
 6   know what his name was because I think
 7   they're getting divorced now and he's a
 8   German fellow and he's an international
 9   lawyer, and then also, at one point, I
10   think maybe I spoke to him but I know there
11   was an agreement with what Mr. Grossman was
12   saying.
13        Q.    Again you had an over 40-year
14   relationship with Mr. Yoskowitz, right?
15        A.    Yes.
16        Q.    And back in 2010, that would
17   have been 30 year-relationship
18   approximately, right?
19        A.    Yes.
20        Q.    Did you trust Mr. Yoskowitz?
21        A.    Well, there was a relationship.
22   There was not like personal friend but I
23   trust in him because he been doing my work
24   for so many years and I didn't have any
25   reason why not to trust him.
```

Juan Reyes                                    December 2, 2022

1                    J. REYES

2        Q.    With such a long 30-year plus

3   relationship with Mr. Yoskowitz, why didn't

4   you ever approach him regarding the Lloyds

5   Bank account?

6        A.    There was no reason why to tell

7   my personal life.

8        Q.    Was this amended return paper

9   filed or e-filed with the IRS?

10       A.    I don't know.

11             MR. BEDNAR:  Let's go on  to

12        the next exhibit which is Exhibit 18.

13             (Whereupon, 2011 Federal Income

14        Tax Return was marked as Exhibit 18

15        for identification as of this date by

16        the Reporter.)

17       Q.    Dr. Reyes, what is this

18   document that's been marked as Exhibit 18?

19       A.    The income tax return for 2011.

20       Q.    And did you sign -- is this

21   document signed by you or your wife?

22       A.    I haven't seen my signature

23   here.

24       Q.    Is this a true and correct

25   unsigned copy of your original 2011 federal

Page 176

```
 1                    J. REYES
 2   income tax return?
 3             MR. LERNER:  Objection.
 4        A.    I believe so.
 5        Q.    Do you have any reason to
 6   dispute that this is a valid unsigned copy
 7   of your 2011 tax return?
 8        A.    I believe so, yes.
 9        Q.    You believe that this is a
10   valid -- do you believe you have any reason
11   to dispute?
12        A.    I don't think so.
13        Q.    Was this 2011 original return
14   e-filed or paper filed?
15        A.    I wouldn't know.
16        Q.    Was the process for preparing
17   the 2011 return any different than it was
18   for the 2010 original return?
19        A.    I don't think so.
20        Q.    So what's your understanding of
21   what the process was for 2011?
22        A.    So we, my wife and I, we
23   collect all the papers, all the income tax
24   that we have through the year and we give
25   it to Mr. Yoskowitz or he send the driver
```

Juan Reyes                                    December 2, 2022

Page 177

```
 1                    J. REYES
 2    to pick up the papers.
 3         Q.    And the papers consisted of
 4    1099 income statements?
 5         A.    That is correct, yes.
 6         Q.    Anything else besides that?
 7         A.    No.  Anything related to the
 8    income.
 9              MR. LERNER:  Did you have a
10         mortgage at the time?
11              THE WITNESS:  Yes.
12              MR. LERNER:  Did you report the
13         interest payments?  And did you
14         receive a statement from the bank
15         stating that payments were --
16              THE WITNESS:  Probably we did.
17              MR. LERNER:  So just to
18         clarify, everything doesn't mean just
19          income statements.
20         Q.    Did you receive 1099 interest
21    statements from your mortgage, from the
22    bank that you had a mortgage, showing how
23    much you paid in interest?
24         A.    Probably yes.
25         Q.    And was that part of the stack
```

Page 178

                        J. REYES
1
2    of documents that was provided to
3    Mr. Yoskowitz?
4         A.    Yes, that's correct.
5         Q.    And for 2011, did Mr. Yoskowitz
6    provide a blank questionnaire for you and
7    your wife to fill out that would assist in
8    preparing the return?
9         A.    I wouldn't remember.
10        Q.    And if you can turn to schedule
11   B on the back of Exhibit 18, of page 446 on
12   the right-hand corner, the Bates number,
13   did this original 2011 return disclose
14   interest income from the Lloyds Bank
15   account?
16        A.    No, it didn't.
17        Q.    Why wasn't it disclosed in
18   2011?
19        A.    Because like I said before, I
20   didn't think that was -- that it was my
21   obligation to do that.
22        Q.    And back down to question 7A, I
23   will read it out loud.  At any time during
24   2011, did you have a financial interest in
25   or significant authority over a financial

Juan Reyes                                          December 2, 2022

Page 179

                            J. REYES

1       account such as a bank account, securities

2       account, or a brokerage account located in

3       a foreign country, and between yes or no,

4       what box was checked?

5           A.    No.

6           Q.    Why was that box checked no?

7           A.    Because I believed I didn't

8       need to report any of the bank that I have

9       outside of this country.

10          Q.    In 2011, what formed the basis

11      of that belief?

12          A.    Again because everyone, some

13      international lawyers, believe that the

14      obligation to pay taxes are with the

15      country where the money was generated and

16      that money was never generated in the

17      United States.

18          Q.    Having read the article by

19      Mr. Grossman, who you're saying is an

20      international lawyer, and having had

21      discussions with international lawyers, is

22      that correct, you had discussions with --

23              MR. BEDNAR:  Strike that.

24          Q.    Did you ever have -- you

25

Page 180

```
1                    J. REYES
2    mentioned other international lawyers.  Did
3    you actually talk to them or are these
4    international lawyers that you knew through
5    another party?
6         A.    I knew them but not as my
7    lawyers, or in that capacity, but it came
8    out through the conversation if I want to
9    return to Nicaragua, things like this.
10        Q.    Okay.  So having read the
11   articles from Mr. Grossman, who you're
12   saying is an international lawyer, having
13   had casual conversations with other
14   international lawyers, did it ever occur to
15   you to hire your own lawyer in order to
16   figure out whether to disclose income from
17   the Lloyds account or otherwise disclose it
18   to the United States government?
19        A.    Well, believe or not, that
20   account was like a dormant account and I
21   didn't pay too much attention to that
22   account and I never thought about that.  I
23   never thought that I had any obligation.
24        Q.    But what I'm trying to get at
25   is you gathered information from
```

```
 1                     J. REYES
 2    international lawyers through different
 3    methods.  Did it ever occur to you that, at
 4    that point, then to seek out your own
 5    lawyer to figure out your reporting
 6    requirements?
 7         A.    I didn't, no.
 8              MR. BEDNAR:  So let's move on
 9          to the next exhibit which will be 19.
10              (Whereupon, Amended Tax Return
11          for 2011 was marked as Exhibit 19 for
12          identification as of this date by the
13          Reporter.)
14              MR. BEDNAR:  For the record,
15          this is a document with the Bates
16          number on the right-hand corner IRS_
17          00001015.
18         Q.    Dr. Reyes, what is your
19    understanding of what this document is?
20         A.    The amended U.S. individual tax
21    turn.
22         Q.    For who?
23         A.    For my wife and myself.
24         Q.    And for which tax year?
25         A.    2011.
```

Page 182

1                    J. REYES

2          Q.    And on the next page, are those

3    the signatures of you and your wife?

4          A.    Yes, they are.

5          Q.    When did both of you sign this

6    amended return?

7          A.    I believe the date that is

8    written, which is August 3, 2014.

9          Q.    Why was this amended return for

10   2011 prepared?

11         A.    Around that time.

12         Q.    Why was it prepared?

13         A.    Because I became aware, by

14   advice, the obligation that I have with

15   this country, that I have to pay the taxes.

16         Q.    And turning to schedule B,

17   which is the page on the right-hand corner,

18   ending in 1023, in this amended 2011 return

19   is there interest income from Lloyds Bank

20   disclosed?

21         A.    Yes.

22         Q.    And is the amount of $49,007?

23         A.    That's correct, yes.

24         Q.    Why was the interest income

25   from Lloyds Bank account disclosed in this

Page 183

1                    J. REYES

2    amended return but not in the original

3    schedule B for the original 2011 return?

4        A.    At this point we brought the

5    money into this country and I became aware

6    of the obligation that I have to pay the

7    taxes.

8        Q.    When you say at this point, you

9    mean in 2014 where this amended return was

10   prepared?

11       A.    Yes.

12       Q.    And on question 7A, at the

13   bottom, which says at any time during 2011

14   did you have a financial interest in or

15   signature authority over a financial

16   account located in a foreign country,

17   what's the box checked this time?

18       A.    Yes.

19       Q.    So why did you check yes here

20   and no on the original?

21       A.    Because before I didn't believe

22   that it was required for me to do it.

23            MR. BEDNAR:  Let's make this

24       Exhibit 20.

25            (Whereupon, 2012 Federal Income

Page 184

```
 1                    J. REYES

 2          Tax Return was marked as Exhibit 20

 3          for identification as of this date by

 4          the Reporter.)

 5               MR. BEDNAR:  For the record,

 6          this is a document with the Bates

 7          stamp starting with IRS_0000451,

 8          Exhibit 20.

 9      Q.    Dr. Reyes, what is this

10  document that's been marked as Exhibit 20?

11      A.    That's the individual income

12  return, 2012, my wife and myself.

13      Q.    Is this a copy of the original

14  2012 return?

15      A.    I think so.

16      Q.    And is this copy signed by you

17  or your wife?

18      A.    I don't see any places that

19  were signed.

20      Q.    Nevertheless do you believe

21  this to be a true and correct unsigned copy

22  of your original 2012 federal income tax?

23               MR. LERNER:  Objection.

24      A.    I believe so.

25      Q.    What's your answer?
```

Juan Reyes                                December 2, 2022

                                              Page 185

 1                      J. REYES

 2         A.     I do.

 3         Q.     Do you have any reason to

 4    dispute that this is a true and correct

 5    unsigned copy of your 2012 income tax

 6    return.

 7                MR. LERNER:  Objection.  You

 8          can answer.

 9         A.     No reason.

10         Q.     Let's go to schedule B.  By now

11    you probably know where I'm going with

12    this.  This is page 454 on the right-hand

13    corner, the Bates number.

14         A.     Yes.

15         Q.     Before I ask you, was this

16    original 2012 return paper filed or

17    e-filed?

18         A.     I wouldn't know.

19         Q.     So turning to schedule B, did

20    this original 2012 income tax return

21    disclose interest income from Lloyds Bank?

22         A.     I have no idea.

23         Q.     And on question 7A at the

24    bottom, I'll read it.  At any time during

25    2012, did you have a financial interest in

Page 186

                        J. REYES

1

2    or signature authority over a financial

3    account, such as a bank account, securities

4    account, or brokerage account, located in a

5    foreign country?  And between yes and no,

6    which box was checked?

7         A.    I marked no.

8         Q.    Why was no checked?

9         A.    Because I have reason to

10   believe that I didn't need to report it.

11        Q.    And what was the basis for the

12   belief?

13        A.    Because in general, it's

14   acknowledged or believed that the money

15   where the country -- when the money, it had

16   to be declared in the country where the

17   money was generated, and that money was not

18   generated, and was not the account made

19   with any money from the United States.

20        Q.    What was the source or sources

21   of this belief?

22        A.    One, I didn't know.  The second

23   one is the international lawyers, that they

24   believed that, and I think the United

25   States should check into that.

Juan Reyes                                    December 2, 2022

Page 187

```
 1                    J. REYES
 2        Q.    And when you say international
 3   lawyers, are you referring to an article
 4   written by Mr. Grossman?
 5        A.    That's correct.
 6        Q.    And then also informal
 7   conversations you had with other
 8   international lawyers?
 9        A.    That's correct, yes.
10        Q.    And let's talk about the
11   process for preparing the 2012 return.  Who
12   prepared the 2012 return originally?
13        A.    Mr. Yoskowitz.
14        Q.    Was the process for preparing
15   the original 2012 return any different than
16   the 2010 or 2011?
17        A.    I don't think so.
18        Q.    So to recap, did you or your
19   wife gather 1099 income and mortgage
20   interests papers for Mr. Yoskowitz?
21        A.    Yes, that's correct.
22        Q.    Did you or your wife give him
23   any other documentation to help prepare the
24   2012 return?
25        A.    I don't think so.
```

Page 188

1                   J. REYES

2        Q.    Did you or your wife ever give

3    him any other information outside of those

4    documents to help prepare the 2012?

5        A.    I don't think so.  After we

6    brought the money into this country.

7        Q.    I'm talking about the original

8    2012 return.

9        A.    No.

10       Q.    For 2012, did Mr. Yoskowitz

11   give you or your wife a blank questionnaire

12   to fill out to help him prepare the 2012

13   return?

14       A.    I don't think so.

15       Q.    Let me skip back to 2011.  Did

16   you review and confirm the accuracy of the

17   2011 income tax return prior to signing it?

18       A.    I think so.

19       Q.    I'll ask the same question for

20   2012.  Did you review and confirm the

21   accuracy of the 2012 original income tax

22   return prior to signing it?

23       A.    I believe so.

24       Q.    And for 2012, after you gave

25   Mr. Yoskowitz the documentation, did he

Juan Reyes                                    December 2, 2022

                                              Page 189

                            J. REYES
1
2      then send over to you and your wife a
3      version of the return to sign?
4           A.    I know they sent an amendment.
5      I don't know at this point did I sign or I
6      didn't sign.
7           Q.    I'm talking about the original
8      2012, did he send that to you?
9           A.    Probably, yes.
10          Q.    Did you and your wife sign it
11     in your house?
12          A.    Most likely.
13          Q.    Did you ever meet with Mr.
14     Yoskowitz to discuss the 2012, the original
15     2012 return, before it was signed?
16          A.    Not really.
17          Q.    Did you ever meet with Mr.
18     Yoskowitz to discuss the 2011 return before
19     it was filed?
20          A.    I don't think so.
21               (Whereupon, Amended Tax Return
22          for 2012 was marked as Exhibit 21 for
23          identification as of this date by the
24          Reporter.)
25               MR. BEDNAR:  For the record,

Juan Reyes                                    December 2, 2022

Page 190

```
 1                    J. REYES
 2         this is a document with the Bates
 3          stamp IRS_0001028.
 4         Q.    Dr. Reyes, what is this
 5   document that's been placed in front of you
 6   marked as Exhibit 21?
 7         A.    The amended income tax return.
 8         Q.    For who?
 9         A.    For my wife and myself.
10         Q.    And for which tax year?
11         A.    This is amended U.S. individual
12   tax return for my wife and myself and we
13   add the money that we got the --
14         Q.    But which tax year does this
15   amended return refer to?
16         A.    To the money that we --
17         Q.    I'm saying what year is it for?
18         A.    2012.
19         Q.    Now let's go to schedule B
20   which is on the right-hand corner of the
21   Bates stamp number ending in 1033.  As a
22   general premises, why was this amended
23   return filed for 2012?
24         A.    Because we didn't bring the
25   money of Lloyds Bank into this country
```

Juan Reyes                                    December 2, 2022

Page 191

1                    J. REYES
2    until this time.
3         Q.    And did you develop a belief
4    that there is a need to disclose the
5    interest income for 2012 from Lloyds?
6         A.    I was convinced by a lawyer
7    here that I need it.
8         Q.    So schedule B, page 1033, does
9    this amended 2012 return disclose interest
10   income from you and your wife's Lloyds Bank
11   account?
12        A.    Yeah.
13        Q.    And is the amount 47,446?
14        A.    That's correct.
15        Q.    Why was the interest income
16   disclose in the amended return for 2012 but
17   not the original?
18        A.    Because we didn't have brought
19   the money into this country at that point.
20        Q.    Question 7A, at any time during
21   2012, did you have a financial interest in
22   or signature authority over a financial
23   account located in a foreign country?
24   Between yes and no which box was checked on
25   this amended return?

Page 192

1                    J. REYES

2        A.    We checked yes.

3        Q.    Why was it checked yes but no

4   on the original return for 2012?

5        A.    Because I didn't believe that

6   we have to do it.

7        Q.    Did you ever file any tax

8   returns in a country other than the United

9   States for years 2010 through 2012?

10       A.    I don't think so.

11       Q.    Are you familiar with an

12  individual named Ray Floch, F-L-O-C-H?

13       A.    I don't think so.

14       Q.    Is that a name you would

15  associate with the GRE CPA firm?

16       A.    Maybe.  What is his name?

17       Q.    Ray Floch?

18       A.    Yes.

19       Q.    And who is he?

20       A.    He's an accountant that works

21  for the Reid accounting firm.

22       Q.    In what capacity did he work

23  with you?

24             MR. BEDNAR:  Strike that.

25       Q.    Did he ever work with you?

Juan Reyes                                          December 2, 2022

Page 193

1                          J. REYES

2          A.     After Mr. Yoskowitz retired.

3          Q.     When did Mr. Yoskowitz?

4          A.     I wouldn't know.

5          Q.     A few years ago?

6          A.     Maybe two or three years ago.

7          Q.     So what did Mr. Floch -- how

8    did you work with him?

9          A.     The same way.  The same way

10   that we work with Mr. Yoskowitz.  We gave

11   him the paper together and he said -- I

12   don't really know but I believe that was

13   mailed to them.

14         Q.     So Mr. Floch prepared tax

15   returns for certain years?

16         A.     That's Ray?

17         Q.     Yes, Ray.

18         A.     Yes.

19         Q.     Was Ray involved at all with

20   the 2010 through 2012 returns?

21         A.     I don't think so.

22         Q.     Do you know what an FBAR is?

23         A.     I learned lately, yes.

24         Q.     What is it?

25         A.     I think it's when you bring

Juan Reyes                                December 2, 2022

Page 194

1                    J. REYES

2    money into this country and we don't go

3    with the offshore option, the offshore

4    voluntary option.

5         Q.    Are you familiar with the

6    requirement, with something that's called

7    the FBAR filing requirement?

8         A.    I don't know.

9         Q.    Are you familiar with the

10   requirements to fill out a short

11   informational return document to the

12   Department of Treasury if you have over

13   $10,000 in a foreign account?

14        A.    Yeah, I think that I heard

15   that.

16        Q.    When did you first become aware

17   of that requirement?

18        A.    When I brought the money here

19   to this country.

20        Q.    So around late 2013?

21        A.    Yes.

22        Q.    Did Lloyds Bank, or any of the

23   predecessor banks, regarding your foreign

24   financial account ever tell you about FBAR

25   filing requirements in the United States?

Juan Reyes                                    December 2, 2022

Page 195

1                    J. REYES

2        A.    Never.

3        Q.    Did Lloyds Bank, or any of the

4   predecessor banks, regarding your foreign

5   financial accounts, ever tell you about

6   United States tax reporting requirements

7   regarding the account?

8        A.    Never.

9        Q.    Have you or your wife ever

10  filed a FBAR report of foreign financial

11  accounts?

12       A.    I don't think so.

13       Q.    Not even after --

14       A.    After that, after we decide to

15  get off of the offshore voluntary foreign

16  account.

17       Q.    So at some point in time you

18  then filed a FBAR return?

19       A.    Yes.

20       Q.    What year was that?

21       A.    I don't remember.

22       Q.    Have you ever filed a FBAR for

23  any --

24             MR. BEDNAR:  Strike that.

25       Q.    The FBARs that you did file,

Page 196

```
 1                   J. REYES
 2   what account were they for?
 3        A.    For the Lloyds Bank account.
 4        Q.    And for which years?
 5        A.    I think that's for probably
 6   '10, '11 and '12 I think.
 7        Q.    Have you ever filed an FBAR for
 8   any account other than the Lloyds Bank
 9   account?
10        A.    Never.
11        Q.    Did you timely file an FBAR
12   regarding Lloyds Bank account for years
13   2010 through 2012?
14        A.    As soon as we get off the
15   voluntary disclosure account, so we file
16   the FBAR.
17        Q.    Did you ever seek out advice on
18   United States tax reporting requirements
19   for the Lloyds Bank account?
20             MR. LERNER:  Objection.  You
21        can answer.
22        A.    Say it again.
23        Q.    Did you ever seek out advice on
24   United States tax reporting requirements
25   for the Lloyds Bank accounts?
```

Juan Reyes                                        December 2, 2022

Page 197

```
 1                    J. REYES
 2       A.    From my lawyer --
 3       Q.    Before the money was
 4  transferred from Lloyds to Chase Bank?
 5       A.    I never --
 6             MR. LERNER:  We have already
 7          established that before that money
 8          was transferred he consulted with
 9          Doug Allen so --
10             MR. BEDNAR:  I'll ask it a
11          different way.
12       Q.    Before you consulted with
13  attorney Doug Allen, had you ever sought
14  out advice on United States tax reporting
15  requirements for the Lloyds Bank account?
16       A.    I never.
17       Q.    Before you conferred with
18  attorney Doug Allen, had you ever sought
19  out on any other United States reporting
20  requirements for the Lloyds account?
21       A.    Never.
22       Q.    You mentioned the offshore
23  voluntary disclosure program with the IRS.
24  What is that program in your understanding?
25       A.    You disclose -- you decide to
```

Page 198

1                         J. REYES

2      bring your money, on your own free will, as

3      a volunteer so you go into that program and

4      they want to give you a penalty, which I

5      believe it will be between 5 and the most,

6      25 percent, and it's usually 5 percent.

7           Q.    Is the disclosure program about

8      bringing the money to the United States or

9      is it more about simply telling the IRS

10     about the existence of the account?

11          A.    I thought that was telling the

12     IRS but it's you're required to do a lot of

13     paperwork and you're hire a lawyer that's

14     an expert in that.

15               (Whereupon, Offshore Voluntary

16           Disclosure was marked as Exhibit 22

17           for identification as of this date by

18           the Reporter.)

19               MR. BEDNAR:  For the record,

20           this is a document Bates stamped

21           IRS_0000275.

22          Q.    Please take a moment, Dr.

23     Reyes, and flip through this and read it

24     and let me know when you're ready.

25          A.    Okay.

Page 199

```
 1                    J. REYES

 2        Q.    Dr. Reyes, what is your

 3   understanding of what this document is in

 4   front of you marked as Exhibit 20?

 5        A.    That we're going to bring the

 6   money from Lloyds Bank into this country

 7   and a voluntary basis and it's in the

 8   program that is called offshore voluntary

 9   disclosure.

10        Q.    Let's turn to the page on the

11   right-hand corner with Bates number 278.

12   Did you and your wife sign this document?

13        A.    Yeah, we did.

14        Q.    Is this a document that's

15   submitted to the IRS in conjunction with

16   the offshore voluntary disclosure program?

17        A.    I believe so.

18        Q.    On Bates page 279, there's a

19   question when was the account closed and it

20   says February 19, 2014.  Is that consistent

21   with your understanding of when the Lloyds

22   account was closed?

23        A.    I believe so.

24             MR. BEDNAR:  This will be

25        Exhibit 23.
```

Page 200

```
1                    J. REYES
2                    (Whereupon, 10/14/16 Letter
3            from Chad Presnell/IRS was marked as
4            Exhibit 23 for identification as of
5            this date by the Reporter.)
6       Q.     Before we get into this
7   document, Dr. Reyes, did you and your wife
8   ever decide to withdraw from the offshore
9   voluntary disclosure program?
10      A.     After the --
11             MR. LERNER:  It's a yes or no.
12      A.     Yes.
13      Q.     Why did you and your wife
14  decide to withdraw?
15      A.     Because the penalties were too
16  high.  I was treated like was -- I brought
17  money out of this country and put in an
18  outside offshore account and then like I
19  was caught red handed into that and it was
20  totally not true because I brought here on
21  my own free will and this was money that
22  was never generated in this country.
23      Q.     When you say the penalties were
24  too high, what are you referring to?
25      A.     Well, we bring it here an
```

1                    J. REYES

2       account of $2 million and they want to take

3       about 75 percent.

4            Q.    So as part of the offshore

5       voluntary disclosure program, was the IRS

6       demanding that a certain penalty be paid

7       associated with the Lloyds Bank account?

8            A.    Yes, pay the taxes.  We pay

9       every single tax but have to pay about 75

10      percent of the total amount.  I think

11      that's inhumane, I think it's unfair, and I

12      my own personal belief that it's probably

13      illegal.

14           Q.    When you say 75 percent,

15      describe that some more.  What do you mean

16      by 75 percent?

17           A.    Well, the account was about

18      $2 million and they want, I believe, it was

19      600 or $700,000.

20           Q.    So how is that 75 percent of

21      2 million?

22           A.    Sorry, a little less than that.

23      It's a miscalculation but however, if I

24      want to add what I had to pay the lawyers,

25      I had to pay already taxes and something

Page 202

1                     J. REYES
2     else, I pay more than enough.
3          Q.    So when you say 75 percent,
4     you're taking into account --
5          A.    I'm taking it away because
6     probably it was a miscalculation but
7     however in the total, from the amount of
8     money that the voluntary offshore account
9     want to put in on my family, and plus the
10    money that I spent in lawyers for the taxes
11    that I had to pay, it came reduced to less
12    than half of what I'm bringing to this
13    country.
14         Q.    What dollar amount was the IRS
15    demanding from you and your wife in
16    conjunction with the offshore voluntary
17    disclosure?  I'm not talking about the
18    taxes, I'm talking about the penalty
19    amount.
20         A.    I think it was the offshore
21    voluntary was 600,000.
22         Q.    Now let's look at Exhibit 23.
23    This is Bates numbered IRS_0000318.  Please
24    take a moment to review it and let me know
25    when you're done.

Page 203

1                      J. REYES
2          A.     Okay.
3          Q.     Dr. Reyes, what is your
4    understanding of what this document is,
5    Exhibit 23?
6          A.     That we withdraw the voluntary
7    offshore account and they say we couldn't
8    get back into that.
9          Q.     So is this simply a
10   confirmation letter from the IRS confirming
11   that you and your wife are withdrawing from
12   the offshore voluntary disclosure program?
13         A.     That's correct.
14         Q.     Did that withdrawal occur on or
15   about October 2016?
16         A.     Yes.
17         Q.     One question on this, on the
18   upper right-hand corner it says tax period,
19   OVDI periods CO2005 through '12.  Were
20   there other -- we talked a lot about 2010
21   through 12.  Were there other tax years
22   included in this OVDI, offshore voluntary
23   disclosure program?
24         A.     I think we pay about three
25   years, the last three years.

Juan Reyes                                    December 2, 2022

                                                    Page 204

 1                        J. REYES

 2        Q.    So when you said the IRS was

 3   demanding $600,000 approximately in

 4   penalties, was it demanding that much

 5   regarding 2005 through '12 or 2010 through

 6   '12?

 7        A.    I think for the total.

 8              MR. LERNER:  The total of 2005

 9        to '12.

10        Q.    The total of which years, 2005

11   through '12 or 2010 through '12 if you

12   remember?

13        A.    I know there were three years.

14              MR. LERNER:  If you don't

15        remember, you don't remember.

16        A.    Well, the last three years.

17        Q.    Were you or your wife

18   interviewed by the IRS regarding an alleged

19   failure to timely file FBARs for 2010

20   through 2012?

21        A.    I think so.

22        Q.    Who did you interview with at

23   the IRS?

24              MR. LERNER:  Objection.  You

25        can answer if you understand but I

Juan Reyes                                    December 2, 2022

Page 205

```
 1                    J. REYES
 2         think we understand it to have been a
 3         conference call.
 4         Q.    How was the interview
 5    conducted, in what format?
 6         A.    It was a telephone
 7    conversation.
 8         Q.    Who was on the line from the
 9    IRS?
10         A.    I believe some lady.  I trying
11    to think about the first name of the lady.
12    It could be a Crystal, something like that,
13    but wouldn't recall exactly.
14         Q.    You said Crystal?
15         A.    Something like that.
16         Q.    Anybody else from the IRS?
17         A.    I don't think so.
18         Q.    And who else was on the line?
19         A.    That's what I think, that's my
20    recollection.
21         Q.    And you and your wife were on
22    the line?
23         A.    Yes.
24         Q.    And anybody else?
25         A.    My lawyer was present.
```

Page 206

1                J. REYES

2        Q.     Doug Allen?

3        A.     Yes.

4        Q.     How long did that

5    teleconference take?

6        A.     Maybe about two hours.

7        Q.     Are you familiar with requests

8    for document that the United States

9    Department of Justice requested you and

10   your wife to produce as part of this case?

11       A.     The one that I know that Mr.

12   Lerner has been collecting?

13       Q.     The lawsuit that you're being

14   deposed in today, are you familiar with

15   documents that the DOJ requested Mr. Lerner

16   to work with you and your wife to produce?

17       A.     I'm familiar and now I become

18   more familiar with now that I went over

19   with you.

20       Q.     Did anyone help you and your

21   wife gather documents responsive to the

22   government's requests?

23       A.     I don't think so.

24       Q.     And about how much time did you

25   and your wife spend gathering documents?

Juan Reyes                                    December 2, 2022

Page 207

```
 1                       J. REYES
 2        A.    It was a while because maybe
 3   some, we didn't have it, we have to look
 4   for.  I wouldn't know how many hours.  It
 5   was several hours.
 6                (Whereupon, Plaintiff's United
 7          States' First Set of Interrogatories
 8          to Juan Reyes and Catherine Reyes was
 9          marked as Exhibit 24 for
10          identification as of this date by the
11          Reporter.)
12                (Whereupon, Defendant's
13          Response to Plaintiff United States
14          of America's First Set of
15          Interrogatories was marked as Exhibit
16          25 for identification as of this date
17          by the Reporter.)
18        Q.    So the last set of exhibits, 24
19   and 25, do not have a Bates stamp.  For the
20   record, Exhibit 24 is titled --
21                MR. BEDNAR:  Off the record.
22                (Whereupon, an off-the-record
23          discussion was held.)
24                MR. BEDNAR:  For the record,
25          Exhibit 24 is entitled Plaintiff's
```

Page 208

```
 1                    J. REYES
 2           United States' First Set of
 3           Interrogatories to Juan Reyes and
 4           Catherine Reyes.  Exhibit 25 is
 5           entitled Defendant's Response to
 6           Plaintiff United States of America's
 7           First Set of Interrogatories.
 8        Q.    Dr. Reyes, all I want you to do
 9    is the Exhibit 25 only has the responses,
10    it doesn't have the actual questions.  So
11    could you first review the questions in
12    Exhibit 24, and then review the responses
13    in Exhibit 25, and please let me know if
14    you think first that the answers in
15    Exhibit 25 are still true and correct, and
16    if you think that any answers need to be
17    modified in light of subsequent information
18    since June 29, 2022?
19        A.    Should I do it now?
20        Q.    Yes.  Take as much time as you
21    need.
22              MR. LERNER:  Is 1 accurate?
23              THE WITNESS:  1 is accurate,
24        yes.
25              MR. BEDNAR:  Off the record.
```

Page 209

```
1                    J. REYES

2              (Whereupon, an off-the-record

3         discussion was held.)

4              MR. BEDNAR:  What was the last

5         question?

6              (Whereupon, the referred-to

7         question was read back by the

8         Reporter.)

9         A.    The only one is number 2, that

10   we're going to add also that there is my

11   other son Alexander Reyes, deceased, the

12   other one that knew about that, in question

13   number 2 and that's it.

14        Q.    Just a couple final questions

15   here.  The article that Mr. Grossman wrote,

16   the international tax lawyer, I believe you

17   testified that was in a newspaper in

18   Nicaragua; is that correct?

19        A.    Yes.

20        Q.    What was the name of that

21   newspaper?

22        A.    La Noticia or La Prensa.  It's

23   I Nicaraguan newspaper.  I try to get it if

24   I may.

25        Q.    What was the last part?
```

Page 210

1                        J. REYES

2         A.    I want to try to get it if I

3    may.

4         Q.    I was going to ask -- first of

5    all, are these newspapers that are in

6    general circulation in Nicaragua?

7         A.    Yes.

8         Q.    And do you have a copy of the

9    article?

10        A.    No, not really.  I going to try

11   to see if I can get something.

12        Q.    And I probably asked before but

13   when was this article published?

14        A.    I wouldn't know exactly.

15        Q.    Turning to your son Juan Reyes

16   III, did you ever provide any documents to

17   him regarding you and your wife's Lloyds

18   Bank bank account?

19        A.    Before or after we disclose the

20   money here?

21        Q.    Before.

22        A.    Not really.

23        Q.    Did you ever give your son,

24   Juan Reyes III, authority to talk to Lloyds

25   Bank or the IRS?

Juan Reyes                                    December 2, 2022

Page 211

1                    J. REYES

2       A.     No, never.

3       Q.     Did you ever discuss with your

4  son, Juan Reyes III, the article written by

5  Mr. Grossman, the international lawyer?

6       A.     Maybe after the disclosure

7  maybe.

8       Q.     When you say --

9       A.     After I brought the money here.

10       Q.     Okay.  Did you ever give your

11  son, Juan Reyes III, a copy of Mr.

12  Grossman's article?

13       A.     No.

14            MR. BEDNAR:  We have no further

15         questions.  We turn it over to Mr.

16         Lerner.

17            MR. LERNER:  Dr. Reyes, we're

18         all done.  Off the record.

19            (Whereupon, an off-the-record

20         discussion was held.)

21            (Whereupon, at 3:50 P.M., the

22         Examination of this witness was

23         concluded.)

24

25            °         °         °         °

Page 212

```
 1                    J. REYES

 2              D E C L A R A T I O N

 3

 4        I hereby certify that having been

 5   first duly sworn to testify to the truth, I

 6   gave the above testimony.

 7

 8        I FURTHER CERTIFY that the foregoing

 9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                  _____
15                      JUAN REYES

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____
22      NOTARY PUBLIC

23

24

25
```

```
 1                    J. REYES
 2                E X H I B I T S
 3
 4   EXHIBITS
 5
 6   EXHIBIT    EXHIBIT                      PAGE
 7   NUMBER     DESCRIPTION
 8   Exh 1      Certificate of              43
            Non-Willful Conduct
 9
     Exh 2      Lloyds Bank Account         51
10          Application
11   Exh 3      Lloyds Bank Signature       56
            Card Document
12
     Exh 4      3/31/12 Lloyds Bank         63
13          Statement
14   Exh 5      2012 Lloyds Bank            76
            Statements
15
     Exh 6      2012 Lloyds Transaction     79
16          Statements
17   Exh 7      UBS Credit Card             83
            Statement
18
     Exh 8      1/2007 Letter from UBS      87
19
     Exh 9      9/6/02 Letter to Dominic    88
20          Wicht
21   Exh 10     Application for             91
            Ec/Maestro Card
22
     Exh 11     Lloyds Bank "Keep Mail"     95
23          Instructions
24       (Continued on the following page.)
25
```

```
 1                    J. REYES
 2   EXHIBIT    EXHIBIT                          PAGE
 3   NUMBER     DESCRIPTION
 4   Exh 12     Lloyds Bank Memo                 100
 5   Exh 13     Declaration for US              105
                Persons
 6
     Exh 14     1/31/12 Letter from            116
 7              Juan and Catherine Reyes
 8   Exh 15     KYC Information Document        138
 9   Exh 16     2010 Federal Income Tax        148
                Return
10
     Exh 17     Amended Tax Return for         169
11              2010
12   Exh 18     2011 Federal Income Tax        175
                Return
13
     Exh 19     Amended Tax Return for         181
14              2011
15   Exh 20     2012 Federal Income Tax        183
                Return
16
     Exh 21     Amended Tax Return for         189
17              2012
18   Exh 22     Offshore Voluntary            198
                Disclosure
19
20   Exh 23     10/14/16 Letter from          200
                Chad Presnell/IRS
21
     Exh 24     Plaintiff's United States' 207
22              First Set of Interrogatories
                To Juan Reyes and Catherine
23              Reyes
24          (Continued on the following page.)
25
```

Juan Reyes                                      December 2, 2022

Page 215

1                      J. REYES

2    EXHIBIT   EXHIBIT                         PAGE

3    NUMBER     DESCRIPTION

4    Exh 25    Defendant's Response to    207

              Plaintiff United States of

5              America's First Set of

              Interrogatories

6

7

8       (Exhibits retained by Court Reporter.)

9

10                   I N D E X

11

12   EXAMINATION BY                          PAGE

13   MR. BEDNAR                              4

14

15

16     INFORMATION AND/OR DOCUMENTS REQUESTED

17   INFORMATION AND/OR DOCUMENTS        PAGE

18   (None)

19

20

21

22

23

24

25

Page 216

1                    J. REYES

2              C E R T I F I C A T E

3

4   STATE OF NEW YORK        )

                             :  SS.:

5   COUNTY OF NEW YORK       )

6

7

8        I, ENRIQUE ALVARADO, a Notary Public

9   for and within the State of New York, do

10  hereby certify:

11       That the witness whose examination is

12  hereinbefore set forth was duly sworn and

13  that such examination is a true record of

14  the testimony given by that witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or by marriage and that I

18  am in no way interested in the outcome of

19  this matter.

20       IN WITNESS WHEREOF, I have hereunto

21  set my hand this 20th day of December 2022.

22

23

24

                 ENRIQUE ALVARADO

25

**&**

**&**   3:17

**0**

**00**   114:3
**000003**   51:24
**00001015**
   181:17
**000014**   96:9
**000015**   89:8
**0000275**   198:21
**0000287**   43:23
**0000318**   202:23
**000033**   101:2
**000035**   91:17
**000036**   56:14
**000038**   106:7
**000042**   139:20
**0000438**   148:12
**0000451**   184:7
**000049**   116:17
**0001005**   169:13
**0001028**   190:3
**0001418**   63:2
**0001983**   79:16
**0006**   74:10
**002451**   83:11
**02472**   87:24
**05578**   1:6 4:21

**1**

**1**   3:17 43:15,18
   43:22 44:6 75:4
   97:19,24 107:22
   113:23 122:23
   125:21 149:24
   171:4,6 208:22
   208:23 213:8
**1-718-575-4197**
   112:15

**1.5**   67:13
**1/2007**   87:3
   213:18
**1/31/12**   116:11
   214:6
**10**   5:20 35:16
   91:11,14,16
   196:6 213:21
**10,000**   194:13
**10/14/16**   200:2
   214:20
**100**   214:4
**10019**   2:11
**1012**   170:22
**1023**   182:18
**1033**   190:21
   191:8
**10454**   31:16
**105**   214:5
**109.47**   99:19
   100:2
**109.71**   100:7
**1099**   159:4,5
   177:4,20 187:19
**1099s**   159:21
**11**   95:24 96:4
   196:6 213:22
**110**   70:10,15
   71:9,14 73:4,14
**110.47**   99:15
**112**   70:5 71:8,13
   73:4,14
**11201**   1:23
**11206**   26:13
   27:11
**11375**   4:13 5:22
**116**   214:6
**12**   53:11 100:20
   100:22 110:18
   111:11 112:25

**196:6** 203:19,21
   204:5,6,9,11,11
   214:4
**1275**   2:6
**13**   55:6 105:24
   106:2,12 111:25
   113:4 214:5
**1350**   2:11 5:14
**138**   214:8
**138th**   26:11
   31:15 49:23
**14**   116:10,13,23
   124:12 125:20
   214:6
**1419**   66:22
**1420**   69:20
   72:17
**1421**   71:23
**148**   214:9
**15**   24:24 35:16
   138:21,23
   139:19 214:8
**16**   99:8 148:6,8
   148:14 158:12
   214:9
**1610**   77:7
**1612**   78:10
**1616**   99:4,6,6
**1633**   99:18
**1641**   100:4
**169**   214:10
**17**   169:9,15
   214:10
**175**   214:12
**18**   175:12,14,18
   178:11 214:12
**181**   214:13
**183**   214:15
**189**   214:16

**19**   92:2 181:9,11
   199:20 214:13
**1932**   5:20
**1957**   13:3
**1960**   14:18
**1972**   42:23
   45:11 47:25
   60:20 61:8,14
   127:3,5 128:17
   128:24
**198**   214:18
**1980s**   144:22
**1982**   15:4
**1984**   80:8
**1985**   81:23
   168:16
**1987**   82:8
**1990s**   20:6,9
   47:10
**1994**   74:2 97:19
   97:25 102:12
   105:4
**1995**   102:23
   103:8 104:11
**1:21**   1:6 4:21
**1st**   2:6

**2**

**2**   1:12 51:17,19
   52:8 67:11,21
   68:5,19 70:22
   74:5 107:11,25
   108:3,9,16,21
   109:2,9,10
   113:9,18 114:2
   201:2,18,21
   209:9,13 213:9
**2,053,423**   67:2
**2,494**   70:6
**2/2/94**   73:22

Juan Reyes
December 2, 2022

**[20 - 439]**

Page 2

**20** 164:16
183:24 184:2,8
184:10 199:4
212:19 214:15
**20,000** 71:25
72:5
**200** 214:20
**200,000** 46:11
46:12 61:12
**2000** 21:16
107:17 108:6,19
113:24
**20002** 2:6
**2000s** 20:12
51:12
**2002** 89:21
**2003** 36:9 37:17
60:5 76:7,9 92:2
93:23
**2004** 60:5
**2005** 204:5,8,10
**2006** 88:5 142:6
142:11,22
**2007** 84:18,23
84:25 86:21,23
**2009** 142:16,18
142:22
**2010** 28:18
31:18 35:20
125:25 143:20
144:7 148:3,7
148:18 149:6,10
150:4,16,25
158:5,12 159:20
160:5,17 161:2
161:19 162:12
162:17,24 163:6
163:15 165:5,7
165:15 169:9,19
170:6,9,25

171:14 172:4,7
172:12,13,19,22
174:16 176:18
187:16 192:9
193:20 196:13
203:20 204:5,11
204:19 214:9,11
**2010s** 20:15
**2011** 175:13,19
175:25 176:7,13
176:17,21 178:5
178:13,18,24
179:11 181:11
181:25 182:10
182:18 183:3,13
187:16 188:15
188:17 189:18
214:12,14
**2012** 63:18,21
67:3 68:6,20
70:23 76:24
77:18 78:13
79:10 80:5,11
84:22 85:2 99:9
99:15,20 100:7
117:11,23
124:14 125:2,7
125:21 126:2
143:20 144:8
148:4 168:16
183:25 184:12
184:14,22 185:5
185:16,20,25
187:11,12,15,24
188:4,8,10,12
188:20,21,24
189:8,14,15,22
190:18,23 191:5
191:9,16,21
192:4,9 193:20

196:13 204:20
213:14,15
214:15,17
**2013** 48:19 49:3
49:5 60:21
61:10 76:8
123:7,17,22
124:3 125:3,7
129:23 132:2
139:15 194:20
**2014** 48:16 49:3
49:3 115:4
117:19 124:7
125:22 170:4,7
182:8 183:9
199:20
**2016** 203:15
**2022** 1:12
208:18 216:21
**207** 214:21
215:4
**20th** 216:21
**21** 189:22 190:6
214:16
**22** 198:16
214:18
**23** 199:25 200:4
202:22 203:5
214:20
**24** 207:9,18,20
207:25 208:12
214:21
**24556** 216:24
**25** 78:13 80:11
198:6 207:16,19
208:4,9,13,15
215:4
**27** 102:23
**271** 1:21

**278** 199:11
**279** 199:18
**28** 113:24 114:2
**289** 45:10
**29** 208:18
**291** 46:23 75:7
122:25 123:3,5
**295** 44:15
**2nd** 2:11

| **3** |
| --- |

**3** 56:7,10,17
73:19 170:4
182:8 213:11
**3/31/12** 63:3
213:12
**30** 3:16 174:17
175:2
**31** 63:18,21 67:3
68:6,20 70:23
117:11,19,22
125:20 142:6
**3:50** 211:21

| **4** |
| --- |

**4** 62:24 63:4,12
66:20 72:16
213:12 215:13
**4,684.55** 82:13
82:20
**40** 144:21
163:13 165:11
174:13
**40-66** 47:9
**4197** 111:14
**42** 31:17
**424** 26:11 30:13
31:2,7,15,20,24
49:22 115:15
**43** 213:8
**439** 148:24

Juan Reyes                                                  December 2, 2022

[441 - account]                                                    Page 3

**441** 149:16
150:22
**446** 178:11
**454** 185:12
**47,446** 191:13
**49,007** 182:22

**5**

**5** 76:23,25 77:6
80:13 99:2
198:5,6 213:14
**50** 14:11 126:19
**500,000** 68:8
**51** 213:9
**56** 213:11
**57** 34:23
**57,250** 171:19
**575-4197** 110:21

**6**

**6** 79:9,12,15,23
80:3,14 81:25
89:21 213:15
**6,307** 70:10,14
70:19
**600** 201:19
**600,000** 202:21
204:3
**63** 213:12
**250** 57:11
**250** 55:21
72:20 92:8
102:14 106:23
140:13

**7**

**7** 83:4,6,17
84:22 102:12
112:22 213:17
**700,000** 201:19
**718** 110:21

**72** 4:12 5:20
**75** 126:20,21
201:3,9,14,16
201:20 202:3
**76** 213:14
**79** 213:15
**7a** 150:24
172:18,22
178:22 183:12
185:23 191:20
**7th** 105:5

**8**

**8** 87:2,4,22
213:18
**8,000** 69:13 70:2
**8,801** 69:11,21
70:24 71:5
**83** 213:17
**87** 213:18
**88** 213:19

**9**

**9** 88:25 89:3
213:19
**9/6/02** 89:2
213:19
**90** 18:21 28:7
30:23
**91** 26:12,14,16
26:22 27:10
213:21
**921.95** 78:14
80:12,15
**925** 78:23
**95** 213:22
**9:35** 1:13

**a**

**a.m.** 1:13
**abilities** 133:17

**ability** 27:19
**absolutely** 97:15
**accept** 9:20 84:7
152:4,6 154:20
**accident** 37:16
**accommodate**
7:23
**account** 6:25
9:10 10:25
16:14,15,17,21
17:22,24 18:3
23:11 41:24
42:3,4,6,10,10
42:15,18,22,24
43:2,6,9 44:8
45:15,19 46:4,9
47:7,12,22,23
48:5,6,13,24
49:6 50:18,19
50:19,23 51:6
51:18 52:15
53:7,13,16 54:6
54:15,20,24
55:7 56:22 57:4
57:7,8,19,23
58:2,11,16,23
59:16 60:10,19
61:7,20 62:13
62:15 63:14,17
66:11,25 67:2
67:17 68:14
70:4,9,15,23
71:5,8,9,13,14
72:24 73:3,3,6
73:14 74:6 75:3
75:11,15,21,21
75:23 77:15,19
77:20 78:21,24
79:5 81:10,14
82:18,21 84:25

85:25 86:13,23
87:11 88:10,21
90:11 92:8,12
92:13 94:3,7
95:2 96:16 97:8
97:9,11,14
99:25 100:6,16
101:8 102:14
103:22 104:4,6
104:19 105:17
105:20,22
106:14 107:19
109:16,25
114:10,17
116:25 118:10
118:12,21 119:4
119:20 120:10
120:19 122:3,10
123:9,11,16,23
123:25 124:2,3
126:7,24 127:2
127:5,15,17,24
128:16 129:3,18
130:2,8,17
132:6 133:8
134:9,23 135:6
135:11,22,24
136:25 137:4
138:12,16,17,17
139:7,11,15
140:10,19
141:15 143:13
150:13,19 151:3
151:4,5,6 154:9
154:22 155:20
155:21,22
156:19 158:10
159:15 161:5,15
166:16 167:18
167:23 168:9,13

170:25 171:16
172:24,25 173:2
173:3 175:5
178:15 179:2,2
179:3,3 180:17
180:20,20,22
182:25 183:16
186:3,3,4,4,18
191:11,23
194:13,24 195:7
195:16 196:2,3
196:8,9,12,15
196:19 197:15
197:20 198:10
199:19,22
200:18 201:2,7
201:17 202:4,8
203:7 210:18
213:9

**accountant**
50:12 126:14
192:20

**accounting**
192:21

**accounts** 6:17
23:2 42:12
48:21 49:4
68:20 69:10
70:24 71:6,12
73:10,15 77:17
107:8 118:17
136:3 195:5,11
196:25

**accuracy** 165:14
188:16,21

**accurate** 208:22
208:23

**acknowledged**
186:14

**acted** 128:2
**action** 216:17
**active** 14:4
**actual** 208:10
**add** 130:15
190:13 201:24
209:10
**added** 75:2,14
75:16,20
**addition** 29:16
138:13 157:8
**address** 4:11
5:17,20 27:9
31:13 85:5 91:2
91:6 95:16
98:25
**addressed** 85:12
85:15,16
**administer** 3:11
**administration**
12:9,10 13:24
**advice** 76:17
105:17 131:18
131:19,20 132:8
132:13,14,18
133:13 145:5,17
145:17,22
146:15 157:12
170:10 182:14
196:17,23
197:14
**advices** 170:19
**advise** 48:20
101:14 102:5,24
103:8
**advised** 101:22
123:7 170:14
172:8
**adviser** 144:5

**advisor** 143:25
144:3
**advisors** 168:16
168:23
**afraid** 103:21,21
104:3,4,5
**ag** 78:14,17
80:13,18 82:4,9
83:21 120:10
**ago** 20:3,20 80:9
94:13 135:10
144:21 164:16
193:5,6
**agree** 9:15 47:2
53:5 69:25
84:17 97:4
112:9 151:18
**agreed** 3:5,20
110:3
**agreement**
174:11
**ahead** 5:10 8:15
83:15 129:15
**alarm** 111:15
**alex** 37:15 38:3
38:8 39:2,4 76:3
105:10,16
130:12 135:8
136:2 139:3,4
**alexander** 37:10
209:11
**aliens** 29:5
**alive** 36:6
**alleged** 204:18
**allen** 8:20 10:10
11:6 45:3 49:8
49:24 50:10
118:2,18 119:7
119:16 168:4
172:11 197:9,13

197:18 206:2
**alternate** 37:2
**alvarado** 1:23
216:8,24
**amended** 167:14
167:16 168:5,7
169:8,18 170:5
170:8,21,23
171:14,20
172:11 173:4
175:8 181:10,20
182:6,9,18
183:2,9 189:21
190:7,11,15,22
191:9,16,25
214:10,13,16
**amending** 168:2
**amendment**
167:11 169:17
189:4
**america** 1:3 2:5
42:16 45:19
46:15 47:25
50:23
**america's**
207:14 208:6
215:5
**american** 9:12
9:20 12:3,7 35:7
151:15 152:13
154:20,22
**americas** 2:11
5:14
**amount** 10:14
67:5 69:7 82:13
88:2 99:25
100:7 171:18
182:22 191:13
201:10 202:7,14
202:19

Juan Reyes                                                December 2, 2022

**[answer - bakery]**                                              Page 5

**answer**  7:19,25
8:7,8 22:13
27:17,18,20
76:10 90:22
119:11,15,17,18
126:15 128:11
128:13 129:13
131:17 133:10
133:12,15,16
139:17 147:13
147:21 157:15
157:18 158:9
162:5,7,15
163:2 168:20
184:25 185:8
196:21 204:25
**answers**  7:14
208:14,16
**anybody**  26:4
106:15 127:9
130:7,21 131:3
136:15 205:16
205:24
**apart**  112:19
**apartments**  30:9
**appeals**  40:13
**appear**  21:11
101:6 140:5,8
**appeared**  154:2
**appears**  56:21
69:24 71:18
125:19
**application**
51:19 52:14
53:6 74:6 91:12
91:20 92:23
213:10,21
**apply**  32:19
**appreciate**
76:11

**approach**  160:8
175:4
**approximately**
30:6,24 45:11
60:4 174:18
204:3
**area**  156:3
**areas**  39:25
**article**  151:24
152:17 153:3,20
153:25 154:4,7
155:18 156:16
156:22 157:2
173:16 179:19
187:3 209:15
210:9,13 211:4
211:12
**articles**  180:11
**aside**  58:21 72:9
109:23
**asked**  64:23,24
74:7,25 94:17
210:12
**asking**  7:18 46:2
53:23 60:6 69:9
89:11 116:24
126:9 129:11
131:19 132:8,9
147:10 170:8
**asks**  147:5
**aspect**  162:23
**aspects**  138:3
**asset**  9:16
**assets**  28:12
31:25 126:5
**assist**  178:7
**associate**  192:15
**associated**  50:5
72:23 78:20
82:17,22 94:2,7

94:25 96:15
100:2 107:7
110:25 111:20
114:9 134:9
140:18 201:7
**assume**  97:23
153:13
**attend**  11:20,20
12:3
**attention**  45:7
64:19 180:21
**attorney**  8:10
9:4 119:9,12
131:12,16 132:3
132:7,11 133:3
133:20,22
170:16 197:13
197:18
**attorney's**  1:20
**attorneys**  2:5,9
**audible**  7:14
**audit**  50:8
**august**  93:23
108:6,18 113:23
114:2 170:4
182:8
**author**  152:16
**authority**  57:18
57:22 58:10,16
151:3 172:24
178:25 183:15
186:2 191:22
210:24
**authorize**
107:13,15
113:10
**authorized**  3:11
**automatically**
64:22 114:8

**avaline**  26:16,22
30:13 31:2,7,17
31:20,24 115:16
145:25 146:2
**avenue**  2:11
5:14 26:13
27:10
**aware**  10:2
107:17 182:13
183:5 194:16

**b**

**b**  149:16,17,20
150:2,22 170:20
178:11 182:16
183:3 185:10,19
190:19 191:8
213:2
**back**  22:11,13
33:23 50:22
52:24 60:25
61:2,13 64:20
72:17 73:19
74:4 75:3 90:20
90:22 93:20
104:11,21 109:5
110:16,18 115:9
116:8 121:20
122:23 133:5
157:18 162:7
163:5 165:5
167:7 174:16
178:11,22
188:15 203:8
209:7
**backflow**  33:20
**background**
44:7 101:21
**bad**  31:23
**bakery**  36:15

**balance** 48:22
66:24 67:2,12
68:19 69:10
70:5 78:24
99:25 120:9,15
123:9
**ball** 9:22 154:24
**banco** 42:15
45:18 46:14,15
47:5,25 50:23
60:20 61:8
75:12 94:3
127:3,5 128:17
**bank** 6:18 7:2
9:9 16:13,17,19
16:20 17:2,22
17:24 18:3,8
20:22,25 21:3
21:22,25 22:20
23:6,11 24:8
38:3 39:3,7
41:24 42:3,4,5,6
42:7,9,10,12,15
42:15 46:16,18
47:6,7,8,11,13
48:3 49:10,13
49:16,19 50:19
50:24 51:3,18
52:11,15 53:4,9
54:6,16,24
55:17 56:2,8,22
57:8,18,23 58:2
58:10,12,16,23
59:16 60:10
61:10,20 62:15
63:3,14,14,17
63:25 64:21,22
65:2,12,18,23
66:6,7,11,24,25
72:24 73:6,10

73:15 76:4,18
76:18,24 77:15
78:6 79:25
81:10,11,14
82:17,21 84:6
84:25 85:6,10
85:13,16,17,25
86:12,13,23
87:10 88:10
90:11 92:12
94:8,21,24 95:2
96:2,15 97:2
98:22 99:12,25
100:6,11,14,21
101:7 102:6
103:7,8,19,20
104:3,4,6,11,12
104:13,16,19
105:17,22
106:20 107:4
109:16,24,25
114:8,17,18
115:7,25 116:5
116:6,25 120:18
126:7,24 128:21
129:17 134:9
135:6 136:8,10
136:25 137:16
137:22 138:13
138:16,17 140:6
140:10,18,23,23
141:6 142:2
147:25 150:3,13
150:19 151:4
158:23 159:22
161:5 166:16
167:18,22 168:9
170:25 171:11
171:16 172:25
175:5 177:14,22

178:14 179:2,9
182:19,25
185:21 186:3
190:25 191:10
194:22 195:3
196:3,8,12,19
196:25 197:4,15
199:6 201:7
210:18,18,25
213:9,11,12,14
213:22 214:4
**bank's** 47:13
52:18
**banked** 141:13
**banking** 53:9
**banks** 159:12
194:23 195:4
**barely** 126:19
**barrister** 19:7
**barrister's** 19:3
**based** 52:18
100:15 124:10
124:11 129:11
133:17 155:18
158:25 159:25
173:16
**basic** 55:18
**basis** 66:6
179:11 186:11
199:7
**bates** 43:22
44:15 51:23
56:13 62:25
66:22 69:19
71:22 72:18
74:10 75:6 77:6
78:10 79:15
83:10 87:23
89:7 91:17 96:7
101:2 106:6

116:16 123:2,4
139:20 148:12
149:16 169:13
170:21 178:12
181:15 184:6
185:13 190:2,21
198:20 199:11
199:18 202:23
207:19
**bednar** 2:7 4:7
4:15 5:9 19:8,24
24:4 27:16 32:6
38:23 43:13,20
48:10 51:15,22
52:16 56:5,12
61:3 62:23
65:24 69:20
72:10 76:22
77:4 79:14
81:12,25 82:24
83:9 86:10,25
88:24 89:6
91:16 92:25
95:23 96:6
100:25 105:23
106:5 110:8
115:19,22 116:9
116:15 123:4
124:10,13
125:14,17
128:10 129:2,14
131:13 134:21
138:19 145:14
147:7 148:5
157:14 162:4
165:18 167:4
169:6,12 175:11
179:24 181:8,14
183:23 184:5
189:25 192:24

195:24 197:10 198:19 199:24 207:21,24 208:25 209:4 211:14 215:13

**began** 10:3

**beginning** 51:24 56:14 59:15 60:2 62:25 77:7 79:15 83:11 87:23 158:6

**behalf** 113:10,16 113:19 122:18

**belief** 46:21 174:3 179:12 186:12,21 191:3 201:12

**believe** 6:5,19 9:15 14:18 20:19 33:19 37:16 41:19 42:20 43:10 46:10,17 58:20 61:11,22 64:4 65:15 66:15 72:7,25 76:23 77:20 78:22,25 79:8 81:3 85:11 87:12 90:9 91:7 92:6,14 94:9 95:4 103:22,25 109:8 122:22 135:13 139:18 143:21 145:9 148:20 149:4,8 149:8 152:15,19 160:11 164:23 173:9,20 176:4 176:8,9,10 179:14 180:19

182:7 183:21 184:20,24 186:10 188:23 192:5 193:12 198:5 199:17,23 201:18 205:10 209:16

**believed** 64:17 134:15 173:11 179:8 186:14,24

**belong** 154:10

**belongs** 103:22

**beneficiary** 80:18

**bernard** 21:8 136:18 140:21

**best** 27:19 118:19 120:17 122:11 133:17

**beyond** 11:19

**big** 151:24 164:15,20

**bigger** 163:16

**billing** 35:9,11 35:18,23

**bills** 81:16

**birth** 5:18,19 53:19

**bit** 75:5

**black** 155:16

**blank** 161:20 178:6 188:11

**blood** 216:17

**blue** 29:3

**born** 34:24,25 140:3

**bottom** 44:13 55:5,16 66:23 90:13 98:17 124:17 150:23

172:21 183:13 185:24

**box** 85:5 108:21 109:2 151:8 173:3,6 179:5,7 183:17 186:6 191:24

**boxes** 74:18

**branch** 42:20

**break** 7:22 8:2,4 110:13 161:24

**breaks** 7:20

**brief** 135:14

**briefly** 74:5

**bring** 9:14 10:8 76:11 104:25 105:9 118:20 121:9 130:3 133:19 134:17 156:13 157:5,6 159:16 190:24 193:25 198:2 199:5 200:25

**bringing** 10:16 60:25 156:9 198:8 202:12

**british** 70:5 71:7 71:13

**broken** 67:5 71:4

**broker** 38:5,20 38:21

**brokerage** 39:9 179:3 186:4

**broking** 104:23 105:8

**bronx** 31:15

**brooklyn** 1:22 12:10 26:13 27:8,10

**brother** 6:9 10:19

**brought** 44:10 156:11 167:12 170:12 171:23 171:24 172:6 173:10 183:4 188:6 191:18 194:18 200:16 200:20 211:9

**building** 26:9 27:2,3 28:20,21 28:22 29:9,14 29:17,20 31:9 31:11,14,21,22 31:25 32:5,8,25 33:21,24 49:22 145:24

**buildings** 115:12 115:14

**business** 16:8,21 16:24 17:14,19 17:24 18:4,8,11 25:9 26:25 31:2 31:4 115:11 142:6,16 145:12

**businesses** 25:12 26:8 36:18,21 86:14 145:23

**buy** 59:7

**c**

**c** 2:2 11:24 21:9 34:15,17 36:12 89:24 192:12 212:2 216:2,2

**cadman** 1:22

**calculate** 50:13 93:18

**call** 25:6,6 32:17 33:20 40:2 48:4

48:5 118:20
136:17,19,21,23
137:22 157:25
160:12 205:3
**called** 4:2 26:21
33:16 42:15
53:13 55:18
67:8,22 69:10
71:24 194:6
199:8
**capacities**
145:15
**capacity** 145:9
145:18,19,22
180:7 192:22
**card** 10:17 22:2
23:5,7,9,15
44:17 56:9,21
59:2,3,7,11,14
60:10 61:18,19
72:2,6,8 73:21
73:25 78:14,17
78:18,20 79:5
79:25 80:12,18
81:4,7,9,14,15
82:9,16,22 83:5
83:19,20,23,24
84:3,8,10,13,15
85:9,19,20 86:9
86:12 87:18
88:3,7,9 89:11
90:9,10 91:13
91:21 92:3,6,17
92:19 138:16
213:11,17,21
**cards** 61:23 62:3
62:6 84:24 86:4
86:16,22 87:10
114:7,9

**care** 90:14
**case** 1:6 4:18,20
6:13,15,17 8:23
52:19 206:10
**cash** 23:3,6 59:4
59:14 62:16
64:13 68:22
69:2,14 71:15
77:15,18,20
79:4 80:10
81:16
**casual** 180:13
**categorized**
70:24
**category** 68:18
**catherine** 1:8
2:10 34:12
37:11,21 40:23
41:6 98:5
116:12 207:8
208:4 214:7,22
**catholic** 12:13
**caught** 200:19
**cause** 154:24
**caution** 170:13
**center** 12:14
78:14,17 80:13
80:18 82:9
**certain** 75:13
88:4 121:3
193:15 201:6
**certificate** 32:11
32:19,22 43:16
213:8
**certification** 3:8
**certify** 212:4,8
216:10,15
**chad** 200:3
214:20

**chance** 52:2 63:8
77:9 79:17
83:13 116:19
**changed** 9:20,23
40:21
**changes** 101:16
101:23 102:7
**charges** 86:5
99:9,19 100:2,8
**chase** 39:8,15
42:8,9 49:14,14
49:16,19 66:11
76:4,18 114:19
115:7,25 116:25
117:2 150:3
171:8 197:4
**check** 158:22
159:14 183:19
186:25
**checked** 151:8
151:10,11 173:3
173:6 179:5,7
183:17 186:6,8
191:24 192:2,3
**checks** 147:23
159:16
**child** 37:19 39:6
**children** 35:19
35:22 37:5,8
38:2
**chile** 153:18,19
**chilean** 153:16
**chinandega**
11:24 36:12
42:20
**circled** 107:25
108:3
**circulation**
210:6

**circumstance**
6:6
**circumstances**
136:14
**citizen** 9:12
14:23 15:3,8
35:2 152:3,11
152:13 154:10
154:23 155:10
155:19 156:3
**citizens** 9:18
**citizenship** 9:21
152:6 155:9
**citizenships**
151:14 152:5
154:21,24
**city** 12:2,4 32:13
36:11 40:10
98:11,15
**civil** 1:19 4:24
**clarify** 93:21
95:13 126:25
129:13 166:25
177:18
**clarifying** 130:7
**classes** 13:16
**clear** 22:25
141:25
**clerical** 7:10
**client** 8:10 9:4
55:24 72:22
92:11 102:16
107:2 119:9
131:12 140:13
140:16 141:13
**clients** 102:23
141:16 142:5,16
**close** 123:19
**closed** 48:14,21
48:24 49:4 61:9

123:9,12,17,22
124:3 129:3
199:19,22
**closing** 23:2
60:21 138:3
**co2005** 203:19
**collar** 29:4
**collect** 30:7
147:25 158:23
176:23
**collecting** 29:23
29:24 30:2,3
33:7 206:12
**college** 11:25
12:7 38:13
**come** 19:22
33:23 156:24
160:14 163:5
**comes** 32:23
**coming** 164:19
**commercial**
29:11
**commissioner**
98:11,14
**communicate**
111:5,8 136:10
137:10 140:25
141:4
**communicated**
122:19 137:16
**communication**
137:25 138:7
147:19
**communications**
9:5 136:7
170:15
**communists**
10:21
**company** 26:21
147:24 158:20

**complete** 38:8
**completed** 7:24
**complicated**
126:13
**component**
62:14 63:13
67:6,21,22
68:18 69:25
**components**
73:5
**concept** 109:15
136:3
**concern** 103:14
109:19
**concerned** 85:20
97:7,13
**concerns** 97:10
104:17
**concluded**
211:23
**conclusion**
146:24
**conditions** 53:8
**conduct** 29:13
43:17 213:8
**conducted** 205:5
**conference**
24:18 205:3
**conferred**
197:17
**conferring**
172:10
**confirm** 21:12
23:8 33:6 73:4
73:13 165:14
188:16,20
**confirmation**
203:10
**confirmations**
80:4

**confirming**
203:10
**confused** 155:8
**conjunction**
199:15 202:16
**connection**
18:15 107:14
109:19
**connections**
16:25 17:5
18:12 32:18
**consider** 141:8
**consisted** 177:3
**consistent** 47:18
123:10 199:20
**consisting** 67:13
**consists** 71:6
**construct** 31:20
**construction**
29:4
**consulted**
101:15,22 102:6
197:8,12
**contact** 103:6
141:9
**contacted**
102:24
**contain** 148:21
**contained** 74:14
**contains** 80:3
**contemplated**
120:11
**content** 137:5
**context** 76:14,15
167:15 168:6
**continue** 13:10
122:10 130:6
**continued**
213:24 214:24

**contradict** 157:2
157:4
**controlled** 30:10
**conversation**
129:9 130:25
180:8 205:7
**conversations**
180:13 187:7
**conveyed** 133:14
**conveying**
133:13
**convinced** 191:6
**copy** 3:14,17
148:17,21 149:5
175:25 176:6
184:13,16,21
185:5 210:8
211:11
**corner** 44:14
46:23 53:12
55:6 57:10
72:18 75:7 80:9
85:5 89:23,24
96:8 98:17 99:3
117:13,16
140:13 150:23
170:22 178:12
181:16 182:17
185:13 190:20
199:11 203:18
**corporation**
25:20 28:19
128:2
**corporations**
155:13
**correct** 12:20,21
23:12 31:19
40:24 42:17
68:10 70:21
76:5 82:23

95:22 103:5
107:5,21 109:4
121:13 125:23
137:23 140:20
142:23 148:25
149:5 156:5
159:20 169:21
171:8 172:4
175:24 177:5
178:4 179:23
182:23 184:21
185:4 187:5,9
187:21 191:14
203:13 208:15
209:18 212:9
**correctly** 102:22
103:4 107:13
112:20
**correspondence**
96:13 97:3
**cotton** 36:16
37:3
**counsel** 3:6,17
5:2,24 52:19
**counselors**
40:12
**countries** 15:11
15:15
**country** 10:5,20
10:22 15:9 16:2
16:5 44:10
151:4 152:9
153:18 154:9
155:5,19 156:10
161:15 170:12
171:25 172:25
173:11 179:4,10
179:16 182:15
183:5,16 186:5
186:15,16 188:6

190:25 191:19
191:23 192:8
194:2,19 199:6
200:17,22
202:13
**county** 216:5
**couple** 38:7 44:2
44:19 46:25
47:15 52:3 55:4
72:15 74:18
76:2 79:19 80:9
82:7 85:23
100:18 110:16
140:4 149:14
209:14
**course** 12:7 66:8
87:14 107:17
**court** 1:2,18
3:13 4:19 7:6
43:14 51:16
52:21 56:6
167:5 215:8
**cousins** 18:19
**cover** 77:23
**covering** 77:17
**cpa** 146:14,16
147:3,5,8,10
163:11 165:19
192:15
**cr** 98:19
**created** 7:11
117:20 124:18
140:6
**creating** 7:7
**credit** 10:17
22:2 23:5,7,9,15
44:17 59:2,3,7
59:11,14 60:10
61:17,19,23
62:5 72:2,6,8

78:18,20 79:5
81:3,6,9,13,15
82:16,22 83:5
83:19,20,23,24
84:2,8,10,24
85:9,19,20 86:4
86:8,12,16,22
87:9,18 88:3,7,9
89:11 90:9,10
92:6 114:7,9
138:16 213:17
**cross** 32:17
33:16,18
**crystal** 205:12
205:14
**current** 32:4
35:4,6 73:3
**currently** 33:6
41:17
**customarily**
164:10
**cv** 1:6 4:21

**d**

**d** 3:2 11:24
25:24 36:3,12
37:11 212:2
215:10
**d.c.** 2:6 4:16
**dartmouth** 4:12
5:21
**date** 1:12 5:18
5:19 21:15
43:19 51:9,20
53:19 56:11
63:5 73:22 77:2
78:12 79:13
83:7 87:5 89:4
89:19 91:14
96:5 100:23
102:10 106:3

108:18,22
113:23 114:3
116:14 117:3,9
117:10,13,14,17
117:18,23 121:3
124:6,14 125:19
138:24 148:9
169:10 175:15
181:12 182:7
184:3 189:23
198:17 200:5
207:10,16
**dated** 102:23
**dates** 118:4
**daughter** 38:6
**day** 20:24
124:22 160:14
212:19 216:21
**days** 3:16
**de** 42:15 45:19
46:14,15 47:5
47:25 50:23
60:20 61:9
75:12 94:3
127:3,6 128:17
**deal** 116:5
**debit** 78:14
**debited** 78:23
**decade** 35:21
51:13
**decades** 20:4
**deceased** 36:7
209:11
**december** 1:12
100:6 216:21
**decide** 9:13
16:14 64:14
157:6 195:14
197:25 200:8,14

**decided** 140:24
141:15 172:11
172:15
**declaration**
105:25 106:17
214:5
**declare** 10:4
**declared** 9:18
186:16
**deeds** 98:11,15
**defendant** 1:16
6:11
**defendant's**
207:12 208:5
215:4
**defendants** 1:9
2:9
**defended** 6:15
**degree** 13:2
38:11,16
**degrees** 11:21
**del** 42:16 45:19
46:15 47:25
50:24
**demand** 94:14
**demanding**
201:6 202:15
204:3,4
**department** 2:4
2:16 4:15 8:22
194:12 206:9
**depended** 37:2
**deposed** 6:4,7,12
6:16,24 206:14
**deposit** 69:6
103:3 158:22,23
159:13,15,17
**deposited** 61:13
**deposition** 1:16
3:8,9,14 4:23

5:4,25 8:17 11:4
11:7,11 28:17
**depositions** 7:5
**deposits** 60:18
61:6 67:22 68:9
68:13
**describe** 83:13
201:15
**described**
151:22
**describing**
119:12
**description** 48:7
48:12 72:2
80:12 213:7
214:3 215:3
**detail** 23:14
50:16 61:18
**details** 45:24
78:13
**develop** 151:21
191:3
**died** 18:20 37:16
165:25 166:3
**difference** 118:4
155:10
**different** 9:13
12:18 25:11
27:20 41:14,15
52:14 60:11
63:13 64:15
71:6 76:15,20
79:25 80:4 84:5
84:6 99:23
112:7 114:15
124:22 136:7
142:24 151:13
154:24 155:2,12
155:13 176:17
181:2 187:15

197:11
**difficult** 39:5
131:21
**digit** 112:19,22
**direct** 45:7
**directly** 16:10
16:11 85:10
159:15
**dirt** 33:22
**disassociate**
131:22 132:16
**disclose** 171:15
171:21 172:12
178:13 180:16
180:17 185:21
191:4,9,16
197:25 210:19
**disclosed** 119:21
139:13 178:17
182:20,25
**disclosing**
119:16
**disclosure**
106:14 107:14
109:19 118:13
119:25 150:17
158:2 170:24
196:15 197:23
198:7,16 199:9
199:16 200:9
201:5 202:17
203:12,23 211:6
214:18
**discontinued**
49:2
**discrepancy**
46:20
**discuss** 109:14
128:6,20 134:7
134:13 136:2

137:2 141:23
156:21 167:14
189:14,18 211:3
**discussed**
125:17 129:25
141:22
**discussion** 19:10
26:19 72:12
83:2 106:9
110:12 125:16
131:6,10 133:8
134:2,6,11,18
134:22,24
135:19 146:11
207:23 209:3
211:20
**discussions**
22:16 129:12
179:22,23
**dispute** 149:4
176:6,11 185:4
**dissatisfied**
115:25 141:23
**district** 1:2,2,21
4:19,20
**dividends**
149:18,22
**division** 2:4,16
2:17 4:16 47:11
**divorced** 41:6
174:7
**doctor** 12:5,16
14:10 25:6 35:7
93:22
**doctors** 25:21
**document** 43:21
43:25 44:5,12
44:23 45:4,8,22
51:23 52:7,17
53:3,4,6,14 54:3

56:9,13,16
62:21,25 63:11
74:8 76:21 77:5
77:13,23 79:22
83:3,10,16 89:7
89:10 91:19,22
96:7,11,21
97:24 99:18
100:25 101:4
106:6,11,16,19
109:22 110:6
116:16,22
132:25 138:20
138:23 139:22
139:24 140:6,8
148:11,14
169:12,15
175:18,21
181:15,19 184:6
184:10 190:2,5
194:11 198:20
199:3,12,14
200:7 203:4
206:8 213:11
214:8
**documentation**
161:4 187:23
188:25
**documents** 11:3
11:5 21:12
102:18 107:4
140:18 159:19
160:4,18 162:10
163:5 165:6
167:21 168:8
178:2 188:4
206:15,21,25
210:16 215:16
215:17

**doing** 17:24 18:4
22:16 35:9,14
35:18 38:19
39:5,9 103:23
136:24,25 137:8
164:17 165:11
174:23
**doj** 206:15
**dollar** 202:14
**dollars** 46:13
60:14,16 67:12
70:16,22 71:7
71:14 78:14
**dominic** 89:3,23
213:19
**dormant** 180:20
**doug** 8:20 10:10
45:3 49:8,24
118:2 168:4
172:10 197:9,13
197:18 206:2
**dr** 25:2,3,8
33:12,17,25
35:25 37:4
43:24 44:4
51:25 52:6
56:15 63:7,10
77:8,12 79:21
83:12 87:24
89:9 91:18
101:3 106:10
110:15 112:21
116:18 126:22
129:10 139:20
142:25 148:12
154:7 166:23
169:14 175:17
181:18 184:9
190:4 198:22
199:2 200:7

203:3 208:8
211:17
**draft** 163:6,17
**drafted** 117:25
**draw** 92:20
**driver** 160:15
176:25
**dual** 9:21 152:5
152:6 154:21,23
155:9,10 156:3
**duly** 4:3 212:5
216:12
**duty** 10:23
152:12

**e**

**e** 2:2,2 3:2,2 4:2
4:2 5:8,8,12
11:24 36:12
137:10,11
149:10 175:9
176:14 185:17
212:2 213:2
215:10 216:2,2
**earlier** 45:8
122:24 163:10
**early** 21:16
35:20 47:10
51:12 124:7
**east** 1:22 31:15
49:22
**eastern** 1:2,21
4:20
**ec** 91:13 213:21
**ec3r8bq** 47:12
**ec4p4el** 47:10
**education** 11:18
12:5 13:11,14
14:22 38:9
**effect** 3:12,15

**eight** 13:8
**either** 23:10
36:5 43:11
73:16 108:23
113:22 134:12
135:20 137:9,20
142:21 162:11
162:22 168:12
**elaborate** 40:7
**electronic**
164:17
**elementary**
41:10,12
**employee** 140:22
**enabled** 23:10
**ends** 80:8
**engagement**
132:22
**england** 18:23
18:25 19:3 25:4
136:8
**english** 34:4
41:5,9
**enrique** 1:23
216:8,24
**entering** 118:11
**entire** 48:7,11
143:11
**entirely** 73:9
**entities** 145:12
**entitled** 106:16
207:25 208:5
**entity** 25:18
26:10,14,15
28:18
**entity's** 26:25
**entries** 171:7
**entry** 171:10
**era** 164:18

Juan Reyes
December 2, 2022

**errors** 7:10
**esq** 2:7,12,16
**essentially** 126:9
**establish** 47:3,21
58:9 71:3 112:8
132:2
**established** 68:6
70:21 113:2
197:7
**estimate** 60:7
**eurocard** 90:6,8
90:24 91:4
**event** 9:24
121:18 125:11
**events** 121:12,24
160:10
**everybody** 9:15
**evidencing**
132:25
**exact** 21:15 51:9
118:3
**exactly** 9:3
23:18 30:8 39:4
39:23 40:11
62:20 111:8
124:21 152:7
159:7 205:13
210:14
**examination** 4:6
211:22 215:12
216:11,13
**examined** 4:5
**example** 82:15
**excuse** 15:24
**exh** 213:8,9,11
213:12,14,15,17
213:18,19,21,22
214:4,5,6,8,9,10
214:12,13,15,16
214:18,20,21

215:4
**exhibit** 43:14,15
43:18,22 44:6
51:17,19 52:8
56:7,10,17
57:14 58:21
62:24 63:4,12
66:20 71:22
72:16 73:19
74:5 75:4,6
76:23,25 77:6
79:8,12,15,23
80:3,13,14
81:24,25 83:4,6
83:14,17 84:22
87:2,4,8,22,25
88:25 89:3
91:10,11,13,16
95:24 96:4 99:2
100:17,22
105:24 106:2,12
110:18 111:11
111:25 112:25
113:4 116:10,13
116:23 122:23
124:12 125:20
138:23 139:19
148:6,6,8,14
158:12 169:7,9
169:15 175:12
175:12,14,18
178:11 181:9,11
183:24 184:2,8
184:10 189:22
190:6 198:16
199:4,25 200:4
202:22 203:5
207:9,15,20,25
208:4,9,12,13
208:15 213:6,6

214:2,2 215:2,2
**exhibits** 100:19
110:16 207:18
213:4 215:8
**existence** 139:7
139:14 166:15
167:17 198:10
**expect** 60:7
**expenses** 86:13
86:18
**expert** 198:14
**expire** 97:18
**explaining**
129:10
**explore** 10:24
12:17 23:13
50:15 61:18
62:22 68:24
69:17 131:14
**express** 104:16
**expressed** 121:5
121:14
**extent** 133:10,12

**f**

**f** 3:2 192:12
216:2
**failure** 204:19
**fair** 56:20 63:16
66:23 68:17
71:5 79:2 80:2
84:23 97:23
142:21
**fairly** 147:10
**falls** 128:9
**familiar** 39:13
133:22 159:4
161:16 192:11
194:5,9 206:7
206:14,17,18

**families** 29:22
**family** 10:18
86:20 92:21
132:14 202:9
**far** 41:22 48:18
85:19
**faryners** 47:11
**father** 36:3,13
**favor** 82:3
**fax** 102:24 103:7
110:21,24 111:4
111:6,7,10,13
111:20 112:3,4
112:7,10,13,24
113:2,5 117:13
117:15,17
136:11,12
137:12,21
**faxed** 113:4
**fbar** 134:13
193:22 194:7,24
195:10,18,22
196:7,11,16
**fbars** 195:25
204:19
**february** 28:18
31:18 73:25
199:20
**federal** 1:19
4:23 88:22
143:2,10,19
148:7,18 149:6
162:13 165:21
169:18 175:13
175:25 183:25
184:22 214:9,12
214:15
**feel** 93:14
161:14

**fees** 98:21 99:12
**fellow** 174:8
**felt** 10:22
**fermin** 90:14,16
**fiduciary** 67:22
  68:8,12 69:6
**figure** 180:16
  181:5
**file** 143:19 146:2
  149:10,10
  172:11 192:7
  195:25 196:11
  196:15 204:19
**filed** 143:2,5,10
  143:17 175:9,9
  176:14,14
  185:16,17
  189:19 190:23
  195:10,18,22
  196:7
**filing** 3:7 164:17
  194:7,25
**fill** 161:21 178:7
  188:12 194:10
**final** 68:18
  104:24 105:9,13
  209:14
**finally** 47:14
  48:13
**financial** 6:17
  39:13 47:4,17
  138:12 151:3,5
  168:13,23 169:4
  172:24 173:2
  178:24,25
  183:14,15
  185:25 186:2
  191:21,22
  194:24 195:5,10

**find** 13:9 133:22
**finish** 130:14
**finished** 7:18
**firm** 5:13 40:15
  40:18,19 124:18
  124:20 125:2
  144:8,9,11,13
  144:15 192:15
  192:21
**first** 4:3 5:8
  14:15 29:12
  34:13 47:7
  56:25 69:9
  77:22 84:12
  99:13 101:13,19
  104:21 106:23
  107:10 109:5
  110:18 112:8
  121:13,18,25
  122:2,17 139:6
  142:4,5 143:8
  144:20 148:6
  153:5,6,7 159:3
  160:9 194:16
  205:11 207:7,14
  208:2,7,11,14
  210:4 212:5
  214:22 215:5
**fit** 122:5
**fits** 121:24
**five** 19:16 28:8,8
  30:22,23 166:11
**flip** 77:9 99:17
  198:23
**floch** 192:12,17
  193:7,14
**floor** 2:11 29:12
**focus** 148:3
  157:20

**focused** 80:11
  145:8
**focusing** 143:22
**follow** 22:3
  130:16 147:6,16
**following** 71:21
  213:24 214:24
**follows** 4:5
**force** 3:15
**foregoing** 212:8
**foreign** 6:17,20
  116:6 138:12
  151:4 155:20
  168:13 172:25
  179:4 183:16
  186:5 191:23
  194:13,23 195:4
  195:10,15
**forensic** 126:13
**forest** 4:12 5:21
  95:21
**form** 3:21 18:4
  59:7 69:14
  119:21 139:13
  159:5,8
**format** 66:18
  205:5
**formed** 26:2
  28:18,19 30:4
  31:17 60:20
  179:11
**former** 8:20
**forms** 159:4
**forth** 216:12
**foundation** 19:6
**four** 19:16 93:18
  137:17,19 138:5
**free** 198:2
  200:21

**friend** 6:11,15
  90:17 174:22
**friends** 19:19
  93:12,15
**front** 44:6 52:8
  63:12 190:5
  199:4
**full** 12:13
**fully** 7:14,18
**fund** 81:11
**funds** 46:4 49:6
  50:2 62:18
  67:24 68:10,14
  76:17 114:17
  115:6,20 120:12
  121:6,15 124:2
  131:6 134:19,25
**funs** 115:24
**further** 3:20
  13:13 71:4
  99:17 107:18
  211:14 212:8
  216:15
**future** 97:2

**g**

**g** 11:24 21:9
  26:12 36:12
**g.r.** 144:17
**g2249** 81:21
  82:3
**gains** 61:15
**game** 9:23
  154:25
**gather** 187:19
  206:21
**gathered** 180:25
**gathering**
  206:25
**gaughran** 21:9
  21:13 23:20

Juan Reyes
December 2, 2022

[gaughran - hands]

24:8,11 136:18
140:21 141:24
142:10,19
**general**   9:8 11:2
12:12 29:2
38:24 39:12
40:12 41:4 46:3
50:17,21 53:7
63:24 87:8
114:6 121:5,15
145:5,17,22
186:13 190:22
210:6
**generally**   116:4
**generate**   136:16
**generated**
154:12,13 155:6
155:25 165:7
179:16,17
186:17,18
200:22
**geneva**   21:24
44:9 47:14 48:4
**german**   174:8
**getting**   22:2,19
66:5 86:20 97:8
97:11 174:7
**give**   7:13 11:14
11:17 33:5 43:3
48:11 76:16
105:16 106:13
121:2 132:17
147:25 158:14
158:14,24
159:21 160:17
161:20 162:11
163:17 170:19
176:24 187:22
188:2,11 198:4
210:23 211:10

**given**   9:10
104:24 105:8,13
158:17 161:3
212:10 216:14
**giving**   7:25 8:12
131:18,20
132:13
**glen**   2:16 5:2
**go**   4:24 5:10 7:4
8:15 10:25
12:19 19:20
41:14,15 44:20
44:20 48:6
49:10 74:9 75:6
78:9 80:7 83:15
87:22 91:7
93:20 99:2
110:9,15 119:19
122:23 129:15
133:5,22 139:19
142:7,17 145:4
146:8 164:5,9
164:21 165:5
166:18 170:20
172:17 175:11
185:10 190:19
194:2 198:3
**going**   7:4 13:10
16:4 17:10,17
21:21,23 33:22
33:23 43:13
46:24,25 47:21
48:4 50:22
51:15 56:5
64:18 79:7 83:3
83:4 91:7 93:14
102:20 107:11
109:5 115:9
116:8 120:23,25
121:3,9 123:19

129:12 132:17
132:19,20
137:25 156:12
157:23 185:11
199:5 209:10
210:4,10
**gold**   80:22 81:2
81:6,13 82:11
82:16
**good**   4:14 110:9
146:15,17,20
**government**
39:19 40:9
136:4 180:18
**government's**
206:22
**graduate**   39:21
**graduating**
38:25 40:4
**graham**   26:12
27:10
**grammar**   11:23
**grandparents**
93:13
**gray**   152:7
155:16 156:3
**gre**   192:15
**great**   93:13
**grossman**
151:25 152:19
152:23 153:10
153:11,13,16
154:7 155:15
156:17 173:21
174:3,11 179:20
180:11 187:4
209:15 211:5
**grossman's**
211:12

**ground**   7:5
**grow**   61:14
64:16
**guarantee**   81:20
82:4
**guarantees**
71:25 72:6
**guaranty**   82:3
**guatemala**   15:23
16:2 139:25
140:2
**guess**   28:16
48:15 56:3 74:3
85:14 88:19
102:4 115:2
133:5 147:23
**guessing**   51:14

**h**

**h**   11:24 21:9
26:12 36:12
89:24 192:12
213:2
**half**   68:7 202:12
**hand**   44:14 45:9
46:23 53:12,18
55:5 57:10
72:18,19 73:14
74:11 75:7 80:9
85:5 89:23,24
96:8 98:3,8,17
99:3 117:13,16
140:12 141:12
150:23 170:22
178:12 181:16
182:17 185:12
190:20 199:11
203:18 216:21
**handed**   200:19
**hands**   147:10,11

**handwriting**
54:9,12,14
108:19,24 109:3
113:20,22,24,25
114:3
**handwritten**
101:11
**happen** 51:8
65:7,9 121:3
**happened** 49:5
49:18 64:10
121:14,25
**happy** 7:23
**hard** 19:25
132:11
**head** 7:15,15
**header** 112:3,5
112:10 117:17
**heading** 117:7
**heard** 194:14
**held** 1:19 19:10
26:19 41:24
72:12 83:2
101:17,24 102:8
106:9 110:12
125:16 146:11
207:23 209:3
211:20
**help** 7:6 10:18
10:23 31:20
35:9 62:22
69:16 75:15
86:19 187:23
188:4,12 206:20
**helped** 43:5
**helpful** 45:25
**hereinbefore**
212:11 216:12
**hereunto** 216:20

**high** 11:19 41:11
63:15 200:16,24
**hills** 4:13 5:21
95:21
**hire** 180:15
198:13
**history** 10:24
47:3,17
**hold** 14:12 98:22
99:12 100:12
164:14
**holder** 53:16
**holders** 53:13
55:7 57:4,8
**home** 113:2,5
126:10
**homeless** 33:4
**hometown** 11:23
12:2
**hone** 62:12
**hopefully** 33:3
**hospitals** 13:25
**hotel** 24:15,16
24:19,21
**hours** 206:6
207:4,5
**house** 47:12
95:18,19 104:23
105:8 111:13,22
111:23 164:11
164:19 165:8
189:11

**i**

**idea** 11:2 50:17
78:5 82:6
103:17 185:22
**identification**
43:18 51:20
56:10 63:5 77:2
79:12 83:7 87:5

89:4 91:14 96:4
100:23 106:3
116:13 138:24
148:9 169:10
175:15 181:12
184:3 189:23
198:17 200:4
207:10,16
**ignoramus**
67:18 137:7
**iii** 28:10 37:11
39:17 41:16
128:21 129:19
130:15,17 131:9
131:15 132:2,10
133:7,21 134:7
134:12,23 135:4
139:3,5,9
210:16,24 211:4
211:11
**illegal** 29:5
201:13
**improve** 115:10
**include** 161:4
**included** 203:22
**including** 54:16
58:11
**income** 50:5,6,9
50:18 88:22
143:2,10 148:7
148:18 149:6
150:18,18
155:20 158:19
159:2,9,23
160:2 161:12,22
162:13 165:21
166:7 169:17,19
170:24 171:15
171:21 172:12
172:13 175:13

175:19 176:2,23
177:4,8,19
178:14 180:16
182:19,24
183:25 184:11
184:22 185:5,20
185:21 187:19
188:17,21 190:7
191:5,10,15
214:9,12,15
**incomes** 158:15
**individual** 80:3
181:20 184:11
190:11 192:12
**industry** 39:13
**informal** 187:6
**information**
88:16 138:22
147:18 156:25
160:9 180:25
188:3 208:17
214:8 215:16,17
**informational**
194:11
**inhumane**
201:11
**initial** 74:23
**initialize** 54:2
98:19
**initialled** 53:25
**initially** 61:13
**initials** 53:22,24
74:8,12,14,18
74:19,21
**initiative** 47:13
118:13
**innocuous**
170:18
**input** 104:24
105:8,13

| | | | |
|---|---|---|---|
| **inspection** 32:17 | **interested** 64:11 | 79:16 103:2,15 | 56:1 57:1 58:1 |
| **institution** 47:4 | 64:17 216:18 | 119:21 148:12 | 59:1 60:1 61:1 |
| 47:17 73:17 | **interests** 30:20 | 169:13 175:9 | 62:1 63:1 64:1 |
| 127:25 | 126:11 187:20 | 181:16 184:7 | 65:1 66:1 67:1 |
| **institutions** | **internal** 14:7 | 190:3 197:23 | 68:1 69:1 70:1 |
| 11:20 | 118:12 | 198:9,12,21 | 71:1 72:1 73:1 |
| **instruct** 97:2 | **international** | 199:15 200:3 | 74:1 75:1 76:1 |
| 100:10,14 | 9:22 47:8 53:9 | 201:5 202:14,23 | 77:1 78:1 79:1 |
| 109:23 114:8 | 151:18 152:20 | 203:10 204:2,18 | 80:1 81:1 82:1 |
| **instructed** 50:10 | 153:2 173:19,22 | 204:23 205:9,16 | 83:1 84:1 85:1 |
| **instructing** | 173:23 174:2,8 | 210:25 214:20 | 86:1 87:1 88:1 |
| 128:11 | 179:14,21,22 | **island** 153:9 | 89:1 90:1 91:1 |
| **instruction** | 180:2,4,12,14 | **issue** 119:25 | 92:1 93:1 94:1 |
| 96:14 97:17 | 181:2 186:23 | 120:4,5 | 95:1 96:1 97:1 |
| 114:13 | 187:2,8 209:16 | **issues** 118:11,23 | 98:1 99:1 100:1 |
| **instructions** | 211:5 | 118:24,25 119:5 | 101:1 102:1 |
| 96:3,25 97:4 | **internship** 13:17 | 119:6 | 103:1 104:1 |
| 110:20 120:9,15 | **interrogatories** | **it'll** 7:20 45:9 | 105:1 106:1 |
| 213:23 | 207:7,15 208:3 | **item** 68:19 | 107:1 108:1 |
| **instructs** 8:8 | 208:7 214:22 | **items** 62:15 67:6 | 109:1 110:1 |
| **instruments** | 215:5 | 69:25 | 111:1 112:1 |
| 67:23 68:9,13 | **interview** | **iterations** 48:3 | 113:1 114:1 |
| **insurance** | 204:22 205:4 | | 115:1 116:1 |
| 147:24 158:20 | **interviewed** | **j** | 117:1 118:1 |
| **intend** 47:22 | 6:19 204:18 | **j** 4:1,2 5:1,8 6:1 | 119:1 120:1 |
| 118:9,16 119:3 | **introduce** 4:25 | 7:1 8:1 9:1 10:1 | 121:1 122:1 |
| **interest** 28:5 | 5:5,10 | 11:1 12:1 13:1 | 123:1 124:1 |
| 121:6,15 122:11 | **invest** 64:15 | 14:1 15:1 16:1 | 125:1 126:1 |
| 149:17,21,24 | 107:18 | 17:1 18:1 19:1 | 127:1 128:1 |
| 150:3,17 151:2 | **invested** 67:17 | 20:1 21:1 22:1 | 129:1 130:1 |
| 152:9 170:24 | 68:15 | 23:1 24:1 25:1 | 131:1 132:1 |
| 171:5,6,15,21 | **investments** | 26:1 27:1 28:1 | 133:1 134:1 |
| 172:13,23 | 137:3 | 29:1 30:1 31:1 | 135:1 136:1 |
| 177:13,20,23 | **involved** 45:25 | 32:1 33:1 34:1 | 137:1 138:1 |
| 178:14,24 | 131:23 193:19 | 35:1 36:1 37:1 | 139:1 140:1 |
| 182:19,24 | **involving** 6:17 | 38:1 39:1 40:1 | 141:1 142:1 |
| 183:14 185:21 | 11:5 | 41:1 42:1 43:1 | 143:1 144:1 |
| 185:25 191:5,9 | **irs** 6:21 8:22 | 44:1 45:1 46:1 | 145:1 146:1 |
| 191:15,21 | 43:23 45:5 50:4 | 47:1 48:1 49:1 | 147:1 148:1 |
| | 50:9 63:2 77:7 | 50:1 51:1 52:1 | 149:1 150:1 |
| | | 53:1 54:1 55:1 | |

[j - languages]

151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
**j.p.** 49:14,16
114:18 117:2
**january** 78:13
80:11 102:23
103:8 117:5,11
117:19,22 124:7
125:20,21

**jdr** 53:20 54:3
**joint** 41:24 42:9
42:11 51:6 75:2
75:16,20 143:12
143:13,19
148:15 162:13
**jointly** 143:3,11
143:17
**joints** 62:8
**juan** 1:8,17 2:10
4:10 5:8 25:24
28:10 36:3
37:11,20 38:5
39:17 41:16
116:12 128:21
129:18,19
130:15,17 131:9
131:15,20 132:2
132:10 133:6,13
133:21 134:7,12
134:23 135:4
139:5,8,9 207:8
208:3 210:15,24
211:4,11 212:15
214:7,22
**judge** 3:13
**julia** 2:16 5:2
**july** 97:19,24
**june** 208:18
**jurisdiction**
154:11,14,17
155:3,7,22
**justice** 2:4,16
4:16 8:23 206:9

**k**

**k** 34:16,18
**keep** 77:24 96:2
96:12,14,24
97:16 99:9,19
100:2,7 213:22

**kind** 38:5 39:24
46:2 50:21
62:12 67:16
68:12 122:8
132:24 138:6
144:24
**kinds** 133:23
**kingdom** 17:11
17:12,15,16,19
17:25 18:5,9,12
18:15 19:12,18
19:22 20:5,18
20:23 41:18,21
50:25 54:18
58:6,12,18
59:17 127:7
**knew** 34:20
64:12 105:21
180:4,6 209:12
**know** 20:25
22:22 27:15
28:6 30:8 32:20
34:5 38:4 39:4
39:16 40:11,21
41:22 45:24
46:20 50:20
51:9 52:2 56:18
59:12 61:25
62:19,20 63:7
65:8 66:16
67:19 68:16
69:15,15 71:16
72:7 74:3 75:18
75:22 77:10
78:8 79:18
83:22,22 84:16
86:24 88:14,23
89:18 90:3,4
92:4 94:5,12
97:5 99:13

102:4,22 103:12
104:10,15,20
105:15 107:12
109:13 110:7
111:8 113:6
114:14 115:8
116:19 117:21
117:24 121:7
123:18 124:25
125:6,9 127:15
135:9,16 141:7
149:11,12
150:10,11 152:7
157:4 159:6
163:9,19 165:4
165:24 166:10
174:4,6,10
175:10 176:15
185:11,18
186:22 189:4,5
193:4,12,22
194:8 198:24
202:24 204:13
206:11 207:4
208:13 210:14
**kyc** 138:22
214:8

**l**

**l** 3:2,2 152:18
153:9 192:12
212:2
**la** 209:22,22
**labelled** 72:5
**lack** 119:24
**lady** 205:10,11
**language** 41:5
41:10
**languages** 33:25
34:6

Juan Reyes
December 2, 2022

**larger** 144:9,13
**late** 124:3
  194:20
**lately** 193:23
**law** 5:13 6:9
  9:19 18:22 19:2
  39:21 40:2,4,10
  40:15,17,19
  41:17 124:18,20
  125:2 152:7
  155:15
**lawsuit** 16:18
  206:13
**lawyer** 8:20 10:7
  10:8 27:14 38:5
  39:18 40:14
  44:25 45:2 49:8
  52:10 116:24
  118:2 132:16
  152:20,22 153:2
  157:10,12,13
  170:11,14,15
  173:22,23 174:9
  179:21 180:12
  180:15 181:5
  191:6 197:2
  198:13 205:25
  209:16 211:5
**lawyers** 9:22
  151:18 173:20
  174:2 179:14,22
  180:2,4,7,14
  181:2 186:23
  187:3,8 201:24
  202:10
**leads** 146:23
**learn** 97:14
**learned** 156:25
  157:6 193:23

**leave** 10:22
  172:8
**left** 5:2 53:18
  73:14 74:11
  85:5 89:23,24
  98:3,8,17
  117:13,16
  140:12 141:12
  149:24
**legal** 25:18
  41:20 131:18,19
  131:20,24
  132:13,17
  133:13
**legible** 112:19
**legs** 161:25
**lerner** 2:12 5:9
  5:12,12,23 8:5
  8:10 11:12,16
  17:21 19:5
  22:10 23:25
  25:2 26:17
  27:18 33:13
  38:20 48:8
  52:20 53:23
  54:7,11 57:25
  60:23 69:19
  70:7,17 71:17
  75:23 81:24
  90:19 93:20
  97:21 99:21
  100:12 105:4
  108:12 112:18
  114:24 119:9,14
  123:2 124:6,11
  124:15,24 125:6
  125:10,23 126:8
  128:8,12,23
  129:4,8,15
  130:6 131:11,17

132:12 133:9
  139:4,16 145:7
  146:8 147:12,20
  152:21,23
  154:16 158:8
  161:24 162:14
  162:25 164:14
  165:23 166:18
  166:22 168:18
  170:16,17 176:3
  177:9,12,17
  184:23 185:7
  196:20 197:6
  200:11 204:8,14
  204:24 206:12
  206:15 208:22
  211:16,17
**letter** 87:3 88:13
  88:20 89:2
  116:11 117:4,20
  117:25 120:2
  122:17 124:12
  124:14 132:22
  200:2 203:10
  213:18,19 214:6
  214:20
**level** 41:2,11
  63:15
**león** 12:2
**license** 14:12
  18:25 19:3,3
**licensed** 41:17
  132:3
**life** 15:16 175:7
**light** 208:17
**limited** 47:9
**lindstrom** 2:9
  5:13
**line** 55:6,18
  67:25 68:3

69:10 78:12
  99:8 145:7
  172:21 205:8,18
  205:22
**linked** 61:19
  81:10,14 84:24
  86:12,22 87:10
  88:10 90:10
**list** 15:15 160:18
  160:19,22
**litigation** 6:8
  47:24
**little** 39:5 75:5
  155:8 201:22
**live** 11:22 15:19
  29:8 36:10
**lived** 15:16,17
  15:21,22,25
  16:6 17:12
**living** 14:15 29:7
  36:14
**llc** 26:22 27:13
  27:25 29:24
  30:3,4,7,13,16
  31:2,17 33:7
**llc's** 32:7,23
**llcs** 146:2
**lloyd** 51:24
  56:14 83:11
  87:24 89:8
  91:17 96:9
  101:2 106:7
  139:20
**lloyd's** 140:10
**lloyds** 6:18,25
  16:16,19,20
  17:2,24 18:3,7
  20:22,25 21:3
  23:11 24:8 42:5
  42:10 46:16,18

47:6,6,8,11,13
48:3 50:19
51:18 52:11,15
52:18 53:4,8
54:6,16,24 56:2
56:8,22 57:8,18
57:23 58:2,4,10
58:11,16,23
59:16 60:9
61:10,20 62:13
62:15 63:3,14
63:17,25 64:5
64:21 65:2,12
65:18,23 66:6,7
66:24,25 72:23
73:6,17 75:21
75:23 76:18,24
77:15,17,19
78:6,20 79:4,10
79:25 81:10,11
81:14 82:17,21
84:25 85:6,10
85:12,16,17,25
86:12,23 87:10
88:10 90:11
92:12 94:8,21
94:24 95:2,16
96:2,15 97:14
98:22 99:12,24
100:6,11,14,16
100:21 101:7
102:6,17 103:7
104:16,19
105:17,20
106:19 107:4
109:16,24,25
114:8,9,17,18
115:6,24 116:24
119:20 120:12
120:18,25 121:5

121:14,16,19,22
122:8,13,19,20
123:16,25 124:2
126:7,24 127:2
127:6 128:18,20
130:17 131:7
132:6 133:8
134:9,20,23
135:5,11 136:8
136:15 137:10
137:16 138:2,13
139:7,15 140:6
140:18,22,23
141:5,9,15
150:18 158:10
161:5 166:16
167:17,22 168:9
170:25 171:11
171:15,22,24
172:13 175:4
178:14 180:17
182:19,25
185:21 190:25
191:5,10 194:22
195:3 196:3,8
196:12,19,25
197:4,15,20
199:6,21 201:7
210:17,24 213:9
213:11,12,14,15
213:22 214:4
**lloyds's** 116:2
**llp** 2:9 5:14
**lobby** 24:20
**located** 42:18
50:24 155:23
179:3 183:16
186:4 191:23
**london** 18:16
23:23,24 24:13

47:10 54:17
75:24,25 94:21
142:7,7,17,18
**londres** 42:16
45:19 46:14,16
47:5,25 50:23
60:20 61:9
75:12 94:4
127:4,6 128:17
**long** 13:19 14:2
14:9 24:22
34:21 35:14
39:15 48:11
59:10 80:25
94:12 175:2
206:4
**look** 7:12 10:6
44:11 48:17
52:2 63:8 84:12
86:3 95:23
98:24 100:18
110:18 113:21
114:3 116:9
124:16 138:19
163:16 164:2
169:6 202:22
207:3
**looked** 11:3,7
80:10 110:16
**looking** 53:15
72:16 84:20
101:19 107:10
126:2
**looks** 113:25
**lot** 45:24 147:5
147:10,16
173:19 198:12
203:20
**loud** 96:23
102:21 150:25

172:18 178:23
**low** 30:9
**lunch** 110:13,17

## m

**m** 26:12 152:18
153:9
**m.d.** 25:24
**machine** 111:4,6
111:7,13
**madrid** 90:18
91:2,8 92:24
93:3,6,7,11,12
93:17,23
**maestro** 91:13
91:21 92:3,16
213:21
**mail** 64:4,8
65:13,16 77:24
78:7 94:2,7,10
94:19,20,25
95:5,11,15,16
96:3,14,24 97:8
97:11,17 98:22
99:9,12,19
100:2,8 136:11
137:10,11,12,20
213:22
**mailed** 64:5
65:15 193:13
**malpractice**
6:13
**malta** 151:24
152:18,23 153:6
153:8,9,11
**man** 136:17
**managua** 42:19
**manhattan** 12:9
**manner** 59:11
61:24 139:14

**march** 63:18,21
67:3 68:6,20
70:23 99:8,15
102:12 105:5
142:6
**mark** 43:14
51:16 56:6
**marked** 43:17
43:21 51:19
56:9,17 63:4,12
76:25 77:5
79:11,23 83:4,6
83:17 87:4 89:3
91:13 96:3
100:22 106:2,12
116:12,22
138:23 148:8,14
169:9,15 175:14
175:18 181:11
184:2,10 186:7
189:22 190:6
198:16 199:4
200:3 207:9,15
**market** 61:15
62:18 67:19,23
67:23 68:9,10
68:13,14 137:7
**marriage** 127:25
143:2,9 216:17
**married** 34:8,22
166:4 174:5
**martinez** 90:14
90:16
**mash** 95:25
**master** 80:22
81:2,6,13 82:11
82:16
**matter** 4:17 66:8
87:14 216:19

**mazzola** 2:9
5:13
**mazzolalindstr...**
2:12
**md** 25:19
**mean** 16:12 24:2
24:3 29:21
38:21,22 47:22
60:23,24 62:16
75:24 93:24
126:4,18 177:18
183:9 201:15
**means** 78:4
138:9
**meant** 24:4
118:16
**medical** 6:10,12
12:4,14,16,19
12:23 13:2,10
13:14 14:12,21
25:10,14,16
29:13 35:11,18
**medication** 8:11
**medicine** 25:19
**meet** 22:5
142:18 162:18
189:13,17
**meeting** 21:18
22:4,17,19 23:4
23:20 24:7,10
24:14,22
**members** 27:12
30:16
**memo** 100:21
101:6 102:11
214:4
**mention** 118:18
119:7 120:14
154:19 161:13
165:17 166:15

167:16,19
**mentioned** 12:18
13:13 22:23
28:14 30:12
33:13,17 38:18
39:18 86:19
121:8 138:9
142:10 151:25
157:10 159:12
173:9 180:2
197:22
**met** 142:5,16,22
166:5
**method** 65:19
**methods** 181:3
**mexico** 12:3,4,20
12:23,24 15:18
**middle** 37:14,19
71:24 81:20
82:3 110:19
118:8 141:11
**million** 67:11,13
67:21 68:5,7,19
70:22 201:2,18
201:21
**mine** 6:11
**minimal** 147:19
**minute** 129:5
**minutes** 24:24
80:9 135:10
**miscalculation**
201:23 202:6
**missed** 141:2
**mistake** 124:23
**mister** 25:5,7
**mixed** 62:19
**modified** 208:17
**moment** 43:25
166:19,23
198:22 202:24

**momentarily**
73:20
**money** 9:25 10:2
10:14,16 21:25
22:16,20,23
23:10 43:3
44:10 46:5,6,7,8
49:19,21 50:4
50:17 52:11
62:18 64:12,12
64:17 67:23,23
68:9,10,13,14
79:24 85:21,21
88:2 92:21
103:2 115:13
116:7 121:2,9
121:20 122:14
122:20 127:13
127:18,20
129:24 130:3,4
133:19 134:16
135:24 152:3
154:10,11,13
155:4,4,5,7,24
156:9,11,13
157:5,6 167:12
170:12 171:23
171:24 172:2,6
173:10 179:16
179:17 183:5
186:14,15,17,17
186:19 188:6
190:13,16,25
191:19 194:2,18
197:3,7 198:2,8
199:6 200:17,21
202:8,10 210:20
211:9
**month** 60:14,17

**monthly** 60:8
66:18
**months** 13:8,8
77:17 103:3
137:17,18,19
138:6
**morgan** 49:15
49:16 114:19
117:2
**morning** 4:14
**mortgage** 38:21
39:9 177:10,21
177:22 187:19
**mother** 36:4
150:15
**move** 14:19
71:21 76:16,20
114:15 121:20
136:6 144:12
181:8
**moved** 47:12
48:22 49:19
122:14 123:9
124:2
**moving** 26:6
91:10 121:6,15
131:6 134:19,25
142:24
**multiple** 62:3

**n**

**n** 2:2 3:2 4:2 5:8
11:24,24 21:9
36:12,12 212:2
215:10
**nail** 125:10
**name** 4:8,14 5:6
5:7,8 10:11
12:22 21:6,8,11
24:17 25:12,23
26:10,15 28:25

33:14,15 34:10
34:13 37:9,10
40:19,22 43:8
43:10,11,12
45:15,18,21
50:22 62:5,7,7
75:14 84:9,9,12
84:14 90:14
98:4 126:22
144:15 153:5,6
153:7,8 174:6
192:14,16
205:11 209:20
**named** 36:3,11
136:17 144:6
151:24 192:12
**names** 28:25
35:25 37:7
117:4,7
**narrow** 75:5,15
**national** 12:24
**naturalized** 15:6
**nature** 26:24
30:25
**ne** 2:6
**near** 171:5
**necessity** 102:25
103:9
**need** 7:22 9:25
10:8,18 21:20
21:24 23:17
32:21 115:11,13
116:7 133:20
157:7,21 161:9
173:12,13 179:9
186:10 191:4,7
208:16,21
**needed** 60:12
160:23 161:11

**negative** 71:25
72:5
**never** 15:20 16:3
16:7,23 17:9,13
34:20 39:4
41:22 53:2,2
60:22 64:11,18
103:16 104:3
115:10 119:23
128:22 136:5
138:14,18
139:13,23
141:22,24 142:3
143:7 146:25
156:18 157:3
161:6 166:17
167:19,24
168:10 179:17
180:22,23 195:2
195:8 196:10
197:5,16,21
200:22 211:2
**nevertheless**
149:3 184:20
**new** 1:2,21,22,24
2:11,11 4:4,13
4:20 5:14,15,21
12:7,8 13:12,14
13:18 14:13
26:13 27:10
31:16 32:12
33:21 34:25
42:4,6 48:22
49:7,9,10,20
50:7 52:10,12
91:6 95:21
98:11,15 104:23
105:7 123:10
157:13 216:4,5
216:9

**newspaper**
153:21,24 154:2
173:17 209:17
209:21,23
**newspapers**
210:5
**nicaragua** 9:11
10:20 11:22,25
12:19 13:9
15:12,17 22:24
36:11 42:19
43:4 44:8 50:25
51:2 61:2 75:14
86:20 115:9
116:2 151:14,16
152:11 153:24
154:13 155:14
156:20 173:17
180:9 209:18
210:6
**nicaraguan** 51:3
154:2 209:23
**niece** 174:5
**nod** 7:15
**non** 43:17 213:8
**nonprofit** 33:5
**northern** 2:4,17
**notary** 1:23 4:3
98:12 212:22
216:8
**notation** 77:24
102:21 103:18
104:8,14
**notations** 101:11
**note** 89:13,17
**noticia** 209:22
**notify** 163:24
**november** 5:20
**number** 4:21
33:2 44:14 45:9

55:18,19,21,22
55:24 57:13
60:8 66:22
69:19 70:4,10
71:8,9,14,23
72:19,22 74:10
77:6 79:9,16
80:15,25 81:21
82:3 83:11
87:23 91:17
92:8,11 95:24
100:5,20 101:2
102:14,17 106:7
106:22 107:3,6
110:21,24
111:11 112:7,14
112:14,24 113:2
116:16 123:2
138:21 139:20
140:13,17
148:12 170:21
178:12 181:16
185:13 190:21
199:11 209:9,13
213:7 214:3
215:3
**numbered**
202:23
**numbering**
124:16
**numbers** 57:11
60:11

**o**

**o** 3:2 21:9
192:12 212:2
**oath** 3:12
**objected** 170:18
**objection** 8:6
19:5 70:7 99:21
112:18 126:8

128:8 131:11
133:9 139:16
147:12,20 158:8
162:14,25
165:23 168:18
176:3 184:23
185:7 196:20
204:24
**objections** 3:21
**obligation** 157:4
173:13 178:21
179:15 180:23
182:14 183:6
**obligations**
161:14
**obtain** 11:21
12:25 19:2
38:11
**obtained** 52:17
**obviously** 93:7,9
124:17 132:17
165:25
**occasion** 164:9
**occupancy**
32:11,20,23
**occupation** 35:4
35:6,17,21
37:25
**occupations**
37:25
**occur** 59:19
114:21 135:15
167:10 180:14
181:3 203:14
**october** 92:2
93:24,25 203:15
**offered** 21:20
**office** 1:20 29:11
29:14 111:7
164:6,22 165:2

**offices** 1:20
**offshore** 9:9
118:12,21
122:10 157:25
194:3,3 195:15
197:22 198:15
199:8,16 200:8
200:18 201:4
202:8,16,20
203:7,12,22
214:18
**okay** 5:19 8:25
27:19 44:17
48:5 50:21 52:5
63:9,19 68:4
69:16 70:11
77:11,22 79:20
80:17 117:3
119:19 126:18
129:14 137:8
138:11 147:14
156:2 159:10
163:25 180:10
198:25 203:2
211:10
**old** 18:21 111:13
**oldest** 37:9,12
37:15
**once** 7:10 22:5
32:22 49:19
65:9 79:17
116:18 138:9
140:2 156:8
**ones** 94:16
**open** 8:3 43:2,5
46:4 52:15 74:6
141:15
**opened** 42:22,25
45:15 47:24
61:8 75:11 84:2

84:15
**opening** 53:7
**operate** 25:16
**operations** 49:2
**opinion** 36:21
133:14
**opportunity** 7:9
**option** 107:11,25
108:3,9,16,21
109:2,9,10
194:3,4
**options** 109:11
**order** 1:18 61:20
162:12 180:15
**ordinary** 149:18
149:21
**organization**
33:5
**organizations**
33:3
**organizer**
161:17
**original** 3:9,17
47:7 50:22
133:6 148:17
149:10 150:16
158:5,5,12
165:14 173:7
175:25 176:13
176:18 178:13
183:2,3,20
184:13,22
185:16,20
187:15 188:7,21
189:7,14 191:17
192:4
**originally** 47:24
93:13 187:12
**originated** 127:5
128:16

**outcome** 216:18
**outside** 9:17
  10:5 129:5,9
  143:25 144:2,5
  154:9,23 156:19
  156:20 163:15
  166:18 179:10
  188:3 200:18
**ovdi** 203:19,22
**overview** 11:18
**owned** 25:8,13
  25:13,25 26:7,7
  36:17
**owner** 26:21,21
  30:12,13 51:6
  54:22,23 75:2
  75:16,20
**owners** 27:12,24
  30:15 54:5,19
**ownership** 28:5
  30:20
**owns** 27:4 28:2
  31:11

**p**

**p** 2:2,2 3:2
**p.c.** 25:24
**p.m.** 211:21
**page** 44:12,13
  44:16,19 46:22
  48:18 53:11
  55:3,5 56:25
  57:15 66:21,21
  69:16,18 71:21
  71:22 72:17
  73:21 74:10,17
  74:22,22 75:6
  77:22,23 78:9
  80:8,14 81:18
  81:20,22 84:12
  99:3,6 100:4

101:10,13,19
102:20 104:9,21
106:23 107:10
107:22 108:8
109:5 110:19
112:10 113:9,18
113:23 114:2
118:8 119:2
122:25 123:4,15
141:11 142:5,13
142:15 148:23
149:16 150:22
169:22 172:21
178:11 182:2,17
185:12 191:8
199:10,18 213:6
213:24 214:2,24
215:2,12,17
**pages** 44:20
  74:23 82:8
  99:17
**paid** 50:4,6
  85:24 159:9
  177:23 201:6
**paper** 9:2
  147:25 149:9
  175:8 176:14
  185:16 193:11
**papers** 8:19,21
  50:14 115:3
  147:23 158:14
  158:17,24
  160:13,14,16,20
  161:3 176:23
  177:2,3 187:20
**paperwork**
  198:13
**paragraph**
  45:10 75:9
  120:7 123:6

**parent's** 46:6
**parents** 9:10
  36:2,10,17 43:2
  43:5 45:15 46:7
  60:24 61:13
  75:11 127:10,12
  127:17,19
  128:14 135:23
**part** 28:2 35:20
  41:6 46:16,17
  47:5 52:19
  105:12 141:3
  142:15 144:9
  149:24,24 155:9
  159:3 162:19
  171:4,6 177:25
  201:4 206:10
  209:25
**particular** 84:11
  116:3
**parties** 3:7 135:6
  216:16
**partner** 40:17
  40:20
**partnership**
  126:11
**party** 164:24
  180:5
**pass** 36:8 76:7
**passed** 130:11
  165:24
**passing** 76:15
**pay** 10:6,11
  49:23 50:11,18
  64:18 79:5
  81:15 98:21
  99:19 114:8
  156:10,13 157:7
  158:21 170:11
  171:25 179:15

180:21 182:15
183:6 201:8,8,9
201:24,25 202:2
202:11 203:24
**paying** 9:25
  99:11 157:21
**payments**
  177:13,15
**pc** 25:19,23,25
  26:6
**penalties** 10:13
  157:24 200:15
  200:23 204:4
**penalty** 198:4
  201:6 202:18
**pending** 4:18
**penniless** 10:22
**people** 29:3 33:4
  84:7 126:23
**perceive** 132:10
  132:12
**percent** 28:7,8,8
  30:22,23,23
  126:19,20,21
  198:6,6 201:3
  201:10,14,16,20
  202:3
**percentage** 28:4
  30:19 126:3,6
**period** 59:10
  84:18 128:24
  147:5 168:15
  203:18
**periods** 88:4
  203:19
**person** 6:20
  106:17 129:17
  130:18,20
**personal** 17:4
  18:14 86:5,17

[personal - probably]

132:14 145:9,18
145:19 165:21
174:22 175:7
201:12
**persons** 106:2
106:17 214:5
**pertain** 77:18
**phil** 4:14
**philip** 2:7
**philip.l.bednar**
2:7
**phone** 102:24
103:7 130:19
136:15 137:13
137:14,22
160:12,19
162:23
**physical** 106:17
**pick** 160:15
177:2
**picture** 163:16
164:15,20
**pinpoint** 14:16
75:19
**place** 31:21,22
89:12 120:19
121:10 122:9
135:25 212:11
**placed** 103:3
190:5
**places** 53:19
184:18
**plaintiff** 1:4,17
2:5 207:13
208:6 215:4
**plaintiff's** 207:6
207:25 214:21
**plan** 32:24
**planner** 169:4

**plans** 32:7
**plantation** 36:16
**plaza** 1:22
**plc** 47:11,14
85:6
**please** 4:8 5:4,11
5:16 7:13,17
25:12 37:7,24
43:24 77:10
79:18 83:13
116:19 198:22
202:23 208:13
**pledges** 71:24
72:6
**plus** 67:12
158:21 159:21
175:2 202:9
**point** 9:13 21:20
44:9 51:5 54:21
56:19 58:5 60:2
64:13 75:3,18
111:2 113:16
129:18 134:15
135:12 166:14
173:11 174:9
181:4 183:4,8
189:5 191:19
195:17
**points** 80:4
**polygraphs**
66:23
**portion** 77:18
79:4
**position** 10:3
**possible** 54:4,8
135:15
**possibly** 22:16
**pounds** 70:5
71:7,13

**practice** 12:15
14:3,5,10 18:25
25:10,14,16,19
29:14 35:10,24
39:19,20,25
40:14 41:17
126:10 163:17
163:24
**practicing** 25:22
43:4
**precise** 60:8
**predecessor**
194:23 195:4
**prefer** 116:4
121:10
**premises** 190:22
**prensa** 209:22
**preparation**
145:2 165:3
**prepare** 8:17
11:4,8,11 50:14
143:23 147:18
158:4 159:19,25
159:25 160:4,12
161:22 162:12
165:21 187:23
188:4,12
**prepared** 8:20
44:24,25 101:7
106:20 158:6,13
158:16,25 166:6
166:9 168:5
170:6,9 182:10
182:12 183:10
187:12 193:14
**preparing** 88:21
147:4,8,15
162:19,24 168:7
176:16 178:8
187:11,14

**present** 2:15
11:15 31:3
130:21,24
205:25
**presnell** 200:3
214:20
**presumably**
97:21
**pretty** 31:23
**prevent** 7:20
8:12
**previous** 57:14
74:22 119:24
120:4,5
**previously** 84:20
119:22
**price** 37:3
**primary** 141:9
**prior** 165:15
188:17,22
**private** 12:15
14:3,5,10 39:19
39:20 40:14
53:9
**privilege** 8:10
119:10 128:9
**privileged** 9:4
**probably** 6:10
20:6,13 21:16
21:23 24:20,23
28:7 35:23 53:3
54:13 59:25
62:4 64:24
65:10 84:4
87:16 98:2
106:21 113:7
114:11 115:4
122:7 124:18
126:16 127:10
129:23 130:10

130:20 131:2
132:20 136:12
142:12 145:24
159:10 160:25
164:13 165:11
165:16 166:3,13
177:16,24
185:11 189:9
196:5 201:12
202:6 210:12
**problem** 10:12
14:7 22:8
**problems** 6:10
41:8 146:25
**procedure** 1:19
4:24
**proceed** 7:19 8:7
8:15
**process** 147:3
158:4 162:19
167:25 176:16
176:21 187:11
187:14
**produce** 206:10
206:16
**produced** 8:21
52:20
**professional**
25:20
**proficient** 12:11
**program** 64:14
197:23,24 198:3
198:7 199:8,16
200:9 201:5
203:12,23
**progress** 137:3
**property** 27:4,7
28:13 30:12
31:8 115:15

**proposed** 101:15
101:23 102:7
**proprietorship**
25:17
**protection** 33:20
**provide** 5:17
144:25 167:20
168:4,8 178:6
210:16
**provided** 45:5
146:14 178:2
**public** 1:24 4:4
212:22 216:8
**published**
210:13
**purchases** 59:15
**purely** 68:22
69:14
**purpose** 19:17
21:17 92:20
165:2
**purposes** 50:2
**pursuant** 1:18
**pursue** 12:5
14:21
**put** 46:8 51:13
60:2 72:9
121:10 200:17
202:9
**putting** 109:22
159:18

**q**

**quality** 146:13
**queen** 47:9
**question** 7:16,18
7:19,25 8:6,7
23:14 24:6
38:25 44:3
50:22 52:21,24
55:2 61:5 63:24

71:21 76:14
87:8 119:11,15
126:13 129:11
132:20 133:6
143:8,14 150:24
151:6 157:15,18
162:5,7 166:24
167:3,7 171:13
172:17 178:22
183:12 185:23
188:19 191:20
199:19 203:17
209:5,7,12
**questioning**
145:8
**questionnaire**
161:20 178:6
188:11
**questions** 7:14
8:3 16:5 17:11
44:2 46:3 52:3
55:4 76:3 79:19
85:23 114:6
147:6,11,17
149:15 208:10
208:11 209:14
211:15

**r**

**r** 2:2 3:2 4:2 5:8
21:9 26:12
212:2 216:2
**raises** 8:5
**raising** 8:11
35:19
**rare** 64:10 164:9
**ray** 192:12,17
193:16,17,19
**reach** 104:12,12
**read** 8:19 22:10
22:13 46:24

47:15,18 52:24
75:10 77:9
90:19,22 96:23
102:21,22 103:4
107:11,12,19
110:21 112:20
123:14 150:24
151:23 153:2
154:4 156:16
157:2,3,14,18
162:7 167:5,7
172:18 173:16
178:23 179:19
180:10 185:24
198:23 209:7
**reading** 9:3
155:18
**ready** 160:14
164:2 198:24
**real** 27:4,6 28:13
63:15 115:15
**realize** 114:23
**really** 7:3 9:18
10:14 59:18
64:16 66:19
71:19 75:17
76:12 90:3 92:4
97:9,12 103:16
113:12,13
115:12 120:13
121:4,17 125:8
134:3,4 137:6
155:16 160:24
161:18 189:16
193:12 210:10
210:22
**reason** 70:18
85:18 91:8 97:6
104:2 115:18
118:3 121:8

**[reason - representative]**

149:4,4 174:25
175:6 176:5,10
185:3,9 186:9
**reasons** 9:13
**recall** 39:16 53:3
205:13
**recap** 187:18
**receive** 63:25
64:3 87:9 88:12
92:16 94:2,6,11
94:20,25 95:6
95:14 177:14,20
**received** 147:24
150:3
**recess** 72:13
129:6 162:2
166:20
**recognize** 54:8
54:11 55:22
56:4 111:10,14
111:16 112:6
**recollection**
45:18,24 48:23
120:17 150:11
205:20
**record** 4:9 5:5
5:17 19:8,9
26:17,18 43:20
51:22 52:16
56:12 62:24
72:10,11 77:4
79:14 82:24,25
83:9 89:6 96:6
106:5,7,8
110:10,11
125:14,15 146:9
146:10 181:14
184:5 189:25
198:19 207:20
207:21,22,24

208:25 209:2
211:18,19
216:13
**red** 200:19
**reduced** 202:11
**reducing** 78:24
**reduction** 99:24
100:5
**reel** 31:8
**refer** 45:22
190:15
**reference** 80:22
81:19 82:2,5,9
88:15 89:22
90:5 118:22
142:14 150:7
**referenced**
119:25
**referencing**
167:22 168:9
**referred** 22:12
52:23 90:21
157:17 162:6
167:6 209:6
**referring** 23:2
28:10 45:14
70:15 78:6
88:17 102:2
105:10,14 187:3
200:24
**refresh** 45:17,23
48:23
**regarding** 6:24
97:8,11 101:8
104:19 134:25
161:5 175:4
194:23 195:4,7
196:12 204:5,18
210:17

**region** 2:4
**regularize** 118:9
118:17 119:4
**regulations**
103:2,15,20
**reid** 144:16,17
192:21
**related** 13:14
38:19 140:9
177:7 216:16
**relation** 76:10
135:5
**relationship**
174:14,17,21
175:3
**relative** 18:17
**relatives** 18:16
22:24
**remember** 8:25
9:6 12:14 19:25
20:16 21:15
22:22 24:17
38:17 39:23
51:10 65:21
75:17 102:9
103:11 105:18
109:17 110:3
135:17,20,21
136:22 142:20
154:5 161:23
163:8,22 178:9
195:21 204:12
204:15,15
**remind** 40:8
127:13,17
**renovate** 115:12
**renovation** 31:4
31:5
**renovations**
49:22

**rent** 29:23 30:2
30:6,9,10 33:2
**rents** 29:24 30:4
33:7
**rep** 21:3
**repeat** 69:3
**report** 151:20
152:3,12 177:12
179:9 186:10
195:10
**reported** 104:7
**reporter** 7:7
22:14 43:14,19
51:16,21 52:21
52:25 56:6,11
63:6 77:3 79:13
83:8 87:6 89:5
90:23 91:15
96:5 100:24
106:4 116:14
138:25 148:10
157:19 162:8
167:5,8 169:11
175:16 181:13
184:4 189:24
198:18 200:5
207:11,17 209:8
215:8
**reporting** 48:20
103:2,14 104:18
118:10,23,23,25
119:5,6,25
120:3 123:8
134:8,13 136:3
181:5 195:6
196:18,24
197:14,19
**representative**
20:22,24 21:7

**represented**
  126:4,7 135:4
**represents**
  126:16
**request** 7:23
  65:25 66:7
  87:18,19,21
  95:15 114:16,22
  114:25 115:5,24
  160:21
**requested** 65:2
  65:12 87:15,16
  90:25 91:5 95:9
  206:9,15 215:16
**requesting**
  65:22
**requests** 206:7
  206:22
**required** 183:22
  198:12
**requirement**
  194:6,7,17
**requirements**
  104:18 134:8,14
  181:6 194:10,25
  195:6 196:18,24
  197:15,20
**reserved** 3:22
**reside** 29:17
**residence**
  139:25
**residency** 13:15
  13:17,18
**residential** 29:9
  29:10
**residing** 29:6,20
**resolve** 14:6
  118:10 119:4
**respect** 32:8,24
  50:9 55:25

56:21 57:23
  79:3 100:15
  104:13
**respective** 3:6
**response** 151:9
  207:13 208:5
  215:4
**responses** 208:9
  208:12
**responsibilities**
  48:21 123:8
**responsive**
  206:21
**rest** 7:22 8:2,4
**retain** 97:2
**retained** 124:25
  132:25 133:2
  215:8
**retired** 193:2
**return** 75:13
  88:16 143:13
  148:8,15,18
  149:7,10,15
  150:16 158:5,6
  158:12,16
  159:20 160:5
  161:22 162:13
  162:17,20,24
  163:6,18 165:3
  165:7,7,15
  166:9 169:8,19
  170:5,9,21,23
  171:14,21 172:3
  172:12 173:4
  175:8,14,19
  176:2,7,13,17
  176:18 178:8,13
  180:9 181:10
  182:6,9,18
  183:2,3,9 184:2

184:12,14 185:6
  185:16,20
  187:11,12,15,24
  188:8,13,17,22
  189:3,15,18,21
  190:7,12,15,23
  191:9,16,25
  192:4 194:11
  195:18 214:9,10
  214:12,13,15,16
**returns** 88:18,22
  143:3,10,20,23
  145:2 146:3
  147:4,9,15,18
  164:2,10 165:22
  167:15,16 168:2
  168:7 192:8
  193:15,20
**revenue** 14:8
  118:12
**review** 7:9 43:25
  79:18 83:13
  116:19 163:7,18
  165:9,13 188:16
  188:20 202:24
  208:11,12
**reviewed** 11:5
**revoke** 120:8
**revoking** 120:15
**rey** 116:17
**reyes** 1:8,8,17
  2:10,10 4:1,10
  4:18 5:1,7,16,23
  6:1,3 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1,11 20:1
  21:1 22:1 23:1,9
  24:1,2,5,7,11,25

25:1,2,3,8,24
  26:1,20 27:1,21
  28:1,10 29:1
  30:1 31:1 32:1
  33:1,12,17,25
  34:1,12 35:1,25
  36:1,4,4 37:1,4
  37:10,11 38:1
  39:1,17 40:1,23
  41:1,16,23 42:1
  42:11 43:1,24
  44:1,4 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1,5,25
  52:1,6 53:1 54:1
  55:1 56:1,15
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1,7,10 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1,8,12 78:1
  79:1,21 80:1
  81:1 82:1 83:1
  83:12 84:1 85:1
  86:1 87:1,24
  88:1 89:1,9 90:1
  91:1,18 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1,5
  99:1 100:1
  101:1,3 102:1
  103:1 104:1
  105:1 106:1,10
  107:1 108:1
  109:1 110:1,15
  111:1 112:1,21
  113:1 114:1

**[reyes - second]**

115:1 116:1,12
116:18 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1,22 127:1
127:23 128:1,15
128:21 129:1,10
129:19 130:1,15
131:1,9,15
132:1 133:1,6
133:14,21 134:1
135:1 136:1
137:1 138:1
139:1,5,9,21
140:1 141:1
142:1,25 143:1
143:3,11 144:1
145:1 146:1
147:1 148:1,12
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1,23
167:1 168:1
169:1,14 170:1
171:1 172:1
173:1 174:1
175:1,17 176:1
177:1 178:1
179:1 180:1
181:1,18 182:1
183:1 184:1,9
185:1 186:1

187:1 188:1
189:1 190:1,4
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1,23
199:1,2 200:1,7
201:1 202:1
203:1,3 204:1
205:1 206:1
207:1,8,8 208:1
208:3,4,8 209:1
209:11 210:1,15
210:24 211:1,4
211:11,17 212:1
212:15 213:1
214:1,7,22,23
215:1 216:1
**reyes's** 28:17
35:21
**richard** 2:12,12
5:12
**ridgewood**
150:7,9,13
**ridiculous**
132:21
**right** 5:24 29:7
29:18 44:14
45:9 46:23
53:10,12 55:5
57:10 67:4,10
70:2,25 72:18
72:19 75:7 80:6
80:9 90:13
94:18 96:8,24
98:5 99:3 101:9
103:23 107:20
108:7 109:7
110:22 123:23
131:7 132:3

135:12 139:10
140:7 150:23
152:2,11 153:6
153:14 154:22
163:11 164:12
168:25 170:22
171:9 172:15
174:14,18
178:12 181:16
182:17 185:12
190:20 199:11
203:18
**roger** 151:24
153:7,11
**room** 24:18
130:18
**roughly** 20:20
**rounded** 70:18
**rules** 1:19 4:23
7:5

---

**s**

**s** 2:2 3:2,2 4:2
5:8 98:18
152:19 213:2
**sad** 76:12
**satisfied** 141:14
**saw** 24:20 57:14
100:17 142:10
**saying** 10:4
21:19 97:19
108:15,25
120:18 139:12
155:15 156:4
174:12 179:20
180:12 190:17
**says** 45:14 46:23
47:5 48:8,19
53:8,19 55:7,17
73:14,22 77:24
80:18,22 85:6

96:24,25 97:18
98:10,18 99:9
101:21 104:22
105:6,12 106:18
110:20 112:13
112:15 118:9
119:3 120:7,8
123:6,22,23
141:13,19,22
142:5 149:23
150:5 170:4
171:4 183:13
199:20 203:18
**schedule** 149:15
149:17,17,20
150:2,22 170:20
178:10 182:16
183:3 185:10,19
190:19 191:8
**schilling** 152:21
152:24
**school** 11:19,23
12:3,19,23
38:12 39:22
40:5,10 41:11
41:12,14
**schools** 41:14,15
**sealing** 3:7
**seated** 5:24
**second** 41:5,10
45:13 66:21
67:20 68:3
73:21 80:7
93:21 100:12
101:10 102:20
104:9 108:8
120:8 142:15
148:23 169:22
172:20 186:22

section   53:13
55:17 71:24
73:3 101:21
securities   62:17
67:9,14,16 68:7
69:2,6 100:15
107:16,19
109:15,24 137:4
151:5 173:2
179:2 186:3
see   13:7 21:11
44:14 45:13
53:15,16,19,21
55:8,17 57:11
68:4 69:11,21
70:11,12,14
71:23 72:2,3,20
73:22 74:11
77:24 78:15,16
80:14,16,17,19
80:21,22 82:8
85:4,6 89:22,25
90:6 92:5,7,9
99:7,8,10
101:17,25
102:13 106:24
112:3,4,14,15
117:6,15,19
118:5,14 120:3
124:17 136:12
140:14 141:19
141:21 142:15
149:2,23 150:7
151:6 171:2,4
184:18 210:11
seeing   53:3
seek   181:4
196:17,23
seen   53:2 102:17
107:3 139:24

140:17 159:6
175:22
selected   109:9
109:12
sell   100:14
102:25 103:9
104:2 107:16
109:24
selling   109:15
send   65:3,4 66:7
66:17 78:7 84:6
89:11 148:16
158:20 160:15
164:8 176:25
189:2,8
sending   96:12
sensitive   135:9
sent   7:11 64:21
84:5 85:10
87:13 90:25
91:5 95:9,16
137:21 165:8
189:4
sentence   45:13
47:4 48:19
75:10 101:14,20
104:22 105:6
118:8,14 119:3
120:7,8 123:7
123:20 141:12
141:16
sentences   46:25
47:16
separate   62:11
73:10,15 84:10
145:11
separately   25:18
143:6 146:3
september   89:21
99:20

sequence   121:12
121:24 160:10
service   3:16
98:22 118:12
141:14 146:13
services   116:2
144:24
set   58:21 207:7
207:14,18 208:2
208:7 214:22
215:5 216:12,21
setting   59:16
seven   20:3,19
seyfarth   125:2
shake   7:15
shape   31:23
shared   174:2
sheet   96:15
97:17 111:11
shore   33:22
short   72:13
129:6 162:2
166:20 194:10
shortly   22:6
167:15
show   79:7 83:3
150:2 159:24
showing   7:21
177:22
shown   92:8
103:18 117:3,18
125:20
shows   159:8,23
sicilian   152:20
sick   41:7
side   53:18 73:15
74:11 98:4,8
141:12
sidney   50:12
144:6 158:15

sign   53:14 73:24
91:24 93:3
96:20 97:16
107:22 108:5,9
109:6 110:5
113:10 123:15
164:2,6 165:9
170:3 175:20
182:5 189:3,5,6
189:10 199:12
signature   44:21
55:7,10,14 56:9
56:21 57:2,18
57:21 58:10,15
73:20,25 89:15
98:7,18 108:11
108:14,16 113:9
113:19 148:22
148:22 149:2
151:2 172:23
175:22 183:15
186:2 191:22
213:11 216:24
signatures   56:24
169:23 182:3
signed   3:10,12
3:15 53:4,17
74:7 91:22,23
92:23 93:5
96:22 97:24
110:2 113:15
123:21,21 164:7
164:11 175:21
184:16,19
189:15
significant
178:25
signing   165:15
188:17,22

similar 17:10
simply 54:8 73:5
  147:17 198:9
  203:9
single 201:9
sisters 10:19
sits 126:12
sitting 62:17
situation 115:10
six 13:8,20 29:21
  29:21 103:3
  137:17,19 138:6
skip 188:15
sole 25:17
solely 145:8
solicitor 19:6
somebody 111:9
  151:24 159:9
  164:8 166:3,5
  174:4
son 28:2,8,9
  30:17,22 41:16
  76:3 104:22
  105:7,10 128:21
  129:18 130:10
  131:10,23
  209:11 210:15
  210:23 211:4,11
sons 18:22
soon 158:22
  159:13 196:14
sor 42:16 45:19
  46:15 48:2
  50:24
sorry 25:3 69:3
  104:25 105:9
  139:5 141:2
  157:11 201:22
sought 197:13
  197:18

sounds 11:4
  112:23
source 46:3 61:4
  61:7 186:20
sources 186:20
spain 15:19,20
  15:21 93:14,14
spanish 34:3
speak 11:10 34:2
  34:3,4 129:21
special 152:9
specialize
  133:20
specific 143:22
specifically
  94:17 95:9
specified 212:11
speculate 91:3
speculation 91:9
  122:8
spelled 34:14
spells 34:15
spend 49:21
  206:25
spent 202:10
spoke 11:16 49:8
  129:17 130:8
  151:23 174:10
spoken 166:22
sporadic 66:6
  87:19,21 137:18
  138:9
sporadically
  66:3
spousal 128:9
spouse 62:9
ss 216:4
stabilized 30:10
stack 161:2
  162:9 177:25

stamp 43:22
  44:15 51:24
  56:14 72:18
  78:10 89:8 96:8
  98:4,10 169:13
  184:7 190:3,21
  207:19
stamped 62:25
  198:20
standards 40:12
standing 110:20
start 25:15
  26:14 43:4 46:9
  148:5 157:5
  158:6
starting 11:18
  43:22 44:8
  127:3 156:9
  184:7
starts 45:11
  75:10
state 1:24 4:4,8
  14:13 37:7,24
  216:4,9
statement 63:4
  63:16,21 65:3,4
  65:11 80:10
  83:6,18 84:18
  84:22 85:9,24
  99:14 123:14,21
  177:14 213:13
  213:17
statements
  63:25 64:5,20
  64:21 65:19,23
  65:25 66:5,8,10
  66:14 76:25
  77:16 79:11
  84:21 86:21
  87:9,13,18 90:6

90:25 91:5
  94:13,14,15
  95:7,8,15
  159:22 177:4,19
  177:21 213:14
  213:16
states 1:2,3 2:5
  4:15,17,19 9:14
  9:16,17,19 10:3
  10:9 12:6 13:5
  14:16,20,23
  15:3,9,18 35:2
  65:16 100:15
  101:16 103:9
  104:18 114:19
  118:11 119:5
  121:20 122:4
  131:7 134:8
  136:4 151:17
  152:2,6 154:15
  155:14 156:20
  161:13 167:13
  173:14 179:18
  180:18 186:19
  186:25 192:9
  194:25 195:6
  196:18,24
  197:14,19 198:8
  206:8 207:7,13
  208:2,6 214:21
  215:4
stating 177:15
status 32:4,15
stay 101:13
  150:21
steady 138:5,8
step 163:15
stick 17:18
stipulate 71:17
  125:12

stipulated   3:5,20
   28:16 125:24
stipulating
   125:18
stock   38:19
   137:7
stocks   101:16,23
   102:7,25 103:10
   104:2
stop   110:9
straight   13:5,12
street   2:6 4:12
   5:21 26:11
   31:15 47:9
   49:23
stretch   161:25
strike   19:24 32:6
   65:24 81:12
   86:10 92:25
   115:19,22
   134:21 147:7
   165:18 179:24
   192:24 195:24
structure   104:25
   105:9,13
students   41:10
study   18:22,24
subject   16:17
   47:23 131:5
   135:18 142:25
submit   124:19
submitted
   199:15
subscribed
   212:18
subsequent
   208:17
substance   8:16
   9:2

successful   36:20
   36:24,25
suggest   122:13
summarize
   70:20
supervising
   35:22
support   92:21
   92:21
sure   19:4 38:23
   39:11 41:19
   65:6 66:19
   76:13 98:9
   101:5 108:10
   111:12 122:25
   157:16 171:2
surgeon   12:13
   25:5
surgery   12:11
   12:12
switzerland   16:5
   16:6,9,15,22,25
   17:5,8 49:2
   54:19 58:3,6,13
   58:18 59:24
   94:24 95:3
   127:7 136:9
sworn   3:10 4:3
   212:5,18 216:12

t

t   3:2,2 89:24
   152:18 153:9
   212:2 213:2
   216:2,2
take   7:12 8:2
   43:24 44:11
   48:17 86:3
   98:24 100:18
   110:17 116:9
   138:19 147:17

161:24 198:22
   201:2 202:24
   206:5 208:20
taken   1:17 10:21
   72:14 88:20
   110:14 129:7
   162:3 166:21
talk   27:14 58:4
   105:19 127:4,8
   127:11,19,23
   128:3,15 129:4
   135:11 136:15
   140:4 156:15
   158:3 162:23
   163:21 180:3
   187:10 210:24
talked   61:17
   73:2 126:23
   130:16 132:5,9
   132:11 135:22
   203:20
talking   16:16
   23:3 32:2 44:18
   51:11 57:25
   60:14 69:22
   115:15 117:6
   126:25 127:2
   128:23 130:14
   131:22,23
   134:24 138:2
   141:18 158:11
   164:15 188:7
   189:7 202:17,18
tax   2:4,16 4:16
   48:20 88:16,17
   88:22 107:15
   109:20 123:8
   134:8 143:3,10
   143:13,19 145:5
   145:17,17,22

146:2 147:8,15
   148:8,15,18
   149:7 156:13
   159:2 160:2
   161:17,22
   162:13 163:25
   164:10 165:3,21
   166:8 168:2,16
   169:8,17,19
   170:9 175:14,19
   176:2,7,23
   181:10,20,24
   184:2,22 185:5
   185:20 188:17
   188:21 189:21
   190:7,10,12,14
   192:7 193:14
   195:6 196:18,24
   197:14 201:9
   203:18,21
   209:16 214:9,10
   214:12,13,15,16
taxes   10:6,11
   50:5,6,9,11,18
   147:2 156:10
   157:7,22 166:7
   170:11 172:2
   179:15 182:15
   183:7 201:8,25
   202:10,18
teach   41:13
teacher   38:6
   40:24,25
teaches   41:5
teaching   41:2,9
teleconference
   206:5
telephone
   136:13 160:25
   205:6

**tell** 39:3 84:4
  108:11 139:23
  154:6 175:6
  194:24 195:5
**telling** 21:24
  121:19 133:11
  198:9,11
**tenants** 28:22,24
  29:2,6,17,19,25
  33:8,9,10
**tend** 147:16
**teresa** 36:4
**term** 97:18
  159:4 161:16
**terms** 32:5
  159:18 160:21
**testified** 4:5 76:4
  95:14 109:6
  163:10 209:17
**testify** 135:10
  212:5
**testimony** 7:8,20
  8:13 145:10
  212:6,10 216:14
**theater** 19:20
**thing** 94:23
  121:13 122:2
  139:3 145:3
**things** 12:18
  38:8 59:8 64:15
  72:15 103:23
  115:8 131:24
  138:3 140:5
  155:13 180:9
**think** 7:6 8:24
  10:13 11:9 12:7
  13:7 18:20,20
  21:8,9 23:22
  24:9,12 27:16
  28:2 33:20

40:11 41:4
42:13 44:3,19
45:6 46:18,24
49:14 50:3
54:25 57:24
59:9 60:16,17
66:9 68:23,25
69:5 73:7 75:4
76:9 78:18 81:8
82:19 84:19
86:2,7,15 88:2
89:14 92:18
93:22 94:22
95:12 98:13,23
100:3 102:22
103:24 105:21
108:10,13,17
109:6,21 110:8
111:3 112:2,21
113:17 115:4
117:22 122:7
124:6 126:21
127:9,22 131:4
132:20 133:16
135:3 138:4
143:4 144:10,11
145:6,20 146:17
146:20,22
147:14 150:20
152:18 153:7,17
155:12 159:14
160:6,24 161:8
161:10 162:16
162:21 163:3,10
163:14 164:4
165:10 166:4
168:4,14,19,21
169:5 171:3
172:9 173:18
174:6,10 176:12

176:19 178:20
184:15 186:24
187:17,25 188:5
188:14,18
189:20 192:10
192:13 193:21
193:25 194:14
195:12 196:5,6
201:10,11
202:20 203:24
204:7,21 205:2
205:11,17,19
206:23 208:14
208:16
**third** 68:18 78:9
  92:7 135:6
**thoracic** 12:11
**thought** 146:15
  156:19 180:22
  180:23 198:11
**thousand** 60:13
  60:16
**three** 12:15 28:5
  30:20 37:13,18
  68:2 172:9
  193:6 203:24,25
  204:13,16
**time** 1:13 3:22
  12:13 20:2,17
  31:3 41:7 42:14
  45:23,23 51:6
  58:5,11,17 60:3
  61:8,9 62:4
  64:25 74:25
  76:5,12 80:4
  84:18 88:4
  99:13 103:4,14
  110:9 111:2
  113:11,16
  114:16 115:20

115:23 122:17
125:5 128:16
129:2 132:6
134:19 135:12
137:24 139:6
142:5,8,9 143:5
143:11,12 147:4
150:25 156:24
166:14 168:3
170:7 172:18,22
177:10 178:23
182:11 183:13
183:17 185:24
191:2,20 195:17
206:24 208:20
212:10
**timeframe** 126:2
  144:7
**timeline** 13:6
**timelines** 45:25
**timely** 196:11
  204:19
**times** 19:14,16
  93:16,19 160:7
**title** 53:6 141:5
  149:20
**titled** 207:20
**tlc** 47:7
**today** 4:23 5:3
  7:6 8:13,18
  10:25 11:11
  50:16 126:12
  206:14
**today's** 5:25 7:8
  11:3,7
**told** 119:12,16
  139:6
**top** 45:10 92:7
  102:13 106:23
  112:4,5,10

Juan Reyes

December 2, 2022

**[top - united]**

Page 34

117:5 123:6
142:15 149:24
171:5
**topic**   114:16
135:9 136:7
**total**   67:5,12,21
68:25 69:5,7
158:21 201:10
202:7 204:7,8
204:10
**totally**   200:20
**touch**   52:10
140:24
**touched**   122:24
**tourism**   19:20
**transaction**
78:13 79:3,11
80:11 213:15
**transactions**
80:3 84:21 86:4
133:23
**transcript**   7:8
7:11 212:9,9
**transfer**   16:14
21:22,23 49:7
52:11 115:24
116:25 120:19
121:2 122:3,9
134:16 139:11
**transferred**   47:8
49:9 114:18
115:6,21 124:4
197:4,8
**transferring**
76:17 120:11
**transmit**   65:12
**transmitting**
65:19
**travel**   19:21
20:4,11,14

**traveled**   19:12
19:15 20:8,18
20:23
**travelled**   17:7
**treasury**   47:11
194:12
**treated**   200:16
**trial**   3:22
**trip**   142:6,17
**true**   149:5
175:24 184:21
185:4 200:20
208:15 212:9
216:13
**trust**   165:12,12
174:20,23,25
**truth**   39:4
108:11 139:23
212:5
**try**   135:14
209:23 210:2,10
**trying**   13:6,9
32:9 34:3 71:3
121:11,23
129:24 163:23
180:24 205:10
**tsb**   47:6,13 85:6
171:11
**turn**   30:11 46:19
46:22 53:11
55:3 66:20
69:17 73:19
74:4 81:18 82:7
98:25 111:25
112:2,11 135:8
178:10 181:21
199:10 211:15
**turning**   39:17
182:16 185:19
210:15

**twice**   22:5
**two**   12:14 36:23
50:2 66:22
69:25 71:6,12
74:23 109:11
115:8 118:4,4
120:24 130:22
134:7 145:25
151:13 152:19
153:8 155:12,13
160:9 166:4
171:7 193:6
206:6
**type**   7:16 39:2
**typed**   124:14
**typically**   60:13
**typing**   124:23
**typo**   117:23
124:20 125:12
125:19
**typographical**
7:10

**u**

**u**   3:2 4:2 5:8
**u.s.**   1:20 52:18
70:15 71:7,14
102:7 109:20,24
116:5 122:15,21
134:20 135:2
137:12 181:20
190:11
**ubs**   78:13,17
80:12,18 82:4,9
83:5,21,24 87:4
88:7 120:10,12
120:16 121:24
122:5 138:16
141:13 142:2
213:17,18

**uk**   23:21 94:8
**ultimately**   47:6
48:3 49:18
61:14 92:16
**undergraduate**
38:9
**understand**
71:19 105:14
121:23 124:15
132:7 139:24
141:17,21
149:19 163:23
204:25 205:2
**understanding**
44:5 47:16,19
52:7,9 56:16
57:6 63:11 72:4
77:13 78:3
79:22 83:14
87:25 89:10
96:10 101:4
106:11 116:21
121:12 123:11
123:16 139:21
144:14 146:4
148:13 151:12
151:19,22
152:10,14 153:4
154:8,12 155:17
156:6,8,12
169:16 173:13
173:15,24
176:20 181:19
197:24 199:3,21
203:4
**understands**
166:24
**unfair**   201:11
**united**   1:2,3 2:5
4:15,17,19 9:14

[united - wife]                                                    Page 35

9:16,17,19 10:3
10:9 12:6 13:5
14:16,20,23
15:2,9,18 17:11
17:12,15,16,19
17:25 18:4,9,12
18:15 19:12,18
19:22 20:5,18
20:23 35:2
41:18,21 50:25
54:17 58:5,12
58:17 59:17
65:16 100:14
101:16 103:9
104:18 114:19
118:11 119:5
121:20 122:3
127:7 131:7
134:8 136:4
151:17 152:2,5
154:14 155:14
156:20 161:13
167:12 173:14
179:18 180:18
186:19,24 192:8
194:25 195:6
196:18,24
197:14,19 198:8
206:8 207:6,13
208:2,6 214:21
215:4
**university**  12:8
12:24
**unsafe**  75:13
**unsigned**  3:14
175:25 176:6
184:21 185:5
**upper**  72:19
85:4 89:23,24
117:12,16

140:12 203:18
**upside**  112:3,11
**usa**  102:25
**usdoj.gov**  2:7
**use**  10:16 14:5
23:6,15 44:17
49:25 55:17
59:13 65:18
86:8,12 111:4
143:24 145:12
153:8 161:21
165:19
**usually**  153:19
198:6

**v**

**valid**  176:6,10
**valuation**  70:10
**value**  126:9
**values**  126:10,11
**valve**  32:18
33:14,16,18,20
**various**  48:2
67:6 77:17
107:3 137:3
**verified**  98:18
**version**  189:3
**versus**  4:18
**veteran**  12:9,10
13:24
**veterans**  13:22
33:4
**victoria**  47:9
**view**  102:25
146:12
**villanova**  38:15
38:25
**vis**  135:6,6
**visit**  17:16 19:19
19:19 20:21
21:2,13 93:10

164:25
**visited**  15:20
21:3
**visits**  19:18
**voluntary**
118:13,21
157:25 194:4
195:15 196:15
197:23 198:15
199:7,8,16
200:9 201:5
202:8,16,21
203:6,12,22
214:18
**volunteer**  198:3

**w**

**w**  89:24
**wait**  7:17,24
172:20
**waived**  3:9
**walked**  79:3
**want**  10:7 14:21
22:25 23:8
32:20 33:2 40:7
43:3 45:7 58:8
62:12 73:4 74:9
76:2,13 85:22
96:23 102:6
110:15 118:7
120:19 121:19
122:2,8,23,25
130:3,15 135:8
136:6 139:10
157:20 158:3
160:12,13
170:14,19 180:8
198:4 201:2,18
201:24 202:9
208:8 210:2

**wanted**  11:2
75:3 122:14
160:18
**wanting**  122:19
**washington**  2:6
4:16 6:20
**way**  7:20 8:2
10:14,17 17:24
22:2,18 25:11
52:14 54:3
58:12 60:21
61:2 99:24
118:5,19,19
119:20 125:11
131:25 134:16
146:6 193:9,9
197:11 216:18
**we've**  31:25
61:17 68:5
70:20 102:17
107:3 125:17
134:24 140:17
**wealth**  126:3,4,6
126:17
**went**  11:22,25
12:8,15,23 13:4
13:7 24:20 48:2
110:17 164:23
206:18
**whatsoever**  61:7
**whereof**  216:20
**white**  155:16
**wicht**  89:3,23
213:20
**wife**  6:25 11:15
27:23 28:8
30:17,22 34:11
35:8 54:22
55:25 57:2,7,17
57:22 58:9,19

58:22 59:13
62:14 63:17,24
64:6,23 65:2,13
65:20 66:2 73:9
73:16,24 75:2
75:16 78:7 81:5
81:6 84:24 86:6
86:11,22 87:9
87:14,17 88:12
89:14 91:23
92:15,16 93:3
93:10 94:6,10
94:16,20,25
95:5,9,14 96:20
97:4,7 98:12,21
99:11,19 100:10
100:13 102:3,5
103:6,13 104:17
105:17 107:22
108:5 109:6,18
109:23 110:3,5
110:25 113:10
114:7 120:11
121:19 126:5
130:23 131:2
133:2,7 134:12
135:5 136:9
137:9,16 138:11
138:15 139:14
141:8 142:2,7
142:17 143:24
144:19 145:4
146:18,21
148:19 149:9
150:12,14
156:18 160:3,6
161:4 162:10,18
162:22 163:4,6
163:17,20,21,25
164:5,21,25

165:6,9,13,20
168:12 169:3,20
169:23 170:2
175:21 176:22
178:7 181:23
182:3 184:12,17
187:19,22 188:2
188:11 189:2,10
190:9,12 195:9
199:12 200:7,13
202:15 203:11
204:17 205:21
206:10,16,21,25
**wife's**  18:16
55:14 62:7
66:25 72:23
75:14 82:16
84:9,14 85:25
86:17 88:17,21
90:14 91:6
92:13 100:6
107:7 126:6
140:9 145:18
148:22 149:6
166:16 167:22
174:5 191:10
210:17
**willful**  43:17
213:8
**winded**  48:11
**wire**  120:9,15
**wish**  101:15,22
**withdraw**  23:10
59:14 77:14
81:16 200:8,14
203:6
**withdrawal**
203:14
**withdrawals**
23:16 58:23

59:4,6 60:9
61:21
**withdrawing**
22:15 77:21
79:24 203:11
**withdrawn**
82:21 133:11
**withholding**
107:15 109:20
**witness**  3:10,16
3:18 4:2 5:4 6:9
6:14 33:15
54:10,13 93:25
108:13 124:21
125:4,8 129:16
130:9 152:22,25
154:18 167:2
177:11,16
208:23 211:22
216:11,14,20
**wondered**  34:19
**word**  102:2
**words**  7:16 73:8
87:19
**work**  13:22 29:3
29:4 35:12,18
38:3,19 39:2,3,7
39:10,15,19
40:8,10,15 41:6
41:20 144:20
146:17,20
164:20 169:4
174:23 192:22
192:25 193:8,10
206:16
**worked**  76:4
**workers**  29:4
**working**  32:12
40:4 104:23
105:7

**works**  192:20
**worry**  27:21
**write**  89:16
108:23 153:22
**writing**  160:22
**written**  7:7
67:15 68:11
71:10 89:19
91:25 93:4
97:19 99:16,22
106:15 114:12
132:24 160:18
182:8 187:4
211:4
**wrong**  70:22
152:14 159:21
**wrote**  89:13
104:8 153:21,25
209:15

| **x** |
|---|

**x**  1:3,10 213:2
215:10

| **y** |
|---|

**y**  4:2 5:8 42:16
45:19 46:14
47:25 50:23
**yaskowitz**
159:19
**yeah**  6:14 38:10
53:21 64:2
68:11 70:11,13
72:3 80:6,16
86:2 89:25
94:18 111:6
121:21 128:12
135:23 140:7
150:5 166:2
167:9 171:17
191:12 194:14
199:13

**year**  14:17 15:5
30:7 89:20
107:17 117:23
118:4 124:22
158:20 166:8
169:19 170:9
172:3 174:13,17
175:2 176:24
181:24 190:10
190:14,17
195:20
**years**  12:15
13:20 14:11
18:21 19:23
20:3,19 31:6
34:23 35:16,16
120:24 125:25
143:20,23 144:4
144:21,21 147:9
148:3 163:11,13
164:16 165:11
166:4,12 172:9
174:24 192:9
193:5,6,15
196:4,12 203:21
203:25,25
204:10,13,16
**yesterday**  28:17
145:11
**york**  1:2,21,22
1:24 2:11,11 4:4
4:13,20 5:15,15
5:21 12:8 13:12
13:14,18 14:13
26:13 27:11
31:16 32:13
33:21 34:25
42:4,6 48:22
49:7,9,11,20
50:7 52:10,12

91:6 95:21
98:11,15 104:23
105:7 123:10
157:13 216:4,5
216:9
**yoskowitz**  50:13
144:6,20,25
145:13,16,21
146:13 149:13
156:22 158:15
158:25 160:4,8
161:3,19 162:11
162:18 165:20
165:24 166:2,6
166:9,15 167:17
167:21 168:5,8
168:11,17,24
174:14,20 175:3
176:25 178:3,5
187:13,20
188:10,25
189:14,18 193:2
193:3,10
**yoskowitz's**
164:22 165:2
**youngest**  37:13
37:22,23

**z**

**zero**  17:3
**zoning**  40:2,13
**zurich**  21:22
47:14 120:10

**à**

**à**  135:6

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.