Catherine Reyes                                    December 1, 2022

                                                    Page 1

1

2       UNITED STATES DISTRICT COURT

        EASTERN DISTRICT OF NEW YORK

3       -------------------------------------------X

        UNITED STATES OF AMERICA,

4

                                    PLAINTIFF,

5

6            -against-            Case No.:

                                  1:21-cv-05578

7

8       JUAN REYES and CATHERINE REYES,

9                                   DEFENDANTS.

        -------------------------------------------X

10

11                      DATE: December 1, 2022

12                      TIME: 9:45 A.M.

13

14

15            DEPOSITION of the Defendant,

16      CATHERINE REYES, taken by the Plaintiff,

17      pursuant to a Court Order and to the

18      Federal Rules of Civil Procedure, held at

19      the U.S. Attorney's Office for the Eastern

20      District of New York, 271 Cadman Plaza

21      East, Brooklyn, New York 11201, before

22      Enrique Alvarado, a Notary Public of the

23      State of New York.

24

25      Job No. CS5573403

                        1

**Exhibit**

D

                                                        Page 2

1

2       A P P E A R A N C E S:

3

4       DEPARTMENT OF JUSTICE TAX DIVISION -
        NORTHERN REGION

5         Attorneys for the Plaintiff
          UNITED STATES OF AMERICA

6         1275 1st Street, NE, Room 9715
          Washington , D.C. 20002

7         BY: JULIA GLEN, ESQ.
          Julia.m.glen@usdoj.gov

8

9       MAZZOLA LINDSTROM LLP
          Attorneys for the Defendants

10        JUAN REYES and
          CATHERINE REYES

11        1350 Avenue of the Americas, 2nd Floor
          New York, New York 10019

12        BY: RICHARD LERNER, ESQ.
          Richard@mazzolalindstrom.com

13

14

15

        ALSO PRESENT:

16

          Philip Bednar, Esq.

17        Department of Justice Tax Division
          Northern Division

18

          Juan Reyes

19

20

21              *           *           *

22

23

24

25

                            2

Catherine Reyes                                    December 1, 2022

                                                        Page 3

1

2        F E D E R A L   S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20       IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24               *     *     *     *

25

                          3

Catherine Reyes                                    December 1, 2022

                                                      Page 4

1                          C. REYES
2        C A T H E R I N E   R E Y E S, called as a
3        witness, having been first duly sworn by a
4        Notary Public of the State of New York, was
5        examined and testified as follows:
6        EXAMINATION BY
7        MS. GLEN:
8            Q.    Please state your name for the
9        record.
10           A.    Catherine Reyes.
11           Q.    What is your address?
12           A.    72 Dartmouth Street, Forest
13       Hills, New York 11375.
14                 MS. GLEN:  Good morning.  My
15                 name is Julia Glen.  I'm a trial
16                 attorney with the Department of
17                 Justice Tax Division and with me is
18                 also my co-counsel, Phil Bednar.
19                 We're representing the United States
20                 in the matter of United States versus
21                 Reyes; case number 1:21-cv-05578,
22                 currently pending in the United
23                 States District Court for the Eastern
24                 District of New York.  Counsel, could
25                 you please make your appearance for

                           4

Catherine Reyes                                    December 1, 2022

Page 5

```
 1                      C. REYES
 2         the record?
 3               MR. LERNER:  Richard E. Lerner
 4          of Mazzola Lindstrom, LLP, 1350
 5          Avenue of the Americas, New York, New
 6          York.
 7         Q.    Before we get into any of the
 8    substantive questions of the case, about
 9    the case, I am going to go through a little
10    bit of background information and make sure
11    you're comfortable with the deposition that
12    we're going to take today.  Okay?
13         A.    Okay.
14         Q.    The court reporter just
15    administered the oath, correct?
16         A.    Yes.
17         Q.    And do you understand that
18    taking the oath requires you to tell the
19    truth?
20         A.    I do.
21         Q.    Have you ever been deposed
22    before?
23         A.    No.
24         Q.    We're just going to go over a
25    few general guidelines of what a deposition
```

5

Catherine Reyes                                    December 1, 2022

Page 6

```
 1                        C. REYES
 2      looks like.  I'm going to ask a series of
 3      questions about the substance of this case.
 4      If I ask you a question that you don't
 5      understand, do you agree to let me know and
 6      ask me to clarify?
 7              A.    Okay.
 8              Q.    If you answer a question, I'm
 9      going to presume that you understood what I
10      was asking unless it's very obvious that
11      you didn't understand.  Does that make
12      sense?
13              A.    Mm-hmm.
14                    MR. LERNER:  She's next going
15               to say that all of your questions
16                have to be verbal.  You just said
17                 "mm-hmm".  Don't do that.
18              Q.    "Mm-hmm" or "a-ha".  Sometimes
19      it's hard for the court reporter --
20              A.    Not okay either.
21              Q.    Sometimes it's hard for the
22      court reporter to transcribe so yes or no,
23      no head nods or head shakes.  Does that
24      make sense?
25              A.    Yes.
```

6

Catherine Reyes                                    December 1, 2022

Page 7

1                     C. REYES

2          Q.    I will try my best to remind

3     you if I hear it.

4          A.    Okay.

5          Q.    Again, the court reporter is

6     taking an official transcript so he won't

7     also hear gestures like we're just talking

8     about.  We also have to be careful not to

9     talk over each other because he can only

10    transcribe one person talking at a time.

11    So I will do my best to wait until you're

12    finished answering and do you agree to do

13    your best to wait until I finish asking?

14         A.    Yes.

15         Q.    And you're represented by an

16    attorney for the purpose of this

17    deposition, correct?

18         A.    Yes.

19         Q.    And that's Mr. Lerner?

20         A.    Yes.

21         Q.    And Mr. Lerner may object to a

22    question that I ask.  If he does, please

23    let him state his objection for the record

24    but then you can answer the question unless

25    he specifically tells you not to.  Does

                        7

Catherine Reyes                                    December 1, 2022

Page 8

```
 1                    C. REYES
 2      that make sense?
 3           A.    Yes.
 4           Q.    If a question is pending, you
 5      can't talk to anyone, either Mr. Lerner or
 6      your our husband, Dr. Reyes, who is also
 7      present today, until that question is
 8      finished.  Does that make sense?
 9           A.    Yes.
10           Q.    During break, I ask that you
11      not discuss your testimony with anyone.  Do
12      you agree to that?
13           A.    Yes.
14           Q.    Finally, at any point during
15      the deposition today, if you need a break,
16      please let me know.  I admit that I'm not
17      the best at taking breaks during
18      depositions so if you do need one please
19      let me know, and although I can't guarantee
20      that we'll be able to take one at that
21      moment, if it's close towards the end of
22      the line of questioning, we can take one at
23      that time.  Does that make sense?
24           A.    Yes.
25           Q.    Do you have any questions about
```

8

Catherine Reyes                                     December 1, 2022

Page 9

```
1                    C. REYES
2       what to expect today?
3            A.    No.
4            Q.    If you, can please state your
5       full name for the record.
6            A.    Catherine Reyes.
7            Q.    Do you go by any other names?
8            A.    No.
9            Q.    Any nicknames?
10           A.    No.
11           Q.    How do you spell your first
12      name?
13           A.    C-A-T-H-E-R-I-N-E.
14           Q.    Do you ever spell your first
15      name with a K instead of a C?
16           A.    Yes.
17           Q.    Why is that?
18           A.    When I was in the fifth grade,
19      it was easier to make a C than a K and it
20      looked nicer.
21           Q.    Understandable.  Is there any
22      medical reason, such as a condition or
23      medication that you have taken, that would
24      make it so that you're unable to answer
25      questions truthfully today?
```

9

Catherine Reyes                                    December 1, 2022

Page 10

```
 1                   C. REYES
 2          A.    No.
 3          Q.    Is there a medical reason, a
 4    condition or medication, that would affect
 5    your memory?
 6          A.    No.
 7          Q.    Are you currently under the
 8    influence of any medication, or other
 9    substances, that may affect your ability to
10    answer my questions today?
11          A.    No.
12          Q.    Do you feel ill or sick today?
13          A.    No.
14          Q.    I'm about to ask you a few
15    questions about what you did to prepare for
16    today's deposition, but before I do, I just
17    want to make clear that I'm not asking for
18    the substance of any of these conversations
19    that you had with your attorney, Mr.
20    Lerner.  Does that make sense?
21          A.    Yes.
22          Q.    What did you do to prepare for
23    today's deposition?
24          A.    Talk to my husband.
25          Q.    Did you read any documents or
```

10

```
 1                    C. REYES
 2       --
 3            A.    No.
 4                  MR. LERNER:  Let me just --
 5             though she said she's not asking for
 6              the substance of our communications,
 7              you can tell her that we spoke.
 8            A.    Last night.
 9            Q.    You spoke with Mr. Lerner about
10       this deposition?
11            A.    I did, yes.
12            Q.    Other than Dr. Reyes and your
13       attorney, did you have any discussions with
14       anyone else to prepare for this?
15            A.    No.
16            Q.    What is your education
17       background?
18            A.    What do you mean?
19            Q.    After high school, did you
20       attend any additional education?
21            A.    I went to college, yes.
22            Q.    Where did you go?
23            A.    Hunter.
24            Q.    What did you study?
25            A.    History.
```

11

Catherine Reyes                                    December 1, 2022

Page 12

```
 1                   C. REYES
 2        Q.    Did you complete your education
 3    there?
 4        A.    No.
 5        Q.    When did you go to school
 6    there?
 7        A.    The early 60s.
 8        Q.    What is your current
 9    occupation?
10        A.    I'm a biller for Dr. Reyes'
11    bills because he's still practicing.
12        Q.    So you work for your husband,
13    Dr. Reyes, at his medical --
14        A.    At home.
15        Q.    What is the name of Dr. Reyes'
16    practice?
17        A.    Juan D. Reyes, MD, P.C.
18        Q.    How long have you been
19    assisting Dr. Reyes in that capacity?
20        A.    50 years.
21        Q.    Did you have a job prior to
22    that?
23        A.    No.
24        Q.    Have you ever owned a business
25    or had an ownership in the business?
```

                          12

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 13 of 249 PageID #: 408

Page 13

```
 1                    C. REYES
 2         A.    No.
 3               MR. LERNER:  Just for
 4          clarification, that would include any
 5          interest in any of the LLCs.
 6         A.    Yes.
 7         Q.    What LLCs was Mr. Lerner
 8    referencing?
 9         A.    91 Avaline.
10         Q.    And what is 91 Avaline?
11         A.    It's a building where Dr. Reyes
12    has his office.
13         Q.    Is it a single occupancy
14    commercial building or something else?
15         A.    No, there are people living in
16    it.
17         Q.    So it's an apartment?
18         A.    An apartment building with a
19    store front and the other one is --
20               MR. BEDNAR:  Off the record.
21               (Whereupon, an off-the-record
22          discussion was held.)
23         Q.    We were talking about 91
24    Avaline.  You mentioned that they own a
25    property where Dr. Reyes practices,
```

13

Catherine Reyes                              December 1, 2022

Page 14

1                    C. REYES

2       correct?

3              A.    Yes.

4              Q.    And there are other people who

5       live there, who rent from that building,

6       correct?  Are those residential properties?

7              A.    Yes.

8              Q.    Does 91 Avaline own any other

9       property?

10             A.    No.

11             Q.    Does it do any other type of

12      business?

13             A.    No.

14             Q.    And I'm going to go back a

15      little bit.  When you say you're a biller

16      for Dr. Reyes, what type of work do you do?

17             A.    He brings the bills home and I

18      bill them on the computer.

19             Q.    So you take information from

20      Dr. Reyes' practice and you send out

21      correspondence to the clients or what?

22             A.    I have nothing to do with the

23      clients.

24             Q.    So who do the bills go to?

25             A.    Well, it's a different company.

                           14

Catherine Reyes                                    December 1, 2022

Page 15

```
 1                    C. REYES
 2      To Avaline.  Well, not to Avaline, to
 3      Ability Network; I use them for billing.
 4            Q.    Do you work with anyone else in
 5      that capacity?
 6            A.    No.
 7            Q.    Other than Dr. Reyes?
 8            A.    No.
 9            Q.    Do you consult with an adviser
10      or accountant?
11            A.    For the office bills?
12            Q.    Yes.
13            A.    No.
14            Q.    We're talking about 91 Avaline
15      and are you a full owner of that LLC or
16      what percentage ownership do you have?
17            A.    Like five percent.
18            Q.    Who is the majority owner?
19            A.    Dr. Reyes I guess.
20            Q.    Is there anyone else who has an
21      ownership interest in 91 Avaline?
22            A.    My son.
23            Q.    Who is your son?
24            A.    Juan Reyes.
25            Q.    Does anyone else?
```

15

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 16 of 249 PageID #: 411

```
 1                       C. REYES
 2          A.    No.
 3          Q.    Do you know their percentage
 4     breakdown of ownership?
 5          A.    No.
 6          Q.    What is your address?
 7          A.    72 Dartmouth Street, Forest
 8     Hills, New York.
 9          Q.    How long have you lived there?
10          A.    Almost 50 years.
11          Q.    Do you reside anywhere else?
12          A.    No.
13          Q.    What was your address between
14     2010 and 2012?
15          A.    The same.
16          Q.    Have you ever resided outside
17     of the United States?
18          A.    No.
19          Q.    Have you ever temporarily lived
20     outside of the United States?
21          A.    No.
22          Q.    Have you ever lived or resided
23     in Guatemala?
24          A.    No.
25          Q.    Have you ever lived or resided
```

16

Catherine Reyes                                December 1, 2022

```
 1                    C. REYES
 2      in Switzerland?
 3           A.    No.
 4                 MR. LERNER:  Off the record.
 5                 (Whereupon, an off-the-record
 6           discussion was held.)
 7           Q.    Have you ever lived in the
 8      United Kingdom?
 9           A.    No.
10           Q.    Have you ever done business in
11      Switzerland?
12           A.    No.
13           Q.    Have you ever been employed by
14      anyone in Switzerland?
15           A.    No.
16           Q.    Have you ever had any business
17      connections to Switzerland?
18           A.    No.
19           Q.    We'll do a few similar
20      questions with the United Kingdom.  Have
21      you ever done business in the United
22      Kingdom?
23           A.    No.
24           Q.    Have you ever been employed by
25      anyone in the United Kingdom?
```

Catherine Reyes                                    December 1, 2022

Page 18

```
 1                          C. REYES

 2           A.     No.

 3           Q.     Have you ever had any business

 4      connections to the United Kingdom?

 5           A.     No.

 6           Q.     Do any of your family members

 7      live in Switzerland?

 8           A.     No.

 9           Q.     Do any of your family members

10      live in the United Kingdom?

11           A.     Yes.

12           Q.     Who?

13           A.     Cousins.

14           Q.     What are their names?

15           A.     Well, they're dead now.  Joyce

16      and Dereck Kruger.

17           Q.     When did they pass?

18           A.     About eight years ago, nine

19      years ago.

20           Q.     Have you ever traveled to the

21      United Kingdom?

22           A.     Yes.

23           Q.     Was it to visit the family

24      members you just stated?

25           A.     Yeah.
```

18

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 19 of 249 PageID #: 414

```
 1                    C. REYES
 2        Q.    When did you travel to the
 3   United Kingdom?
 4        A.    I guess ten years ago was the
 5   last time.
 6        Q.    Did you travel there before
 7   then?
 8        A.    Yeah.
 9        Q.    When?
10        A.    I used to go every, like, two
11   years.
12        Q.    What was the purpose for those
13   visits?
14        A.    To visit my cousins.
15        Q.    Was there any other purpose?
16        A.    To go to the theater.
17        Q.    What type of theater did you
18   see?
19        A.    The plays are cheaper than New
20   York.
21        Q.    Was that in London or somewhere
22   else?
23        A.    London.  I used to love to go
24   to the museum there, too.
25        Q.    Did you take those trips alone
```

Catherine Reyes                                    December 1, 2022

                                                        Page 20

 1                    C. REYES
 2    or with someone else?
 3         A.    I traveled with my husband.
 4         Q.    When you refer to your husband,
 5    it's Dr. Reyes?
 6         A.    Dr. Reyes, yes.
 7         Q.    Did anyone else ever go with
 8    you?
 9         A.    My son.  He was sworn in and he
10    passed the bar in England so I went over
11    for the swearing in.
12         Q.    What son?
13         A.    Juan Reyes.
14         Q.    He lived in the United Kingdom?
15         A.    No, but he took the bar.
16         Q.    Does he practice in the United
17    Kingdom?
18         A.    He doesn't, but he passed the
19    bar.
20         Q.    But he could?
21         A.    He could, yes.
22         Q.    Have you ever traveled to
23    Switzerland?
24         A.    Never.
25         Q.    Are you a United States
                       20

Catherine Reyes                                December 1, 2022

Page 21

```
 1                    C. REYES
 2    citizen?
 3         A.    Yes.
 4         Q.    Are you a citizen of any other
 5    country?
 6         A.    Ireland.
 7         Q.    When did you get Irish
 8    citizenship?
 9         A.    About six, seven years ago.
10         Q.    Is Dr. Reyes a United States
11    citizen?
12         A.    Yes.
13         Q.    Is he a citizen of any other
14    country?
15         A.    Nicaragua.
16         Q.    What was your phone number in
17    2010?
18         A.    (718)793-7075.
19         Q.    Is that currently your phone
20    number?
21         A.    Ever since we lived in our
22    house, it's always been the same number.
23         Q.    Do you have a cellphone?
24         A.    No, I'm archaic.
25         Q.    Do you know who --
```

21

Catherine Reyes                                          December 1, 2022

                                                         Page 22

1                    C. REYES

2              MS. GLEN:  Strike that.

3         Q.    So we've talked about it a

4    little bit but I'm going to ask you

5    directly.  Are you married to Dr. Juan

6    Reyes?

7         A.    I hope so.

8         Q.    All jokes aside, is that a yes?

9         A.    Yes.

10        Q.    And Dr. Reyes is a doctor,

11   correct?

12        A.    Yes.

13        Q.    What type of doctor is he?

14        A.    He's a surgeon.

15        Q.    What type of surgery does he

16   do?

17        A.    General.

18        Q.    If I refer to Dr. Reyes as Dr.

19   Reyes throughout this deposition, will you

20   understand that I'm speaking of your

21   husband?

22        A.    Yes.

23        Q.    How long have you been married?

24        A.    57 years.

25        Q.    Do you and Dr. Reyes share any

                        22

Catherine Reyes                          December 1, 2022

Page 23

```
 1                    C. REYES
 2      children?
 3           A.    We have three.  My oldest son
 4      died in a car accident about ten years ago.
 5           Q.    Sorry to hear of his passing.
 6      What was his name?
 7           A.    Alexander.
 8           Q.    What are your other children's
 9      names?
10           A.    Juan Reyes and Katherine Reyes.
11           Q.    Do either of them go by a
12      suffix, like the third or junior?
13           A.    Juan Reyes and my son is Juan
14      D. Reyes III.
15           Q.    And your daughter?
16           A.    Catherine with a K.
17           Q.    You mentioned that your son,
18      Juan Reyes, is an attorney, correct?
19           A.    Yes.
20           Q.    Does he currently practice?
21           A.    Yes.
22           Q.    When did he start practicing
23      law?
24           A.    I don't remember.
25           Q.    Was it before or after 2010?
```

23

Page 24

1                    C. REYES

2          A.    I don't know.  Before maybe.

3     I'm not sure.

4          Q.    How old is he?

5          A.    53.

6          Q.    Do you know what practice areas

7     he practices in?

8          A.    Real estate.

9          Q.    Does he do anything else?

10         A.    Transportation.

11         Q.    Has he always practiced in real

12    estate and transportation?

13         A.    I think he's always practiced

14    in real estate.

15         Q.    Have you ever asked for, or has

16    your son, Mr. Reyes, ever given you legal

17    advice?

18         A.    No.

19         Q.    Has your son, Juan Reyes, ever

20    advised you on tax reporting requirements?

21         A.    No.

22         Q.    Did you ever discuss your taxes

23    with Mr. Reyes?

24         A.    No.

25         Q.    Has he ever represented you, in

                        24

Catherine Reyes                                December 1, 2022

Page 25

1                    C. REYES

2     any capacity, in relation to Lloyds Bank,

3     the account that's at issue in this

4     litigation?

5          A.    No.

6          Q.    It's my understanding that Dr.

7     Reyes' parents have passed but when they

8     were alive what was your relationship like

9     with them?

10         A.    It was good.

11         Q.    Did you talk to them

12    frequently?

13         A.    His mother was very kind.  I

14    did.  We'd go to Nicaragua.

15         Q.    Did you ever speak to them over

16    the phone?

17         A.    Yeah, I think so.

18         Q.    How frequently would you say

19    you spoke with them?

20         A.    His mother came to visit as

21    well to see my children.  We'd go to

22    Nicaragua to visit them.

23         Q.    Could you say once a month,

24    more or less?

25         A.    I don't know.  She wanted us to

                         25

Page 26

```
 1                    C. REYES
 2      live there.
 3           Q.    So not enough is what I'm
 4      hearing?
 5           A.    She wanted us to live there and
 6      she had money for us because she had land
 7      there.  She wanted us to build a house and
 8      live there and, in fact, when we first got
 9      married, I thought in about a year we were
10      going to move to Nicaragua but somehow it
11      didn't happen.
12                    MR. LERNER:  That brings us to
13               being here today.
14           Q.    And throughout your marriage,
15      have you filed tax returns jointly with Dr.
16      Reyes?
17           A.    Yes.
18           Q.    Did you file joint federal
19      income tax returns for income tax years
20      2010, 2011, and 2012?
21           A.    I guess so.  I don't really
22      remember.
23           Q.    You don't have any recollection
24      of filing separately?
25           A.    Never.
```

26

Catherine Reyes                                    December 1, 2022

Page 27

1                        C. REYES

2        Q.     Did you prepare your own income

3   tax returns for 2010, 2011 and 2012, or did

4   you have them prepared by someone else?

5        A.     Yeah, Sidney Yoskowitz.

6        Q.     Who is Sidney Yoskowitz?

7        A.     An accountant.

8        Q.     Where did or does Sidney

9   Yoskowitz work?

10        A.     He's retired a while now.

11             MR. LERNER:  Isn't he deceased?

12             THE WITNESS:  Is he?

13             MR. LERNER:  You didn't know?

14             THE WITNESS:  When did he die?

15        Poor Sidney.  I feel so bad.

16        Q.     Where did he work when he

17   assisted you?

18        A.     Where did he work?

19        Q.     Was in G.R. Reid CPA --

20        A.     No, he had his own practice and

21   toward the end he joined G.R. Reid.

22        Q.     So he helped you before he

23   moved there --

24        A.     The years he did our taxes.

25   Great Neck, New York, that's where he

                          27

Catherine Reyes                                    December 1, 2022

                                                              Page 28

 1                          C. REYES
 2      practiced.
 3           Q.    After he moved to G.R. Reid,
 4      did he also assist you then?
 5           A.    He did until he retired.
 6           Q.    And did Mr. Yoskowitz help you
 7      for 2010, 2011, and 2012?
 8           A.    I guess.
 9           Q.    Did anyone else ever help you?
10                 MR. LERNER:  Off the record.
11                 (Whereupon, an off-the-record
12             discussion was held.)
13           Q.    How did you inform
14      Mr. Yoskowitz of the information to put
15      into your income tax returns for 2010, '11
16      and '12?
17           A.    He'd send somebody to the house
18      and they'd collect it.
19           Q.    When you say they'd collect it,
20      do you mean paperwork?
21           A.    Paperwork, yeah.
22           Q.    Did you include notes or what
23      was this paperwork?
24           A.    Just forms from insurance
25      companies, whatever.
                           28

Catherine Reyes                                    December 1, 2022

                                                        Page 29

                              C. REYES

1

2           Q.     Did you ever meet with your

3      return preparer when you provided him the

4      information for 2010, '11 and '12?

5           A.     Probably not.

6           Q.     Would you ever meet with him?

7           A.     Not really.  He faxed it over,

8      we'd sign it, and send it back.

9           Q.     You don't recall having any --

10          A.     I don't remember.

11          Q.     Did you use a tax organizer?

12          A.     What's that?

13                 MR. LERNER:  That answers the

14           question.

15          A.     What is that?

16          Q.     After the income tax preparer

17     returned your returns for 2010, '11 and

18     '12, what happened next?

19          A.     I don't know.  I don't

20     remember.

21          Q.     You said he faxed them to you.

22          A.     And then I faxed them back.

23          Q.     So you didn't go to his office

24     and pick them up?

25          A.     No.

                          29

Catherine Reyes                                    December 1, 2022

                                                        Page 30

 1                         C. REYES
 2          Q.    Did you review and confirm the
 3     accuracy of the income tax return for 2010
 4     before signing and faxing it back?
 5          A.    No.
 6          Q.    Did you return and confirm the
 7     accuracy of the income tax return for 2011
 8     before signing it and faxing it back?
 9          A.    No.
10          Q.    Did you review and confirm the
11     accuracy of the income tax returns for
12     2012?
13          A.    No.
14          Q.    Before signing and faxing it
15     back?
16          A.    No.
17          Q.    How did you submit the returns
18     for 2010, '11 and '12?  Was it by paper or
19     were they e-filed?
20          A.    I think the accountant did it.
21     He probably e-filed it.
22          Q.    You have no independent
23     knowledge of how they were filed?
24          A.    I don't remember.
25          Q.    And I know you said that you
                            30

Catherine Reyes                                    December 1, 2022

Page 31

```
 1                       C. REYES
 2      didn't meet with the preparer before he
 3      filed the returns but did you ever meet
 4      with him after?
 5           A.    After he filed them?  No.
 6           Q.    Id you ever discuss foreign
 7      bank accounts with your tax return
 8      preparer?
 9           A.    No.
10           Q.    Did you ever mention the bank
11      account at Lloyds Bank in London to your
12      tax return preparer?
13           A.    No.
14           Q.    Did you ever mention or discuss
15      a bank account at Lloyds Bank in
16      Switzerland with your tax return preparer?
17           A.    No.
18           Q.    Did you ever mention a bank
19      account at a bank in Nicaragua to your tax
20      return preparer?
21           A.    No.
22           Q.    Was there --
23           A.    Because that wasn't really --
24           Q.    You can go ahead.
25           A.    Okay.
```

31

Catherine Reyes                                    December 1, 2022

Page 32

                            C. REYES

1

2        Q.    Earlier you talked about the

3    stack of documents you would send over to

4    the tax return preparer.  Do you recall

5    talking about that?

6        A.    (Nodding).

7        Q.    You're nodding your head.  Is

8    that a yes?

9        A.    Did I --

10       Q.    When you were talking about

11   when you were preparing your taxes, you

12   said you sent over a stack of documents.

13   Do you recall that?

14       A.    No.

15       Q.    Earlier today you mentioned --

16             MR. LERNER:  Just to clarify,

17        she said someone would come pick up

18         the documents.

19       Q.    That someone would come pick up

20   documents.  Do you remember talking about

21   that today?

22       A.    They would pick up the papers,

23   then whatever.

24       Q.    So in those papers, did you

25   ever include documents from bank accounts

                          32

Catherine Reyes                          December 1, 2022

Page 33

```
 1                        C. REYES
 2    from Lloyds Bank or a bank in Nicaragua?
 3         A.    No.  That bank account in
 4    Nicaragua was not ours.  It was my
 5    husband's parents.  They controlled that
 6    because that was money that they wanted us
 7    to live there.
 8         Q.    I know that you said one person
 9    assisted you with your tax returns from
10    2010 to 2012 but did you seek advice on
11    your taxes from anyone else?
12         A.    No.
13         Q.    Do you know an individual named
14    Ray Floch, F-L-O-C-H?
15         A.    I don't remember.
16         Q.    Did you file any foreign income
17    tax returns for the years 2010 to 2012?
18         A.    I don't remember.
19         Q.    Outside of the United States do
20    you remember filing any returns?
21         A.    No, I don't remember.
22         Q.    I'm going to show you what I
23    will ask the court reporter to mark as
24    Government Exhibit 1.
25                    (Whereupon, 2010 Federal Income
```

33

Catherine Reyes                                December 1, 2022

Page 34

```
 1                      C. REYES
 2              Tax Return was marked as Government
 3              Exhibit 1 for identification as of
 4              this date by the Reporter.)
 5         Q.    This document is Bates Stamped
 6    IRS 0000438.  Please take a moment to
 7    review it.  Have you had an opportunity to
 8    review Government Exhibit 1?
 9         A.    Yeah.
10         Q.    Is Government Exhibit 1 a true
11    and correct copy of your 2010 federal
12    income tax return?
13         A.    I guess.  I don't really
14    remember.
15         Q.    I will direct your attention to
16    -- do you see your name on the top left of
17    the first page under Dr. Reyes?
18         A.    Yes.
19         Q.    Do you have any reason to
20    believe that Government Exhibit 1 is not a
21    true and correct copy of your form 1040
22    joint income tax return for 2010?
23         A.    What do I --
24         Q.    Do you have any reason to
25    believe that it's not a true and correct
```

                        34

Page 35

1                        C. REYES

2      copy?

3             A.     I guess that it is.

4                    MR. LERNER:  Objection.  She

5                just doesn't remember the document.

6                I --

7             A.     I really don't.

8                    MR. LERNER:  Asking her if

9                there's any reason to believe it's

10               inaccurate, I don't think is

11               appropriate if she has no memory of

12               it but perhaps -- off the record.

13                   (Whereupon, an off-the-record

14               discussion was held.)

15            Q.     I direct your attention to

16     schedule B, part 1, which starts at Bates

17     stamp 441 of Government Exhibit 1.  The

18     Bates Stamp could be found at the bottom

19     right hand corner.  Are you there on page

20     441?

21            A.     Yes.

22            Q.     Do you see at the top here it

23     says Ridgewood?

24            A.     Yeah.

25            Q.     What is Ridgewood?

                            35

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 36 of 249 PageID #: 431

```
 1                   C. REYES
 2         A.     It's a bank.
 3         Q.     Where was that bank or is that
 4    bank located?
 5         A.     In Forest Hills.
 6         Q.     Where you live in New York?
 7         A.     Forest Hills.
 8         Q.     If you can go down a little
 9    further on the page, schedule B, line 7A,
10    towards the bottom where it says quote "do
11    you have an interest in or a signature or
12    other authority over a financial account."
13    Do you see that?
14         A.     Okay.
15         Q.     You checked "no" here, correct?
16         A.     I didn't fill this out, the
17    accountant did, and I didn't read anything.
18         Q.     Was this document, and other
19    tax returns, prepared based on that set of
20    documents that your tax return preparer
21    picked up from your office or from your
22    house?
23         A.     I don't know.
24         Q.     In 2010, did you have an
25    interest in or a signature authority, or
```

36

Catherine Reyes                                    December 1, 2022

Page 37

                              C. REYES
1
2    some other authority, over a foreign bank
3    account?
4          A.    I don't remember.
5          Q.    Even though you don't remember
6    Government Exhibit 1, did you sign a joint
7    federal income tax return for 2010?
8          A.    If Sidney sent it to me I
9    signed it.
10         Q.    Did you file an amended return
11   for income tax year 2010?
12         A.    I don't recall.
13         Q.    I'm going to show you what I
14   will ask the court reporter to mark as
15   Government Exhibit 2.
16               (Whereupon, 2010 1040X Income
17           Tax Form was marked as Government
18           Exhibit 2 for identification as of
19           this date by the Reporter.)
20               THE WITNESS:  Is this the same
21           year?
22         Q.    Government Exhibit 2 is Bates
23   Stamped IRS 0001005 through 1014.  If you
24   can take a moment to review this.  Have you
25   finished reviewing government Exhibit 2?

                              37

Page 38

                          C. REYES

1

2          A.    I guess so, yes.

3          Q.    I direct your attention to page

4     two.  Is that your signature towards the

5     bottom right?

6          A.    Yes.

7          Q.    Is Government Exhibit 2 a true

8     and correct copy of IRS form 1040X that you

9     signed for income tax year 2010?

10         A.    Well, Sidney did this and I

11    signed it.

12         Q.    Is that a yes?

13         A.    Yes.

14         Q.    Directing your attention to

15    schedule B, line 7, on Bates Stamp IRS

16    1012.  It's towards the back of Exhibit 2.

17    Are you there?

18               MR. LERNER:  She's there.

19         Q.    Line 7 at the bottom.  You

20    checked "yes", correct?

21         A.    Yes.

22         Q.    Why did you check "yes" on your

23    amended return and "no" on the original

24    return?

25         A.    I don't know really.  Because I

                         38

Catherine Reyes                                    December 1, 2022

Page 39

```
 1                        C. REYES
 2      guess because we decided since my -- I
 3      don't remember exactly.
 4            Q.    When you say "we decided," who
 5      are you including in "we"?
 6            A.    My husband.
 7            Q.    Did any circumstances change
 8      between filing your original return and
 9      this amended return?
10            A.    I don't remember.
11            Q.    Did circumstances surrounding
12      any foreign bank accounts change between
13      filing your original return and the amended
14      return?
15            A.    I don't remember.
16            Q.    Before we move to the next
17      exhibit, just one final question.  Why
18      didn't you report the income from your
19      foreign account on your original return but
20      you did on this amended return?
21                  MR. LERNER:  Objection.  You
22            can answer.
23            A.    Why didn't we report it?
24      Because it wasn't really ours.  It was my
25      in-laws' account.
```

                        39

Case 1:21-cv-05578-MKB-PK  Document 22-10  Filed 05/02/23  Page 40 of 249 PageID #: 435

1                      C. REYES
2          Q.    Towards the top of the same
3    page, Bates Stamped IRS 0001012, there's a
4    line that says Lloyds TSB Bank.  Do you see
5    that?
6          A.    Okay.
7          Q.    What is that entry referencing?
8          A.    From what I recall, this money
9    was in Nicaragua and my in-laws put it into
10   Lloyds because they weren't -- they were
11   concerned about the security of Nicaraguan
12   banks so it was in that bank.
13         Q.    So Lloyds TSB Bank refers to an
14   account at Lloyds Bank?
15         A.    It was originally in Nicaragua.
16         Q.    So the amount next to the
17   Lloyds TSB Bank where it says 57,250, what
18   does that number represent?
19         A.    I don't know.
20         Q.    Is that the amount of money in
21   the Lloyds TSB Bank account as of 2010?
22         A.    I don't know.  I don't know.
23         Q.    The interest related to the
24   Lloyds Bank account in 2010?
25         A.    I don't know.
                         40

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 41 of 249 PageID #: 436

1                    C. REYES

2          Q.    So staying on this schedule, or

3     on this page, could you read what the title

4     of this page is?

5          A.    "Interest in ordinary

6     dividends".

7          Q.    And to the left it says

8     schedule B.  Do you see that?

9          A.    Yes.

10         Q.    What does that mean?

11         A.    I don't know.

12         Q.    And then under part 1, do you

13    see where it says part 1 on the left?

14         A.    Yes.

15         Q.    If you could take a second to

16    read the text below that and to the right

17    of that.  Let me know when you're finished.

18         A.    Okay.

19         Q.    What does that mean to you?

20         A.    This is a list of interests on

21    the right.

22         Q.    So did you list the name of the

23    payer and the interest from a seller

24    financed mortgage, and the buyer used the

25    property as personal residence, did you

                         41

Catherine Reyes                                December 1, 2022

Page 42

1                          C. REYES
2      list the name of anyone if there's interest
3      for 2010 under this column?
4           A.     What does that mean?
5                  MR. LERNER:  Say you don't
6             understand the question.
7           A.     I don't understand it.
8           Q.     Did you list the name of any
9      interest that you received in 2010 in this
10     part 1 interest?
11          A.     Did I list it?  You mean -- I
12     don't know.
13                 MR. LERNER:  But "did you list
14            it," did you mean did Mr. Yoskowitz
15            list it?
16                 THE WITNESS:  Yeah, he did.
17          Q.     And you signed this document,
18     correct?
19          A.     I did.
20          Q.     And by signing this document
21     you attest to the accuracy of this
22     document, correct?
23          A.     I guess so.
24                 (Whereupon, 2011 Federal Income
25            Tax Return was marked as Government

                           42

Catherine Reyes                                December 1, 2022

Page 43

1                    C. REYES
2           Exhibit 3 for identification as of
3            this date by the Reporter.)
4           Q.    Government Exhibit 3 is Bates
5      Stamped IRS 0000443 through 0000450.  Take
6      a moment to review it.  What is Government
7      Exhibit 3?
8           A.    What is it?
9           Q.    Yes.
10          A.    It's tax returns for 2011.
11          Q.    For whom?
12          A.    Dr. Reyes and myself.
13          Q.    On the second page, Bates
14     Stamped IRS 444, does Mr. Yoskowitz's name
15     appear there?
16          A.    Yes.
17          Q.    Is this a true and accurate
18     copy of the form 140 individual income tax
19     return for 2011 that Mr. Yoskowitz filed on
20     your behalf?
21               MR. LERNER:  Objection.
22          A.    I guess.  It's not signed.
23          Q.    Direct your attention to the
24     schedule B starting on IRS 446.  Do you see
25     where it says part 1 interest?

                         43

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 44 of 249 PageID #: 439

Page 44

1                    C. REYES

2          A.    It says 292?

3          Q.    Yes.

4          A.    Yes.

5          Q.    What is listed as interest for

6     2011 on IRS 446?

7          A.    $292.

8          Q.    From where?

9          A.    Chase.

10         Q.    What does that mean?

11         A.    It's interest from Chase.

12         Q.    Is it interest from Chase that

13    you and Dr. Reyes received in 2011?

14         A.    I guess so.

15         Q.    Directing your attention at the

16    bottom of that page where it says part 3,

17    do you see that?

18         A.    Yeah.

19         Q.    Under line 7A, it asks about a

20    financial interest.  Do you see that?

21         A.    Yeah.

22         Q.    It's checked no, correct?

23         A.    I did do that.  Sidney did my

24    returns.

25         Q.    When you say Sidney, you're

                        44

Page 45

1                        C. REYES

2       referring to Mr. Yoskowitz?

3              A.     That's right.

4              Q.     Did he create your return for

5       2011 based on the information you provided

6       him?

7              A.     Yes.

8              Q.     Did you provide him with any

9       information about a foreign bank account?

10             A.     I don't recall.

11             Q.     Did you have an interest in

12      foreign bank account in 2011?

13             A.     I guess so.

14             Q.     Did you file an amended return

15      for income tax year 2011?

16             A.     If Sidney signed it -- if

17      Sidney did, we did.

18                    MS. GLEN:  I'm going to ask the

19                court reporter to mark what will be

20                marked Government Exhibit 4.

21                    (Whereupon, 2011 Amended 1040X

22                Tax Return was marked as Government

23                Exhibit 4 for identification as of

24                this date by the Reporter.)

25             Q.     Take a moment to look at

45

Catherine Reyes                                December 1, 2022

```
                          C. REYES
 1
 2      Government Exhibit 4.  If you could turn to
 3      page 2 of Government Exhibit 4, Bates
 4      Stamped IRS001016, is that your signature?
 5           A.   Yes.
 6           Q.   Is this a true and accurate
 7      copy of the form 1040X Amended US
 8      individual tax return that you signed and
 9      filed for income tax year 2011?
10           A.   I guess so.
11           Q.   I will now direct --
12           A.   This says 2014.
13           Q.   When you say 2014, are you
14      looking at the date next to your signature?
15           A.   I am.
16           Q.   Can you go back to the first
17      page.  Towards the top, do you see the
18      first line where it says "this return is
19      for calender year"?  The top left.
20           A.   I see it.  2011.
21           Q.   Why did you file an amended
22      return for 2011?
23           A.   Because it was the right thing
24      to do.
25           Q.   Why is that?
```

Catherine Reyes                                    December 1, 2022

                              C. REYES

1

2          A.     I guess because we -- this is

3     money that we paid the interest on it.

4          Q.     When you say "we," who are you

5     referring to?

6          A.     Dr. Reyes and myself.

7          Q.     What moneys did you pay the

8     interest on or were paid interest on that

9     you're referring to?

10         A.     The Lloyds account.

11         Q.     And the Lloyds account, is that

12    the account that's at issue in this

13    litigation?

14         A.     Excuse me?

15         Q.     The Lloyds account, is that the

16    account that's at issue in this litigation?

17               MR. LERNER:   Do you understand

18          the question?

19               THE WITNESS:   Yes.

20         Q.     Is that answer to my question

21    or to Mr. Lerner?

22         A.     Yes, it was.

23         Q.     I direct your attention to

24    schedule B, which is IRS -- at the bottom

25    -- IRS Bates Stamp 0001023.  Do you see the

                              47

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 48 of 249 PageID #: 443

Page 48

```
1                        C. REYES
2        section part 1 interest?
3             A.     Yeah.
4             Q.     What is listed here?
5             A.     Chase and Lloyds.
6             Q.     Is that Lloyds Bank TSB, the
7        account that you were just talking about?
8             A.     Yes.
9             Q.     And you reported $49,007 in the
10       amount of interest, correct?
11            A.     That's what is reported.
12       Sidney is the one who did this.
13            Q.     And you signed this return,
14       correct?
15            A.     Yes.
16            Q.     And at the bottom, where it
17       says part 3, on line 7, A and B, you
18       checked "yes" here, correct?
19            A.     Yes.
20            Q.     Why did you check yes on
21       Government Exhibit 4, the amended return,
22       but no on government Exhibit 3, the
23       original return?
24            A.     Sidney did it, I didn't.  I
25       have no clue how to do any of these things.
```

48

Catherine Reyes                              December 1, 2022

Page 49

1                         C. REYES

2          Q.    And on line 7 of Government

3    Exhibit 4, where you checked "yes," was

4    that in reference to the Lloyds account or

5    something else?

6          A.    I guess so.  It was -- I guess

7    so.

8          Q.    You guess it was associated

9    with the Lloyds account?

10         A.    I guess so, yeah.

11         Q.    Was it referencing any other

12   foreign account?

13         A.    No.

14         Q.    Why didn't you report the

15   income from your foreign account on your

16   original return but you did on the amended

17   return for 2011?

18         A.    Because I didn't control it.

19         Q.    Who controlled it?

20         A.    My in-laws.

21         Q.    When you say "it," what are you

22   referring to?

23         A.    My husband's mother and father.

24         Q.    So it's your testimony, in

25   2011, Dr. Reyes' parents controlled the

                        49

Catherine Reyes                                    December 1, 2022

Page 50

1                          C. REYES

2        Lloyds account?

3              A.     I think so.

4              Q.     What makes you believe that to

5        be true?

6              A.     Because they wanted us to live

7        in Nicaragua but things changed.  There was

8        a revolution there and it was terrible.  My

9        nephew was murdered and mutilated and I had

10       the girls living with me for three years,

11       the children, because they were in danger.

12       Their brother was the who was killed.  It

13       was a terrible situation.

14             Q.     When you say "the girls," who

15       are you referring to?

16             A.     My nieces.  My husband's

17       brother's daughters.

18             Q.     When did that happen?

19             A.     I don't remember exactly.

20             Q.     Was it before or after 2010?

21             A.     It was before.

22             Q.     How far before, five years?

23             A.     I'm not sure.

24             Q.     When did Dr. Reyes' parents

25       pass?

50

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 51 of 249 PageID #: 446

```
 1                    C. REYES

 2         A.    I don't remember the year.

 3         Q.    Was it before or after your

 4    nieces came to live with you?

 5         A.    It had to have been after.

 6         Q.    Was it before or after 2010?

 7         A.    I'm not sure.

 8         Q.    Whose name was on the Lloyds

 9    Bank account that's at issue in this

10    litigation?

11         A.    It was originally my

12    mother-in-law and his father.

13         Q.    When you say "his father," are

14    you referencing Dr. Reyes?

15         A.    Yes.

16         Q.    Did that ever change?

17         A.    I never really had control of

18    the account.  I don't know.

19         Q.    Did your name ever appear on

20    the Lloyds account?

21         A.    It's possible that it did.

22         Q.    I'm going to show you know what

23    will be marked as Government Exhibit 5 and

24    I will ask the reporter to mark Government

25    Exhibit 5.
```

Catherine Reyes                                    December 1, 2022

                                                        Page 52

 1                      C. REYES
 2                 (Whereupon, 2012 Federal Income
 3            Tax Return was marked as Government
 4            Exhibit 5 for identification as of
 5            this date by the Reporter.)
 6         Q.    Government Exhibit 5 is Bates
 7    Stamped IRS 0000451 through IRS 0000458.
 8    You can take a moment to review this.  What
 9    is Government Exhibit 5?
10         A.    2012 tax return.
11         Q.    For whom?
12         A.    For Juan and Catherine Reyes.
13         Q.    I draw your attention to page 2
14    at the bottom.  Who was this prepared by?
15         A.    Sidney Yoskowitz.
16         Q.    Is this a true and accurate
17    copy of the form 1040 US income tax return
18    for you and Dr. Reyes in 2012?
19         A.    I guess so.
20         Q.    I direct your attention to
21    schedule B, which is on IRS 454.  In part
22    1, is anything reported here?
23         A.    No.
24         Q.    And I direct your attention
25    down to part 3, line 7.  Is "no" checked
                         52

Catherine Reyes                                        December 1, 2022

Page 53

```
 1                     C. REYES
 2     for line 7?
 3          A.    Yes.
 4          Q.    Did you have any financial
 5     interest and/or signature authority over a
 6     financial account located in a foreign
 7     country in 2012?
 8          A.    Sidney filled this out.  I have
 9     no idea what was on it.  I just signed it.
10          Q.    But in 2012, did you have a
11     foreign interest, in interest in a foreign
12     account?
13          A.    I guess so.
14          Q.    Then staying on this exhibit,
15     if you can turn to IRS 456, it's a couple
16     pages further.  Do you see line 28 towards
17     the top of the page?
18          A.    Yes.
19          Q.    Earlier we talked about 91
20     Avaline LLC; is that correct?
21          A.    Yes.
22          Q.    What is 424 Avaline LLC?
23          A.    424 is the building that we're
24     renovating and we're waiting to get a CO, a
25     certificate of occupancy, and we think
```

                          53

Catherine Reyes                                    December 1, 2022

Page 54

1                        C. REYES

2       we're almost there, please God.

3            Q.    Is this a property located in

4       the Bronx?

5            A.    It is.

6            Q.    So 424 Avaline LLC owns a piece

7       of property?

8            A.    It owns a building that's being

9       rented -- renovated and we're waiting to

10      get the certificate of occupancy, which

11      hopefully will be soon.

12           Q.    Who owns or is a member of 424

13      Avaline LLC?

14           A.    Dr. Reyes.

15           Q.    And are you also an owner or

16      member?

17           A.    I might have 5 percent.

18           Q.    Dr. Reyes is the majority

19      owner?

20           A.    Yes.

21           Q.    Is your son also a member?

22           A.    He may have a small percentage.

23           Q.    Do you know if anyone else

24      does?

25           A.    That's it I think.

                        54

Catherine Reyes                                    December 1, 2022

Page 55

1                      C. REYES

2         Q.    And 424 Avaline LLC, does it

3    own any other property or do any other type

4    of business?

5         A.    No, that's it.

6         Q.    And you intend to rent the

7    spaces in that building; is that correct?

8         A.    Yes.  We intend to get a

9    mortgage because we're maxed out on it,

10   truly maxed out.

11        Q.    And when you say "we," you're

12   referring to Dr. Reyes and --

13        A.    Yes.

14        Q.    Did you file an amended tax

15   return for 2012?

16        A.    Do you have one?  If you do, I

17   did.

18             MS. GLEN:  I'm going to ask the

19         court reporter to mark what will be

20         marked as Government Exhibit 6.

21             (Whereupon, 2012 Amended 1040X

22         Tax Return was marked as Government

23         Exhibit 6 for identification as of

24         this date by the Reporter.)

25        Q.    I'm showing you what the court

                        55

Page 56

```
 1                    C. REYES
 2      reporter has marked as Government
 3      Exhibit 6.  It's Bates Stamped IRS 0001028
 4      through IRS 0001041.  If you can take a
 5      moment to review Government Exhibit 6.  I
 6      direct your attention to the second page.
 7      I see you're already there.  Is that your
 8      signature?
 9           A.    It is.
10           Q.    Did you sign Government
11      Exhibit 6?
12           A.    I did.
13           Q.    Is Government Exhibit 6 a true
14      and accurate copy of the form 1040X Amended
15      US individual income tax return that you
16      signed and filed for 2012?
17           A.    I guess so.
18           Q.    I direct your attention to
19      schedule B, which is Bates Stamped IRS
20      0001033.  In part 1 interest, what is
21      listed here?
22           A.    The interest from Lloyds.
23           Q.    When you say "the interest from
24      Lloyds," what are you referring to?
25           A.    $47,446.
```

56

Catherine Reyes                                    December 1, 2022

1                    C. REYES

2        Q.    Is that interest that you and

3   Dr. Reyes made on the Lloyds Bank account

4   in 2012 that's at issue in this litigation?

5        A.    Yes, I guess so.

6        Q.    Would it be for something else?

7        A.    Not to my knowledge.

8        Q.    You didn't have a different

9   Lloyds Bank account in 2012, did you?

10        A.    No.

11        Q.    I direct your attention to the

12   bottom of this page, part 3, line 7, A and

13   B, they're checked "yes", correct?

14        A.    Yes.

15        Q.    Why did you check "yes" on the

16   amended return and "no" on the original

17   return for 2012?

18        A.    Because Sidney did the tax

19   returns and I was totally unaware.

20        Q.    Did you have the Lloyds Bank

21   account in 2012?

22        A.    Yes.

23        Q.    You had interest in that

24   account in 2012?

25        A.    Yes.

                        57

Page 58

```
 1                        C. REYES
 2          Q.    Did the circumstances around
 3     your interest in the Lloyds Bank account,
 4     in 2012, change between you filing the
 5     original return and the amended return?
 6          A.    I don't know.
 7                MS. GLEN:  I think now is a
 8            good time for a break.
 9                (Whereupon, a short recess was
10            taken.)
11          Q.    Regarding 91 Avaline, when was
12     that LLC created?
13          A.    I don't know.
14          Q.    More or less than 20 years ago?
15          A.    Probably less.
16          Q.    Did it exist in the 1990s or
17     was it created in the 2000s?
18          A.    Probably in 2000.
19          Q.    You talked about it owning a
20     piece of property, correct?
21          A.    I don't know when that was
22     created actually.  I don't know the year.
23          Q.    It owns a piece of property; is
24     that correct?
25          A.    Well, the property it's built
```

58

Catherine Reyes                                    December 1, 2022

Page 59

```
 1                    C. REYES
 2      on.
 3           Q.    When did it purchase that
 4      property?
 5           A.    When did we purchase it?
 6      That's a long story because my husband used
 7      to practice with my brother-in-law and, for
 8      years, 40 years, I don't know, and then
 9      this was a big lawsuit.  He tried to steal
10      all the property from us and he tried to
11      say he owned it, and it was a big legal
12      battle, and we finally managed to buy it
13      from him at a cost to us, which was close
14      to a million dollars.
15                 We were home -- we used home
16      equity on my house to get that money and I
17      mean it was really terrible but we managed
18      to get the properties from him, and then
19      the LLCs were created.  And the year, I
20      don't know because before they had
21      different names.  It was like SAR.  His
22      name was Sacata (phonetic) Sacata and
23      Reyes.
24           Q.    Did you purchase that
25      property -- not you.  Did the LLC own that
```

59

Catherine Reyes                                      December 1, 2022

Page 60

```
 1                      C. REYES
 2     property before or after 2005?
 3          A.    No with -- I don't know the
 4     year.
 5                 MR. LERNER:  Off the record.
 6                 (Whereupon, an off-the-record
 7              discussion was held.)
 8          Q.    Referencing the exhibits that
 9     have been marked, if you could please take
10     a look at Government Exhibit 4.  If you
11     could turn the page that's Bates Stamped
12     IRS 0001024 --
13          A.    It's listed here.
14          Q.    When you say "it's listed," are
15     you referring to 91 Avaline LLC?
16          A.    No.
17          Q.    You can keep that page open.  I
18     direct your attention to Government
19     Exhibit 2.
20          A.    2?
21          Q.    It's a different --
22          A.    Okay.
23          Q.    If you could look through
24     Government Exhibit 2 -- sorry, referring
25     back to Government Exhibit 4, that's Bates
```

60

Catherine Reyes                                    December 1, 2022

                                                      Page 61

 1                       C. REYES
 2      Stamp page IRS 0001024, that page you have
 3      open already, up at the top left it says
 4      schedule E, correct?
 5           A.    On 4?
 6           Q.    On the page you already have
 7      opened in Government Exhibit 4.
 8           A.    On what page?
 9           Q.    Do you see up at the top left,
10      it says schedule E?  It's right by the
11      staple.
12           A.    Yes.
13           Q.    In Government Exhibit 2,
14      there's no schedule E attached; is that
15      correct?
16           A.    What page would that be on?
17           Q.    It's hard to say because there
18      isn't one attached, correct?
19           A.    Right.
20           Q.    And Government Exhibit 2 is an
21      amended return from from 2010 and
22      Government Exhibit 4 is an amended return
23      from 2011.  Because the LLCs are included
24      in the amended return for 2011, Government
25      Exhibit 4, but not in the amended return

                           61

Catherine Reyes                                    December 1, 2022

Page 62

```
 1                    C. REYES
 2     for 2010, Government Exhibit 2, is it
 3     possible that the LLCs were created between
 4     2010 and 2011?
 5                 THE WITNESS:  Richard?
 6                 MR. LERNER:  You can answer.
 7          Q.    Is it possible?
 8          A.    Maybe.
 9          Q.    Had they been in existence,
10     "they" being the LLCs, 424 Avaline and 91
11     Avaline, had they been in existence in
12     2010, would information about those have
13     been provided to Mr. Yoskowitz?
14          A.    I guess so but I don't know.
15          Q.    Did you ever receive rental
16     payments from the property owned by 91
17     Avaline LLC?
18          A.    Yes.
19          Q.    When did you receive rent
20     payments?
21          A.    We received them every month
22     and you know what, the rent pays all the
23     bills; there's nothing left over.
24          Q.    Did you receive rental payments
25     in 2010?
```

62

Catherine Reyes                                    December 1, 2022

Page 63

1                    C. REYES
2          A.     If we owned it, we did.
3          Q.     So you received rent payments
4     from the tenants at the building owned by
5     91 Avaline LLC every year that you owned
6     it, is that fair?
7          A.     (Nodding).
8          Q.     You didn't answer out loud.
9          A.     How much?
10         Q.     No.  Did you receive rent
11    payments every year?
12         A.     Yes, we received rent.
13         Q.     If you owned it?
14         A.     Yes.
15         Q.     How much were the rental
16    payments?
17         A.     The total, I don't know.  It
18    pays the gas, it pays the electric, it all
19    goes back into the building.  There's no,
20    nothing left over, because that's all
21    reported to the accountant.
22         Q.     And when you say --
23         A.     Because the truth is those are
24    rent controlled buildings and the rents are
25    very low because they're in low income

                         63

Page 64

1                    C. REYES
2    areas of Brooklyn.
3              MR. LERNER:  Off the record.
4              (Whereupon, an off-the-record
5           discussion was held.)
6         Q.    I asked you about a tax
7    organizer and you didn't know what that
8    was.  Do you remember that?
9         A.    A what?
10        Q.    I asked you about a tax
11   organizer and you said you didn't know what
12   that was; is that correct?
13        A.    Yes.
14        Q.    When you were working with
15   Mr. Yoskowitz, and you provided him
16   information, did you fill out a survey or
17   questionnaire?
18        A.    No.
19        Q.    For each tax year?
20        A.    No.
21        Q.    Did Dr. Reyes fill out some
22   form of survey or questionnaire?
23        A.    I don't think so.
24        Q.    When you accumulated or
25   combined the documents that were picked up

                        64

Catherine Reyes                                    December 1, 2022

Page 65

1                    C. REYES

2      by your CPA, who did that?  Who put the

3      documents together?

4            A.    I did.

5            Q.    What were the sources of those

6      documents?

7            A.    Insurance companies.  People

8      who pay us and also you wanted to know

9      about 91.  The accountant has access to the

10     bank so he lists all of the checks all the

11     expenses right off and right from the bank,

12     so I don't really have to tell him

13     anything.

14           Q.    For 91 Avaline LLC?

15           A.    Yes.

16           Q.    Is that the same for 424

17     Avaline?

18           A.    There's no money there.

19           Q.    Does the CPA still have access

20     to the bank account?

21           A.    Yes.

22           Q.    Back to how you compile the

23     documents.  You said you got information

24     from the insurance companies?

25           A.    Yeah.  Everybody who paid Dr.

65

Catherine Reyes                                December 1, 2022

Page 66

1                    C. REYES
2      Reyes, they send one of these 1099 forms or
3      whatever they call it.  I put them all
4      under a tray and then when they call me,
5      they're going to do the taxes, I pull them
6      out and put them in an envelope and mail
7      them.
8           Q.    How did you determine which
9      forms to put in the tray?
10          A.    It says 1099 and they have to
11     be reported and that's what I did.
12          Q.    How did you know that the 1099s
13     had to be reported?
14          A.    Everybody knows that, right?  I
15     guess.  I know.
16          Q.    Did you talk to anyone about
17     the 1099s?
18          A.    No.  I just -- I mail them
19     everything, whatever they used, they use
20     it.  Whatever they didn't use, then they
21     didn't use it.
22          Q.    Aside from the 1099s from
23     insurance companies or whoever paid Dr.
24     Reyes for services as a medical
25     professional, did you provide any other

                        66

Case 1:21-cv-05578-MKB-PK  Document 22-10  Filed 05/02/23  Page 67 of 249 PageID #: 462

1                      C. REYES

2      information?

3            A.    I thought that's all I needed.

4            Q.    Did you receive any documents

5      from your banks, for the years at issue,

6      that you provided to Mr. Yoskowitz?

7            A.    That was included because the

8      bank would send also.

9            Q.    What would the bank send you?

10           A.    Interest and stuff like that I

11     guess.

12           Q.    And when you say, or when I say

13     "the bank," what are you referring to?  Who

14     would send you those papers?

15           A.    They would come from Chase.

16           Q.    And in 2010, 2011 and 2012, did

17     you receive information from Chase Bank

18     that you provided to your CPA?

19           A.    I guess.

20           Q.    Did you receive information

21     from any other financial institutions in

22     2010, '11, '12?

23           A.    No.

24           Q.    I'm sorry?

25           A.    No, not that I recall.

67

Catherine Reyes                                December 1, 2022

Page 68

1                    C. REYES

2          Q.    When you were gathering those

3     documents for your CPA to pick up, did you

4     ever have any questions that you would

5     reach out to anyone and ask for advice on

6     how to compile or what information to

7     compile?

8          A.    No, I just mailed them off.

9          Q.    Did you ever discuss with Dr.

10    Reyes what information to include?

11         A.    No.

12         Q.    Did your CPA ever follow up

13    with you asking for more information in

14    2010, '11 and '12?

15         A.    I don't remember.

16         Q.    Do you recall your CPA ever

17    asking you for more information?

18         A.    No.

19         Q.    Did Mr. Yoskowitz work

20    primarily with you or Dr. Reyes in

21    compiling and preparing your 2010, '11 and

22    '12 returns?

23         A.    I guess both of us.  I don't

24    know.  I don't remember.

25         Q.    How did you primarily

                    68

Catherine Reyes                                    December 1, 2022

Page 69

```
 1                      C. REYES
 2      communicate with him?
 3           A.    I didn't really.  If he needed
 4      something, he would call me.
 5           Q.    When he needed something, what
 6      would he be needing from you?
 7           A.    I don't remember.
 8                MR. LERNER:  Off the record.
 9                (Whereupon, an off-the-record
10            discussion was held.)
11                MS. GLEN:  While we were off
12            the record, Mr. Lerner and I had a
13            conversation and we established that
14            911 Avaline LLC and 424 Avaline LLC
15            were created on February 22, 2010.
16            Is that a correct resuscitation of
17            what we discussed, Mr. Lerner?
18                MR. LERNER:  Stipulated.
19                MS. GLEN:  And you stipulate to
20            that being the correct date?
21                MR. LERNER:  Yes.
22           Q.    And Mrs. Reyes, the LLCs
23      created on February 22, 2010, you said that
24      once they were created they owned the
25      property; is that correct?
```

69

Catherine Reyes                                    December 1, 2022

Page 70

                              C. REYES

1
2          A.      Mm-hmm.

3          Q.      You said "mm-hmm".  What does

4    that mean?

5                  MR. LERNER:  "Mm-hmm" isn't an

6           answer.

7          A.      Yes.

8          Q.      We also talked about how Mr.

9    Yoskowitz worked for himself before he

10   joined a firm, correct?

11         A.      He did.

12         Q.      And in 2010 through 2012, did

13   he work at the firm or did he work for

14   himself?

15         A.      I don't know when he joined

16   Reid.

17         Q.      I direct your attention to

18   Government Exhibit 1.  Which one do you

19   have in front of you?

20         A.      4.

21         Q.      We can stay with Exhibit 4.

22   Government Exhibit 4, can you turn to page

23   2.  It says IRS 0001016.

24         A.      Yes.

25         Q.      Do you see where Mr.

                              70

Catherine Reyes                                    December 1, 2022

Page 71

```
 1                      C. REYES
 2      Yoskowitz's signature is?
 3           A.    Yes.
 4           Q.    What does he list as his firm
 5      name?
 6           A.    Yoskowitz CPA.
 7           Q.    To the right of his signature,
 8      what does it say?
 9           A.    445 Northern Boulevard, Sidney
10      Yoskowitz and Associates.
11           Q.    Is Sidney Yoskowitz and
12      Associates LLP his solo practice?
13           A.    He had another accountant
14      working for him.  I think they split.  I
15      don't know what happened.
16           Q.    But before he joined the firm,
17      the Reid CPA firm, was his solo practice
18      called Sidney Yoskowitz and Associates LLP?
19           A.    Yes.
20           Q.    Other than your home that we
21      previously discussed and the two properties
22      owned by the LLCs, do you own any other
23      real estate?
24           A.    No.
25           Q.    Do your entities own any other
```

                            71

Catherine Reyes                                December 1, 2022

Page 72

```
 1                      C. REYES
 2      real estate?
 3            A.     Meaning my children?
 4            Q.     Meaning 91 Avaline or --
 5            A.     No.
 6            Q.     Or the other Avaline LLC?
 7            A.     No.
 8            Q.     Did you have to take financing
 9      out to purchase your home?
10            A.     That I live?
11            Q.     Correct.
12            A.     Yes.
13            Q.     What was that?
14            A.     A mortgage.
15            Q.     How did you obtain that
16      mortgage?
17            A.     Well, the people who we bought
18      it from gave us a second mortgage, and in
19      those days there was a mortgage on the
20      house so we took over the existing
21      mortgage.
22            Q.     Did anyone assist you with that
23      or did you do that on your own?
24            A.     What, the mortgage?
25            Q.     Purchasing your home and taking
```

72

Page 73

```
 1                    C. REYES
 2    over the mortgage.
 3               MR. LERNER:  Objection.  By
 4          assisting, do you mean giving legal
 5          advice, or financial advice, or do
 6          you mean giving money?
 7               MS. GLEN:  Advising.  Let me
 8          rephrase.
 9          Q.    When you purchased your home
10    and you obtained financing, did you seek
11    the advice of anyone, professional or
12    otherwise, in doing so?
13          A.    I don't remember.
14          Q.    Did you own --
15               MS. GLEN:  Strike that.
16          Q.    We talked about how 91 Avaline
17    LLC obtained the property that it owns.
18    When 424 Avaline LLC purchased the
19    property, how did that occur?
20          A.    Repeat that.
21          Q.    How did 424 Avaline LLC
22    purchase the piece of property that it
23    owns?
24               MR. LERNER:  Objection.  Off
25          the record.
```

73

Page 74

1                         C. REYES

2                    (Whereupon, an off-the-record

3              discussion was held.)

4         Q.    Was the property obtained by

5    424 Avaline LLC obtained in a similar

6    manner as the property obtained by 91

7    Avaline LLC?

8         A.    Yes.

9         Q.    Did you have any assistance,

10   professionally or otherwise, in that

11   process?

12        A.    We had legal.

13        Q.    Who represented you in that?

14        A.    Richard.

15        Q.    When you say "Richard," who are

16   you referring to?

17        A.    Lerner.

18        Q.    Did you have any other

19   professionals assisting you?

20        A.    No.

21                    MR. LERNER:  Let me just

22             clarify.  I was with a large firm at

23             the time so obviously other people

24             were working on it.  We had a real

25             estate guy, we had apartment guys

                          74

Page 75

```
1                    C. REYES
2         opening the LLCs.  It wasn't all me.
3         Q.    Ms. Reyes, did you hear what
4    Mr. Lerner just said?
5         A.    I didn't know that.
6         Q.    Other than the assistance that
7    Mr. Lerner's firm provided in 2010, did you
8    seek professional guidance from anyone
9    else, like an accountant or a financial
10   adviser?
11        A.    No.
12        Q.    Did you discuss those purchases
13   with your children?
14        A.    No.
15        Q.    If you had --
16             MR. LERNER:  Objection.  First
17         of all, they weren't purchases and
18         can I just go off the record?
19             MS. GLEN:  Sure.
20             (Whereupon, an off-the-record
21         discussion was held.)
22             MR. LERNER:  Can you read back
23         the last question.
24             (Whereupon, the referred to
25         question was read back by the
```

75

Catherine Reyes                                   December 1, 2022

Page 76

                          C. REYES

 1
 2                Reporter.)
 3           Q.     Do you have a revised answer
 4      after speaking with Mr. Lerner?
 5           A.     Yeah, my son, but I don't
 6      remember what I said.
 7           Q.     When you say your son, who are
 8      you referring to?
 9           A.     Juan Reyes III.
10           Q.     Did you speak with him in his
11      capacity as an attorney?
12           A.     I don't remember.
13           Q.     Did you seek advice based on
14      his experience in real estate?
15           A.     No.
16           Q.     What did you seek his advice
17      for?
18           A.     I don't remember.  That's a
19      long time ago.
20           Q.     But it wasn't because he has
21      experience in real estate?
22           A.     No, because that was our
23      property.  We worked there for so long and
24      we weren't going to let it go easily.
25                  MR. LERNER:  Off the record.

                          76

Catherine Reyes                                December 1, 2022

Page 77

C. REYES

1
2                (Whereupon, an off-the-record
3            discussion was held.)
4        Q.    When we were off the record, it
5    was stated that your son, Juan Reyes, does
6    zoning about the nuts of bolts of property;
7    is that correct?
8        A.    Yes.
9                MR. LERNER:  Wait, that's not
10            what I said.  Juan Reyes is a zoning
11            attorney.  He doesn't -- to my
12            understanding, he doesn't do the nuts
13            and bolts property conveyance work.
14            He focuses on zoning law.
15        Q.    Is Mr. Lerner's resuscitation
16    correct, Mrs. Reyes?
17        A.    Yes.
18        Q.    And do you and Dr. Reyes share
19    a bank account?
20        A.    Yes.
21        Q.    Do you have joint bank accounts
22    or something else?
23        A.    Yes.
24        Q.    Yes to joint bank accounts?
25        A.    Yes.

77

Catherine Reyes                                    December 1, 2022

Page 78

                              C. REYES

 1          Q.    Did you at one point have a

 2    joint back account with Dr. Reyes

 3    with Banco de Londres y America del Sur?

 4          A.    I don't remember that.

 5          Q.    Did you have a bank account in

 6    Nicaragua with Dr. Reyes?

 7          A.    My mother-in-law did, I didn't.

 8          Q.    Where was that bank account

 9    that your mother-in-law you said had,

10    located?

11          A.    In Nicaragua.

12          Q.    Was that bank account with

13    Banco de Londres y America del Sur?

14          A.    I guess.

15          Q.    When was that account open?

16          A.    I don't know.

17          MS. GLEN:  I'm going to ask the

18             court reporter to mark this exhibit

19             as Government Exhibit 7.

20             (Whereupon, Certificate of

21             Non-Willful Conduct was marked as

22             Government Exhibit 7 for

23             identification as of this date by the

24             Reporter.)

                              78

Page 79

C. REYES

1

2    Q.    I would ask you to take a

3    moment to review the Government Exhibit 7.

4    I direct your attention to the last page,

5    Bates Stamp IRS0000295.   Is that your

6    signature?

7         A.    Yes.

8         Q.    I'm going to ask you a series

9    of questions about the bank account at

10   issue in this litigation.   This document,

11   what is it titled at the top of Government

12   Exhibit 7?

13        A.    Certificate of non-willful

14   conduct.

15        Q.    What is Government Exhibit 7?

16        A.    I just said that.

17        Q.    Did you write this?

18        A.    No.

19        Q.    Did your husband, Dr. Reyes,

20   write this?

21        A.    Yes.

22        Q.    By signing this document, did

23   you attest that everything within it is

24   true and correct?

25        A.    I just signed it.

79

Catherine Reyes                                    December 1, 2022

Page 80

1                          C. REYES

2           Q.    I direct your attention to that

3     last page again.  It says quote "under

4     penalty of perjury we declare that we have

5     examined this certification and all

6     accompanying schedules and statements to

7     the best of our knowledge and believe they

8     are true and correct."  Do you see that?

9           A.    I see what it says.

10          Q.    I'm going to ask you a series

11    of questions.  If you need to refer to

12    Government Exhibit 7, to answer them,

13    please do so and just indicate that you're

14    looking at the document as you're doing it.

15    It may be helpful in answering some of the

16    questions that I'm about to ask.

17          A.    Okay.

18          Q.    I'm asking first about the

19    Nicaraguan bank account on IRS 0000289.  If

20    you could review this page, the first main

21    paragraph of this page, if you could take a

22    moment to review it.

23          A.    Okay.

24          Q.    Did Dr. Reyes' parents have a

25    bank account in Nicaragua?

                              80

Catherine Reyes                                    December 1, 2022

Page 81

1                    C. REYES

2          A.    Did they?

3          Q.    Yes.

4          A.    Yeah.

5          Q.    Where was that bank account

6     located?

7          A.    I think in Managua.

8          Q.    At what bank?

9          A.    Banco de Londres y America del

10    Sur.

11         Q.    When did that account open?

12         A.    It says 1972 but I don't really

13    know.

14         Q.    Why was the account opened?

15         A.    Because my mother-in-law wanted

16    us to live there and it was opened for us.

17         Q.    So your mother-in-law placed

18    the funds in this account?

19         A.    As far as I know, yes.

20         Q.    What was the source of those

21    funds?

22         A.    They had property, they had

23    farms, they had shops.  My husband comes

24    from a wealthy family in Nicaragua.  It was

25    until it was destroyed.

                          81

Catherine Reyes                                December 1, 2022

Page 82

1                    C. REYES

2          Q.    And they put the money into the

3     account for you, you said, is that correct,

4     your family?

5          A.    Yes.

6          Q.    What was the purpose of that?

7          A.    To live in Nicaragua.

8                MR. LERNER:  Asked and

9           answered.

10         Q.    So to pay for your family to

11    move to Nicaragua; is that correct?

12         A.    And to build a house and to

13    live there.

14         Q.    Did you or Dr. Reyes add any

15    funds to the account while it was with

16    Banco de Londres y America del Sur?

17         A.    Not to my knowledge.

18         Q.    What happened to this account?

19         A.    It was transferred to London, I

20    think.

21         Q.    And in London what bank was it

22    transferred to?

23         A.    Lloyds.

24         Q.    Who initiated that transfer?

25         A.    I think my mother-in-law.

                      82

Catherine Reyes                                    December 1, 2022

Page 83

1                          C. REYES

2          Q.    I direct your attention to the

3     page -- it's numbered page 3 but it's IRS

4     0000291.

5          A.    Yes.

6          Q.    If you could please read that

7     first paragraph.

8               MR. LERNER:  The top paragraph?

9               MS. GLEN:  Yes.  It starts the

10            page before but I don't believe that

11            initial text is as relevant to the

12            question that I'm about to ask.

13               MR. LERNER:  So begin with the

14            Banco de Londres sentence?

15               MS. GLEN:  Correct.

16          A.    Okay.

17          Q.    Was the account in Nicaragua

18     transferred to Lloyds Bank in London?  Was

19     it moved again?

20          A.    I really don't remember any of

21     these things, any of the things that are

22     written here.

23          Q.    Is there --

24          A.    All I do is the medical

25     billing.  I didn't do any of this stuff.

                          83

Catherine Reyes                                    December 1, 2022

Page 84

```
 1                        C. REYES
 2            Q.    Is there still an account --
 3                  MS. GLEN:  Strike that.
 4            Q.    Did you have a access to the
 5      account at Banco de Londres y America del
 6      Sur when it was still in Nicaragua?
 7            A.    No.  I don't know.  I don't
 8      think so.
 9            Q.    Why was the account transferred
10      to Lloyds Bank in London?
11            A.    I think because of the
12      political situation in Nicaragua, I think.
13            Q.    Why Lloyds Bank instead of any
14      other bank?
15            A.    I don't know.
16            Q.    Were you involved in the
17      conversations associated with this transfer
18      of funds?
19            A.    No.
20            Q.    Do you know who was involved
21      with this transfer?
22            A.    I really don't know.
23            Q.    Was your husband, Dr. Reyes,
24      involved in these conversations about
25      whether and where to transfer funds from
```

84

Catherine Reyes                                        December 1, 2022

Page 85

```
 1                        C. REYES
 2      the account in Nicaragua?
 3              A.    I really don't know.
 4              Q.    When was the account opened at
 5      Lloyds Bank?
 6              A.    I don't know that either.
 7              Q.    Was it in the 1990s, or the
 8      2000s?
 9              A.    I don't know.
10              Q.    I direct your attention to IRS
11      000029, that first full paragraph in the
12      middle of the page, third main sentence.
13              A.    Okay.
14              Q.    Did the Lloyds account exist in
15      the early 2000s?
16              A.    Probably did.
17              Q.    Did you ever visit a branch of
18      Lloyds Bank in London?
19              A.    No, I never did.
20              Q.    Did you ever visit a branch of
21      Lloyds Bank in the UK?
22              A.    No.
23              Q.    You said you never did.  Did
24      anyone else that you know of?
25              A.    I really don't know.
```

85

Catherine Reyes                                    December 1, 2022

Page 86

1                        C. REYES
2           Q.     Did you ever meet with a
3     representative from Lloyds Bank?
4           A.     No.
5           Q.     Either in person, or on the
6     phone, or some other means of
7     communication?
8           A.     I didn't.
9           Q.     Do you know anyone who did?
10          A.     I don't remember.
11          Q.     What type of financial accounts
12    did you have at Lloyds Bank?
13          A.     I really don't know what type
14    of account it was.  I don't know.
15                 MS. GLEN:  I'm going to ask the
16             court reporter to mark what will be
17             introduced as Government Exhibit 8.
18                 (Whereupon, March 2012
19             Statement of Assets and Liabilities
20             was marked as Government Exhibit 8
21             for identification as of this date by
22             the Reporter.)
23          Q.     Government Exhibit 8 is Bates
24    Stamped IRS 0001418 through IRS 0001453.
25    Mrs. Reyes, what is Government Exhibit 8?

                        86

Catherine Reyes                          December 1, 2022

Page 87

```
 1                    C. REYES
 2          A.    It says statement of assets and
 3    liabilities, March 2012.
 4          Q.    To the right of that, that you
 5    just read, is your name listed?
 6          A.    Yes.
 7          Q.    Underneath your name, it says a
 8    client ID number.  What is that number?
 9          A.    I can't see with these glasses.
10          Q.    Does that number say ███250?
11          A.    I think so.
12          Q.    Is ████250 your account number
13    or your client number that's also
14    referenced as an account number for Lloyds
15    Bank?
16          A.    I guess so.
17          Q.    I direct your attention to the
18    second page, Government Exhibit 8.  What is
19    the second page of Government Exhibit 8?
20          A.    Fiduciary deposits.
21          Q.    So towards the top of the page,
22    in the middle it says statement of assets
23    and liabilities as of 31st March of 2012.
24    Do you see that?
25          A.    Yes.
```

87

Catherine Reyes                          December 1, 2022

Page 88

1                          C. REYES

2          Q.     Right below that, it says

3     portfolio summary.  Do you see that?

4          A.     Yes.

5          Q.     And it lists three sections; is

6     that correct?

7          A.     Yes.

8          Q.     What are those sections?

9          A.     Security and fiduciary

10    deposits.

11         Q.     What else?

12         A.     Assets.

13         Q.     So are there three components:

14    1, accounts; 2, fiduciary deposits, money

15    market instruments, money market funds and

16    3, securities?

17         A.     That's what it says.

18         Q.     How did you determine these

19    should be the subsets of your account at

20    Lloyds Bank?

21              MR. LERNER:  Objection..

22         A.     I don;t know.  I didn't make

23    that determination.

24         Q.     Why are these the three --

25         A.     I don't know.

                          88

Catherine Reyes                        December 1, 2022

Page 89

```
 1                      C. REYES
 2           Q.     -- subsets of your account at
 3      Lloyds Bank?
 4           A.     I don't know.
 5           Q.     Who made that determination?
 6           A.     I don't know.
 7           Q.     Did Dr. Reyes make that
 8      determination?
 9           A.     I don't know.  You have to ask
10      him.  I don't know.
11           Q.     Did you speak with --
12                  MS. GLEN:  Strike that.
13           Q.     Did anyone at Lloyds Bank
14      assist in creating this account?
15           A.     I don't know.
16           Q.     Did anyone domestically, a
17      lawyer, CPA, financial adviser, assist you,
18      assist in the creation of your account at
19      Lloyds Bank?
20           A.     I don't know.  I really don't
21      know.
22           Q.     If you had a question about
23      your finances in the Lloyds Bank account,
24      who would you talk to?
25           A.     I never used to think about it.
```

89

Catherine Reyes                                    December 1, 2022

```
1                         C. REYES
2          Q.     I'll ask you to turn to the
3    next page of Government Exhibit 8.
4                MR. LERNER:  Bates number?
5                MS. GLEN:  Bates Stamped IRS
6           1420.
7          Q.     This page is labeled as a
8    detailed portfolio valuation; is that
9    correct?
10         A.     Where is it?
11         Q.     In the middle towards the top.
12         A.     Okay.
13         Q.     And it has the same account
14   number on the right hand side, ███250; is
15   that correct?
16         A.     Yes.
17         Q.     And this lists two subsets of
18   that account, labeled 112 and 110.  Do you
19   see that?
20         A.     Yes.
21         Q.     What is the difference between
22   those two subsets of these accounts?
23         A.     I don't know what that means.
24         Q.     You don't know the difference
25   between those two subsets of the account?
```

90

Catherine Reyes                                    December 1, 2022

Page 91

 1                    C. REYES

 2         A.    No.

 3         Q.    The description, two columns

 4    over it says description and it says

 5    "joint".  Do you see that?

 6         A.    Yes.

 7         Q.    Do you know what that means?

 8         A.    I assume it's myself and my

 9    husband.

10         Q.    Did you use funds from this

11    Lloyds Bank account in 2010, 2011 or 2012?

12         A.    It's possible but I don't

13    remember.

14              MS. GLEN:  I'm going to ask the

15         court reporter to mark the next

16         exhibit as Government Exhibit 9.

17              (Whereupon, Lloyds Bank

18         Statement was marked as Government

19         Exhibit 9 for identification as of

20         this date by the Reporter.)

21         Q.    Government Exhibit 9 is Bates

22    Stamped IRS 0001544 to IRS 0001545.  Mrs.

23    Reyes, I direct your attention to the top

24    left hand corner of this page.  Is that

25    your name?

                      91

Catherine Reyes                                December 1, 2022

Page 92

1                    C. REYES

2         A.    Yes.

3         Q.    On the right hand side it also

4    has your name, correct?

5         A.    I just see my name on the right

6    hand side.

7         Q.    Is it also on the left hand

8    side right above a series of numbers?

9         A.    Okay.

10        Q.    Do you see that?

11        A.    Yeah.

12        Q.    And in the account number, it

13   says ████250; is that correct?

14        A.    Yeah.

15        Q.    That's your account number at

16   Lloyds Bank, correct?

17        A.    I guess so.

18        Q.    What is Government Exhibit 9?

19        A.    What do you mean?

20        Q.    What is this document?

21             MR. LERNER:  What do you

22        understand it to be?

23        A.    I'm not sure what this means.

24        Q.    Is Government Exhibit 9 a

25   statement from --

                        92

Catherine Reyes                                   December 1, 2022

Page 93

 1                        C. REYES

 2          A.    It seems to be.

 3          Q.    -- from Lloyds Bank from your

 4     account, ██250?

 5          A.    It seems to be.

 6          Q.    Going forward, when I refer to

 7     the account as Lloyds Bank or "the

 8     account," will you understand that I'm

 9     referencing the joint account at issue in

10     this litigation that you have with Dr.

11     Reyes, with client ID number ██250?

12          A.    Okay.

13          Q.    And that would include any

14     predecessor banks related to the amount at

15     issue with this litigation unless I

16     specifically ask you about the other banks.

17     Does that make sense?

18          A.    I'm not sure.

19          Q.    So when I say "the account,"

20     you testified that it was moved from a bank

21     in Nicaragua to a Lloyds Bank in England

22     and then Switzerland, correct?

23          A.    Okay.

24          Q.    So if I refer to the account,

25     will you understand that I'm talking about

                        93

Catherine Reyes                                    December 1, 2022

Page 94

                        C. REYES

1

2    this account at Lloyds Bank, ████250, and

3    that predecessor bank.  Unless I

4    specifically ask about a different bank,

5    that's what I'm talking about.  Do you

6    understand?

7            A.    Okay.

8            Q.    That way I can shorten what I

9    say and ask questions about every exhibit.

10           A.    Okay.

11           Q.    Who had signature authority

12   over this account at Lloyds Bank?

13           A.    I guess my husband and myself.

14           Q.    What would lead you to guess

15   that?

16           A.    It's been a long time.  I don't

17   remember.

18           Q.    But as you sit here today, you

19   say you guess that you and your husband,

20   Dr. Reyes, would have signature authority

21   over this account.  What makes you believe

22   that to be true?

23           A.    I'm looking at this paper.

24           Q.    So because your name and Dr.

25   Reyes' name are listed on Government

                        94

Catherine Reyes                              December 1, 2022

Page 95

1                        C. REYES
2       Exhibits 8 and 9, is that what leads you to
3       believe that you had signature authority
4       over the account at Lloyds Bank?
5            A.    Yes.
6            Q.    Who else other than you and Dr.
7       Reyes had signature authority over the
8       Lloyds Bank account from 2010 to '12?
9            A.    I guess just us.
10           Q.    Did that ever change?
11           A.    I don't think so.
12           Q.    After the initial transfer of
13      the funds from that bank in Nicaragua to
14      the Lloyds Bank account, did you add any
15      money to this account at Lloyds Bank?
16           A.    Not to my knowledge.
17           Q.    Did Dr. Reyes add any money to
18      this account at Lloyds Bank?
19           A.    I don't know.
20           Q.    Did the account balance in the
21      account at Lloyds Bank grow?
22           A.    Probably interest.
23           Q.    Other than interest, would
24      there be a source of that deposit -- what
25      would the source of those deposits be?

                         95

Catherine Reyes                                    December 1, 2022

Page 96

1                         C. REYES
2                MR. LERNER:  Objection.
3        A.    I don't think there were any.
4        Q.    Aside from you or Dr. Reyes, do
5    you know if anyone else would have
6    deposited money into the Lloyds Bank
7    account?
8        A.    Well, it depends.  Maybe my
9    mother-in-law did.  I don't know.
10        Q.    I'm going to go back to the
11    question about withdrawal of funds from the
12    Lloyds Bank account.  Did you personally
13    make any withdrawals from this account at
14    Lloyds Bank?
15        A.    I don't remember.
16        Q.    Do you recall ever using funds
17    from the account at Lloyds Bank?
18        A.    I don't remember.
19        Q.    So we can go back to Government
20    Exhibit 9.  Directing your attention to the
21    description column on the first page, do
22    you see the entry dated February 1st?
23        A.    Yes.
24        Q.    What is this transaction?
25        A.    I don't know.

96

Catherine Reyes                                December 1, 2022

Page 97

```
 1                    C. REYES
 2        Q.    If says BMT CHS USA; is that
 3   correct?
 4        A.    Yeah.
 5        Q.    What does that mean?
 6        A.    I don't know what BMT is.
 7        Q.    Do you know what CHS is
 8   referring to?
 9        A.    Chase.
10        Q.    This is a debit, correct?
11        A.    Okay.
12        Q.    Do you see under the debit
13   column, $802.25?
14        A.    Yes.
15        Q.    What is this a debit for?
16        A.    I don't know.  I don't remember
17   that.
18        Q.    Did you have a Chase account in
19   2010?
20        A.    Yeah.
21        Q.    This is a statement from
22   February 28, 2010, correct?
23        A.    Yes.
24        Q.    Did you make a debit from the
25   Lloyds Bank account to your Chase account
```

97

Catherine Reyes                                    December 1, 2022

Page 98

```
 1                      C. REYES
 2      in February of 2010?
 3           A.    I don't know.  I don't
 4      remember.
 5           Q.    Did Dr. Reyes have a Chase
 6      account in February of 2010?
 7           A.    Probably.
 8           Q.    Is that a joint account or a
 9      separate account?
10           A.    Joint.
11           Q.    Did you ever transfer funds or
12      use this fund --
13                 MS. GLEN:  Strike that.
14           Q.    Did you use this account to pay
15      for your balance, of any kind, at Chase
16      Bank?
17                 MR. LERNER:  Objection.
18           A.    I don't remember.
19                 MR. LERNER:  I don't understand
20            the question.
21           Q.    Did you transfer funds from
22      this account to cover pay expenses related
23      to your Chase account in 2010?
24                 MR. LERNER:  Objection.
25           A.    I don't know.
```

98

Catherine Reyes                              December 1, 2022

                         C. REYES

1
2                        MR. LERNER:  Why would there be
3              bank account expenses?
4         Q.    Moving to the next entry, dated
5    February 4th, what is this transaction?
6         A.    I don't know.  I don't remember
7    any of these things.
8         Q.    Did you have a Capital One card
9    in February of 2010?
10        A.    I don't know.  I really don't
11   know.
12        Q.    Do you currently have a Capital
13   One card?
14        A.    No.
15        Q.    Does Dr. Reyes have a Capital
16   One card?
17        A.    I don't know.
18        Q.    Did you use funds from this
19   account to cover or pay expenses related to
20   a Capital One account in 2010?
21        A.    I don't know.  I don't
22   remember.
23        Q.    So we're going to move to the
24   next entry dated February 5th.  It says
25   "Sale Lloyds 2.5 percent 09-11 fix."  What

                         99

Page 100

                         C. REYES
 1
 2      does this mean?
 3           A.     What is it?
 4           Q.     Yes.
 5           A.     I don't remember any of these
 6      things on this list.
 7           Q.     It says a credit of
 8      $1.5 million; is that correct?
 9           A.     Okay.
10           Q.     Was your account credited
11      $1.5 million in May of 2010?
12           A.     I wish.
13           Q.     Did you report --
14                  MS. GLEN:  Strike that.
15           Q.     I'm going to show you what I
16      will ask the court reporter to mark as
17      Government Exhibit 10BMT.
18                  (Whereupon, 1/31/11 Lloyds Bank
19            Statement was marked as Government
20            Exhibit 10 for identification as of
21            this date by the Reporter.)
22           Q.     Government Exhibit 10 is Bates
23      stamped IRS 0001566 to IRS 0001567.  Mrs.
24      Reyes, does your name appear at the top
25      right of this document?

                         100

Page 101

```
 1                     C. REYES
 2          A.    Yes.
 3          Q.    Does it appear at the top left
 4     of this document?
 5          A.    Yes.
 6          Q.    Right below your name on the
 7     left, is that the account number at Lloyds
 8     Bank?
 9          A.    I guess so.
10          Q.    Have you seen this document
11     before?
12          A.    No.
13          Q.    I direct your attention to the
14     column titled description on the second
15     page, Bates Stamped IRS 000 --
16          A.    On the second page?
17          Q.    Yes, ma'am.  1567.  The date of
18     this statement is January 31, 2011,
19     correct?
20          A.    Yes, January 31st.
21          Q.    I direct your attention to the
22     entry dated January 14th.
23          A.    Okay.
24          Q.    It says Maestro Card fees.  Do
25     you see that?
```

101

Catherine Reyes                                December 1, 2022

Page 102

```
 1                    C. REYES
 2          A.    Yeah.
 3          Q.    What is a Maestro Card?
 4          A.    I don't know.
 5          Q.    I direct your attention to the
 6     entries dated January 21st and 26th.  These
 7     say REDEM.LIL US Dollar Fund.  Do you see
 8     that?
 9          A.    Yes.
10          Q.    What does that mean?
11          A.    I don't know.
12          Q.    A little bit further down this
13     page, it says -- the next entry actually --
14     UBS Card Center AG.  Do you see that?
15          A.    Okay.
16          Q.    What is a UBS Card Center AG?
17          A.    I don't know.
18          Q.    Did you use the bank account at
19     Lloyds Bank for personal expenses in
20     January of 2011?
21          A.    I don't remember.
22               MR. LERNER:  Off the record.
23               (Whereupon, an off-the-record
24         discussion was held.)
25               MS. GLEN:  I'm going to ask the
                        102
```

Page 103

C. REYES

1

2          court reporter to mark a document

3          Government Exhibit 11.

4                  (Whereupon, Your Cash Statement

5          - Lloyds Bank was marked as

6          Government Exhibit 11 for

7          identification as of this date by the

8          Reporter.)

9          Q.    Government Exhibit 11 is Bates

10    Stamped IRS 0001579 through IRS 0001581.

11    Mrs. Reyes, on the first page it lists your

12    name, correct?

13         A.    Yes.

14         Q.    And then it says, right below

15    it, "your cash statement".  Do you see

16    that?

17         A.    Okay.

18         Q.    What is Government Exhibit 11?

19         A.    My cash statement.

20         Q.    I direct your attention to the

21    third page of Government Exhibit 11.  This

22    cash statement is dated 31st May 2011,

23    correct?

24         A.    Yes.

25         Q.    It says UBS Card Center AG

103

Page 104

                    C. REYES

1              here.  Do you see that?

3        A.    No.

4        Q.    The entry dated May 24, 2011.

5        A.    May 24th?

6        Q.    On the third page of Government
7    Exhibit 11, IRS Bates Stamp 1581.

8        A.    Yes.

9        Q.    Did you have a UBS card in
10   2011?

11       A.    I may have but I don't really
12   remember.  It's a long time.  I forget so
13   many things these days.  You know, I had my
14   big old 8-0 birthday party.

15       Q.    Do you currently have a UBS
16   card?

17       A.    No, I just have a Chase card.

18       Q.    Why was payment debited from
19   your Lloyds account in 2011 to a UBS card
20   center?

21       A.    I don't remember.

22       Q.    Did you review your cash
23   statements to the Lloyds Bank account in
24   2011?

25       A.    I never even saw statements.

                      104

Page 105

                        C. REYES

1

2          Q.    Why didn't you see statements

3     from the Lloyds account?

4          A.    I don't know.  I never really

5     was looking for any.

6          Q.    Who did see statements from the

7     Lloyds account in 2011?

8          A.    I don't know.

9          Q.    Did you ever see any

10    statements, any kind for the Lloyds

11    account, for any year?

12         A.    I don't recall.

13         Q.    You don't recall seeing any

14    statements for the Lloyds account for any

15    year, or you don't recall receiving them,

16    or something else?

17         A.    Either.

18         Q.    Is it your testimony you've

19    never seen a statement from Lloyds Bank?

20         A.    I don't remember.

21         Q.    Did you ever inquire about the

22    Lloyds Bank account of anyone?

23         A.    No.

24              MR. LERNER:  We're still

25         speaking of a period of what time?

                        105

Page 106

                              C. REYES

 1                            MS. GLEN:  That question was

 2            any time.

 3                            MR. LERNER:  Any time ever?

 4                            MS. GLEN:  Any time ever and

 5            she said she doesn't know.  I'm going

 6            to ask the court reporter to mark the

 7            next exhibit as Government

 8            Exhibit 12.

 9                            (Whereupon, Your Cash Statement

10            - Lloyds Bank was marked as

11            Government Exhibit 12 for

12            identification as of this date by the

13            Reporter.)

14       Q.    Government Exhibit 12 is Bates

15  Stamped IRS 0001623 to IRS 0001625.  Mrs.

16  Reyes, is your name on the top right corner

17  of this page?

18       A.    Yes.

19       Q.    And right below it says "your

20  cash statement," correct?

21       A.    It does.

22       Q.    What is Government Exhibit 4?

23       A.    It's a cash statement.

24       Q.    Is this cash statement dated

                              106

Catherine Reyes                                    December 1, 2022

Page 107

```
 1                    C. REYES
 2      29th June 2012?
 3           A.    Yeah.
 4           Q.    It lists your client number as
 5      ████250, correct?
 6           A.    That's what it says.
 7           Q.    Directing your attention to the
 8      first entry on the second page, Bates
 9      Stamped IRS 1624, dated June 1, 2012.  Do
10      you see that?
11           A.    Yes.
12           Q.    This lists EMT Wells Fargo
13      BN/USA; is that correct?
14           A.    That's what it says.
15           Q.    Did you have a Wells Fargo
16      account in 2012?
17           A.    I don't recall.
18           Q.    Did Dr. Reyes have a Wells
19      Fargo account in 2012?
20           A.    I don't know.
21           Q.    Was this debit, dated June 1,
22      2012, taken from the Lloyds Bank account?
23           A.    I don't know.
24           Q.    What bank does 91 Avaline LLC
25      use?
```

107

Page 108

```
 1                    C. REYES
 2         A.    Chase.
 3         Q.    What bank did 91 Avaline LLC
 4    use in 2012?
 5         A.    Chase.  Did they exist in those
 6    years?
 7         Q.    I think we stipulated they were
 8    created in 2010.
 9         A.    They used Chase.
10         Q.    The LLCs, they used Chase, both
11    of them?
12         A.    Yeah.
13         Q.    On Government Exhibits 9, 10,
14    11 and 12, top right of each of these, it
15    says quote "Keep Mail."  Do you see that?
16         A.    No.
17         Q.    Take a second to look.
18         A.    Okay.
19         Q.    What does "Keep Mail" mean?
20         A.    I guess save it.
21         Q.    And when you say "save it,"
22    what do you mean by that?
23         A.    Keep mail.
24         Q.    Do you mean that the bank would
25    do some action or that you, the receiver of
```

108

Page 109

                        C. REYES
 1
 2    these documents, were taking action or
 3    something else?
 4          A.    I don't know.
 5          Q.    You testified that you have
 6    never seen Government Exhibits 9, 10, 11
 7    and 12 before, correct?
 8                MR. LERNER:  Objection.  She
 9            said she didn't recall.
10          Q.    You didn't recall --
11          A.    Right I don't recall.
12          Q.    You didn't recall seeing
13    Government Exhibits 9, 10, 11 or 12?
14          A.    (Shakes head).
15          Q.    Until today, have you ever seen
16    statement from Lloyds Bank?
17          A.    I don't recall.  I don't
18    remember.
19                MS. GLEN:  I think this might
20            be a good time for a break.  It's
21            12:20.  Off the record.
22                (Whereupon, an off-the-record
23            discussion was held.)
24                (Whereupon, a lunch break was
25            taken.)

                        109

Page 110

1                     C. REYES

2          Q.     We're back on the record.  We

3      just took a break.  Mrs. Reyes, I know you

4      mentioned you were feeling a little dizzy.

5      Are you okay?

6          A.     Yeah.

7          Q.     Do you need some water or

8      anything to make you more comfortable?

9          A.     No, I'm okay.

10          Q.     If you need a break or

11      anything, please let me know?

12          A.     Okay.

13          Q.     During the break, did you have

14      any conversation with anyone about your

15      testimony?

16          A.     No.

17          Q.     Before we start getting into

18      more further questions, the court

19      reporter's oath is still in effect.  Do you

20      understand?

21          A.     Yes.

22          Q.     About the time that you had the

23      LLC the Lloyds Bank account with your

24      husband, so it's dating back to 2010 to

25      2012, how did you handle the finances

110

Catherine Reyes                                    December 1, 2022

Page 111

1                         C. REYES
2         within your home?
3                A.     He worked.
4                Q.     Were you or Dr. Reyes primarily
5         in charge of paying bills or did you do
6         them together?
7                A.     Together.
8                Q.     What did that process look
9         like?
10               A.     I get the phone bill and the
11        gas bill and I write a check.
12               Q.     You say you wrote a check.  Did
13        you handle that process, not Dr. Reyes?
14               A.     He had to sign them.
15               Q.     About when you received bank
16        statements, did you review those, or did
17        Dr. Reyes, or did you do that together in
18        2010 and --
19                      MR. LERNER:  Objection.  You're
20          assuming she reviews bank statements.
21               Q.     You can answer.
22               A.     I don't remember.
23               Q.     When you would get something in
24        the mail related to a financial account of
25        any kind between 2010 and 2012, what would
                            111

Catherine Reyes                                          December 1, 2022

                                                              Page 112

 1                        C. REYES
 2      you do with it?
 3              A.      Put it on the table.
 4              Q.      And then what?
 5              A.      I guess he would look at it or
 6      we'd look at it, something like that.
 7              Q.      Did you have a checkbook back
 8      in 2010 to 2012?
 9              A.      Yes.
10              Q.      Who balanced the checkbook in
11      your house between 2010 and 2012, assuming
12      that you did?
13              A.      I don't know.  He used to look
14      at it.  I'm not sure.
15              Q.      When you say "he," you're
16      pointing to Dr. Reyes?
17              A.      Yes.
18              Q.      In 2010, 2012, that date range
19      did you have a credit card?
20              A.      Chase.
21              Q.      You're referring to Chase Bank?
22              A.      Excuse me?
23              Q.      Are you referring to Chase
24      Bank?
25              A.      Yes.

                             112

Catherine Reyes                                    December 1, 2022

Page 113

```
 1                       C. REYES
 2          Q.     Did you have any other credit
 3    card in the early 2000s, mid 2000s?
 4          A.     Maybe Bank of America.
 5          Q.     What would you use your credit
 6    card for?
 7          A.     I guess shopping, I guess.
 8          Q.     How did you pay the balance of
 9    your credit card in 2010 -- did you pay the
10    balance of your credit card in 2010 to
11    2012?
12          A.     In increments.  It was always a
13    big balance.
14          Q.     But you did make the payment or
15    some of the payments, correct?
16          A.     Yes.
17          Q.     How did you make those
18    payments?
19          A.     Chase.
20          Q.     Did you use your Chase account
21    to pay for credit card payments?
22          A.     Mm-hmm.
23                 MR. LERNER:  Answers have to be
24           verbal.
25          Q.     You said "mm-hmm".
```

113

Catherine Reyes                                    December 1, 2022

Page 114

```
 1                       C. REYES
 2          A.     Yes.
 3          Q.     Would you use any other
 4     accounts to pay off credit card balances?
 5          A.     Just Chase.
 6          Q.     In 2010 to 2012?
 7          A.     I think.  I think so.
 8                 MS. GLEN:  I'm going to ask the
 9            court reporter to mark this one-page
10            document as Government Exhibit 13.
11                 (Whereupon, Application for
12            Maestro Card was marked as Government
13            Exhibit 13 for identification as of
14            this date by the Reporter.)
15                 THE WITNESS:  That was a long
16            time ago.  I don't remember.
17          Q.     Mrs. Reyes, Government
18     Exhibit 13 is Bates marked Lloyds 000035.
19     Please take a moment to review this
20     document and let me know when you're
21     finished.
22          A.     I don't remember any of this.
23          Q.     You've reviewed the document?
24          A.     I'm looking at it but I don't
25     remember.
```

114

Page 115

                          C. REYES
1
2         Q.    At the top of this page it says
3    Application for an ec/Maestro Card.  Do you
4    see?
5         A.    Mm-hmm.
6         Q.    What do you mean by "Mm-hmm"?
7         A.    That I see it.
8         Q.    The account holder, it lists
9    your name, correct?
10        A.    Yes.
11        Q.    And Juan.  Who is Juan?
12        A.    My husband.
13        Q.    Account number ████250, do you
14   see that?
15        A.    Yes.
16        Q.    Is that the account at Lloyds
17   Bank that's at issue in this litigation?
18        A.    Okay.
19        Q.    Is that a yes?
20        A.    Yes.
21        Q.    Who is this card application
22   for?
23        A.    It says Catherine and Juan
24   Reyes.
25        Q.    As the account holders; is that

                          115

Page 116

```
 1                    C. REYES
 2    correct?
 3         A.    Yeah.
 4         Q.    At the bottom of the page, is
 5    that your signature?
 6         A.    Yes.
 7         Q.    It's Catherine spelled with a
 8    K, correct?
 9         A.    Mm-hmm.
10         Q.    But that's still you?   You
11    answered mm-hmm to the previous question.
12         A.    Yes.
13         Q.    To the left of that, where it
14    says place/date, do you see that?
15         A.    Yes.
16         Q.    What does it say?
17         A.    I'm not sure what that says.
18    I'm not sure.
19         Q.    Is it possible that it says
20    Madrid?
21         A.    Maybe.
22         Q.    Were you in Madrid in 2003?
23         A.    I don't remember but I've gone
24    to Madrid several times because we have
25    friends there.
```

116

Page 117

```
 1                    C. REYES
 2        Q.    Do you have family there as
 3   well?
 4        A.    No, but they're like family.
 5        Q.    How often would you say you go
 6   to Madrid?
 7        A.    Well, I haven't gone likely.
 8   My friend's husband died.  We were supposed
 9   to go a couple of years ago to the
10   daughter's wedding but we didn't go.
11        Q.    In the early 2000s, did you
12   frequently visit Madrid?
13        A.    We took some trips there.
14        Q.    Were you in Madrid on
15   October 19th, 2003?
16        A.    I'm not sure.  I don't
17   remember.
18        Q.    Do you have any reason to
19   believe that you would have said you were
20   in Madrid if you were not in Madrid?
21        A.    No.
22        Q.    Why is this Maestro card linked
23   to the Lloyds account?
24        A.    I don't know.  I really don't
25   know.
```

117

Catherine Reyes                                    December 1, 2022

Page 118

1                     C. REYES

2          Q.     Did you ultimately receive this

3     card?

4          A.     That was a long time ago.  I

5     don't remember.

6          Q.     Did you ever use a Maestro

7     card?

8          A.     I don't recall.

9          Q.     In the middle of this page,

10     Government Exhibit 3, it says issuing of

11     the ec/Maestro card.  Do you see that?

12          A.     Yeah.

13          Q.     How did you request to receive

14     the Maestro card?

15          A.     I don't recall.

16          Q.     Which box did you check?

17          A.     It says to be picked up at bank

18     counter.  I don't remember this.

19          Q.     Do you recall why you selected

20     that option instead of send per post?

21          A.     No.

22          Q.     Just for clarification, sent

23     for post, what do you understand that to

24     mean?

25          A.     To mail it.

118

Catherine Reyes                                December 1, 2022

Page 119

```
 1                    C. REYES
 2          Q.    Why did you decide not to have
 3     the credit card mailed to your address in
 4     the United States?
 5          A.    I don't remember any of this.
 6          Q.    At the top where it says
 7     account holder -- I know we just went over
 8     this -- but who do you understand this to
 9     be an application for?
10          A.    Say that again.
11          Q.    Who do you understand this
12     application to be for?
13          A.    It looks like a credit card.
14          Q.    Right but to whom, in whose
15     name?
16          A.    Either mine or Dr. Reyes's.
17          Q.    And this document, Government
18     Exhibit 13, is only signed by you, correct?
19          A.    Yes.
20          Q.    Do you recall why Dr. Reyes
21     didn't sign this document?
22          A.    No.  I don't even recall
23     signing it.  This is 20 years ago.  I'm
24     lucky I remember what happened yesterday.
25          Q.    Is that your handwriting at the
```

119

Catherine Reyes                                    December 1, 2022

Page 120

```
 1                      C. REYES
 2      bottom of Government Exhibit 13?
 3              A.    It seems as though it is.
 4                   MS. GLEN:  I'm now going to ask
 5              the court reporter to mark as next
 6              exhibit as Government Exhibit 14.
 7                   (Whereupon, UBS Billing
 8              Statement was marked as Government
 9              Exhibit 14 for identification as of
10              this date by the Reporter.)
11              Q.    Before we discuss Government
12      Exhibit 14, did you ever travel to Madrid
13      without Dr. Reyes?
14              A.    Never.
15              Q.    You always traveled together?
16              A.    Yes.
17              Q.    Did you ever go with any of
18      your children?
19              A.    To Madrid?
20              Q.    Yes.
21              A.    No.
22              Q.    Did you have ever visit a
23      Lloyds Bank in Madrid?
24              A.    I don't recall.
25              Q.    Did you ever visit a UBS Bank
```

120

Page 121

1                    C. REYES

2       in Madrid?

3            A.     I don't recall.

4            Q.     When you made your visits to

5       Madrid, did you do things on your own or

6       did you always go places with Dr. Reyes?

7            A.     With Dr. Reyes.

8            Q.     Returning to Government

9       Exhibit 14, this has been Bates marked

10      Lloyd 00251 through Lloyds 002455.  Whose

11      credit card is this a statement for?

12           A.     My name is on it.

13           Q.     Where do you see your name?

14           A.     At the top.

15           Q.     It's spelled with a K, correct?

16           A.     Yes.

17           Q.     That's your name?

18           A.     Yeah.

19           Q.     Below your name, it says a

20      series of numbers, correct?

21           A.     Yes.

22           Q.     Within that series of numbers

23      is ████250, correct?

24           A.     Yes.

25           Q.     Is that the account at Lloyds

                         121

Page 122

1                         C. REYES
2       Bank that's at issue in this litigation?
3             A.    I don't know.
4             Q.    I direct your attention back to
5       Government Exhibit 13.  What is the account
6       number listed on Government Exhibit 13?
7             A.    It's the same.
8             Q.    When you say the same, you're
9       referring to the number that appears under
10      your name on Government Exhibit 14?
11            A.    Yeah.
12            Q.    Why is this statement addressed
13      to Lloyds and not you as an individual?
14            A.    I don't know.
15            Q.    Did you request that this
16      statement go to Lloyds instead of you as an
17      individual?
18            A.    I don't remember.
19            Q.    Was this credit card, UBS
20      credit card, paid by the Lloyds account?
21            A.    I don't remember.
22            Q.    I direct your attention to
23      Government Exhibit 11.  The final page,
24      Bates marked IRS 0001581, the second entry
25      dated May 24, 2011, that says UBS card
                          122

Catherine Reyes                                December 1, 2022

Page 123

1                       C. REYES
2       Center AG.  Is this payment to pay the
3       credit card, that is a statement for which
4       is labeled Government Exhibit 14?
5              A.    Which one is that?  I don't
6       even see it.
7                    MR. LERNER:  I believe Ms. Glen
8                is asking you to look at that number
9                and cross reference with this.
10                   MS. GLEN:  Just if it's the
11               same credit card.
12                   MR. LERNER:  Just not the same
13               amount?
14                   MS. GLEN:  Just the credit
15               card.
16                   MR. LERNER:  Can you answer
17               that question?
18                   THE WITNESS:  No.
19             Q.    Is that answer "no" to my
20       question or to Mr. Lerner's?
21             A.    To both.  I don't remember any
22       of this.
23             Q.    Did you have another credit
24       card other than the one for which
25       Government Exhibit 14 is a statement with
                          123

Page 124

1                    C. REYES
2      UBS in 2011?
3           A.    I don't remember.
4           Q.    Did Dr. Reyes?
5           A.    I don't know.
6           Q.    What was the credit card for
7      which the statement in Government
8      Exhibit 14 used for?
9                 MR. LERNER:  Is the UBS credit
10            card that you're thinking of, is it
11            the same as the Maestro card, are
12            they one or the same?
13                MS. GLEN:  If Mrs. Reyes can
14            answer that question, she may.
15                MS. LERNER:  Let's read back
16            the question, the original question
17            that Ms. Glen asked.
18                (Whereupon, the referred to
19            question was read back by the
20            Reporter.)
21           A.    I don't remember a credit card.
22           Q.    If you can take a moment to
23      review the entries for Government
24      Exhibit 14 under the text column.  Do these
25      appear to be personal expenses?
                        124

Page 125

                              C. REYES

1

2        A.      They seem to be.

3        Q.      Were you in Paris in 2007?

4        A.      I may have been but I don't

5    remember.

6        Q.      Have you been to Paris before?

7        A.      Yeah.

8        Q.      How many times have you been to

9    Paris?

10       A.      I was there before the COVID

11   with my son.

12       Q.      You've been there before that

13   time?

14       A.      Yeah, I have.

15       Q.      Do you recall when?

16       A.      No.

17       Q.      Have you ever authorized

18   someone to apply for a credit card on your

19   behalf?

20       A.      No, not that I recall.

21       Q.      Has Dr. Reyes ever applied for

22   a credit card in your name?

23       A.      I don't know.

24              MS. GLEN:  I'm going to ask the

25         court reporter to mark this next

                              125

Catherine Reyes                                    December 1, 2022

Page 126

                              C. REYES
1
2            document as Government Exhibit 15.
3                    (Whereupon, UBS Credit Card
4             Statement was marked as Government
5             Exhibit 15 for identification as of
6             this date by the Reporter.)
7             Q.    Government Exhibit 15 is Bates
8      Stamped Lloyds 002472 through Lloyds
9      002473.  Mrs. Reyes, do you see where it
10     says UBS credit card account, has a number,
11     and then lists a name?
12            A.    Yes.
13            Q.    Is that your name?
14            A.    Yes.
15            Q.    Even though it's Katherine
16     spelled with a K?
17            A.    Yes.
18            Q.    This is a document related to a
19     credit card account, correct?
20            A.    It seems to be.
21            Q.    Whose credit card is this
22     document?
23            A.    My name is on it.
24            Q.    This letter states quote
25     "information for your tax return."  Do you

                               126

Page 127

```
 1                    C. REYES
 2      see that?
 3            A.    Yes.
 4            Q.    What does that mean?
 5            A.    I never saw this letter before.
 6            Q.    What do you understand --
 7            A.    That it should be reported on a
 8      tax return but I never saw this letter
 9      before.
10            Q.    Up on the top --
11            MS. GLEN:  Strike that.
12            Q.    If you can please take a look
13      at Government Exhibit 14 next to Government
14      Exhibit 15.  In Government Exhibit 14, on
15      the right, it says account number and lists
16      a series of numbers.  Do you see that?
17            A.    Yes.
18            Q.    On Government Exhibit 15, it
19      says UBS Credit Card Account and lists a
20      series of numbers, correct?
21            A.    Yes.
22            Q.    Are those numbers the same?
23            A.    They are.
24            Q.    So Government Exhibit 15 is a
25      letter for the credit card account of
```

127

1                         C. REYES

2      Government Exhibit 14, correct?

3            A.    I never saw these before.

4            Q.    I understand, but is Government

5      Exhibit 15 a letter associated with

6      Government Exhibit 14?

7            A.    Right.

8            Q.    Who received documents related

9      to credit cards issued in your name in

10     2007?

11           A.    I never got them.  I never got

12     any of this.

13           Q.    Did you authorize someone to

14     receive documents for you related to

15     foreign credit cards?

16           A.    No, not to my knowledge.  I

17     don't remember.

18                 MS. GLEN:  Off the record.

19                 (Whereupon, an off-the-record

20         discussion was held.)

21           Q.    So the credit card that is

22     listed, or of which Government Exhibits 14

23     and 15 are about, was this credit card

24     linked to the Lloyds Bank account that's at

25     issue in this litigation?

                         128

Catherine Reyes                                    December 1, 2022

Page 129

1                          C. REYES
2          A.     I don't know.
3          Q.     Who opened the credit card with
4     the account number ending in 7578 that is
5     listed in Government Exhibits 14 and 15?
6          A.     I don't remember.
7          Q.     Is anyone else an authorized
8     user of the credit card that's listed in
9     Government Exhibits 14 and 15?
10         A.     I don't know.
11         Q.     When was the credit card opened
12    that is listed in Government Exhibits 14
13    and 15?
14         A.     I don't know.
15         Q.     Where was the credit card
16    opened that is at issue in Government
17    Exhibits 14 and 15?
18         A.     I don't know.
19         Q.     So I know you said you haven't
20    seen Government Exhibits 14 and 15 before;
21    is that correct?
22         A.     Yes.
23         Q.     Did you ever receive any
24    documents associated with the UBS credit
25    card ending in 7585?
                         129

Catherine Reyes                                      December 1, 2022

Page 130

1                         C. REYES
2          A.     Not that I recall.
3          Q.     Did you ever receive any
4     documents associated with any credit card
5     from UBS?
6          A.     I don't remember.
7          Q.     Did anyone other than Dr. Reyes
8     know that you had a bank account with
9     Lloyds Bank?
10         A.     I don't think so.
11                MR. LERNER:  Objection.  We
12           need to narrow the time period down
13           because she testified earlier that
14           her mother-in-law was aware so --
15                MS. GLEN:  I can re-ask the
16           question.
17         Q.     Did anyone, other than Dr.
18    Reyes, know that you had a bank account
19    with Lloyds Bank in 2010, 2011 and 2012?
20         A.     I guess my mother-in-law.
21         Q.     Was she alive in 2010, 2011 --
22         A.     I don't remember when she
23    passed.
24         Q.     Did anyone else know that this
25    account existed in 2010, 2011, and 2012?
                         130

Catherine Reyes                    December 1, 2022

Page 131

1                    C. REYES
2          A.    I don't know.
3          Q.    Did you have any conversations
4     about the Lloyds Bank account with anyone
5     in 2010, 2011 and 2012?
6          A.    Not that I recall but it's
7     possible.  I don't know though.
8          Q.    Other than your CPA, have you
9     ever provided anyone copies of documents
10    related to your Lloyds Bank account that
11    existed in 2010, 2011 and 2012?
12         A.    Not to my knowledge but I don't
13    keep things locked in my house either.
14         Q.    What do you mean by that?
15         A.    I don't have files locked.
16         Q.    Okay.  Are you saying that in
17    the sense that anyone who came into your
18    home could access these documents?
19         A.    I don't think so but you never
20    know what goes on.
21         Q.    Did you ever discuss the Lloyds
22    Bank account that existed in 2010, 2011 or
23    2012 with your son Juan Reyes III?
24         A.    I didn't.
25         Q.    Did you ever discuss that
                         131

Page 132

                          C. REYES
1
2    account that existed in 2010, 2011 and 2012
3    with any of your other children?
4         A.    I don't think so.
5         Q.    Did you ever talk about the
6    Lloyds Bank account with your parents?
7         A.    No.
8         Q.    Do you ever talk to Dr. Reyes'
9    parents about the Lloyds Bank account
10   related to the years 2010, 2011 or 2012?
11        A.    I don't remember.
12        Q.    After the transfer of the funds
13   from the Nicaraguan bank, did you talk to
14   Dr. Reyes' parents about the Lloyds Bank
15   account?
16        A.    My mother-in-law did whatever
17   she did and I'm not sure what she did but
18   she just sort of briefly told me but that's
19   all.
20        Q.    And do you recall what those
21   conversations were about?
22        A.    No, it was too long ago.
23        Q.    When you would have those
24   discussions with her, was anyone else
25   present?

                          132

Catherine Reyes                                December 1, 2022

Page 133

```
 1                    C. REYES
 2          A.    I don't remember.  That was
 3     like 50, over 50 years ago.
 4          Q.    Did you ever communicate with
 5     Lloyds Bank directly?
 6          A.    I don't think so.
 7          Q.    Did you receive phone calls
 8     from representatives at Lloyds Bank?
 9          A.    I never did.
10          Q.    Did Dr. Reyes?
11          A.    I don't know.
12          Q.    Did you receive letters or
13     e-mails from a representative at Lloyds
14     Bank?
15          A.    Not that I remember.
16          Q.    If you were to receive a letter
17     or an e-mail from a bank, would you save
18     that?
19          A.    It depends on what it was.
20          Q.    How would you decide?
21          A.    Whether it looked important
22     enough.
23          Q.    And when you say looked
24     important, how would you make that
25     determination?
```

133

Page 134

```
1                        C. REYES
2            A.     I got an e-mail from Chase; my
3       account is overdrawn by $23, so find out
4       what account.
5            Q.     So would you categorize a
6       document important if it requires immediate
7       action?
8            A.     Probably.
9            Q.     What if it included an account
10      balance like a monthly statement, would
11      that be deemed important to keep?
12           A.     I never recall receiving those.
13           Q.     From Lloyds Bank?
14           A.     (Nodding).
15           Q.     You're nodding.  So from Lloyds
16      Bank, is that what you're saying, you don't
17      recall receiving anything from Lloyds Bank?
18           A.     Right, yes.
19           Q.     Did you have a contact person
20      at Lloyds Bank related to the account in
21      2010, 2011 and 2012?
22           A.     Not that I recall.
23           Q.     Do you know who Bernard
24      Gaughran is, G-A-U-G-H-R-A-N?
25           A.     No.
```

134

Catherine Reyes                                December 1, 2022

Page 135

1                          C. REYES

2          Q.    Did you authorize Lloyds Bank

3     to make disclosures regarding United States

4     withholding taxes to the United States?

5          A.    I don't recall doing that.  I

6     don't recall.

7                 MS. GLEN:  I'm going to ask the

8           court reporter to mark this next

9           document as Government Exhibit 16.

10                (Whereupon, Declaration for US

11          Persons was marked as Government

12          Exhibit 16 for identification as of

13          this date by the Reporter.)

14         Q.    Government Exhibit 16 is Bates

15    stamped Lloyds 000038 to Lloyds 000039.

16    Mrs. Reyes, is that your signature at the

17    bottom of the first page of Government

18    Exhibit 16?

19         A.    Yes but I don't even know what

20    this is.

21         Q.    If you turn the page to the

22    next, which is Bates Stamped Lloyds 000039,

23    whose signature is that?

24         A.    At the bottom?

25         Q.    Yes.

                        135

Catherine Reyes                                    December 1, 2022

                                                    Page 136

 1                      C. REYES
 2          A.    The second thing, that's my
 3     husband, Dr. Reyes.
 4          Q.    Back to the first page of
 5     Government Exhibit 16, this is dated, your
 6     signature is dated, August 28, 2000,
 7     correct?
 8          A.    Yes.
 9          Q.    And you signed this document
10     under option 2; is that correct?
11          A.    Yes.
12          Q.    Option 2 states quote "I do not
13     authorize you to make any disclosure in
14     connection with US withholding tax.  I
15     therefore authorize you to sell all my US
16     securities with you during the course of
17     the year 2000 and I am aware that you will
18     not invest in further US securities on my
19     account."  Did I read that correctly?
20          A.    Yeah, but I don't remember
21     doing this or signing this.
22          Q.    Do you know why you didn't sign
23     under option 1?
24          A.    I don't remember.  I don't
25     remember.
                        136

Page 137

1                    C. REYES

2          Q.    Were you concerned about

3    disclosures for tax purposes?

4          A.    I don't remember.

5          Q.    Did you consult with anyone

6    prior to signing Government Exhibit 16?

7          A.    I don't even remember this

8    letter.

9          Q.    When you would receive or talk

10   with anyone at or from Lloyds Bank, did you

11   consult with anyone prior to responding?

12         A.    I don't even remember that.

13         Q.    Did you receive mail associated

14   with this account when it was still in

15   Nicaragua?

16         A.    No, I don't recall.

17         Q.    Did you receive mail associated

18   with this account when it was at Lloyds

19   Bank in London?

20         A.    I don't think so.

21         Q.    Did you receive mail associated

22   with this account when it was at Lloyds

23   Bank in Switzerland?

24         A.    I don't remember.

25         Q.    Did you ever receive mail from

                        137

Catherine Reyes                                    December 1, 2022

Page 138

```
 1                    C. REYES
 2      Lloyds Bank to an address that wasn't your
 3      home address?
 4            A.    I don't recall.
 5                  MS. GLEN:  I'm going to ask the
 6            court reporter to mark this one-page
 7            document as Government Exhibit 17.
 8                  (Whereupon, Copy of 9/6/02
 9            Eurocard Letter was marked as
10            Government Exhibit 17 for
11            identification as of this date by the
12            Reporter.)
13            Q.    Government Exhibit 17 is Bates
14      marked Lloyds 000015.  Do you recognize
15      this document?
16            A.    No.
17            Q.    Do you recognize the
18      handwriting on this document?
19            A.    It looks like mine.
20            Q.    What is a Eurocard?
21            A.    Some sort of a card I guess.
22            Q.    Is the Eurocard referenced in
23      Document 17 the UBS card that we previously
24      discussed in Government Exhibits 14 and 15?
25            A.    I don't remember this.  This is
```

138

Catherine Reyes                                    December 1, 2022

                                                        Page 139

 1                        C. REYES
 2     20 years ago.  I really don't remember.
 3           Q.    Why did you request Eurocard
 4     statements in 2002?
 5           A.    I don't know.
 6           Q.    Why would Lloyds Bank have
 7     information about your Eurocard statements
 8     in 2002?
 9           A.    I don't know.
10           Q.    Did you ever receive Eurocard
11     statements?
12           A.    Not that I remember.
13           Q.    Directing your attention to the
14     very bottom of Government Exhibit 17.  Who
15     is Fermin Martinez?
16           A.    I can't be sure who that is.
17           Q.    Fermin Martinez is not the name
18     of your friend who lived in Madrid; is that
19     correct?
20           A.    My friend's name is Mellie
21     (phonetic).
22           Q.    What is their last name?
23                 THE WITNESS:  Do you remember
24        Mellie's last name?
25                 MR. REYES:  Martinez.
                        139

Page 140

```
 1                    C. REYES
 2            THE WITNESS:  It's Martinez?
 3        I'm forgetting everything.  It's
 4         really bad.
 5        Q.    Mrs. Reyes, you just asked a
 6    question to your husband, Dr. Reyes; is
 7    that correct?
 8        A.    Yes.
 9        Q.    Do you recall who Fermin
10    Martinez is?  Are they related to or
11    associated with your friend in Madrid?
12        A.    It could be her husband.
13        Q.    You don't recall?
14        A.    I think it might be.
15        Q.    This is your friend's husband
16    who has since passed; is that correct?
17        A.    Yes.
18        Q.    Why did you request that Lloyds
19    Bank sent your Eurocard statements to
20    Mr. Martinez?
21        A.    I don't recall.
22        Q.    Were you in Madrid in September
23    of 2002?
24        A.    I may have been but I don't
25     recall.
```

Catherine Reyes                                    December 1, 2022

Page 141

1                      C. REYES

2          Q.    At the top of Government

3     Exhibit 17, it says attention to Dominic

4     Wicht, W-I-C-H-T.  Who is that?

5          A.    I don't know.  I don't remember

6     that.

7          Q.    Why did you address this

8     document to Mr. Or Ms. Wicht?

9          A.    I don't know.

10         Q.    To the right of that it says

11    attention Mr. Schwid, S-C-H-W-I-D.  Do you

12    see that?

13         A.    I didn't write that.

14         Q.    Okay.

15         A.    You see it's a different

16    handwriting.

17         Q.    The last thing on this exhibit,

18    the top left, it appears it may have been

19    highlighted, it didn't copy great, but do

20    you see the number ████250 right above the

21    word "reasonable"?

22         A.    Vaguely.

23         Q.    Is that the number of the

24    account at Lloyds Bank?

25         A.    I don't know.

141

Page 142

1                    C. REYES

2          Q.    I direct your attention back to

3    Government Exhibit 16.  Is the account

4    number on Government Exhibit 16 the same as

5    the number at the top left corner

6    Government Exhibit 17?

7          A.    It is.

8          Q.    Is that the account number at

9    issue in this litigation?

10         A.    It seems to be.

11         Q.    Did you ever request that

12   Lloyds Bank keep or hold your mail

13   associated with the Lloyds Bank account?

14         A.    I don't remember.

15         Q.    I know we briefly talked about

16   it before the break and I apologize if I

17   already asked it, but what do you

18   understand "keep" or "hold mail" to mean?

19         A.    Yes.

20         Q.    What do you understand that to

21   mean?

22         A.    To hold.

23         Q.    To have the bank hold it?

24         A.    Whomever.

25         Q.    And not send it to you,

142

Page 143

                    C. REYES

1

2     correct?

3          A.    I don't know.

4          Q.    Why did you request that Lloyds

5     Bank keep or hold your mail regarding the

6     account at issue in this litigation?

7                MR. LERNER:  Objection.

8          A.    I don't remember doing that.

9                MS. GLEN:  I'm going to ask the

10            court reporter to mark the next

11            exhibit as Government Exhibit 18.

12               (Whereupon, Lloyds Bank "Keep

13            Mail" Instructions was marked as

14            Government Exhibit 18 for

15            identification as of this date by the

16            Reporter.)

17         Q.    Government Exhibit 18 is Bates

18    Stamped Lloyds 000014.  Mrs. Reyes,

19    directing your attention to the bottom of

20    Government Exhibit 18.  Is that your

21    signature that appears three times?

22         A.    Two times.  I didn't sign on

23    the left.

24         Q.    Do you know who signed your

25    signature on the left?

                    143

Page 144

                        C. REYES

1

2          A.    I have no idea.

3          Q.    I direct your attention now to

4     the furthest right column that says "keep

5     mail instructions."  Do you see that?

6          A.    Yes.

7          Q.    Is this a request from you to

8     have Lloyds Bank keep your mail?

9          A.    I don't remember this.

10          Q.    On the bottom left, do you see

11     a stamp?

12          A.    With an A?

13          Q.    Yes.

14          A.    Yes.

15          Q.    What is that stamp?  Were you a

16     notary at the time this was signed?

17          A.    No.

18          Q.    Do you know what this stamp is?

19          A.    No.

20          Q.    Although you don't recall this

21     document, does this appear to be a keep

22     mail form for Lloyds Bank that was signed

23     by you and Dr. Reyes?

24          A.    It would seem so.

25          Q.    Why did you agree to have

                        144

Page 145

1                    C. REYES

2    Lloyds Bank hold your mail associated with

3    this account?

4         A.    I don't remember that.

5         Q.    Were you concerned about

6    getting mail from this account to your

7    United States address?

8         A.    I don't remember this.

9         Q.    Who had access to your mail in

10   the United States in 2007 to 2013?

11        A.    It's put in a mailbox which is

12   not locked so I don't know.

13        Q.    Were you concerned about how

14   people would handle the mail from Lloyds

15   Bank in that timeframe?

16        A.    I don't remember.

17        Q.    Do you remember when Government

18   Exhibit 18 was signed?

19        A.    Is this 18?

20        Q.    Yes.

21        A.    No.

22        Q.    Do you know how far back it was

23   that you requested Lloyds Bank hold your

24   mail?

25        A.    I don't remember any of that.

                        145

Page 146

```
 1                    C. REYES
 2          Q.    Did you pay fees associated
 3     with the hold mail service?
 4          A.    I don't remember the hold mail.
 5     I don't remember fees.
 6          Q.    I direct your attention to
 7     Government Exhibit 12.  The second page,
 8     Bates Stamped IRS 0001624, there's an entry
 9     dated June 15, 2012.
10               MR. LERNER:  You said Bates
11         Stamped IRS --
12               MS. GLEN:  1624.
13          Q.    The entries dated June 15,
14     2012, what is that debit for?
15          A.    Where it says "keep mail"?
16          Q.    Is that a debit for keep mail
17     fees?
18          A.    That's what it says.
19          Q.    Did you ever challenge this fee
20     on your Lloyds Bank account statement?
21          A.    I never even saw it.
22          Q.    What percentage of your assets
23     joint with Dr. Reyes were included in the
24     Lloyds account from 2010 through 2012?
25          A.    I don't know.
```

146

Page 147

                        C. REYES

1

2      Q.     How about before 2010?

3      A.     I don't know.

4      Q.     Or after 2012?

5      A.     I don't know.

6      Q.     Did you ultimately request that

7  the funds at the Lloyds Bank account be

8  transferred to J.P. Morgan Chase in the

9  United States?

10     A.     I'm not sure how that was done,

11  or how it was requested.

12     Q.     Were the funds transferred to

13  J.P. Morgan Chase in the United States from

14  the Lloyds Bank?

15     A.     I think they may have been,

16  yes.

17     Q.     You said you didn't know how

18  that was done.

19     A.     No.

20     Q.     Do you know who was involved in

21  that process?

22     A.     No.  I don't remember.

23     Q.     Did you have any discussions

24  with anyone about the transfer of funds

25  from the Lloyds Bank to J.P. Morgan Chase?

                        147

Catherine Reyes                                    December 1, 2022

                                              Page 148

                            C. REYES

 1        A.    I don't remember that, how it

 2   was done.

 3        Q.    How do you know that it was

 4   done?

 5        A.    Because you're showing me all

 6   these papers.

 7        Q.    I don't believe I've shown you

 8   one yet about the transfer to Chase.  Did

 9   you talk to anyone about that transfer

10   prior to today?

11        A.    Not that I recall.

12             MS. GLEN:  I'm going to ask the

13          court reporter to mark the next

14          document as Government Exhibit 19.

15             (Whereupon, 1/31/12 Letter to

16          Mr. Patrick Weber was marked as

17          Government Exhibit 19 for

18          identification as of this date by the

19          Reporter.)

20             MS. GLEN:  It's a one-page

21          document Bates stamped REY 000049.

22        Q.    I direct your attention to the

23   bottom of this page of Government

24   Exhibit 19.  Mrs. Reyes, is that your

                            148

Page 149

```
 1                      C. REYES
 2      signature?
 3            A.    And my husband's.
 4            Q.    Yes, that's your signature?
 5            A.    That's my signature.
 6            Q.    Have you seen this letter
 7      before?
 8            A.    I don't remember it.
 9            Q.    Sorry, I didn't hear you.
10            A.    I don't remember it.
11            Q.    Did you write this letter?
12            A.    No.
13            Q.    I'll ask you to read the main
14      paragraph in the body of the letter.
15                  MR. LERNER:  Out loud or to
16             herself?
17            Q.    To yourself please.  The
18      sentence that says "we hereby revoke," what
19      did you mean by that sentence?
20            A.    I don't know what that means.
21            Q.    Were you originally planning on
22      wiring the balance of the Lloyds Bank
23      account to UBS AG in Zurich?
24            A.    I don't recall.
25            Q.    Why did you ultimately decide
```

149

```
 1                    C. REYES
 2    not to wire the balance of the account to
 3    UBS AG in Zurich?
 4         A.    I don't recall.  All I remember
 5    is -- I don't remember.
 6         Q.    What do you remember you were
 7    going to say?
 8         A.    I don't remember.
 9         Q.    What do you remember about this
10    transfer in or around 2012?
11         A.    We didn't do it.  Our lawyer
12    did it.
13         Q.    Who was your lawyer at the
14    time?
15         A.    Douglas Allen.
16         Q.    Did you speak with Mr. Allen
17    about this transfer?
18         A.    No.
19         Q.    Did your husband, Dr. Reyes?
20         A.    I think so.
21         Q.    Do you know anyone else who was
22    involved in those conversations with Mr.
23    Allen?
24         A.    No.
25               MR. LERNER:  Let's go off the
                        150
```

Page 151

1                        C. REYES

2          record.

3                (Whereupon, an off-the-record

4           discussion was held.)

5          Q.    The second main paragraph says

6     quote  "we intend to regularize our account

7     and resolve any and all reporting issues."

8     Do you see that?

9          A.    No.

10         Q.    The second sentence of the

11    second paragraph.

12         A.    Okay.

13         Q.    What does that sentence mean?

14         A.    Report it to the IRS.

15         Q.    So as of January 31, 2012, you

16    intended to report your Lloyds Bank

17    accounts to the IRS?

18         A.    I don't remember, but I guess

19    so.

20         Q.    Do you know when this transfer

21    occurred?  When I say "this transfer", I

22    mean from the Lloyds Bank account to Chase

23    Bank.

24         A.    I don't know.  I don't know

25    exactly when it was, no.

151

Catherine Reyes                                December 1, 2022

                                              Page 152

                          C. REYES

1

2        Q.    What is the current status of

3   the Lloyds Bank account?

4        A.    The current status?  It's all

5   loaned out to pay for that renovation for

6   424.

7        Q.    So is the Lloyds Bank account

8   closed or is it still open?

9        A.    It's closed.

10       Q.    Did it close after this

11  transfer discussed in Government

12  Exhibit 19?

13       A.    Yes.

14       Q.    Why did you close the Lloyds

15  Bank account?

16       A.    Because we decided to transfer

17  the money here.

18       Q.    What was the balance of the

19  Lloyds Bank account when you closed it?

20       A.    I'm not sure.  About maybe

21  2 million.

22       Q.    Was that at the time of the

23  transfer or when you ultimately closed it?

24       A.    Ultimately.

25       Q.    What happened with the money

                        152

Page 153

                              C. REYES
1
2       that was in the Lloyds Bank account at the
3       time of the transfer?
4              A.     What happened to it?
5              Q.     Yes.
6              A.     It was all transferred here.
7              Q.     And then is that the money you
8       said is currently tied up in the
9       renovation?
10             A.     Yes.
11             Q.     Is there any portion of that
12      money that is not tied up in the renovation
13      of 424 Avaline?
14             A.     Not really.  It's all been
15      invested.
16             Q.     When you say invested --
17             A.     In the renovation.
18             Q.     When the transfer occurred, was
19      all of the money transferred to J.P. Morgan
20      Chase or was it sent to different places?
21             A.     What do you mean different
22      places?
23             Q.     Did it go to anywhere else
24      other than Chase?
25             A.     No, just Chase.

                             153

Catherine Reyes                                    December 1, 2022

Page 154

```
 1                        C. REYES
 2          Q.    Did you ever fax information to
 3      Lloyds Bank?
 4          A.    No, not that I recall.
 5          Q.    Before you decided to move the
 6      account balance from Lloyds to J.P. Morgan
 7      Chase, did you ever consider selling or
 8      moving the account, or portions of the
 9      account, domestically or to other financial
10      institutions other than Chase?
11          A.    No.
12          Q.    Did you ever speak with any of
13      your tax advisors about potentially moving
14      portions of the Lloyds Bank account
15      domestically or to another foreign account?
16          A.    Not that I recall.
17          Q.    Did you speak with anyone at
18      Lloyds Bank about moving the account, or
19      portions of the account, domestically or to
20      another foreign account?
21          A.    I don't remember.
22                MR. LERNER:  Off the record.
23                (Whereupon, an off-the-record
24           discussion was held.)
25          Q.    In the last two questions I
                          154
```

Page 155

                              C. REYES

1

2    asked about moving money domestically.

3         A.    Yes.

4         Q.    I was referring to moving it

5    somewhere within the US other than Chase

6    Bank, not within Switzerland where it

7    currently was.  Was that your understanding

8    when you answered those two questions?

9         A.    It all went to Chase.

10        Q.    Was that your understanding of

11   how I was asking the last two questions?

12        A.    I think so.

13              MS. GLEN:  I'm going to ask the

14         court reporter to mark this next

15         document as Government Exhibit 20.

16              (Whereupon, Lloyds Background

17         Document was marked as Government

18         Exhibit 20 for identification as of

19         this date by the Reporter.)

20        Q.    Mrs. Reyes --

21        A.    I don't know what this means.

22        Q.    Government Exhibit 20 is Bates

23   Stamped Lloyds 000033 and Lloyds 000034.

24   Please take a second to review this

25   document.

                              155

Catherine Reyes                                    December 1, 2022

                                                      Page 156

1                        C. REYES
2              A.     I don't know what this means.
3              Q.     On the first page of Government
4        Exhibit 20, does your name appear with Dr.
5        Reyes's?
6              A.     No.
7              Q.     On the top left corner.
8              A.     Yes.
9              Q.     And then the account number
10       listed, is that the account number at
11       Lloyds Bank that's at issue in this
12       litigation?
13             A.     Yeah it seems to be.
14             Q.     Please review the paragraph at
15       the bottom of this first page.  Starting at
16       the third sentence that starts "their son
17       is working for a New York brokerage house
18       and he has given them input on the final
19       structure."  What does this sentence mean?
20             A.     I don't know.  I don't remember
21       this.
22             Q.     Did your son work for a New
23       York brokerage house in 1994?
24             A.     I had a son who now died and he
25       died in a car accident and I don't know

                            156

Page 157

1                    C. REYES
2       what he was doing.
3            Q.    Did he work in finance?
4            A.    For a short time he may have,
5       yes.
6            Q.    Is this sentence referring to
7       Juan Reyes III?
8            A.    No, he's a lawyer.
9            Q.    So this sentence is referring
10      to your son who has since passed?
11           A.    If this is what it is.
12           Q.    Did your son, who has passed,
13      provide you with any financial advice?
14           A.    I don't remember.  I didn't
15      listen to -- you know, when you have
16      kids --
17           Q.    And then I direct your
18      attention to the second page.  This is not
19      your handwriting, correct?
20           A.    No, it's not.
21           Q.    I read this note to say
22      "clients contacted by phone and fax to
23      advise the necessity to sell the US stocks
24      in view of reporting regulation to IRS."
25           A.    I totally don't remember this.

157

Catherine Reyes                                December 1, 2022

Page 158

1                    C. REYES

2         Q.    Did I read that correctly?  Is

3    that also how you read this note?  I'm not

4    asking about the accuracy of the statement

5    right now.  Did I read it correctly?

6              MR. LERNER:  Almost perfectly.

7         You left out the A in USA and we'll

8         stipulate you read it correctly.

9              MS. GLEN:  Let's go off the

10        record for a second.

11             (Whereupon, an off-the-record

12        discussion was held.)

13        Q.    Going back on the record after

14   our unexpected break due to technical

15   failure but we're still looking at

16   Government Exhibit 20.  Mrs. Reyes, during

17   our break, did you talk to anyone about the

18   testimony you're giving?

19        A.    No.

20        Q.    Are you still feeling okay?  I

21   know you mentioned you were a little dizzy

22   earlier.

23        A.    (Motioning).

24        Q.    You're so so?

25        A.    Yeah.

                    158

Catherine Reyes                                    December 1, 2022

Page 159

1                      C. REYES
2          Q.    Please let me know if you need
3     to take a break.
4          A.    Okay.  I'll just pass out.
5          Q.    Please don't.  I direct your
6     attention back to Government Exhibit 20,
7     the second page.  I read portion of this
8     page.  "Client contacted by phone and fax
9     to advise the necessity to sell the USA
10    stocks in view of reporting regulations to
11    IRS."  Did I read that correctly?
12         A.    That's what it says.
13         Q.    What does this sentence mean?
14         A.    I don't know what it means and
15    I don't remember it.  I truly don't.
16         Q.    Where it says "clients," was
17    that you who contacted Lloyds Bank?
18         A.    I don't remember.  That was a
19    long time ago, '95.
20         Q.    Did you have any contact with
21    Lloyds Bank in 1995?
22         A.    Not that I remember.
23         Q.    What were the concerns about
24    tax reporting requirements associated with
25    the Lloyds Bank account in 1995?
159

Page 160

                          C. REYES

1
2        A.    I don't know.

3        Q.    Did Dr. Reyes have any concerns

4   about the tax reporting requirements in

5   1995?

6        A.    I really don't know.

7        Q.    Did you decide the United

8   States stocks needed to be sold or did

9   someone else?

10       A.    I don't know.  I don't

11  remember.

12       Q.    What ultimately happened?  Were

13  the United States stocks sold in or around

14  1995?

15       A.    I don't know.  I don't

16  remember.  I don't know.

17       Q.    Earlier we talked about the

18  percentage of assets that the Lloyds Bank

19  account made up for you and Dr. Reyes.  Do

20  you remember when we talked about that?

21       A.    I think.

22       Q.    Was the Lloyds Bank account a

23  big part of your wealth between 2010 and

24  2012?

25            MR. LERNER:  Objection.  Lack

                         160

Page 161

                           C. REYES

 1
 2              of foundation.  You haven't
 3              established that she was even aware
 4              of the total amount in the Lloyds
 5              account at the time.
 6                   THE WITNESS:  I agree with
 7              Richard.
 8         Q.    Were you aware that you had the
 9    Lloyds Bank account in 2010, 2011, and
10    2012?
11         A.    I knew something existed.
12         Q.    You didn't know it as the
13    Lloyds Bank account; is that fair?
14         A.    Yeah.
15         Q.    If you can pull up Government
16    Exhibit 8, page 2, Bates Stamped IRS 1419.
17    It shows the total assets for the Lloyds
18    Bank account as of March 31, 2012.  Do you
19    see that number?
20         A.    Yes.
21         Q.    Just over $2 million, correct?
22         A.    Right.
23         Q.    In 2012, was that a large
24    portion of your wealth?
25         A.    Would I -- yeah.

                           161

Page 162

                              C. REYES

1                             MR. LERNER:  Are you asking in

2              hindsight or at the time?

3                             MS. GLEN:  Right now.

4         A.     I think, looking at those

5    numbers, I would say 90 percent.

6         Q.     So in 2012, just over

7    $2 million was 90 percent of your total

8    assets?

9         A.     I would think so looking at the

10   the numbers.

11        Q.     Based on Government Exhibit 8,

12   that's your position?

13        A.     Which was 8?

14        Q.     The number you just looked at.

15        A.     Okay.

16        Q.     Other than the Lloyds Bank

17   account, have you ever had a foreign

18   financial account?

19        A.     Not to my knowledge.

20        Q.     Did you ever have an account,

21   other than the credit card account at UBS

22   in Switzerland?

23        A.     Chase.

24        Q.     And other than the domestic

                              162

                                        Page 163

 1                        C. REYES
 2      Chase account, did you have a bank account
 3      in Switzerland at UBS?
 4           A.    Did I have a bank account in
 5      UBS?  Not to my knowledge.
 6                MS. GLEN:  I'm going to ask the
 7                court reporter to mark our next
 8                document as Government Exhibit 21.
 9                (Whereupon, KYC Information
10                Document was marked as Government
11                Exhibit 21 for identification as of
12                this date by the Reporter.)
13           Q.    Government Exhibit 21 is Bates
14      Stamped Lloyds 000042 through Lloyds
15      000044.  I direct your attention to the
16      middle of this page on the left column.  It
17      states "client has been long standing
18      client of bank since 1994.  Client banked
19      with UBS but were not satisfied with their
20      service and decided to open an account with
21      Lloyds."  Did I read that correctly?
22           A.    But that's not true.
23           Q.    Did I read it correctly?
24           A.    Yeah and residency, Guatemala,
25      that's not true.  I don't know where all

                           163

Page 164

                        C. REYES

1

2      this is coming from.

3          Q.    When you say that statement

4      that I read is not true, what portion do

5      you contend is not true?

6          A.    I don't know what this means.

7          Q.    I just ask you to focus on that

8      one portion I read.

9          A.    "Client has long been standing

10     client of bank since 94.  Client banked

11     with UBS but not satisfied with" -- I was

12     -- this is --

13         Q.    What portion of those two

14     sentences is untrue in your opinion?

15         A.    We never banked with UBS, it

16     was just Lloyds.

17         Q.    Additionally on right side

18     under the source of wealth heading, it says

19     quote "wealth was generated through his

20     medical practice.  In the 1990s they were

21     invested in technology shares and made a

22     large part of their money buying shares on

23     recommendations of their stockbroker son."

24     The sentence goes on but end quote.  Did I

25     read that correctly?

                        164

Catherine Reyes                                    December 1, 2022

Page 165

1                         C. REYES

2          A.    You did.

3          Q.    Is that statement correct?

4          A.    No, I don't think so.

5          Q.    What portion of that statement

6     is incorrect in your opinion?

7          A.    My stockbroker son.  I don't

8     remember doing these things with my

9     stockbroker son.

10         Q.    Was your son Alex a

11    stockbroker?

12         A.    Not really.

13         Q.    What makes you say "not

14    really"?

15         A.    Because he didn't have -- he

16    may have worked around there but he wasn't

17    a stockbroker.  He didn't sell and buy

18    stocks.

19         Q.    Did he have education or

20    knowledge about stocks?

21               MR. LERNER:  Objection.

22         Q.    As best you know?

23         A.    I don't know.

24         Q.    Did Alex attend school after

25    high school?

165

Page 166

                        C. REYES
1
2           A.    Yeah.
3           Q.    Where did you go to school?
4           A.    Villanova.
5           Q.    What did he study at Villanova?
6           A.    Liberal arts I think.
7           Q.    Do you know what subsection of
8    liberal arts he studied?
9           A.    I don't know.
10          Q.    Did he continue his education
11   after Villanova?
12          A.    No.
13          Q.    Where did he move after he
14   completed school?
15          A.    He lived at home.
16          Q.    He lived with you?
17          A.    Like my daughter.
18          Q.    Where did your daughter go to
19   school?
20          A.    What's the name of the school?
21   I forget.  The catholic school in the city.
22   Marymount.
23          Q.    What did she study?
24          A.    Education I think.  She's a
25   part time teacher.

                         166

Catherine Reyes                                    December 1, 2022

                                                        Page 167

1                        C. REYES

2          Q.     In the city?

3          A.     Yeah.

4          Q.     You testified that the source

5     of funds for this account, the Lloyds

6     account, was from Dr. Reyes' parents,

7     correct?

8          A.     Yes.

9          Q.     Was there another source of

10    funds for the Lloyds account?

11         A.     No.  My mother-in-law is the

12    one who started that account, my in-laws.

13         Q.     I understand that it's your

14    testimony that she started the account but

15    did anyone add any funds to the account

16    after it was started?

17         A.     She may have.

18         Q.     "She" being your mother-in-law?

19         A.     Mm-hmm.

20         Q.     Sorry, you said mm-hmm.

21                MR. LERNER:   "Mm-hmm" isn't an

22           answer.

23         A.     Yes.

24         Q.     Did you ever make deposits into

25    the Lloyds Bank account through funds

                          167

Catherine Reyes                                    December 1, 2022

Page 168

1                        C. REYES

2        generated through Dr. Reyes' medical

3        practice?

4              A.    I don't recall.

5              Q.    Did you ever deposit funds into

6        the Lloyds Bank account, or were funds ever

7        credited into the Lloyds Bank account from

8        investments in technology shares?

9              A.    I don't know.

10             Q.    Did you monitor the funds going

11       in and out of the Lloyds Bank account?

12             A.    No.

13             Q.    Do you know who did?

14             A.    I don't really know.

15             Q.    You don't really know, what

16       does that mean?

17             A.    That I don't know.

18             Q.    Up on the top left corner of

19       this page, it says client number.

20             A.    Which page is that?

21             Q.    The first page of Government

22       Exhibit 21, it says ███250.  That's the

23       account number at issue in this litigation,

24       correct?

25             A.    Mm-hmm.

                        168

Page 169

1                    C. REYES

2        Q.    Did you mean yes?

3        A.    Yes.

4        Q.    We're done with Government

5   Exhibit 21.  One more question associated

6   with Government Exhibit 21.  It says

7   primary A/E and it lists a name.

8        A.    I don't know.

9        Q.    Do you remember that name?

10       A.    Where?

11       Q.    At the top left hand portion of

12  Government Exhibit 21.

13       A.    No.

14       Q.    You hesitated.  What was the

15  cause of your hesitation?

16       A.    Because I don't remember.

17       Q.    Under the SKP, over to the

18  right of the primary A/E, do you recognize

19  that name?

20       A.    Which name?

21            MR. LERNER:  It looks like the

22       name is Natasha Lugon.

23       Q.    You do not recognize that name?

24       A.    No.

25       Q.    The name to the right of the

                    169

Catherine Reyes                                    December 1, 2022

Page 170

1                        C. REYES

2        SKP says L-U-G-O-N M-O-U-L-I-N, Natasha.

3        You don't recognize that name?

4              A.    No.  I have no idea.

5              Q.    This document also says quote

6        "met clients for first time in 31.03.2006,

7        referencing March 31, 2006, on a business

8        trip to London by Bernard Gaughran,

9        G-A-U-G-H-R-A-N.  Did you meet with a

10       person by that name on March 31, 2006?

11             A.    I don't remember.

12             Q.    Did Dr. Reyes meet with a

13       person by that name on March 31, 2006?

14             A.    I don't know.

15             Q.    Did Dr. Reyes ever go to the

16       United Kingdom without you?

17             A.    I don't think so.

18             Q.    So when it says clients, who is

19       it referring to?

20             A.    I suppose us.

21             Q.    When you say "us," you mean you

22       and Dr. Reyes?

23             A.    Yes.

24             Q.    Are you familiar with a report

25       of foreign bank and financial account

                        170

Catherine Reyes                                    December 1, 2022

                                                        Page 171

 1                        C. REYES

 2      requirement often referred to as FBAR

 3      requirement?

 4           A.    No.

 5           Q.    Are you familiar that if a US

 6      person filing a tax return has an interest

 7      in a foreign financial account, over a

 8      certain amount, they have to report that on

 9      their returns?

10           A.    Now I am.

11           Q.    Other than when I just stated

12      that, did you know what an FBAR requirement

13      was?

14           A.    No idea.

15                MR. LERNER:  Can we talk for a

16           minute?

17                MS. GLEN:  Is this going to be

18           on the record?

19                MR. LERNER:  Sure.  Mrs. Reyes,

20           there came a time that you learned

21           about what FBAR is?  You've heard the

22           term FBAR --

23                THE WITNESS:  I vaguely heard

24           it but I really don't know.

25                MS. GLEN:  I can do some

                           171

                         C. REYES

1

2         followup.

3         Q.    I'm not asking for substance of

4    conversations but have you talked about the

5    FBAR requirement with Mr. Lerner before

6    today?

7         A.    No, I don't remember discussing

8    about that.

9         Q.    Did Lloyds Bank, or any of the

10   predecessor banks of the account that we've

11   been talking about today, ever discuss an

12   FBAR filing requirement with you?

13        A.    No.

14        Q.    Did Lloyds Bank, or any of the

15   predecessor banks, regarding the financial

16   account at issue in this lawsuit, ever

17   provide you with any documentation that

18   discussed an FBAR requirement?

19        A.    Not that I recall.

20        Q.    Did Lloyds Bank, or any of the

21   predecessor banks, regarding the financial

22   account at issue in this lawsuit, ever talk

23   with you about United States tax reporting

24   requirements?

25        A.    Not that I recall.

                         172

Catherine Reyes                              December 1, 2022

Page 173

1                    C. REYES

2          Q.    Have you ever filed an FBAR or

3    report of foreign bank and financial

4    account?

5          A.    No.

6          Q.    Before today, did you know you

7    had an FBAR reporting requirement for the

8    Lloyds Bank account for 2010 to 2012?

9          A.    Well, I know Sidney Yoskowitz

10   filed all those papers so I guess that's

11   what you're talking about.

12         Q.    So did Mr. Yoskowitz talk with

13   you about those papers you're referencing

14   before filing?

15         A.    No.

16         Q.    Did he obtain a signature from

17   you on the papers you're referring to

18   before filing?

19         A.    I don't remember.  He just gave

20   them to the attorney.

21         Q.    Did you review any FBAR

22   paperwork provided to you from your

23   attorney before it was filed with the IRS?

24         A.    No.

25         Q.    Were you interviewed by the IRS

173

Catherine Reyes                                    December 1, 2022

Page 174

1                         C. REYES
2       regarding the FBAR for 2010 through 2012?
3             A.    We had some sort of telephone
4       interview at the office.
5             Q.    With the IRS?
6             A.    Mm-hmm.
7             Q.    When you say "mm-hmm," what do
8       you mean?
9             A.    Yes.
10            Q.    Who did you speak with at the
11      IRS?
12            A.    I have no idea.
13            Q.    But it was someone from the
14      IRS, correct?
15            A.    Yeah, a group of people.
16                 MS. GLEN:   I'm going to ask the
17             court reporter to mark the next
18             document as Government Exhibit 22.
19                 (Whereupon, Offshore Voluntary
20             Disclosure was marked as Government
21             Exhibit 22 for identification as of
22             this date by the Reporter.)
23            Q.    Before we look at Government
24      Exhibit 22, did you ever seek advice on
25      United States tax reporting requirements

174

Page 175

                        C. REYES

1    for the Lloyds account?

2           A.    No.

3           Q.    Did you ever seek advice on any

4    other US reporting requirements for the

5    Lloyds account?

6           A.    I don't remember.

7           Q.    Government Exhibit 22 is Bates

8    Stamped IRS 0000275 through IRS 0000284.

9    Before we look at the specific document,

10   did you provide documents to the IRS during

11   or prior to the telephone interview for

12   FBAR from 2010 to 2012?

13              MR. LERNER:  Objection.

14          Q.    You may answer.  Did you

15   provide documents?

16              MR. LERNER:  Did you personally

17       give documents?

18          A.    No, a lawyer did, if there were

19   documents.

20          Q.    Did you meet with your lawyer

21   prior to the interview with the IRS that

22   you're referring to as a telephone

23   interview?

24          A.    I think we may have.

25                      175

Page 176

                          C. REYES

1

2        Q.    And you provided your lawyer

3    with documents about --

4        A.    I didn't.

5        Q.    Who did?

6        A.    Sidney Yoskowitz.

7        Q.    Where did Mr. Yoskowitz get

8    those documents that were given to the

9    attorney?

10       A.    I'm not sure.  I don't know.

11       Q.    Did Mr. Yoskowitz obtain

12   documents from anyone other than you or Dr.

13   Reyes about your financial accounts?

14       A.    I don't know.

15       Q.    Did you authorize Mr. Yoskowitz

16   to obtain information about your financial

17   accounts?

18       A.    Possibly.  I don't remember.

19       Q.    When you were interviewed by

20   the IRS, were you represented by Counsel

21   during the interview?

22       A.    Counsel was present.

23       Q.    Who else was present during

24   that phone call?

25       A.    My husband.

                          176

Catherine Reyes                              December 1, 2022

Page 177

                          C. REYES
1
2        Q.    So it was you, Dr. Reyes, and
3    your attorney?
4        A.    It was like a conference call.
5        Q.    You just nodded your head.
6    Does that mean yes?
7        A.    It was a conference call.
8        Q.    You're still nodding your head.
9    Does that mean yes?
10       A.    Ask the question again.
11       Q.    Were you, Dr. Reyes, and your
12   attorney present for the interview with the
13   IRS?
14       A.    Yes.
15             MR. LERNER:  Off the record.
16             (Whereupon, an off-the-record
17          discussion was held.)
18       Q.    What was the name of the
19   attorney present for the IRS interview?
20       A.    Doug Allen.
21       Q.    Is this the same attorney whose
22   name was referenced earlier in the letter?
23       A.    Yes.
24       Q.    Was there any other attorney
25   present for that call?

                          177

Catherine Reyes                                    December 1, 2022

Page 178

1                    C. REYES

2        A.    There was somebody else -- I

3   don't know who it was -- who worked in the

4   same office.

5        Q.    Your son also worked in that

6   office, correct?

7        A.    Yeah but he wasn't present.

8        Q.    Did you request entry into the

9   offshore voluntary disclosure program with

10  the IRS?

11       A.    Yes.

12       Q.    When did you do that?

13       A.    I don't remember.

14       Q.    Why did you request entry into

15  the offshore voluntary disclosure program?

16       A.    I don't remember why.

17       Q.    Did anyone advise you to enter

18  into the offshore voluntary disclosure

19  program?

20       A.    I don't know.  I don't

21  remember.

22       Q.    Did you seek advice on whether

23  you should enter the offshore voluntary

24  disclosure program?

25       A.    I suppose I did but I don't

                    178

Catherine Reyes                                    December 1, 2022

Page 179

```
 1                      C. REYES
 2     remember.
 3          Q.    Who did you seek advice from?
 4          A.    If I did seek advice, it would
 5     have been from Doug Allen.
 6          Q.    Now you can focus your
 7     attention on Government Exhibit 22.
 8          A.    Almost done?
 9          Q.    Do you need a break?
10          A.    (Shakes head).
11          Q.    You're shaking your head no,
12     correct?
13          A.    (Nodding).
14          Q.    Now you're shaking your head
15     yes.  The first page of Government
16     Exhibit 22 says offshore voluntary
17     disclosure, correct?
18          A.    This one?
19          Q.    Yes.
20          A.    Yeah.
21          Q.    This document is dated March 4,
22     2014, and is addressed to the IRS, correct?
23          A.    Yes.
24          Q.    Moving to the fourth page,
25     Bates Stamped IRS 0000278, is that your
```

179

Catherine Reyes                                December 1, 2022

Page 180

```
 1                    C. REYES
 2    signature?
 3         A.    Yes.
 4         Q.    And above your signature, is
 5    that your husband's, Dr. Reyes, signature?
 6         A.    Yes.
 7         Q.    Did you sign this document
 8    under penalty of perjury, stating that
 9    everything within it, to the best of your
10    knowledge and belief, is true and correct
11    and complete?
12         A.    I just signed it.
13         Q.    Did you sign it under the
14    penalty of perjury?
15         A.    I wasn't thinking about
16    perjury.
17         Q.    Why is that?
18         A.    I was told to sign it and I
19    signed it.
20         Q.    Is everything in this document
21    true, accurate and complete?
22         A.    I think so.
23         Q.    Is this a true and correct copy
24    of the offshore voluntary disclosure
25    letter, and attachments to offshore
```

180

Catherine Reyes                                    December 1, 2022

                                                        Page 181

 1                       C. REYES

 2        voluntary disclosure letters that you

 3        signed it and send to the IRS, on or about

 4        March 4, 2014?

 5             A.    If that's what it says.

 6             Q.    Ultimately did you withdraw

 7        from the offshore voluntary disclosure

 8        initiative for 2005 through 2012?

 9             A.    Yeah, because we felt they

10        wanted too much money.

11             Q.    When did you withdraw?

12             A.    I don't remember.

13             Q.    You said you withdrew because

14        you thought they were asking for too much

15        money.  How did you come to that

16        determination?

17             A.    It was more than half of the

18        amount of money.  We paid about $250,000 in

19        taxes and they wanted like 600 and I don't

20        know how many thousand dollars.  That was

21        more than half.

22             Q.    Who came to the determination

23        that you should withdraw from this program?

24             A.    My husband and I, I guess.

25             Q.    Did you seek advice from anyone

                         181

Page 182

                        C. REYES
1
2     prior to making this determination to
3     withdraw?
4          A.    We spoke to the lawyer.
5          Q.    When you say the lawyer, who
6     are you talking about?
7          A.    Doug Allen.
8          Q.    Did you speak with anyone else
9     for advice?
10         A.    No.
11         Q.    I'm showing you what has been
12    marked --
13         A.    And he agreed with us it was
14    too much money and on top of that, they
15    wanted -- I mean it's ridiculous the amount
16    of money they wanted.  Then they said they
17    wanted a million dollars, a million dollars
18    plus the 200 whatever.
19         Q.    When you "say," who are you
20    referring to?
21         A.    IRS.
22         Q.    Do you know who you spoke with?
23         A.    I don't know.  We spoke to
24    several people but I mean it's not right,
25    when that's all the money you have, and
                        182

Catherine Reyes                                December 1, 2022

Page 183

```
 1                    C. REYES
 2      then you see them spending all this money,
 3      giving money here and there and then and --
 4            Q.     When you say it's all the money
 5      you have, what do you mean by that?
 6            A.     All the money for renovation,
 7      to do anything with.  It's not right.
 8                 MS. GLEN:  I'm going to ask the
 9                 court reporter to mark this document,
10                 one page, as Government Exhibit 23.
11                 (Whereupon, 10/14/16 Letter
12                 from IRS was marked as Government
13                 Exhibit 23 for identification as of
14                 this date by the Reporter.)
15                 THE WITNESS:  And the worst
16                 thing, in that building, we still
17                 haven't gotten the CO and then we
18                 have to get a mortgage.  We have to
19                 pay the bank almost $1 million and
20                 the interest rates have gone up, and
21                 what we're paying the bank every
22                 month for the money.  It's really
23                 awful.  And they're going to go up
24                 more too.
25            Q.     When you're referring to
```

183

Page 184

                          C. REYES
1
2      "they," are you talking about the interest
3      rates?
4           A.     Yeah.  Look at this business,
5      the railroad strike.  They should do what
6      Reagan did.  When the controllers wanted to
7      go on strike, you know what he did?  He got
8      the military controllers and they said no,
9      they'll -- nothing happened.  They should
10     get the army to run those trains and give
11     those guys a hard time instead of giving in
12     to the 25 percent raise.
13          Q.     If you can direct your
14     attention to Government Exhibit 23.  Is
15     that your name and Dr. Reyes' name on the
16     top left corner of this document?
17          A.     Yes.
18          Q.     Is this letter dated --
19          A.     We probably spoke to this Chad
20     Presnell.
21          Q.     Is this letter dated
22     October 14, 2016?
23          A.     It is.
24          Q.     Is the address there your
25     address as of October 14, 2016?

                          184

Catherine Reyes                                    December 1, 2022

Page 185

1                        C. REYES

2          A.    I've been there for almost

3     50 years.

4          Q.    Is this a true and correct copy

5     of a letter that you received from the IRS

6     dated October 14, 2016?

7          A.    I don't remember.

8          Q.    This letter says quote "this

9     letter responds to your indication that you

10    want to withdraw from the civil settlement

11    structure for your offshore voluntary

12    disclosure."  Did I read that correctly?

13         A.    Yeah because I told you,

14    because we thought it was too much money

15    and then you withdraw and they want even

16    more.

17         Q.    Now that we've looked at this

18    document and established the date of it as

19    October 14, 2016, did you speak with anyone

20    else on or around that time about your

21    accounts at Lloyds Bank for 2010, '11, and

22    '12?

23         A.    We weren't discussing anything

24    with Lloyds Bank anymore.  We were

25    discussing it with Doug Allen.

                        185

Catherine Reyes                                    December 1, 2022

Page 186

```
 1                    C. REYES
 2        Q.    Did you discuss that account
 3   with anyone other than Mr. Allen around the
 4   date of this letter?
 5        A.    No.
 6        Q.    A long time ago you mentioned
 7   that you were also an Irish citizen.
 8        A.    Yes, my mother was born in
 9   Ireland.
10        Q.    Is that why you're an Irish
11   citizen?
12        A.    Yes.
13        Q.    What does the process look like
14   to become an Irish citizen?
15        A.    You just have to prove your
16   mother was born in Ireland.
17        Q.    Why did you decide to do that?
18        A.    Why not?  Wouldn't you if you
19   were a a parent?  I could become a Maltese
20   citizen too.  My father was born in Malta.
21   That's why I asked you about Maltese.
22             MS. GLEN:  If we can just take
23          a ten-minute break.
24             (Whereupon, a short recess was
25          taken.)
```

186

Catherine Reyes                                        December 1, 2022

                                                    Page 187

 1                       C. REYES
 2                  (Whereupon, an off-the-record
 3             discussion was held.)
 4                  MS. GLEN:  While we were off
 5             the record, Mr. Lerner found that
 6             Juan Reyes III was admitted to
 7             practice law on January 8, 1997.
 8             We've agreed to stipulate to that
 9             fact.  Is that correct, Mr. Lerner?
10                  MR. LERNER:  Yes.
11         Q.    During our break, Mrs. Lerner,
12     did you speak to anyone about your
13     testimony today?
14         A.    No.
15         Q.    Are you still feeling okay?  We
16     just have a few more questions.
17         A.    A few more?
18         Q.    Why did you want to move the
19     money from the Lloyds account back to the
20     United States?
21         A.    Why?
22         Q.    Yes.
23         A.    We want to -- we needed it to
24     do renovations.  We needed the money.
25         Q.    So did you just want it to be
                       187

Page 188

                          C. REYES

1   more accessible or why is moving it to the

2   United States, why was that going to help

3   you use it?

4        A.    We wanted to deal with an

5   American bank, with Chase, my neighborhood

6   bank.

7        Q.    And when you say "we," are you

8   referencing you and Dr. Reyes or anyone

9   else?

10       A.    Yes, my husband.

11       Q.    When did you start working with

12  Mr. Allen?

13       A.    I don't remember that.

14            THE WITNESS:  Do you, Richard?

15            MS. GLEN:  It's okay.  We'll

16       explore it through other avenues.

17       Q.    Your amended returns that we

18  reviewed earlier today, were completed and

19  signed in 2014.  Were you working with Mr.

20  Allen before or after the amended returns

21  were filed for 2010, '11 and '12?

22       A.    We were working in that

23  timeframe.  I don't know whether it was

24  before or what.

                          188

Page 189

                          C. REYES

1

2          Q.    Was Mr. Allen involved with the

3     creation or preparation of your form 1040X

4     amended returns for 2010, '11, and '12?

5          A.    Sidney was.

6          Q.    I understand.  Was Mr. Allen

7     also involved?

8          A.    I think Sidney sent him the

9     forms, the tax forms.

10         Q.    And when you say "him", you

11    mean Mr. Allen?

12         A.    Yeah, Sidney sent it to him.

13         Q.    Did he send -- "he" being

14    Mr. Yoskowitz -- the forms to Mr. Allen?

15    Did they work together to create the draft

16    or how did that work?

17         A.    I don't know exactly how they

18    did it.

19         Q.    Did you receive a request for

20    production of documents from the United

21    States in this matter?

22         A.    For today?

23         Q.    In the course of this

24    litigation did the United States serve on

25    your counsel, Mr. Lerner, requests for

                          189

Page 190

```
1                    C. REYES
2      production of documents?
3            A.    I don't know.
4            Q.    Did Mr. Lerner --
5                  MR. LERNER:  I can do this.
6             Did Mr. Lerner ask you to give
7             documents --
8                  THE WITNESS:  I don't know.
9            Q.    Did Dr. Reyes respond to Mr.
10     Lerner's request regarding documents?  You
11     did not; is that correct?
12           A.    I don't know what went on with
13     this.
14           Q.    Okay.  You were not involved in
15     compiling documents to provide in response
16     to the United States' request for
17     production of documents; is that correct?
18           A.    Yes, I wasn't involved.  All I
19     do is the medical billing.  I don't know
20     the rest of this stuff.
21                 MR. LERNER:  Mrs. Reyes, do you
22            recall that I went to your house and
23            collected documents from you?
24                 THE WITNESS:  When?
25                 MR. LERNER:  If you don't
                         190
```

Page 191

```
 1                    C. REYES
 2          recall, just say you don't recall.
 3               THE WITNESS:  I don't remember.
 4          Q.    I'm going to give you two
 5     exhibits at the same time.
 6               MS. GLEN:  I'm going to ask the
 7               court reporter to mark Government
 8               Exhibits 24 and 25.
 9               (Whereupon, Plaintiff United
10               States First Set of Interrogatories
11               to Juan Reyes and Catherine Reyes was
12               marked as Government Exhibit 24 for
13               identification as of this date by the
14               Reporter.)
15               (Whereupon, Defendant's
16               Response to Plaintiff United States
17               of America's first set of
18               Interrogatories was marked as
19               Government Exhibit 25 for
20               identification as of this date by the
21               Reporter.)
22               THE WITNESS:  May I ask you a
23               question?
24               MS. GLEN:  Off the record.
25               (Whereupon, an off-the-record
```

191

Page 192

1                          C. REYES
2               discussion was held.)
3                    MS. GLEN:   Government
4               Exhibit 24 is titled Plaintiff United
5               States First Set of Interrogatories
6               to Juan Reyes and Catherine Reyes.
7               Government Exhibit 25 is a titled
8               Defendant's Response to Plaintiff
9               United States of America's first set
10              of Interrogatories.
11        Q.    Is that correct?
12        A.    That's what it says.
13        Q.    Are Government Exhibits 24 and
14     25 true and correct copies of
15     interrogatories served on you in this
16     litigation and your answers?
17                   MR. LERNER:   Objection.
18                   MS. GLEN:   I can break it up.
19        Q.    Government Exhibit 24, is this
20     a true and correct copy of the
21     interrogatories that were served on you in
22     this litigation by the United States?
23        A.    For this litigation?
24        Q.    Yes.
25        A.    You want to know the truth?

                          192

Page 193

                    C. REYES

1      This is the first time I saw it.  I never

2      saw it.

3           Q.    Moving to Government

4      Exhibit 25, is this a true and correct copy

5      of the responses you gave to the United

6      States interrogatories you gave in this

7      litigation?  Yo can take a moment to

8      review.

9           A.    I have two pages here.  This is

10     when we had the phone conferences?

11                MR. LERNER:  No.

12          Q.    Is this a true and correct copy

13     of the responses you gave to the United

14     States in this litigation?

15          A.    I don't know.

16          Q.    You can take a moment to

17     review.  The questions are asked --

18          A.    And when was this, right now,

19     recently?  Nobody asked me anything.

20                MR. LERNER:  Off the record.

21                (Whereupon, an off-the-record

22           discussion was held.)

23          Q.    If you can take a moment to

24     review Government Exhibit 24, it has

                    193

Page 194

1                    C. REYES

2      questions; Government Exhibit 25 has

3      responses.   Are the responses given in

4      Government Exhibit 25 true and correct

5      responses to the questions asked in

6      Government Exhibit 24?

7           A.    Are these answers?

8                 MR. LERNER:  You're asking her

9            to go through each or is there one

10           you want to focus on?

11                MS. GLEN:  No, I just want to

12           ask if they're correct, if she has

13           any updates.

14                MR. LERNER:  Can we just read

15           them?

16                MS. GLEN:  Yes.

17          A.    Yeah, I think they're correct.

18          Q.    Do you have any revisions or

19     updates to the answers provided in

20     Government Exhibit 25?

21                MR. LERNER:  We're going to

22           have to --

23                MS. GLEN:  That's fine.

24                MR. LERNER:  That's going to

25           take time.

                     194

Page 195

```
 1                    C. REYES
 2              MS. GLEN:  That's fine.
 3              THE WITNESS:  I have to go over
 4         all of that?
 5              MR. LERNER:  Is there anything
 6         you want to change in these answers?
 7         Let's go off the record.
 8              (Whereupon, an off-the-record
 9         discussion was held.)
10    EXAMINATION BY
11    MR. LERNER:
12         Q.    Mrs. Reyes, Interrogatory 1
13    asks you to identify all persons who
14    provided accounting or financial services
15    to you, including but not limited to the
16    preparation of your federal tax returns
17    from January 1, 2000 through December 31,
18    2012.
19         A.    Sidney.
20         Q.    Let me finish it.  For each
21    person identified, please state such
22    person's title, the entity or association
23    with which such person is associated, if
24    any, and the time period during which such
25    person provided accounting or financial
```

195

Page 196

```
 1                    C. REYES
 2      services.  Can you read your your answer to
 3      yourself and see if you would revise that.
 4           A.    Sidney Yoskowitz.  Number 1 is
 5      the answer.
 6           Q.    So you would not revise it in
 7      any way.  Number 2 asks you to identify all
 8      persons, other than the employees of Lloyds
 9      TSB Bank, including any predecessor entity
10      of Lloyds TSB Bank, who had knowledge of
11      the existence of the account at any time
12      since January 1, 1972.  For each person
13      identified, please state such person's last
14      known address, the basis for your knowledge
15      that such person was aware of the existence
16      of the account, and the time when such
17      person became aware of the account.  Read
18      the answer to yourself.
19           A.    Yeah, that's right.
20                MR. LERNER:  May I suggest an
21            amendment to that?
22                MS. GLEN:  Sure.
23                MR. LERNER:  Alex knew about
24            the account.
25                THE WITNESS:  Alex is dead.
```

196

Page 197

```
                                              C. REYES
 1                          C. REYES
 2                  MR. LERNER:  Yes but it's
 3             asking all persons who knew so we'll
 4             amend that to add Alex.
 5          Q.    Item 3 asks identify all
 6     transactions included but not limited to
 7     deposits into, withdrawals from, transfers
 8     to/from, checks written on, or purchases or
 9     sales of assets contained within, involving
10     the account between January 1, 1972 and
11     December 31, 2012, and there's a response?
12          A.    That I had no recollection of
13     withdrawals or deposits, yeah.
14          Q.    Independent of the
15     documentation.  We'll read that out loud.
16     Did you answer Defendant's have no
17     recollection of withdrawals or deposits
18     independent of the documentation disclosed
19     simultaneously herewith?
20          A.    Yes.
21          Q.    Do you have anything to amend
22     in that answer?
23          A.    No.
24          Q.    4, identify all bank accounts
25     or accounts into which you placed or
```

197

Catherine Reyes                                    December 1, 2022

Page 198

```
 1                        C. REYES
 2       transferred funds from the account
 3       described in interrogatory number 3.  When
 4       answering this interrogatory, include the
 5       identify and location of the financial
 6       institutions, account numbers, and who has
 7       or had signature authority over the
 8       accounts or if the accounts were not
 9       closed, whether any funds remain in those
10       accounts.  Can you read your answer?
11            A.    They're all at Chase.
12            Q.    You have nothing to amend?
13            A.    No.
14            Q.    Number 5, state the legal and
15       factual basis, if any, that you did not
16       willfully fail to timely file a report of
17       foreign bank and financial accounts with
18       U.S. Department of Treasury reporting your
19       account for 2010, 2011 and 2012.
20            A.    Yeah, I agree with that.
21            Q.    Okay.  No amendment?
22            A.    No.
23            Q.    6, identify all persons,
24       professional or not, who you contend gave
25       you any advice regarding the account,
```

198

Catherine Reyes                                          December 1, 2022

Page 199

```
 1                      C. REYES
 2      including but not limited to whether you
 3      were required to report the account to the
 4      Internal Revenue Service, whether you were
 5      required to report income earned on the
 6      account, and whether you were required to
 7      file a report of foreign bank and financial
 8      accounts with the U.S. Department of
 9      Treasury.  Have you read your answer to 6?
10           A.    Yes.
11           Q.    And do you have any amendments?
12           A.    No.
13           Q.    Question 7, state the number,
14      dates, duration and purpose of any visits
15      that you made to England from January 1,
16      1972, to December 31, 2012.
17           A.    To visit family.
18           Q.    Do you have any amendments to
19      that based on --
20           A.    No.  I never went to
21      Switzerland, that's true.
22           Q.    I just read 7 for England,
23      right?  State the number, dates, duration
24      and purpose of any visits that you made to
25      Switzerland from January 1, 1972, to
```

199

Page 200

```
 1                    C. REYES
 2      December 31, 2012.
 3           A.    I've never been to Switzerland.
 4      Have you?  Am I missing anything?
 5           Q.    Number 9, identify each
 6      conversation that you had with any
 7      employee, agent, or representative of
 8      Lloyds TSB Bank, including any predecessor
 9      entity at Lloyds TSB Bank from January 1,
10      1972 to December 31, 2012.
11           A.    I have no recollection.
12           Q.    To continue, when answering
13      this interrogatory, state the date of the
14      conversation, with whom you spoke, where
15      the conversation took place, whether the
16      conversation took place in person or over
17      the telephone, and what was discussed
18      during such conversations.  Do you have
19      anything to add or amend in the answer to
20      9?
21           A.    No.
22           Q.    Number 10, identify all
23      financial accounts in any country other
24      than United States, including the account
25      number, and the name and country of the
                        200
```

Page 201

```
 1                      C. REYES
 2      financial institution at which the account
 3      was based, in your name or over which you
 4      had signature authority, at any time since
 5      January 1, 1972.  Do you have any amendment
 6      to that?
 7           A.    No.  Number 11, that answer is
 8      right.
 9           Q.    State how you disclosed the
10      existence account to IRS.  When answering
11      this interrogatory, include the date on
12      which you first disclosed the existence of
13      the account to the IRS, the IRS employee to
14      which you made such disclosure, and
15      describe the circumstances under which the
16      disclosure took place.
17           A.    Doug Allen did that.  I don't
18      know the rest of the stuff.
19           Q.    Is there any amendment to 11?
20           A.    No.
21           Q.    12, identify any credit card
22      linked to the account, and for each credit
23      card so identified, state the name of the
24      financial institution that issued the
25      credit card, the credit card account
```

                         201

Page 202

                         C. REYES

1

2    number, and the date and amount of any

3    transactions in which you used the credit

4    card to pay for your living expenses

5    incurred in the United States.

6         A.    I don't have any credit cards.

7         Q.    13, Identify every individual

8    or entity that possesses knowledge or

9    information about the matters and factors

10   involved in this case, including such

11   individual's or entity's full name, last

12   known address, and telephone number.  Is

13   there any amendment to number 13 that you

14   might have?

15        A.    No.

16   EXAMINATION BY

17   MS. GLEN:

18        Q.    The only follow-up question I

19   have is regarding number 6.  You stated

20   that Dr. Reyes' parents provided advice

21   regarding the account, including but not

22   limited to whether you were required to

23   report the account to the Internal Revenue

24   Service, whether you were required to

25   report income earned on the account, and

                         202

Page 203

                            C. REYES
1
2       whether you were required to file a report
3       of foreign bank and financial account with
4       the U.S. Department of Treasury.  What
5       advice did Dr. Reyes' parents provide to
6       you?
7             A.    Well, I don't remember.  I
8       don't remember.
9             Q.    You remember that they did
10      provide you advice?
11            A.    Yeah, that it was our money and
12      they were controlling it.  I don't
13      remember.
14            Q.    Before --
15                  MR. LERNER:  When you said it
16             was "our money," what did you mean by
17             that?
18                  THE WITNESS:  That his mother.
19                  MR. LERNER:  By "our," you mean
20             that the parents thought it was the
21             parents' money.
22                  THE WITNESS:  Yes.
23            Q.    Before wrapping up Mrs. Reyes,
24      once the court reporter is finished typing
25      up the transcript of what happened today,

                            203

Catherine Reyes                                    December 1, 2022

Page 204

1                    C. REYES

2      there will be a copy delivered to you to

3      review and sign.  We would ask that you

4      review it and --

5              A.    I'm so bad at that.

6              Q.    And any transcription errors,

7      between now and the time you get that, if

8      you want to change the substance of any of

9      your testimony, you can do that but when

10     you do that you have to do what's called an

11     errata sheet explaining why you're making

12     those changes.  Once you've done those

13     things, we would just ask that you sign it

14     and produce it.  Do you agree to do that?

15             A.    Yes.

16                   MS. GLEN:  That concludes my

17             questioning.  I turn the witness over

18             for cross if you have any.

19                   MR. LERNER:  No, I think Mrs.

20             Reyes needs to go home.

21                   MS. GLEN:  Then we are done.

22                   (Whereupon, at 4:10 P.M., the

23             Examination of this witness was

24             concluded.)

25                      °       °       °       °

                         204

Catherine Reyes                                    December 1, 2022

Page 205

1                        C. REYES

2                    D E C L A R A T I O N

3

4          I hereby certify that having been

5      first duly sworn to testify to the truth, I

6      gave the above testimony.

7

8          I FURTHER CERTIFY that the foregoing

9      transcript is a true and correct transcript

10      of the testimony given by me at the time

11      and place specified hereinbefore.

12

13

14

                   _____

15                    CATHERINE REYES

16

17

18      Subscribed and sworn to before me

19      this _____ day of _____ 20___.

20

21

        _____

22          NOTARY PUBLIC

23

24

25      Job No. CS5573403

                            205

```
 1                    C.  REYES

 2                  E X H I B I T S

 3

 4      PLAINTIFF'S EXHIBITS

 5

 6      EXHIBIT    EXHIBIT                  PAGE

 7      NUMBER     DESCRIPTION

 8      1          2010 Federal Income      33

 9                 Tax Return

10      2          2010 1040X Income Tax    37

11                 Form

12      3          2011 Federal Income      42

13                 Tax Return

14      4          2011 Amended 1040X Tax   45

15                 Return

16      5          2012 Federal Income Tax  51

17                 Return

18      6          2012 Amended 1040X Tax   55

19                 Return

20      7          Certificate of           78

21                 Non-Willful Conduct

22      8          March 2012 Statement of  86

23                 Assets and Liabilities

24      9          Lloyds Bank Statement    91

25
```

Page 207

1                            C. REYES

2          PLAINTIFF'S EXHIBITS

3

4          EXHIBIT    EXHIBIT                          PAGE

5          NUMBER     DESCRIPTION

6          10         1/31/11 Lloyds Bank       100

7                     Statement

8          11         Your Cash Statement -     102

9                     Lloyds Bank

10         12         Your Cash Statement -     106

11                    Lloyds Bank

12         13         Application for Maestro   114

13                    Card

14         14         UBS Billing Statement     119

15         15         UBS Credit Card Statement 125

16         16         Declaration for US        135

17                    Persons

18         17         Copy of 9/6/02 Eurocard   138

19                    Letter

20         18         Lloyds Bank "Keep Mail"   143

21                    Instructions

22         19         1/31/12 Letter to Mr.     148

23                    Patrick Weber

24         20         Lloyds Background         155

25                    Document

                              207

Page 208

```
 1                      C. REYES

 2      PLAINTIFF'S EXHIBITS

 3

 4      EXHIBIT    EXHIBIT                    PAGE

 5      NUMBER     DESCRIPTION

 6      21         KYC Information Document  163

 7      22         Offshore Voluntary        174

 8                 Disclosure

 9      23         10/14/16 Letter from IRS  183

10      24         Plaintiff United States   191

11                 First Set of Interrogatories

12                 to Juan Reyes and Catherine

13                 Reyes

14      25         Defendant's Response to   191

15                 Plaintiff United States of

16                 America's first set of

17                 Interrogatories

18

19         (Exhibits retained by Court Reporter.)

20

21                     I N D E X

22

23      EXAMINATION BY                      PAGE

24      MS. GLEN                            4, 102

25      MR. LERNER                          195
```

208

Page 209

1                    C. REYES

2                C E R T I F I C A T E

3

4        STATE OF NEW YORK        )

                                  :  SS.:

5        COUNTY OF NEW YORK       )

6

7

8              I, ENRIQUE ALVARADO, a Notary Public

9        for and within the State of New York, do

10       hereby certify:

11             That the witness whose examination is

12       hereinbefore set forth was duly sworn and

13       that such examination is a true record of

14       the testimony given by that witness.

15             I further certify that I am not

16       related to any of the parties to this

17       action by blood or by marriage and that I

18       am in no way interested in the outcome of

19       this matter.

20             IN WITNESS WHEREOF, I have hereunto

21       set my hand this 13th day of December 2022.

22

23

24

                  ENRIQUE ALVARADO

25

Catherine Reyes                                    December 1, 2022

                                                    Page 210

1      Richard Lerner, Esq.

2      Richard@mazzolalindstrom.com

3                      December 14, 2022

4      RE:   United States Of America v. Reyes, Juan And Catherine

5          12/1/2022, Catherine Reyes (#5573403)

6          The above-referenced transcript is available for

7      review.

8          Within the applicable timeframe, the witness should

9      read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     erratas-cs@veritext.com

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                 Yours,

23                 Veritext Legal Solutions

24

25

Catherine Reyes                                    December 1, 2022

                                                          Page 211

1      United States Of America v. Reyes, Juan And Catherine

2      Catherine Reyes (#5573403)

3                      E R R A T A   S H E E T

4      PAGE_____ LINE_____ CHANGE_____

5      _____

6      REASON_____

7      PAGE_____ LINE_____ CHANGE_____

8      _____

9      REASON_____

10     PAGE_____ LINE_____ CHANGE_____

11     _____

12     REASON_____

13     PAGE_____ LINE_____ CHANGE_____

14     _____

15     REASON_____

16     PAGE_____ LINE_____ CHANGE_____

17     _____

18     REASON_____

19     PAGE_____ LINE_____ CHANGE_____

20     _____

21     REASON_____

22

23     _____    _____

24     Catherine Reyes                              Date

25

| **&** |
|---|
| **&**   3:17 |

| **0** |
|---|

**000**   101:15
**000014**   143:18
**000015**   138:14
**0000275**   175:9
**0000278**   179:25
**0000284**   175:9
**0000289**   80:19
**000029**   85:11
**0000291**   83:4
**000033**   155:23
**000034**   155:23
**000035**   114:18
**000038**   135:15
**000039**   135:15
135:22
**000042**   163:14
**0000438**   34:6
**000044**   163:15
**0000443**   43:5
**0000450**   43:5
**0000451**   52:7
**0000458**   52:7
**000049**   148:22
**0001005**   37:23
**0001012**   40:3
**0001016**   70:23
**0001023**   47:25
**0001024**   60:12
61:2
**0001028**   56:3
**0001033**   56:20
**0001041**   56:4
**0001418**   86:24
**0001453**   86:24
**0001544**   91:22
**0001545**   91:22

**0001566**   100:23
**0001567**   100:23
**0001579**   103:10
**0001581**   103:10
122:24
**0001623**   106:16
**0001624**   146:8
**0001625**   106:16
**002455**   121:10
**002472**   126:8
**002473**   126:9
**00251**   121:10
**05578**   1:6 4:21
**250**   107:5
**09-11**   99:25

| **1** |
|---|

**1**   1:11,25 3:17
33:24 34:3,8,10
34:20 35:16,17
37:6 41:12,13
42:10 43:25
48:2 52:22
56:20 70:18
88:14 107:9,21
136:23 183:19
195:12,17 196:4
196:12 197:10
199:15,25 200:9
201:5 206:8
**1.5**   100:8,11
**1/31/11**   100:18
207:6
**1/31/12**   148:16
207:22
**10**   10:25 100:20
100:22 108:13
109:6,13 200:22
207:6
**10/14/16**   183:11
208:9

**100**   100:25
207:6
**10019**   2:11
**101**   101:25
**1012**   38:16
**1014**   37:23
**102**   102:25
207:8 208:24
**103**   103:25
**104**   104:25
**1040**   34:21
52:17
**1040x**   37:16
38:8 45:21 46:7
55:21 56:14
189:3 206:10,14
206:18
**105**   105:25
**106**   106:25
207:10
**107**   107:25
**108**   108:25
**109**   109:25
**1099**   66:2,10
**1099s**   66:12,17
66:22
**10bmt**   100:17
**11**   11:25 28:15
29:4,17 30:18
67:22 68:14,21
103:3,6,9,18,21
104:7 108:14
109:6,13 122:23
185:21 188:22
189:4 201:7,19
207:8
**110**   90:18
110:25
**111**   111:25

**112**   90:18
112:25
**11201**   1:21
**113**   113:25
**11375**   4:13
**114**   114:25
207:12
**115**   115:25
**116**   116:25
**117**   117:25
**118**   118:25
**119**   119:25
207:14
**12**   12:25 28:16
29:4,18 30:18
67:22 68:14,22
95:8 106:9,12
106:15 108:14
109:7,13 146:7
185:22 188:22
189:4 201:21
207:10
**12/1/2022**   210:5
**120**   120:25
**121**   121:25
**122**   122:25
**123**   123:25
**124**   124:25
**125**   125:25
207:15
**126**   126:25
**127**   127:25
**1275**   2:6
**128**   128:25
**129**   129:25
**12:20**   109:21
**13**   13:25 114:10
114:13,18
119:18 120:2
122:5,6 202:7

202:13 207:12

**130**  130:25
**131**  131:25
**132**  132:25
**133**  133:25
**134**  134:25
**135**  135:25
  207:16
**1350**  2:11 5:4
**136**  136:25
**137**  137:25
**138**  138:25
  207:18
**139**  139:25
**13th**  209:21
**14**  14:25 120:6,9
  120:12 121:9
  122:10 123:4,25
  124:8,24 127:13
  127:14 128:2,6
  128:22 129:5,9
  129:12,17,20
  138:24 184:22
  184:25 185:6,19
  207:14 210:3
**140**  43:18
  140:25
**141**  141:25
**1419**  161:16
**142**  142:25
**1420**  90:6
**143**  143:25
  207:20
**144**  144:25
**145**  145:25
**146**  146:25
**147**  147:25
**148**  148:25
  207:22

**149**  149:25
**14th**  101:22
**15**  15:25 126:2,5
  126:7 127:14,18
  127:24 128:5,23
  129:5,9,13,17
  129:20 138:24
  146:9,13 207:15
**150**  150:25
**151**  151:25
**152**  152:25
**153**  153:25
**154**  154:25
**155**  155:25
  207:24
**156**  156:25
**1567**  101:17
**157**  157:25
**158**  158:25
**1581**  104:7
**159**  159:25
**16**  16:25 135:9
  135:12,14,18
  136:5 137:6
  142:3,4 207:16
**160**  160:25
**161**  161:25
**162**  162:25
**1624**  107:9
  146:12
**163**  163:25
  208:6
**164**  164:25
**165**  165:25
**166**  166:25
**167**  167:25
**168**  168:25
**169**  169:25
**17**  17:25 138:7
  138:10,13,23

**139:14 141:3**
  142:6 207:18
**170**  170:25
**171**  171:25
**172**  172:25
**173**  173:25
**174**  174:25
  208:7
**175**  175:25
**176**  176:25
**177**  177:25
**178**  178:25
**179**  179:25
**18**  18:25 143:11
  143:14,17,20
  145:18,19
  207:20
**180**  180:25
**181**  181:25
**182**  182:25
**183**  183:25
  208:9
**184**  184:25
**185**  185:25
**186**  186:25
**187**  187:25
**188**  188:25
**189**  189:25
**19**  19:25 148:15
  148:18,25
  152:12 207:22
**190**  190:25
**191**  191:25
  208:10,14
**192**  192:25
**193**  193:25
**194**  194:25
**195**  195:25
  208:25

**196**  196:25
**197**  197:25
**1972**  81:12
  196:12 197:10
  199:16,25
  200:10 201:5
**198**  198:25
**199**  199:25
**1990s**  58:16 85:7
  164:20
**1994**  156:23
  163:18
**1995**  159:21,25
  160:5,14
**1997**  187:7
**19th**  117:15
**1:21**  1:6 4:21
**1st**  2:6 96:22

**2**

**2**  2:25 37:15,18
  37:22,25 38:7
  38:16 46:3
  52:13 60:19,20
  60:24 61:13,20
  62:2 70:23
  88:14 136:10,12
  152:21 161:16
  161:21 162:8
  196:7 206:10
**2.5**  99:25
**20**  20:25 58:14
  119:23 139:2
  155:15,18,22
  156:4 158:16
  159:6 205:19
  207:24
**200**  182:18
  200:25
**2000**  58:18
  136:6,17 195:17

**20002**   2:6
**2000s**   58:17 85:8
  85:15 113:3,3
  117:11
**2002**   139:4,8
  140:23
**2003**   116:22
  117:15
**2005**   60:2 181:8
**2006**   170:7,10
  170:13
**2007**   125:3
  128:10 145:10
**201**   201:25
**2010**   16:14
  21:17 23:25
  26:20 27:3 28:7
  28:15 29:4,17
  30:3,18 33:10
  33:17,25 34:11
  34:22 36:24
  37:7,11,16 38:9
  40:21,24 42:3,9
  50:20 51:6
  61:21 62:2,4,12
  62:25 67:16,22
  68:14,21 69:15
  69:23 70:12
  75:7 91:11 95:8
  97:19,22 98:2,6
  98:23 99:9,20
  100:11 108:8
  110:24 111:18
  111:25 112:8,11
  112:18 113:9,10
  114:6 130:19,21
  130:25 131:5,11
  131:22 132:2,10
  134:21 146:24
  147:2 160:23

161:9 173:8
174:2 175:13
185:21 188:22
189:4 198:19
206:8,10
**2011**   26:20 27:3
  28:7 30:7 42:24
  43:10,19 44:6
  44:13 45:5,12
  45:15,21 46:9
  46:20,22 49:17
  49:25 61:23,24
  62:4 67:16
  91:11 101:18
  102:20 103:22
  104:4,10,19,24
  105:7 122:25
  124:2 130:19,21
  130:25 131:5,11
  131:22 132:2,10
  134:21 161:9
  198:19 206:12
  206:14
**2012**   16:14
  26:20 27:3 28:7
  30:12 33:10,17
  52:2,10,18 53:7
  53:10 55:15,21
  56:16 57:4,9,17
  57:21,24 58:4
  67:16 70:12
  86:18 87:3,23
  91:11 107:2,9
  107:16,19,22
  108:4 110:25
  111:25 112:8,11
  112:18 113:11
  114:6 130:19,25
  131:5,11,23
  132:2,10 134:21

146:9,14,24
147:4 150:10
151:15 160:24
161:10,18,23
162:7 173:8
174:2 175:13
181:8 195:18
197:11 198:19
199:16 200:2,10
206:16,18,22
**2013**   145:10
**2014**   46:12,13
  179:22 181:4
  188:20
**2016**   184:22,25
  185:6,19
**202**   202:25
**2022**   1:11
  209:21 210:3
**203**   203:25
**204**   204:25
**205**   205:25
**206**   206:25
**207**   207:25
**208**   208:25
**21**   21:25 163:8
  163:11,13
  168:22 169:5,6
  169:12 208:6
**21st**   102:6
**22**   22:25 69:15
  69:23 174:18,21
  174:24 175:8
  179:7,16 208:7
**23**   23:25 134:3
  183:10,13
  184:14 208:9
**24**   24:25 104:4
  122:25 191:8,12
  192:4,13,19

193:25 194:6
208:10
**24556**   209:24
**24th**   104:5
**25**   25:25 184:12
  191:8,19 192:7
  192:14 193:5
  194:2,4,20
  208:14
**250,000**   181:18
**26**   26:25
**26th**   102:6
**27**   27:25
**271**   1:20
**28**   28:25 53:16
  97:22 136:6
**29**   29:25
**292**   44:2,7
**29th**   107:2
**2nd**   2:11

---

**3**

**3**   3:25 43:2,4,7
  44:16 48:17,22
  52:25 57:12
  83:3 88:16
  118:10 197:5
  198:3 206:12
**30**   3:16 30:25
  210:17
**31**   31:25 101:18
  151:15 161:18
  170:7,10,13
  195:17 197:11
  199:16 200:2,10
**31.03.2006**
  170:6
**31st**   87:23
  101:20 103:22
**32**   32:25

33   33:25 206:8
34   34:25
35   35:25
36   36:25
37   37:25 206:10
38   38:25
39   39:25

**4**

4   4:25 45:20,23
   46:2,3 48:21
   49:3 60:10,25
   61:5,7,22,25
   70:20,21,22
   106:23 179:21
   181:4 197:24
   206:14 208:24
40   40:25 59:8
41   41:25
42   42:25 206:12
424   53:22,23
   54:6,12 55:2
   62:10 65:16
   69:14 73:18,21
   74:5 152:6
   153:13
43   43:25
44   44:25
441   35:17,20
444   43:14
445   71:9
446   43:24 44:6
45   45:25 206:14
454   52:21
456   53:15
46   46:25
47   47:25
47,446   56:25
48   48:25
49   49:25

49,007   48:9
4:10   204:22
4th   99:5

**5**

5   5:25 51:23,25
   52:4,6,9 54:17
   198:14 206:16
50   12:20 16:10
   50:25 133:3,3
   185:3
51   51:25 206:16
52   52:25
53   24:5 53:25
54   54:25
55   55:25 206:18
5573403   210:5
   211:2
56   56:25
57   22:24 57:25
57,250   40:17
58   58:25
59   59:25
5th   99:24

**6**

6   6:25 55:20,23
   56:3,5,11,13
   198:23 199:9
   202:19 206:18
60   60:25
600   181:19
60s   12:7
61   61:25
62   62:25
63   63:25
   250   87:10,12
   90:14 92:13
   93:4,11 94:2
   115:13 121:23
   141:20 168:22

64   64:25
65   65:25
66   66:25
67   67:25
68   68:25
69   69:25

**7**

7   7:25 38:15,19
   48:17 49:2
   52:25 53:2
   57:12 78:20,23
   79:3,12,15
   80:12 199:13,22
   206:20
70   70:25
71   71:25
718   21:18
72   4:12 16:7
   72:25
73   73:25
74   74:25
75   75:25
7578   129:4
7585   129:25
76   76:25
77   77:25
78   78:25 206:20
79   79:25
793-7075   21:18
7a   36:9 44:19

**8**

8   8:25 86:17,20
   86:23,25 87:18
   87:19 90:3 95:2
   161:16 162:12
   162:14 187:7
   206:22
8-0   104:14
80   80:25

802.25   97:13
81   81:25
82   82:25
83   83:25
84   84:25
85   85:25
86   86:25 206:22
87   87:25
88   88:25
89   89:25

**9**

9   9:25 91:16,19
   91:21 92:18,24
   95:2 96:20
   108:13 109:6,13
   200:5,20 206:24
9/6/02   138:8
   207:18
90   90:25 162:6,8
91   13:9,10,23
   14:8 15:14,21
   53:19 58:11
   60:15 62:10,16
   63:5 65:9,14
   72:4 73:16 74:6
   91:25 107:24
   108:3 206:24
911   69:14
92   92:25
93   93:25
94   94:25 164:10
95   95:25 159:19
96   96:25
97   97:25
9715   2:6
98   98:25
99   99:25
9:45   1:12

Catherine Reyes                                    December 1, 2022

**[a.m. - ag]**                                                  Page 5

| a | | | |
|---|---|---|---|
| **a.m.**  1:12 | 97:18,25,25 | 170:25 171:7 | 209:17 |
| **ability**  10:9 15:3 | 98:6,8,9,14,22 | 172:10,16,22 | **add**  82:14 95:14 |
| **able**  8:20 | 98:23 99:3,19 | 173:4,8 175:2,6 | 95:17 167:15 |
| **access**  65:9,19 | 99:20 100:10 | 186:2 187:19 | 197:4 200:19 |
| 84:4 131:18 | 101:7 102:18 | 196:11,16,17,24 | **additional**  11:20 |
| 145:9 | 104:19,23 105:3 | 197:10 198:2,6 | **additionally** |
| **accessible**  188:2 | 105:7,11,14,22 | 198:19,25 199:3 | 164:17 |
| **accident**  23:4 | 107:16,19,22 | 199:6 200:24 | **address**  4:11 |
| 156:25 | 110:23 111:24 | 201:2,10,13,22 | 16:6,13 119:3 |
| **accompanying** | 113:20 115:8,13 | 201:25 202:21 | 138:2,3 141:7 |
| 80:6 | 115:16,25 | 202:23,25 203:3 | 145:7 184:24,25 |
| **account**  25:3 | 117:23 119:7 | **accountant** | 196:14 202:12 |
| 31:11,15,19 | 121:25 122:5,20 | 15:10 27:7 | **addressed** |
| 33:3 36:12 37:3 | 126:10,19 | 30:20 36:17 | 122:12 179:22 |
| 39:19,25 40:14 | 127:15,19,25 | 63:21 65:9 | **administer**  3:11 |
| 40:21,24 45:9 | 128:24 129:4 | 71:13 75:9 | **administered** |
| 45:12 47:10,11 | 130:8,18,25 | **accounting** | 5:15 |
| 47:12,15,16 | 131:4,10,22 | 195:14,25 | **admit**  8:16 |
| 48:7 49:4,9,12 | 132:2,6,9,15 | **accounts**  31:7 | **admitted**  187:6 |
| 49:15 50:2 51:9 | 134:3,4,9,20 | 32:25 39:12 | **advice**  24:17 |
| 51:18,20 53:6 | 136:19 137:14 | 77:21,24 86:11 | 33:10 68:5 73:5 |
| 53:12 57:3,9,21 | 137:18,22 | 88:14 90:22 | 73:5,11 76:13 |
| 57:24 58:3 | 141:24 142:3,8 | 114:4 151:17 | 76:16 157:13 |
| 65:20 77:19 | 142:13 143:6 | 176:13,17 | 174:24 175:4 |
| 78:3,6,9,13,16 | 145:3,6 146:20 | 185:21 197:24 | 178:22 179:3,4 |
| 79:9 80:19,25 | 146:24 147:7 | 197:25 198:8,8 | 181:25 182:9 |
| 81:5,11,14,18 | 149:23 150:2 | 198:10,17 199:8 | 198:25 202:20 |
| 82:3,15,18 | 151:6,22 152:3 | 200:23 | 203:5,10 |
| 83:17 84:2,5,9 | 152:7,15,19 | **accumulated** | **advise**  157:23 |
| 85:2,4,14 86:14 | 153:2 154:6,8,9 | 64:24 | 159:9 178:17 |
| 87:12,14 88:19 | 154:14,15,18,19 | **accuracy**  30:3,7 | **advised**  24:20 |
| 89:2,14,18,23 | 154:20 156:9,10 | 30:11 42:21 | **adviser**  15:9 |
| 90:13,18,25 | 159:25 160:19 | 158:4 210:9 | 75:10 89:17 |
| 91:11 92:12,15 | 160:22 161:5,9 | **accurate**  43:17 | **advising**  73:7 |
| 93:4,7,8,9,19,24 | 161:13,18 | 46:6 52:16 | **advisors**  154:13 |
| 94:2,12,21 95:4 | 162:18,19,21,22 | 56:14 180:21 | **affect**  10:4,9 |
| 95:8,14,15,18 | 163:2,2,4,20 | **acknowledgm...** | **ag**  102:14,16 |
| 95:20,21 96:7 | 167:5,6,10,12 | 210:12 | 103:25 123:2 |
| 96:12,13,17 | 167:14,15,25 | **action**  108:25 | 149:23 150:3 |
| | 168:6,7,11,23 | 109:2 134:7 | |

agent 200:7
ago 18:18,19
  19:4 21:9 23:4
  58:14 76:19
  114:16 117:9
  118:4 119:23
  132:22 133:3
  139:2 159:19
  186:6
agree 6:5 7:12
  8:12 144:25
  161:6 198:20
  204:14
agreed 3:5,20
  182:13 187:8
ahead 31:24
alex 165:10,24
  196:23,25 197:4
alexander 23:7
alive 25:8
  130:21
allen 150:15,16
  150:23 177:20
  179:5 182:7
  185:25 186:3
  188:13,21 189:2
  189:6,11,14
  201:17
allotted 210:20
alvarado 1:22
  209:8,24
amend 197:4,21
  198:12 200:19
amended 37:10
  38:23 39:9,13
  39:20 45:14,21
  46:7,21 48:21
  49:16 55:14,21
  56:14 57:16
  58:5 61:21,22

61:24,25 188:18
  188:21 189:4
  206:14,18
amendment
  196:21 198:21
  201:5,19 202:13
amendments
  199:11,18
america 1:3 2:5
  78:4,14 81:9
  82:16 84:5
  113:4 210:4
  211:1
america's
  191:17 192:9
  208:16
american 188:6
americas 2:11
  5:5
amount 40:16
  40:20 48:10
  93:14 123:13
  161:4 171:8
  181:18 182:15
  202:2
answer 6:8 7:24
  9:24 10:10
  39:22 47:20
  62:6 63:8 70:6
  76:3 80:12
  111:21 123:16
  123:19 124:14
  167:22 175:15
  196:2,5,18
  197:16,22
  198:10 199:9
  200:19 201:7
answered 82:9
  116:11 155:8

answering 7:12
  80:15 198:4
  200:12 201:10
answers 29:13
  113:23 192:16
  194:7,19 195:6
anymore 185:24
apartment 13:17
  13:18 74:25
apologize
  142:16
appear 43:15
  51:19 100:24
  101:3 124:25
  144:21 156:4
appearance 4:25
appears 122:9
  141:18 143:21
applicable 210:8
application
  114:11 115:3,21
  119:9,12 207:12
applied 125:21
apply 125:18
appropriate
  35:11
archaic 21:24
areas 24:6 64:2
army 184:10
arts 166:6,8
aside 22:8 66:22
  96:4
asked 24:15 64:6
  64:10 82:8
  124:17 140:5
  142:17 155:2
  186:21 193:18
  193:20 194:5
asking 6:10 7:13
  10:17 11:5 35:8

68:13,17 80:18
  123:8 155:11
  158:4 162:2
  172:3 181:14
  194:8 197:3
asks 44:19
  195:13 196:7
  197:5
assets 86:19 87:2
  87:22 88:12
  146:22 160:18
  161:17 162:9
  197:9 206:23
assist 28:4 72:22
  89:14,17,18
assistance 74:9
  75:6
assisted 27:17
  33:9
assisting 12:19
  73:4 74:19
associated 49:8
  84:17 128:5
  129:24 130:4
  137:13,17,21
  140:11 142:13
  145:2 146:2
  159:24 169:5
  195:23
associates 71:10
  71:12,18
association
  195:22
assume 91:8
assuming
  111:20 112:11
attached 61:14
  61:18 210:11
attachments
  180:25

**attend** 11:20
165:24
**attention** 34:15
35:15 38:3,14
43:23 44:15
47:23 52:13,20
52:24 56:6,18
57:11 60:18
70:17 79:4 80:2
83:2 85:10
87:17 91:23
96:20 101:13,21
102:5 103:20
107:7 122:4,22
139:13 141:3,11
142:2 143:19
144:3 146:6
148:23 157:18
159:6 163:15
179:7 184:14
**attest** 42:21
79:23
**attorney** 4:16
7:16 10:19
11:13 23:18
76:11 77:11
173:20,23 176:9
177:3,12,19,21
177:24 210:13
**attorney's** 1:19
**attorneys** 2:5,9
**august** 136:6
**authority** 36:12
36:25 37:2 53:5
94:11,20 95:3,7
198:7 201:4
**authorize**
128:13 135:2
136:13,15
176:15

**authorized** 3:11
125:17 129:7
**available** 210:6
**avaline** 13:9,10
13:24 14:8 15:2
15:2,14,21
53:20,22 54:6
54:13 55:2
58:11 60:15
62:10,11,17
63:5 65:14,17
69:14,14 72:4,6
73:16,18,21
74:5,7 107:24
108:3 153:13
**avenue** 2:11 5:5
**avenues** 188:17
**aware** 130:14
136:17 161:3,8
196:15,17
**awful** 183:23

**b**

**b** 35:16 36:9
38:15 41:8
43:24 47:24
48:17 52:21
56:19 57:13
206:2
**back** 14:14 29:8
29:22 30:4,8,15
38:16 46:16
60:25 63:19
65:22 75:22,25
78:3 96:10,19
110:2,24 112:7
122:4 124:15,19
136:4 142:2
145:22 158:13
159:6 187:19

**background**
5:10 11:17
155:16 207:24
**bad** 27:15 140:4
204:5
**balance** 95:20
98:15 113:8,10
113:13 134:10
149:22 150:2
152:18 154:6
**balanced** 112:10
**balances** 114:4
**banco** 78:4,14
81:9 82:16
83:14 84:5
**bank** 25:2 31:7
31:10,11,15,15
31:18,19 32:25
33:2,2,3 36:2,3
36:4 37:2 39:12
40:4,12,13,14
40:17,21,24
45:9,12 48:6
51:9 57:3,9,20
58:3 65:10,11
65:20 67:8,9,13
67:17 77:19,21
77:24 78:6,9,13
79:9 80:19,25
81:5,8 82:21
83:18 84:10,13
84:14 85:5,18
85:21 86:3,12
87:15 88:20
89:3,13,19,23
91:11,17 92:16
93:3,7,20,21
94:2,3,4,12 95:4
95:8,13,14,15
95:18,21 96:6

96:12,14,17
97:25 98:16
99:3 100:18
101:8 102:18,19
103:5 104:23
105:19,22
106:11 107:22
107:24 108:3,24
109:16 110:23
111:15,20
112:21,24 113:4
115:17 118:17
120:23,25 122:2
128:24 130:8,9
130:18,19 131:4
131:10,22 132:6
132:9,13,14
133:5,8,14,17
134:13,16,17,20
135:2 137:10,19
137:23 138:2
139:6 140:19
141:24 142:12
142:13,23 143:5
143:12 144:8,22
145:2,15,23
146:20 147:7,14
147:25 149:22
151:16,22,23
152:3,7,15,19
153:2 154:3,14
154:18 155:6
156:11 159:17
159:21,25
160:18,22 161:9
161:13,18
162:17 163:2,4
163:18 164:10
167:25 168:6,7
168:11 170:25

172:9,14,20
173:3,8 183:19
183:21 185:21
185:24 188:6,7
196:9,10 197:24
198:17 199:7
200:8,9 203:3
206:24 207:6,9
207:11,20
**banked** 163:18
164:10,15
**banks** 40:12
67:5 93:14,16
172:10,15,21
**bar** 20:10,15,19
**based** 36:19 45:5
76:13 162:12
199:19 201:3
**basis** 196:14
198:15
**bates** 34:5 35:16
35:18 37:22
38:15 40:3 43:4
43:13 46:3
47:25 52:6 56:3
56:19 60:11,25
79:5 86:23 90:4
90:5 91:21
100:22 101:15
103:9 104:7
106:15 107:8
114:18 121:9
122:24 126:7
135:14,22
138:13 143:17
146:8,10 148:22
155:22 161:16
163:13 175:8
179:25

**battle** 59:12
**bednar** 2:16
4:18 13:20
**behalf** 43:20
125:19
**belief** 180:10
**believe** 34:20,25
35:9 50:4 80:7
83:10 94:21
95:3 117:19
123:7 148:8
**bernard** 134:23
170:8
**best** 7:2,11,13
8:17 80:7
165:22 180:9
**big** 59:9,11
104:14 113:13
160:23
**bill** 14:18 111:10
111:11
**biller** 12:10
14:15
**billing** 15:3
83:25 120:7
190:19 207:14
**bills** 12:11 14:17
14:24 15:11
62:23 111:5
**birthday** 104:14
**bit** 5:10 14:15
22:4 102:12
**blood** 209:17
**bmt** 97:2,6
**bn** 107:13
**body** 149:14
**bolts** 77:6,13
**born** 186:8,16
186:20

**bottom** 35:18
36:10 38:5,19
44:16 47:24
48:16 52:14
57:12 116:4
120:2 135:17,24
139:14 143:19
144:10 148:24
156:15
**bought** 72:17
**boulevard** 71:9
**box** 118:16
**branch** 85:17,20
**break** 8:10,15
58:8 109:20,24
110:3,10,13
142:16 158:14
158:17 159:3
179:9 186:23
187:11 192:18
**breakdown** 16:4
**breaks** 8:17
**briefly** 132:18
142:15
**brings** 14:17
26:12
**brokerage**
156:17,23
**bronx** 54:4
**brooklyn** 1:21
64:2
**brother** 50:12
59:7
**brother's** 50:17
**build** 26:7 82:12
**building** 13:11
13:14,18 14:5
53:23 54:8 55:7
63:4,19 183:16

**buildings** 63:24
**built** 58:25
**business** 12:24
12:25 14:12
17:10,16,21
18:3 55:4 170:7
184:4
**buy** 59:12
165:17
**buyer** 41:24
**buying** 164:22

| c |
| --- |

**c** 2:2 4:1,2 5:1
6:1 7:1 8:1 9:1
9:13,15,19 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1,14
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1

| | | | |
|---|---|---|---|
| 85:1 86:1 87:1 | 169:1 170:1 | 114:4,12 115:3 | **certain** 171:8 |
| 88:1 89:1 90:1 | 171:1 172:1 | 115:21 117:22 | **certificate** 53:25 |
| 91:1 92:1 93:1 | 173:1 174:1 | 118:3,7,11,14 | 54:10 78:21 |
| 94:1 95:1 96:1 | 175:1 176:1 | 119:3,13 121:11 | 79:13 206:20 |
| 97:1 98:1 99:1 | 177:1 178:1 | 122:19,20,25 | **certification** 3:8 |
| 100:1 101:1 | 179:1 180:1 | 123:3,11,15,24 | 80:5 |
| 102:1 103:1 | 181:1 182:1 | 124:6,10,11,21 | **certify** 205:4,8 |
| 104:1 105:1 | 183:1 184:1 | 125:18,22 126:3 | 209:10,15 |
| 106:1 107:1 | 185:1 186:1 | 126:10,19,21 | **chad** 184:19 |
| 108:1 109:1 | 187:1 188:1 | 127:19,25 | **challenge** |
| 110:1 111:1 | 189:1 190:1 | 128:21,23 129:3 | 146:19 |
| 112:1 113:1 | 191:1 192:1 | 129:8,11,15,25 | **change** 39:7,12 |
| 114:1 115:1 | 193:1 194:1 | 130:4 138:21,23 | 51:16 58:4 |
| 116:1 117:1 | 195:1 196:1 | 162:22 201:21 | 95:10 195:6 |
| 118:1 119:1 | 197:1 198:1 | 201:23,25,25 | 204:8 211:4,7 |
| 120:1 121:1 | 199:1 200:1 | 202:4 207:13,15 | 211:10,13,16,19 |
| 122:1 123:1 | 201:1 202:1 | **cards** 128:9,15 | **changed** 50:7 |
| 124:1 125:1 | 203:1 204:1 | 202:6 | **changes** 204:12 |
| 126:1 127:1 | 205:1,2 206:1 | **careful** 7:8 | 210:10 |
| 128:1 129:1 | 207:1 208:1 | **case** 1:6 4:21 5:8 | **charge** 111:5 |
| 130:1 131:1 | 209:1,2,2 | 5:9 6:3 202:10 | **chase** 44:9,11,12 |
| 132:1 133:1 | **cadman** 1:20 | **cash** 103:4,15,19 | 48:5 67:15,17 |
| 134:1 135:1 | **calender** 46:19 | 103:22 104:22 | 97:9,18,25 98:5 |
| 136:1 137:1 | **call** 66:3,4 69:4 | 106:10,21,24,25 | 98:15,23 104:17 |
| 138:1 139:1 | 176:24 177:4,7 | 207:8,10 | 108:2,5,9,10 |
| 140:1 141:1,4 | 177:25 | **categorize** 134:5 | 112:20,21,23 |
| 141:11 142:1 | **called** 4:2 71:18 | **catherine** 1:8,16 | 113:19,20 114:5 |
| 143:1 144:1 | 204:10 | 2:10 4:10 9:6 | 134:2 147:8,13 |
| 145:1 146:1 | **calls** 133:7 | 23:16 52:12 | 147:25 148:9 |
| 147:1 148:1 | **capacity** 12:19 | 115:23 116:7 | 151:22 153:20 |
| 149:1 150:1 | 15:5 25:2 76:11 | 191:11 192:6 | 153:24,25 154:7 |
| 151:1 152:1 | **capital** 99:8,12 | 205:15 208:12 | 154:10 155:5,9 |
| 153:1 154:1 | 99:15,20 | 210:4,5 211:1,2 | 162:24 163:2 |
| 155:1 156:1 | **car** 23:4 156:25 | 211:24 | 188:6 198:11 |
| 157:1 158:1 | **card** 99:8,13,16 | **catholic** 166:21 | **cheaper** 19:19 |
| 159:1 160:1 | 101:24 102:3,14 | **cause** 169:15 | **check** 38:22 |
| 161:1 162:1 | 102:16 103:25 | **cellphone** 21:23 | 48:20 57:15 |
| 163:1 164:1 | 104:9,16,17,19 | **center** 102:14,16 | 111:11,12 |
| 165:1 166:1 | 112:19 113:3,6 | 103:25 104:20 | 118:16 |
| 167:1 168:1 | 113:9,10,21 | 123:2 | |

Case 1:21-cv-05578-MKB-PK   Document 22-10   Filed 05/02/23   Page 221 of 249 PageID #: 616
Catherine Reyes                                                December 1, 2022
[checkbook - correct]                                                  Page 10

checkbook 112:7,10
checked 36:15 38:20 44:22 48:18 49:3 52:25 57:13
checks 65:10 197:8
children 23:2 25:21 50:11 72:3 75:13 120:18 132:3
children's 23:8
chs 97:2,7
circumstances 39:7,11 58:2 201:15
citizen 21:2,4,11 21:13 186:7,11 186:14,20
citizenship 21:8
city 166:21 167:2
civil 1:18 185:10
clarification 13:4 118:22
clarify 6:6 32:16 74:22
clear 10:17
client 87:8,13 93:11 107:4 159:8 163:17,18 163:18 164:9,10 164:10 168:19
clients 14:21,23 157:22 159:16 170:6,18
close 8:21 59:13 152:10,14

closed 152:8,9 152:19,23 198:9
clue 48:25
collect 28:18,19
collected 190:23
college 11:21
column 42:3 96:21 97:13 101:14 124:24 144:4 163:16
columns 91:3
combined 64:25
come 32:17,19 67:15 181:15
comes 81:23
comfortable 5:11 110:8
coming 164:2
commercial 13:14
communicate 69:2 133:4
communication 86:7
communications 11:6
companies 28:25 65:7,24 66:23
company 14:25
compile 65:22 68:6,7
compiling 68:21 190:15
complete 12:2 180:11,21
completed 166:14 188:19 210:17
components 88:13

computer 14:18
concerned 40:11 137:2 145:5,13
concerns 159:23 160:3
concluded 204:24
concludes 204:16
condition 9:22 10:4
conduct 78:22 79:14 206:21
conference 177:4,7
conferences 193:11
confirm 30:2,6 30:10
connection 136:14
connections 17:17 18:4
consider 154:7
consult 15:9 137:5,11
contact 134:19 159:20
contacted 157:22 159:8,17
contained 197:9
contend 164:5 198:24
continue 166:10 200:12
control 49:18 51:17
controlled 33:5 49:19,25 63:24

controllers 184:6,8
controlling 203:12
conversation 69:13 110:14 200:6,14,15,16
conversations 10:18 84:17,24 131:3 132:21 150:22 172:4 200:18
conveyance 77:13
copies 131:9 192:14 210:14
copy 3:14,17 34:11,21 35:2 38:8 43:18 46:7 52:17 56:14 138:8 141:19 180:23 185:4 192:20 193:5,13 204:2 207:18
corner 35:19 91:24 106:17 142:5 156:7 168:18 184:16
correct 5:15 7:17 14:2,6 22:11 23:18 34:11,21,25 36:15 38:8,20 42:18,22 44:22 48:10,14,18 53:20 55:7 57:13 58:20,24 61:4,15,18 64:12 69:16,20 69:25 70:10

72:11 77:7,16
79:24 80:8 82:3
82:11 83:15
88:6 90:9,15
92:4,13,16
93:22 97:3,10
97:22 100:8
101:19 103:12
103:23 106:21
107:5,13 109:7
113:15 115:9
116:2,8 119:18
121:15,20,23
126:19 127:20
128:2 129:21
136:7,10 139:19
140:7,16 143:2
157:19 161:21
165:3 167:7
168:24 174:14
178:6 179:12,17
179:22 180:10
180:23 185:4
187:9 190:11,17
192:11,14,20
193:5,13 194:4
194:12,17 205:9
**correctly** 136:19
158:2,5,8
159:11 163:21
163:23 164:25
185:12
**correspondence**
14:21
**cost** 59:13
**counsel** 3:6,17
4:18,24 176:20
176:22 189:25
210:14

**counter** 118:18
**country** 21:5,14
53:7 200:23,25
**county** 209:5
**couple** 53:15
117:9
**course** 136:16
189:23
**court** 1:2,17
3:13 4:23 5:14
6:19,22 7:5
33:23 37:14
45:19 55:19,25
78:19 86:16
91:15 100:16
103:2 106:7
110:18 114:9
120:5 125:25
135:8 138:6
143:10 148:14
155:14 163:7
174:17 183:9
191:7 203:24
208:19
**cousins** 18:13
19:14
**cover** 98:22
99:19
**covid** 125:10
**cpa** 27:19 65:2
65:19 67:18
68:3,12,16 71:6
71:17 89:17
131:8
**create** 45:4
189:15
**created** 58:12,17
58:22 59:19
62:3 69:15,23
69:24 108:8

**creating** 89:14
**creation** 89:18
189:3
**credit** 100:7
112:19 113:2,5
113:9,10,21
114:4 119:3,13
121:11 122:19
122:20 123:3,11
123:14,23 124:6
124:9,21 125:18
125:22 126:3,10
126:19,21
127:19,25 128:9
128:15,21,23
129:3,8,11,15
129:24 130:4
162:22 201:21
201:22,25,25
202:3,6 207:15
**credited** 100:10
168:7
**cross** 123:9
204:18
**cs** 210:15
**cs5573403** 1:25
205:25
**current** 12:8
152:2,4
**currently** 4:22
10:7 21:19
23:20 99:12
104:15 153:8
155:7
**cv** 1:6 4:21

**d**

**d** 3:2 12:17
23:14 141:11
205:2 208:21

**d.c.** 2:6
**danger** 50:11
**dartmouth** 4:12
16:7
**date** 1:11 34:4
37:19 43:3
45:24 46:14
52:5 55:24
69:20 78:24
86:21 91:20
100:21 101:17
103:7 106:13
112:18 114:14
116:14 120:10
126:6 135:13
138:11 143:15
148:19 155:19
163:12 174:22
183:14 185:18
186:4 191:13,20
200:13 201:11
202:2 211:24
**dated** 96:22 99:4
99:24 101:22
102:6 103:22
104:4 106:25
107:9,21 122:25
136:5,6 146:9
146:13 179:21
184:18,21 185:6
**dates** 199:14,23
**dating** 110:24
**daughter** 23:15
166:17,18
**daughter's**
117:10
**daughters** 50:17
**day** 205:19
209:21

[days - document]                                                    Page 12

**days** 3:16 72:19
   104:13 210:17
**de** 78:4,14 81:9
   82:16 83:14
   84:5
**dead** 18:15
   196:25
**deal** 188:5
**debit** 97:10,12
   97:15,24 107:21
   146:14,16
**debited** 104:18
**deceased** 27:11
**december** 1:11
   195:17 197:11
   199:16 200:2,10
   209:21 210:3
**decide** 119:2
   133:20 149:25
   160:7 186:17
**decided** 39:2,4
   152:16 154:5
   163:20
**declaration**
   135:10 207:16
**declare** 80:4
**deemed** 134:11
**defendant** 1:15
**defendant's**
   191:15 192:8
   197:20 208:14
**defendants** 1:9
   2:9
**del** 78:4,14 81:9
   82:16 84:5
**delivered** 204:2
**department** 2:4
   2:17 4:16
   198:18 199:8
   203:4

**depends** 96:8
   133:19
**deponent** 210:13
**deposed** 5:21
**deposing** 210:13
**deposit** 95:24
   168:5
**deposited** 96:6
**deposition** 1:15
   3:8,9,14 5:11,25
   7:17 8:15 10:16
   10:23 11:10
   22:19
**depositions** 8:18
**deposits** 87:20
   88:10,14 95:25
   167:24 197:7,13
   197:17
**dereck** 18:16
**describe** 201:15
**described** 198:3
**description** 91:3
   91:4 96:21
   101:14 206:7
   207:5 208:5
**destroyed** 81:25
**detailed** 90:8
**determination**
   88:23 89:5,8
   133:25 181:16
   181:22 182:2
**determine** 66:8
   88:18
**die** 27:14
**died** 23:4 117:8
   156:24,25
**difference** 90:21
   90:24
**different** 14:25
   57:8 59:21

60:21 94:4
   141:15 153:20
   153:21
**direct** 34:15
   35:15 38:3
   43:23 46:11
   47:23 52:20,24
   56:6,18 57:11
   60:18 70:17
   79:4 80:2 83:2
   85:10 87:17
   91:23 101:13,21
   102:5 103:20
   122:4,22 142:2
   144:3 146:6
   148:23 157:17
   159:5 163:15
   184:13
**directing** 38:14
   44:15 96:20
   107:7 139:13
   143:19
**directly** 22:5
   133:5
**disclosed** 197:18
   201:9,12
**disclosure**
   136:13 174:20
   178:9,15,18,24
   179:17 180:24
   181:2,7 185:12
   201:14,16 208:8
**disclosures**
   135:3 137:3
**discuss** 8:11
   24:22 31:6,14
   68:9 75:12
   120:11 131:21
   131:25 172:11
   186:2

**discussed** 69:17
   71:21 138:24
   152:11 172:18
   200:17
**discussing** 172:7
   185:23,25
**discussion** 13:22
   17:6 28:12
   35:14 60:7 64:5
   69:10 74:3
   75:21 77:3
   102:24 109:23
   128:20 151:4
   154:24 158:12
   177:17 187:3
   192:2 193:23
   195:9
**discussions**
   11:13 132:24
   147:23
**district** 1:2,2,20
   4:23,24
**dividends** 41:6
**division** 2:4,17
   2:17 4:17
**dizzy** 110:4
   158:21
**doctor** 22:10,13
**document** 34:5
   35:5 36:18
   42:17,20,22
   79:10,22 80:14
   92:20 100:25
   101:4,10 103:2
   114:10,20,23
   119:17,21 126:2
   126:18,22 134:6
   135:9 136:9
   138:7,15,18,23
   141:8 144:21

148:15,22
155:15,17,25
163:8,10 170:5
174:18 175:10
179:21 180:7,20
183:9 184:16
185:18 207:25
208:6
**documentation**
172:17 197:15
197:18
**documents**
10:25 32:3,12
32:18,20,25
36:20 64:25
65:3,6,23 67:4
68:3 109:2
128:8,14 129:24
130:4 131:9,18
175:11,16,18,20
176:3,8,12
189:20 190:2,7
190:10,15,17,23
**doing** 73:12
80:14 135:5
136:21 143:8
157:2 165:8
**dollar** 102:7
**dollars** 59:14
181:20 182:17
182:17
**domestic** 162:25
**domestically**
89:16 154:9,15
154:19 155:2
**dominic** 141:3
**don** 88:22
**doug** 177:20
179:5 182:7
185:25 201:17

**douglas** 150:15
**dr** 8:6 11:12
12:10,13,15,19
13:11,25 14:16
14:20 15:7,19
20:5,6 21:10
22:5,10,18,18
22:25 25:6
26:15 34:17
43:12 44:13
47:6 49:25
50:24 51:14
52:18 54:14,18
55:12 57:3
64:21 65:25
66:23 68:9,20
77:18 78:3,7
79:19 80:24
82:14 84:23
89:7 93:10
94:20,24 95:6
95:17 96:4 98:5
99:15 107:18
111:4,13,17
112:16 119:16
119:20 120:13
121:6,7 124:4
125:21 130:7,17
132:8,14 133:10
136:3 140:6
144:23 146:23
150:19 156:4
160:3,19 167:6
168:2 170:12,15
170:22 176:12
177:2,11 180:5
184:15 188:9
190:9 202:20
203:5

**draft** 189:15
**draw** 52:13
**due** 158:14
**duly** 4:3 205:5
209:12
**duration** 199:14
199:23

**e**

**e** 2:2,2 3:2,2 4:2
4:2,2,2 5:3 9:13
9:13 30:19,21
61:4,10,14
133:13,17 134:2
169:7,18 205:2
206:2 208:21
209:2,2 211:3,3
211:3
**earlier** 32:2,15
53:19 130:13
158:22 160:17
177:22 188:19
**early** 12:7 85:15
113:3 117:11
**earned** 199:5
202:25
**easier** 9:19
**easily** 76:24
**east** 1:21
**eastern** 1:2,19
4:23
**ec** 115:3 118:11
**education** 11:16
11:20 12:2
165:19 166:10
166:24
**effect** 3:12,15
110:19
**eight** 18:18
**either** 6:20 8:5
23:11 85:6 86:5

105:17 119:16
131:13
**electric** 63:18
**employed** 17:13
17:24
**employee** 200:7
201:13
**employees** 196:8
**emt** 107:12
**england** 20:10
93:21 199:15,22
**enrique** 1:22
209:8,24
**enter** 178:17,23
**entities** 71:25
**entity** 195:22
196:9 200:9
202:8
**entity's** 202:11
**entries** 102:6
124:23 146:13
**entry** 40:7 96:22
99:4,24 101:22
102:13 104:4
107:8 122:24
146:8 178:8,14
**envelope** 66:6
**equity** 59:16
**errata** 204:11
210:11,13,17
**erratas** 210:15
**errors** 204:6
**esq** 2:7,12,16
210:1
**established**
69:13 161:3
185:18
**estate** 24:8,12,14
71:23 72:2
74:25 76:14,21

[eurocard - fifth]

**eurocard** 138:9
138:20,22 139:3
139:7,10 140:19
207:18
**everybody** 65:25
66:14
**exactly** 39:3
50:19 151:25
189:17
**examination** 4:6
195:10 202:16
204:23 208:23
209:11,13
**examined** 4:5
80:5
**excuse** 47:14
112:22
**exhibit** 33:24
34:3,8,10,20
35:17 37:6,15
37:18,22,25
38:7,16 39:17
43:2,4,7 45:20
45:23 46:2,3
48:21,22 49:3
51:23,25 52:4,6
52:9 53:14
55:20,23 56:3,5
56:11,13 60:10
60:19,24,25
61:7,13,20,22
61:25 62:2
70:18,21,22
78:19,20,23
79:3,12,15
80:12 86:17,20
86:23,25 87:18
87:19 90:3
91:16,16,19,21
92:18,24 94:9

96:20 100:17,20
100:22 103:3,6
103:9,18,21
104:7 106:8,9
106:12,15,23
114:10,13,18
118:10 119:18
120:2,6,6,9,12
121:9 122:5,6
122:10,23 123:4
123:25 124:8,24
126:2,5,7
127:13,14,14,18
127:24 128:2,5
128:6 135:9,12
135:14,18 136:5
137:6 138:7,10
138:13 139:14
141:3,17 142:3
142:4,6 143:11
143:11,14,17,20
145:18 146:7
148:15,18,25
152:12 155:15
155:18,22 156:4
158:16 159:6
161:16 162:12
163:8,11,13
168:22 169:5,6
169:12 174:18
174:21,24 175:8
179:7,16 183:10
183:13 184:14
191:12,19 192:4
192:7,19 193:5
193:25 194:2,4
194:6,20 206:6
206:6 207:4,4
208:4,4

**exhibits** 60:8
95:2 108:13
109:6,13 128:22
129:5,9,12,17
129:20 138:24
191:5,8 192:13
206:4 207:2
208:2,19
**exist** 58:16 85:14
108:5
**existed** 130:25
131:11,22 132:2
161:11
**existence** 62:9
62:11 196:11,15
201:10,12
**existing** 72:20
**expect** 9:2
**expenses** 65:11
98:22 99:3,19
102:19 124:25
202:4
**experience**
76:14,21
**explaining**
204:11
**explore** 188:17

**f**

**f** 3:2 33:14 209:2
**fact** 26:8 187:9
**factors** 202:9
**factual** 198:15
**fail** 198:16
**fails** 210:19
**failure** 158:15
**fair** 63:6 161:13
**familiar** 170:24
171:5
**family** 18:6,9,23
81:24 82:4,10

117:2,4 199:17
**far** 50:22 81:19
145:22
**fargo** 107:12,15
107:19
**farms** 81:23
**father** 49:23
51:12,13 186:20
**fax** 154:2 157:22
159:8
**faxed** 29:7,21,22
**faxing** 30:4,8,14
**fbar** 171:2,12,21
171:22 172:5,12
172:18 173:2,7
173:21 174:2
175:13
**february** 69:15
69:23 96:22
97:22 98:2,6
99:5,9,24
**federal** 1:18
26:18 33:25
34:11 37:7
42:24 52:2
195:16 206:8,12
206:16
**fee** 146:19
**feel** 10:12 27:15
**feeling** 110:4
158:20 187:15
**fees** 101:24
146:2,5,17
**felt** 181:9
**fermin** 139:15
139:17 140:9
**fiduciary** 87:20
88:9,14
**fifth** 9:18

**[file - give]**                                                                  Page 15

**file** 26:18 33:16
37:10 45:14
46:21 55:14
198:16 199:7
203:2
**filed** 26:15 30:19
30:21,23 31:3,5
43:19 46:9
56:16 173:2,10
173:23 188:22
**files** 131:15
**filing** 3:7 26:24
33:20 39:8,13
58:4 171:6
172:12 173:14
173:18
**fill** 36:16 64:16
64:21
**filled** 53:8
**final** 39:17
122:23 156:18
**finally** 8:14
59:12
**finance** 157:3
**financed** 41:24
**finances** 89:23
110:25
**financial** 36:12
44:20 53:4,6
67:21 73:5 75:9
86:11 89:17
111:24 154:9
157:13 162:19
170:25 171:7
172:15,21 173:3
176:13,16
195:14,25 198:5
198:17 199:7
200:23 201:2,24
203:3

**financing** 72:8
73:10
**find** 134:3
**fine** 194:23
195:2
**finish** 7:13
195:20
**finished** 7:12 8:8
37:25 41:17
114:21 203:24
**firm** 70:10,13
71:4,16,17
74:22 75:7
**first** 4:3 9:11,14
26:8 34:17
46:16,18 75:16
80:18,20 83:7
85:11 96:21
103:11 107:8
135:17 136:4
156:3,15 168:21
170:6 179:15
191:10,17 192:5
192:9 193:2
201:12 205:5
208:11,16
**five** 15:17 50:22
**fix** 99:25
**floch** 33:14
**floor** 2:11
**focus** 164:7
179:6 194:10
**focuses** 77:14
**follow** 68:12
202:18
**follows** 4:5
**followup** 172:2
**force** 3:15
**foregoing** 205:8

**foreign** 31:6
33:16 37:2
39:12,19 45:9
45:12 49:12,15
53:6,11,11
128:15 154:15
154:20 162:18
170:25 171:7
173:3 198:17
199:7 203:3
**forest** 4:12 16:7
36:5,7
**forget** 104:12
166:21
**forgetting** 140:3
**form** 3:21 34:21
37:17 38:8
43:18 46:7
52:17 56:14
64:22 144:22
189:3 206:11
**forms** 28:24
66:2,9 189:9,9
189:14
**forth** 209:12
**forward** 93:6
**found** 35:18
187:5
**foundation**
161:2
**fourth** 179:24
**frequently** 25:12
25:18 117:12
**friend** 139:18
140:11
**friend's** 117:8
139:20 140:15
**friends** 116:25
**front** 13:19
70:19

**full** 9:5 15:15
85:11 202:11
**fund** 98:12
102:7
**funds** 81:18,21
82:15 84:18,25
88:15 91:10
95:13 96:11,16
98:11,21 99:18
132:12 147:7,12
147:24 167:5,10
167:15,25 168:5
168:6,10 198:2
198:9
**further** 3:20
36:9 53:16
102:12 110:18
136:18 205:8
209:15
**furthest** 144:4

**g**

**g** 134:24,24
170:2,9,9
**g.r.** 27:19,21
28:3
**gas** 63:18 111:11
**gathering** 68:2
**gaughran**
134:24 170:8
**general** 5:25
22:17
**generated**
164:19 168:2
**gestures** 7:7
**getting** 110:17
145:6
**girls** 50:10,14
**give** 175:18
184:10 190:6
191:4

| | | | |
|---|---|---|---|
| **given** 24:16 | 14:14,24 19:10 | **good** 4:14 25:10 | 129:9,12,16,20 |
| 156:18 176:8 | 19:16,23 20:7 | 58:8 109:20 | 135:9,11,14,17 |
| 194:3 205:10 | 23:11 25:14,21 | **gotten** 183:17 | 136:5 137:6 |
| 209:14 | 29:23 31:24 | **government** | 138:7,10,13,24 |
| **giving** 73:4,6 | 36:8 46:16 | 33:24 34:2,8,10 | 139:14 141:2 |
| 158:18 183:3 | 75:18 76:24 | 34:20 35:17 | 142:3,4,6 |
| 184:11 | 96:10,19 117:5 | 37:6,15,17,22 | 143:11,14,17,20 |
| **glasses** 87:9 | 117:9,10 120:17 | 37:25 38:7 | 145:17 146:7 |
| **glen** 2:7 4:7,14 | 121:6 122:16 | 42:25 43:4,6 | 148:15,18,24 |
| 4:15 22:2 45:18 | 150:25 153:23 | 45:20,22 46:2,3 | 152:11 155:15 |
| 55:18 58:7 | 158:9 166:3,18 | 48:21,22 49:2 | 155:17,22 156:3 |
| 69:11,19 73:7 | 170:15 183:23 | 51:23,24 52:3,6 | 158:16 159:6 |
| 73:15 75:19 | 184:7 194:9 | 52:9 55:20,22 | 161:15 162:12 |
| 78:18 83:9,15 | 195:3,7 204:20 | 56:2,5,10,13 | 163:8,10,13 |
| 84:3 86:15 | **god** 54:2 | 60:10,18,24,25 | 168:21 169:4,6 |
| 89:12 90:5 | **goes** 63:19 | 61:7,13,20,22 | 169:12 174:18 |
| 91:14 98:13 | 131:20 164:24 | 61:24 62:2 | 174:20,23 175:8 |
| 100:14 102:25 | **going** 5:9,12,24 | 70:18,22 78:20 | 179:7,15 183:10 |
| 106:2,5 109:19 | 6:2,9,14 14:14 | 78:23 79:3,11 | 183:12 184:14 |
| 114:8 120:4 | 22:4 26:10 | 79:15 80:12 | 191:7,12,19 |
| 123:7,10,14 | 33:22 37:13 | 86:17,20,23,25 | 192:3,7,13,19 |
| 124:13,17 | 45:18 51:22 | 87:18,19 90:3 | 193:4,25 194:2 |
| 125:24 127:11 | 55:18 66:5 | 91:16,18,21 | 194:4,6,20 |
| 128:18 130:15 | 76:24 78:18 | 92:18,24 94:25 | **grade** 9:18 |
| 135:7 138:5 | 79:8 80:10 | 96:19 100:17,19 | **great** 27:25 |
| 143:9 146:12 | 86:15 91:14 | 100:22 103:3,6 | 141:19 |
| 148:13,21 | 93:6 96:10 | 103:9,18,21 | **group** 174:15 |
| 155:13 158:9 | 99:23 100:15 | 104:6 106:8,12 | **grow** 95:21 |
| 162:4 163:6 | 102:25 106:6 | 106:15,23 | **guarantee** 8:19 |
| 171:17,25 | 114:8 120:4 | 108:13 109:6,13 | **guatemala** 16:23 |
| 174:16 183:8 | 125:24 135:7 | 114:10,12,17 | 163:24 |
| 186:22 187:4 | 138:5 143:9 | 118:10 119:17 | **guess** 15:19 19:4 |
| 188:16 191:6,24 | 148:13 150:7 | 120:2,6,8,11 | 26:21 28:8 |
| 192:3,18 194:11 | 155:13 158:13 | 121:8 122:5,6 | 34:13 35:3 38:2 |
| 194:16,23 195:2 | 163:6 168:10 | 122:10,23 123:4 | 39:2 42:23 |
| 196:22 202:17 | 171:17 174:16 | 123:25 124:7,23 | 43:22 44:14 |
| 204:16,21 | 183:8,23 188:3 | 126:2,4,7 | 45:13 46:10 |
| 208:24 | 191:4,6 194:21 | 127:13,13,14,18 | 47:2 49:6,6,8,10 |
| **go** 5:9,24 9:7 | 194:24 | 127:24 128:2,4 | 52:19 53:13 |
| 11:22 12:5 | | 128:6,22 129:5 | 56:17 57:5 |

[guess - include]                                                    Page 17

62:14 66:15
67:11,19 68:23
78:15 87:16
92:17 94:13,14
94:19 95:9
101:9 108:20
112:5 113:7,7
130:20 138:21
151:18 173:10
181:24
**guidance** 75:8
**guidelines** 5:25
**guy** 74:25
**guys** 74:25
184:11

**h**

**h** 4:2 9:13 33:14
134:24 141:4,11
170:9 206:2
211:3
**ha** 6:18
**half** 181:17,21
**hand** 35:19
90:14 91:24
92:3,6,7 169:11
209:21
**handle** 110:25
111:13 145:14
**handwriting**
119:25 138:18
141:16 157:19
**happen** 26:11
50:18
**happened** 29:18
71:15 82:18
119:24 152:25
153:4 160:12
184:9 203:25
**hard** 6:19,21
61:17 184:11

**head** 6:23,23
32:7 109:14
177:5,8 179:10
179:11,14
**heading** 164:18
**hear** 7:3,7 23:5
75:3 149:9
**heard** 171:21,23
**hearing** 26:4
**held** 1:18 13:22
17:6 28:12
35:14 60:7 64:5
69:10 74:3
75:21 77:3
102:24 109:23
128:20 151:4
154:24 158:12
177:17 187:3
192:2 193:23
195:9
**help** 28:6,9
188:3
**helped** 27:22
**helpful** 80:15
**hereinbefore**
205:11 209:12
**hereunto** 209:20
**herewith** 197:19
**hesitated** 169:14
**hesitation**
169:15
**high** 11:19
165:25
**highlighted**
141:19
**hills** 4:13 16:8
36:5,7
**hindsight** 162:3
**history** 11:25

**hmm** 6:13,17,18
70:2,3,5 113:22
113:25 115:5,6
116:9,11 167:19
167:20,21
168:25 174:6,7
**hold** 142:12,18
142:22,23 143:5
145:2,23 146:3
146:4
**holder** 115:8
119:7
**holders** 115:25
**home** 12:14
14:17 59:15,15
71:20 72:9,25
73:9 111:2
131:18 138:3
166:15 204:20
**hope** 22:7
**hopefully** 54:11
**house** 21:22 26:7
28:17 36:22
59:16 72:20
82:12 112:11
131:13 156:17
156:23 190:22
**hunter** 11:23
**husband** 8:6
10:24 12:12
20:3,4 22:21
39:6 59:6 79:19
81:23 84:23
91:9 94:13,19
110:24 115:12
117:8 136:3
140:6,12,15
150:19 176:25
181:24 188:11

**husband's** 33:5
49:23 50:16
149:3 180:5

**i**

**idea** 53:9 144:2
170:4 171:14
174:12
**identification**
34:3 37:18 43:2
45:23 52:4
55:23 78:24
86:21 91:19
100:20 103:7
106:13 114:13
120:9 126:5
135:12 138:11
143:15 148:19
155:18 163:11
174:21 183:13
191:13,20
**identified**
195:21 196:13
201:23
**identify** 195:13
196:7 197:5,24
198:5,23 200:5
200:22 201:21
202:7
**iii** 23:14 76:9
131:23 157:7
187:6
**immediate** 134:6
**important**
133:21,24 134:6
134:11
**inaccurate**
35:10
**include** 13:4
28:22 32:25
68:10 93:13

Catherine Reyes                                December 1, 2022

[include - item]                                               Page 18

198:4 201:11
**included** 61:23
67:7 134:9
146:23 197:6
**including** 39:5
195:15 196:9
199:2 200:8,24
202:10,21
**income** 26:19,19
27:2 28:15
29:16 30:3,7,11
33:16,25 34:12
34:22 37:7,11
37:16 38:9
39:18 42:24
43:18 45:15
46:9 49:15 52:2
52:17 56:15
63:25 199:5
202:25 206:8,10
206:12,16
**incorrect** 165:6
**increments**
113:12
**incurred** 202:5
**independent**
30:22 197:14,18
**indicate** 80:13
**indication** 185:9
**individual** 33:13
43:18 46:8
56:15 122:13,17
202:7
**individual's**
202:11
**influence** 10:8
**inform** 28:13
**information**
5:10 14:19
28:14 29:4 45:5

45:9 62:12
64:16 65:23
67:2,17,20 68:6
68:10,13,17
126:25 139:7
154:2 163:9
176:16 202:9
208:6
**initial** 83:11
95:12
**initiated** 82:24
**initiative** 181:8
**input** 156:18
**inquire** 105:21
**institution** 201:2
201:24
**institutions**
67:21 154:10
198:6
**instructions**
143:13 144:5
207:21
**instruments**
88:15
**insurance** 28:24
65:7,24 66:23
**intend** 55:6,8
151:6
**intended** 151:16
**interest** 13:5
15:21 36:11,25
40:23 41:5,23
42:2,9,10 43:25
44:5,11,12,20
45:11 47:3,8,8
48:2,10 53:5,11
53:11 56:20,22
56:23 57:2,23
58:3 67:10
95:22,23 171:6

183:20 184:2
**interested**
209:18
**interests** 41:20
**internal** 199:4
202:23
**interrogatories**
191:10,18 192:5
192:10,15,21
193:7 208:11,17
**interrogatory**
195:12 198:3,4
200:13 201:11
**interview** 174:4
175:12,22,24
176:21 177:12
177:19
**interviewed**
173:25 176:19
**introduced**
86:17
**invest** 136:18
**invested** 153:15
153:16 164:21
**investments**
168:8
**involved** 84:16
84:20,24 147:20
150:22 189:2,7
190:14,18
202:10
**involving** 197:9
**ireland** 21:6
186:9,16
**irish** 21:7 186:7
186:10,14
**irs** 34:6 37:23
38:8,15 40:3
43:5,14,24 44:6
47:24,25 52:7,7

52:21 53:15
56:3,4,19 60:12
61:2 70:23
80:19 83:3
85:10 86:24,24
90:5 91:22,22
100:23,23
101:15 103:10
103:10 104:7
106:16,16 107:9
122:24 146:8,11
151:14,17
157:24 159:11
161:16 173:23
173:25 174:5,11
174:14 175:9,9
175:11,22
176:20 177:13
177:19 178:10
179:22,25 181:3
182:21 183:12
185:5 201:10,13
201:13 208:9
**irs0000295** 79:5
**irs001016** 46:4
**issue** 25:3 47:12
47:16 51:9 57:4
67:5 79:10 93:9
93:15 115:17
122:2 128:25
129:16 142:9
143:6 156:11
168:23 172:16
172:22
**issued** 128:9
201:24
**issues** 151:7
**issuing** 118:10
**item** 197:5

Catherine Reyes                                                December 1, 2022

[j.p. - law]                                                          Page 19

| j | justice | 2:4,17 | 75:5 78:17 | 165:22,23 166:7 |

**j**

**j.p.** 147:8,13,25
153:19 154:6
**january** 101:18
101:20,22 102:6
102:20 151:15
187:7 195:17
196:12 197:10
199:15,25 200:9
201:5
**job** 1:25 12:21
205:25
**joined** 27:21
70:10,15 71:16
**joint** 26:18
34:22 37:6
77:21,24 78:3
91:5 93:9 98:8
98:10 146:23
**jointly** 26:15
**jokes** 22:8
**joyce** 18:15
**juan** 1:8 2:10,18
12:17 15:24
20:13 22:5
23:10,13,13,18
24:19 52:12
76:9 77:5,10
115:11,11,23
131:23 157:7
187:6 191:11
192:6 208:12
210:4 211:1
**judge** 3:13
**julia** 2:7 4:15
**julia.m.glen** 2:7
**june** 107:2,9,21
146:9,13
**junior** 23:12

**justice** 2:4,17
4:17

**k**

**k** 9:15,19 23:16
116:8 121:15
126:16
**katherine** 23:10
126:15
**keep** 60:17
108:15,19,23
131:13 134:11
142:12,18 143:5
143:12 144:4,8
144:21 146:15
146:16 207:20
**kids** 157:16
**killed** 50:12
**kind** 25:13 98:15
105:10 111:25
**kingdom** 17:8
17:20,22,25
18:4,10,21 19:3
20:14,17 170:16
**knew** 161:11
196:23 197:3
**know** 6:5 8:16
8:19 16:3 21:25
24:2,6 25:25
27:13 29:19
30:25 33:8,13
36:23 38:25
40:19,22,22,25
41:11,17 42:12
51:18,22 54:23
58:6,13,21,22
59:8,20 60:3
62:14,22 63:17
64:7,11 65:8
66:12,15 68:24
70:15 71:15

75:5 78:17
81:13,19 84:7
84:15,20,22
85:3,6,9,24,25
86:9,13,14
88:22,25 89:4,6
89:9,10,15,20
89:21 90:23,24
91:7 95:19 96:5
96:9,25 97:6,7
97:16 98:3,25
99:6,10,11,17
99:21 102:4,11
102:17 104:13
105:4,8 106:6
107:20,23 109:4
110:3,11 112:13
114:20 117:24
117:25 119:7
122:3,14 124:5
125:23 129:2,10
129:14,18,19
130:8,18,24
131:2,7,20
133:11 134:23
135:19 136:22
139:5,9 141:5,9
141:25 142:15
143:3,24 144:18
145:12,22
146:25 147:3,5
147:17,20 148:4
149:20 150:21
151:20,24,24
155:21 156:2,20
156:25 157:15
158:21 159:2,14
160:2,6,10,15
160:16 161:12
163:25 164:6

165:22,23 166:7
166:9 168:9,13
168:14,15,17
169:8 170:14
171:12,24 173:6
173:9 176:10,14
178:3,20 181:20
182:22,23 184:7
188:24 189:17
190:3,8,12,19
192:25 193:16
201:18
**knowledge**
30:23 57:7 80:7
82:17 95:16
128:16 131:12
162:20 163:5
165:20 180:10
196:10,14 202:8
**known** 196:14
202:12
**knows** 66:14
**kruger** 18:16
**kyc** 163:9 208:6

**l**

**l** 3:2,2 33:14
170:2,2 205:2
**labeled** 90:7,18
123:4
**lack** 160:25
**land** 26:6
**large** 74:22
161:23 164:22
**law** 23:23 51:12
59:7 77:14 78:8
78:10 81:15,17
82:25 96:9
130:14,20
132:16 167:11
167:18 187:7

Catherine Reyes                                    December 1, 2022

[laws - lloyds]                                                   Page 20

**laws** 39:25 40:9
  49:20 167:12
**lawsuit** 59:9
  172:16,22
**lawyer** 89:17
  150:11,13 157:8
  175:19,21 176:2
  182:4,5
**lead** 94:14
**leads** 95:2
**learned** 171:20
**left** 34:16 41:7
  41:13 46:19
  61:3,9 62:23
  63:20 91:24
  92:7 101:3,7
  116:13 141:18
  142:5 143:23,25
  144:10 156:7
  158:7 163:16
  168:18 169:11
  184:16
**legal** 24:16
  59:11 73:4
  74:12 198:14
  210:23
**lerner** 2:12 5:3,3
  6:14 7:19,21 8:5
  10:20 11:4,9
  13:3,7 17:4
  26:12 27:11,13
  28:10 29:13
  32:16 35:4,8
  38:18 39:21
  42:5,13 43:21
  47:17,21 60:5
  62:6 64:3 69:8
  69:12,17,18,21
  70:5 73:3,24
  74:17,21 75:4

75:16,22 76:4
  76:25 77:9 82:8
  83:8,13 88:21
  90:4 92:21 96:2
  98:17,19,24
  99:2 102:22
  105:24 106:4
  109:8 111:19
  113:23 123:7,12
  123:16 124:9,15
  130:11 143:7
  146:10 149:15
  150:25 154:22
  158:6 160:25
  162:2 165:21
  167:21 169:21
  171:15,19 172:5
  175:14,17
  177:15 187:5,9
  187:10,11
  189:25 190:4,5
  190:6,21,25
  192:17 193:12
  193:21 194:8,14
  194:21,24 195:5
  195:11 196:20
  196:23 197:2
  203:15,19
  204:19 208:25
  210:1
**lerner's** 75:7
  77:15 123:20
  190:10
**letter** 126:24
  127:5,8,25
  128:5 133:16
  137:8 138:9
  148:16 149:6,11
  149:14 177:22
  180:25 183:11

184:18,21 185:5
  185:8,9 186:4
  207:19,22 208:9
**letters** 133:12
  181:2
**liabilities** 86:19
  87:3,23 206:23
**liberal** 166:6,8
**limited** 195:15
  197:6 199:2
  202:22
**lindstrom** 2:9
  5:4
**line** 8:22 36:9
  38:15,19 40:4
  44:19 46:18
  48:17 49:2
  52:25 53:2,16
  57:12 211:4,7
  211:10,13,16,19
**linked** 117:22
  128:24 201:22
**list** 41:20,22
  42:2,8,11,13,15
  71:4 100:6
**listed** 44:5 48:4
  56:21 60:13,14
  87:5 94:25
  122:6 128:22
  129:5,8,12
  156:10
**listen** 157:15
**lists** 65:10 88:5
  90:17 103:11
  107:4,12 115:8
  126:11 127:15
  127:19 169:7
**litigation** 25:4
  47:13,16 51:10
  57:4 79:10

93:10,15 115:17
  122:2 128:25
  142:9 143:6
  156:12 168:23
  189:24 192:16
  192:22,23 193:8
  193:15
**little** 5:9 14:15
  22:4 36:8
  102:12 110:4
  158:21
**live** 14:5 18:7,10
  26:2,5,8 33:7
  36:6 50:6 51:4
  72:10 81:16
  82:7,13
**lived** 16:9,19,22
  16:25 17:7
  20:14 21:21
  139:18 166:15
  166:16
**living** 13:15
  50:10 202:4
**llc** 15:15 53:20
  53:22 54:6,13
  55:2 58:12
  59:25 60:15
  62:17 63:5
  65:14 69:14,14
  72:6 73:17,18
  73:21 74:5,7
  107:24 108:3
  110:23
**llcs** 13:5,7 59:19
  61:23 62:3,10
  69:22 71:22
  75:2 108:10
**lloyd** 121:10
**lloyds** 25:2
  31:11,15 33:2

**[lloyds - march]**                                          Page 21

| | | | |
|---|---|---|---|
| 40:4,10,13,14 | 142:12,13 143:4 | 170:8 | 120:12,19,23 |
| 40:17,21,24 | 143:12,18 144:8 | **londres**   78:4,14 | 121:2,5 139:18 |
| 47:10,11,15 | 144:22 145:2,14 | 81:9 82:16 | 140:11,22 |
| 48:5,6 49:4,9 | 145:23 146:20 | 83:14 84:5 | **maestro**   101:24 |
| 50:2 51:8,20 | 146:24 147:7,14 | **long**   12:18 16:9 | 102:3 114:12 |
| 56:22,24 57:3,9 | 147:25 149:22 | 22:23 59:6 | 115:3 117:22 |
| 57:20 58:3 | 151:16,22 152:3 | 76:19,23 94:16 | 118:6,11,14 |
| 82:23 83:18 | 152:7,14,19 | 104:12 114:15 | 124:11 207:12 |
| 84:10,13 85:5 | 153:2 154:3,6 | 118:4 132:22 | **mail**   66:6,18 |
| 85:14,18,21 | 154:14,18 | 159:19 163:17 | 108:15,19,23 |
| 86:3,12 87:14 | 155:16,23,23 | 164:9 186:6 | 111:24 118:25 |
| 88:20 89:3,13 | 156:11 159:17 | **look**   45:25 60:10 | 133:17 134:2 |
| 89:19,23 91:11 | 159:21,25 | 60:23 108:17 | 137:13,17,21,25 |
| 91:17 92:16 | 160:18,22 161:4 | 111:8 112:5,6 | 142:12,18 143:5 |
| 93:3,7,21 94:2 | 161:9,13,17 | 112:13 123:8 | 143:13 144:5,8 |
| 94:12 95:4,8,14 | 162:17 163:14 | 127:12 174:23 | 144:22 145:2,6 |
| 95:15,18,21 | 163:14,21 | 175:10 184:4 | 145:9,14,24 |
| 96:6,12,14,17 | 164:16 167:5,10 | 186:13 | 146:3,4,15,16 |
| 97:25 99:25 | 167:25 168:6,7 | **looked**   9:20 | 207:20 |
| 100:18 101:7 | 168:11 172:9,14 | 133:21,23 | **mailbox**   145:11 |
| 102:19 103:5 | 172:20 173:8 | 162:15 185:17 | **mailed**   68:8 |
| 104:19,23 105:3 | 175:2,6 185:21 | **looking**   46:14 | 119:3 |
| 105:7,10,14,19 | 185:24 187:19 | 80:14 94:23 | **mails**   133:13 |
| 105:22 106:11 | 196:8,10 200:8 | 105:5 114:24 | **main**   80:20 |
| 107:22 109:16 | 200:9 206:24 | 158:15 162:5,10 | 85:12 149:13 |
| 110:23 114:18 | 207:6,9,11,20 | **looks**   6:2 119:13 | 151:5 |
| 115:16 117:23 | 207:24 | 138:19 169:21 | **majority**   15:18 |
| 120:23 121:10 | **llp**   2:9 5:4 71:12 | **loud**   63:8 149:15 | 54:18 |
| 121:25 122:13 | 71:18 | 197:15 | **making**   182:2 |
| 122:16,20 126:8 | **loaned**   152:5 | **love**   19:23 | 204:11 |
| 126:8 128:24 | **located**   36:4 | **low**   63:25,25 | **malta**   186:20 |
| 130:9,19 131:4 | 53:6 54:3 78:11 | **lucky**   119:24 | **maltese**   186:19 |
| 131:10,21 132:6 | 81:6 | **lugon**   169:22 | 186:21 |
| 132:9,14 133:5 | **location**   198:5 | **lunch**   109:24 | **managed**   59:12 |
| 133:8,13 134:13 | **locked**   131:13 | | 59:17 |
| 134:15,17,20 | 131:15 145:12 | **m** | **managua**   81:7 |
| 135:2,15,15,22 | **london**   19:21,23 | | **manner**   74:6 |
| 137:10,18,22 | 31:11 82:19,21 | **m**   170:2 | **march**   86:18 |
| 138:2,14 139:6 | 83:18 84:10 | **ma'am**   101:17 | 87:3,23 161:18 |
| 140:18 141:24 | 85:18 137:19 | **madrid**   116:20 | 170:7,10,13 |
| | | 116:22,24 117:6 | |
| | | 117:12,14,20,20 | |

179:21 181:4 206:22
**mark** 33:23 37:14 45:19 51:24 55:19 78:19 86:16 91:15 100:16 103:2 106:7 114:9 120:5 125:25 135:8 138:6 143:10 148:14 155:14 163:7 174:17 183:9 191:7
**marked** 34:2 37:17 42:25 45:20,22 51:23 52:3 55:20,22 56:2 60:9 78:22 86:20 91:18 100:19 103:5 106:11 114:12 114:18 120:8 121:9 122:24 126:4 135:11 138:9,14 143:13 148:17 155:17 163:10 174:20 182:12 183:12 191:12,18
**market** 88:15,15
**marriage** 26:14 209:17
**married** 22:5,23 26:9
**martinez** 139:15 139:17,25 140:2 140:10,20
**marymount** 166:22

**matter** 4:20 189:21 209:19
**matters** 202:9
**maxed** 55:9,10
**mazzola** 2:9 5:4
**mazzolalindstr...** 2:12 210:2
**md** 12:17
**mean** 11:18 28:20 41:10,19 42:4,11,14 44:10 59:17 70:4 73:4,6 92:19 97:5 100:2 102:10 108:19,22,24 115:6 118:24 127:4 131:14 142:18,21 149:19 151:13 151:22 153:21 156:19 159:13 168:16 169:2 170:21 174:8 177:6,9 182:15 182:24 183:5 189:11 203:16 203:19
**meaning** 72:3,4
**means** 86:6 90:23 91:7 92:23 149:20 155:21 156:2 159:14 164:6
**medical** 9:22 10:3 12:13 66:24 83:24 164:20 168:2 190:19

**medication** 9:23 10:4,8
**meet** 29:2,6 31:2 31:3 86:2 170:9 170:12 175:21
**mellie** 139:20
**mellie's** 139:24
**member** 54:12 54:16,21
**members** 18:6,9 18:24
**memory** 10:5 35:11
**mention** 31:10 31:14,18
**mentioned** 13:24 23:17 32:15 110:4 158:21 186:6
**met** 170:6
**mid** 113:3
**middle** 85:12 87:22 90:11 118:9 163:16
**military** 184:8
**million** 59:14 100:8,11 152:21 161:21 162:8 182:17,17 183:19
**mine** 119:16 138:19
**minute** 171:16 186:23
**missing** 200:4
**mm** 6:13,17,18 70:2,3,5 113:22 113:25 115:5,6 116:9,11 167:19 167:20,21

168:25 174:6,7
**moment** 8:21 34:6 37:24 43:6 45:25 52:8 56:5 79:3 80:22 114:19 124:22 193:8,17,24
**money** 26:6 33:6 40:8,20 47:3 59:16 65:18 73:6 82:2 88:14 88:15 95:15,17 96:6 152:17,25 153:7,12,19 155:2 164:22 181:10,15,18 182:14,16,25 183:2,3,4,6,22 185:14 187:19 187:24 203:11 203:16,21
**moneys** 47:7
**monitor** 168:10
**month** 25:23 62:21 183:22
**monthly** 134:10
**morgan** 147:8 147:13,25 153:19 154:6
**morning** 4:14
**mortgage** 41:24 55:9 72:14,16 72:18,19,21,24 73:2 183:18
**mother** 25:13,20 49:23 51:12 78:8,10 81:15 81:17 82:25 96:9 130:14,20 132:16 167:11

167:18 186:8,16
203:18
**motioning**
158:23
**move**  26:10
39:16 82:11
99:23 154:5
166:13 187:18
**moved**  27:23
28:3 83:19
93:20
**moving**  99:4
154:8,13,18
155:2,4 179:24
188:2 193:4
**murdered**  50:9
**museum**  19:24
**mutilated**  50:9

**n**

**n**  2:2 3:2 4:2
9:13 134:24
170:2,2,9 205:2
208:21
**name**  4:8,15 9:5
9:12,15 12:15
23:6 34:16
41:22 42:2,8
43:14 51:8,19
59:22 71:5 87:5
87:7 91:25 92:4
92:5 94:24,25
100:24 101:6
103:12 106:17
115:9 119:15
121:12,13,17,19
122:10 125:22
126:11,13,23
128:9 139:17,20
139:22,24 156:4
166:20 169:7,9

169:19,20,22,23
169:25 170:3,10
170:13 177:18
177:22 184:15
184:15 200:25
201:3,23 202:11
**named**  33:13
**names**  9:7 18:14
23:9 59:21
**narrow**  130:12
**natasha**  169:22
170:2
**ne**  2:6
**necessity**  157:23
159:9
**neck**  27:25
**need**  8:15,18
80:11 110:7,10
130:12 159:2
179:9
**needed**  67:3
69:3,5 160:8
187:23,24
**needing**  69:6
**needs**  204:20
**neighborhood**
188:6
**nephew**  50:9
**network**  15:3
**never**  20:24
26:25 51:17
85:19,23 89:25
104:25 105:4,19
109:6 120:14
127:5,8 128:3
128:11,11
131:19 133:9
134:12 146:21
164:15 193:2
199:20 200:3

**new**  1:2,20,21,23
2:11,11 4:4,13
4:24 5:5,5 16:8
19:19 27:25
36:6 156:17,22
209:4,5,9
**nicaragua**  21:15
25:14,22 26:10
31:19 33:2,4
40:9,15 50:7
78:7,12 80:25
81:24 82:7,11
83:17 84:6,12
85:2 93:21
95:13 137:15
**nicaraguan**
40:11 80:19
132:13
**nicer**  9:20
**nicknames**  9:9
**nieces**  50:16
51:4
**night**  11:8
**nine**  18:18
**nodded**  177:5
**nodding**  32:6,7
63:7 134:14,15
177:8 179:13
**nods**  6:23
**non**  78:22 79:13
206:21
**northern**  2:4,17
71:9
**notary**  1:22 4:4
144:16 205:22
209:8
**note**  157:21
158:3 210:10
**notes**  28:22

**number**  4:21
21:16,20,22
40:18 87:8,8,10
87:12,13,14
90:4,14 92:12
92:15 93:11
101:7 107:4
115:13 122:6,9
123:8 126:10
127:15 129:4
141:20,23 142:4
142:5,8 156:9
156:10 161:19
162:15 168:19
168:23 196:4,7
198:3,14 199:13
199:23 200:5,22
200:25 201:7
202:2,12,13,19
206:7 207:5
208:5
**numbered**  83:3
**numbers**  92:8
121:20,22
127:16,20,22
162:6,11 198:6
**nuts**  77:6,12

**o**

**o**  3:2 33:14
170:2,2 205:2
**oath**  3:12 5:15
5:18 110:19
**object**  7:21
**objection**  7:23
35:4 39:21
43:21 73:3,24
75:16 88:21
96:2 98:17,24
109:8 111:19
130:11 143:7

160:25 165:21
175:14 192:17
**objections** 3:21
**obtain** 72:15
173:16 176:11
176:16
**obtained** 73:10
73:17 74:4,5,6
**obvious** 6:10
**obviously** 74:23
**occupancy**
13:13 53:25
54:10
**occupation** 12:9
**occur** 73:19
**occurred** 151:21
153:18
**october** 117:15
184:22,25 185:6
185:19
**office** 1:19 13:12
15:11 29:23
36:21 174:4
178:4,6
**official** 7:6
**offshore** 174:19
178:9,15,18,23
179:16 180:24
180:25 181:7
185:11 208:7
**okay** 5:12,13 6:7
6:20 7:4 31:25
36:14 40:6
41:18 60:22
80:17,23 83:16
85:13 90:12
92:9 93:12,23
94:7,10 97:11
100:9 101:23
102:15 103:17

108:18 110:5,9
110:12 115:18
131:16 141:14
151:12 158:20
159:4 162:16
187:15 188:16
190:14 198:21
**old** 24:4 104:14
**oldest** 23:3
**once** 25:23 69:24
203:24 204:12
**open** 60:17 61:3
78:16 81:11
152:8 163:20
**opened** 61:7
81:14,16 85:4
129:3,11,16
**opening** 75:2
**opinion** 164:14
165:6
**opportunity**
34:7
**option** 118:20
136:10,12,23
**order** 1:17
**ordinary** 41:5
**organizer** 29:11
64:7,11
**original** 3:9,17
38:23 39:8,13
39:19 48:23
49:16 57:16
58:5 124:16
**originally** 40:15
51:11 149:21
**outcome** 209:18
**outside** 16:16,20
33:19
**overdrawn**
134:3

**owned** 12:24
59:11 62:16
63:2,4,5,13
69:24 71:22
**owner** 15:15,18
54:15,19
**ownership** 12:25
15:16,21 16:4
**owning** 58:19
**owns** 54:6,8,12
58:23 73:17,23

**p**

**p** 2:2,2 3:2
**p.c.** 12:17
**p.m.** 204:22
**page** 34:17
35:19 36:9 38:3
40:3 41:3,4
43:13 44:16
46:3,17 52:13
53:17 56:6
57:12 60:11,17
61:2,2,6,8,16
70:22 79:4 80:3
80:20,21 83:3,3
83:10 85:12
87:18,19,21
90:3,7 91:24
96:21 101:15,16
102:13 103:11
103:21 104:6
106:18 107:8
114:9 115:2
116:4 118:9
122:23 135:17
135:21 136:4
138:6 146:7
148:21,24 156:3
156:15 157:18
159:7,8 161:16

163:16 168:19
168:20,21
179:15,24
183:10 206:6
207:4 208:4,23
211:4,7,10,13
211:16,19
**pages** 53:16
193:10
**paid** 47:3,8
65:25 66:23
122:20 181:18
**paper** 30:18
94:23
**papers** 32:22,24
67:14 148:7
173:10,13,17
**paperwork**
28:20,21,23
173:22
**paragraph**
80:21 83:7,8
85:11 149:14
151:5,11 156:14
**parent** 186:19
**parents** 25:7
33:5 49:25
50:24 80:24
132:6,9,14
167:6 202:20
203:5,20,21
**paris** 125:3,6,9
**part** 35:16 41:12
41:13 42:10
43:25 44:16
48:2,17 52:21
52:25 56:20
57:12 160:23
164:22 166:25

| | | | |
|---|---|---|---|
| **parties** 3:7 209:16 | **percentage** 15:16 16:3 54:22 146:22 160:18 | **place** 116:14 200:15,16 201:16 205:11 | **possesses** 202:8 |
| **party** 104:14 | **perfectly** 158:6 | **placed** 81:17 197:25 | **possible** 51:21 62:3,7 91:12 116:19 131:7 |
| **pass** 18:17 50:25 159:4 | **period** 105:25 130:12 195:24 | **places** 121:6 153:20,22 | **possibly** 176:18 |
| **passed** 20:10,18 25:7 130:23 140:16 157:10 157:12 | **perjury** 80:4 180:8,14,16 | **plaintiff** 1:4,16 2:5 191:9,16 192:4,8 208:10 208:15 | **post** 118:20,23 |
| **passing** 23:5 | **person** 7:10 33:8 86:5 134:19 170:10,13 171:6 195:21,23,25 196:12,15,17 200:16 | **plaintiff's** 206:4 207:2 208:2 | **potentially** 154:13 |
| **patrick** 148:17 207:23 | | **planning** 149:21 | **practice** 12:16 14:20 20:16 23:20 24:6 27:20 59:7 71:12,17 164:20 168:3 187:7 |
| **pay** 47:7 65:8 82:10 98:14,22 99:19 113:8,9 113:21 114:4 123:2 146:2 152:5 183:19 202:4 | | **plays** 19:19 | |
| | **person's** 195:22 196:13 | **plaza** 1:20 | **practiced** 24:11 24:13 28:2 |
| | **personal** 41:25 102:19 124:25 | **please** 4:8,25 7:22 8:16,18 9:4 34:6 54:2 60:9 80:13 83:6 110:11 114:19 127:12 149:17 155:24 156:14 159:2,5 195:21 196:13 | **practices** 13:25 24:7 |
| **payer** 41:23 | **personally** 96:12 175:17 | | **practicing** 12:11 23:22 |
| **paying** 111:5 183:21 | **persons** 135:11 195:13 196:8 197:3 198:23 207:17 | | **predecessor** 93:14 94:3 172:10,15,21 196:9 200:8 |
| **payment** 104:18 113:14 123:2 | **phil** 4:18 | **plus** 182:18 | **preparation** 189:3 195:16 |
| **payments** 62:16 62:20,24 63:3 63:11,16 113:15 113:18,21 | **philip** 2:16 | **point** 8:14 78:2 | **prepare** 10:15 10:22 11:14 27:2 |
| | **phone** 21:16,19 25:16 86:6 111:10 133:7 157:22 159:8 176:24 193:11 | **pointing** 112:16 | |
| | | **political** 84:12 | **prepared** 27:4 36:19 52:14 |
| **pays** 62:22 63:18 63:18 | | **poor** 27:15 | **preparer** 29:3 29:16 31:2,8,12 31:16,20 32:4 36:20 |
| **penalty** 80:4 180:8,14 | **phonetic** 59:22 139:21 | **portfolio** 88:3 90:8 | |
| **pending** 4:22 8:4 | **pick** 29:24 32:17 32:19,22 68:3 | **portion** 153:11 159:7 161:24 164:4,8,13 165:5 169:11 | **preparing** 32:11 68:21 |
| **people** 13:15 14:4 65:7 72:17 74:23 145:14 174:15 182:24 | **picked** 36:21 64:25 118:17 | **portions** 154:8 154:14,19 | **present** 2:15 8:7 132:25 176:22 176:23 177:12 |
| **percent** 15:17 54:17 99:25 162:6,8 184:12 | **piece** 54:6 58:20 58:23 73:22 | **position** 162:13 | |

177:19,25 178:7
**presnell** 184:20
**presume** 6:9
**previous** 116:11
**previously** 71:21
138:23
**primarily** 68:20
68:25 111:4
**primary** 169:7
169:18
**prior** 12:21
137:6,11 148:11
175:12,22 182:2
**probably** 29:5
30:21 58:15,18
85:16 95:22
98:7 134:8
184:19
**procedure** 1:18
**process** 74:11
111:8,13 147:21
186:13
**produce** 204:14
**production**
189:20 190:2,17
**professional**
66:25 73:11
75:8 198:24
**professionally**
74:10
**professionals**
74:19
**program** 178:9
178:15,19,24
181:23
**properties** 14:6
59:18 71:21
**property** 13:25
14:9 41:25 54:3
54:7 55:3 58:20

58:23,25 59:4
59:10,25 60:2
62:16 69:25
73:17,19,22
74:4,6 76:23
77:6,13 81:22
**prove** 186:15
**provide** 45:8
66:25 157:13
172:17 175:11
175:16 190:15
203:5,10
**provided** 29:3
45:5 62:13
64:15 67:6,18
75:7 131:9
173:22 176:2
194:19 195:14
195:25 202:20
**public** 1:22 4:4
205:22 209:8
**pull** 66:5 161:15
**purchase** 59:3,5
59:24 72:9
73:22
**purchased** 73:9
73:18
**purchases** 75:12
75:17 197:8
**purchasing**
72:25
**purpose** 7:16
19:12,15 82:6
199:14,24
**purposes** 137:3
**pursuant** 1:17
**put** 28:14 40:9
65:2 66:3,6,9
82:2 112:3
145:11

**q**

**question** 6:4,8
7:22,24 8:4,7
29:14 39:17
42:6 47:18,20
75:23,25 83:12
89:22 96:11
98:20 106:2
116:11 123:17
123:20 124:14
124:16,16,19
130:16 140:6
169:5 177:10
191:23 199:13
202:18
**questioning** 8:22
204:17
**questionnaire**
64:17,22
**questions** 5:8
6:3,15 8:25 9:25
10:10,15 17:20
68:4 79:9 80:11
80:16 94:9
110:18 154:25
155:8,11 187:16
193:18 194:2,5
**quote** 36:10 80:3
108:15 126:24
136:12 151:6
164:19,24 170:5
185:8

**r**

**r** 2:2 3:2 4:2,2
9:13 134:24
170:9 205:2
209:2 211:3,3
**railroad** 184:5
**raise** 184:12

**range** 112:18
**rates** 183:20
184:3
**ray** 33:14
**reach** 68:5
**read** 10:25 36:17
41:3,16 75:22
75:25 83:6 87:5
124:15,19
136:19 149:13
157:21 158:2,3
158:5,8 159:7
159:11 163:21
163:23 164:4,8
164:25 185:12
194:14 196:2,17
197:15 198:10
199:9,22 210:9
**reagan** 184:6
**real** 24:8,11,14
71:23 72:2
74:24 76:14,21
**really** 26:21 29:7
31:23 34:13
35:7 38:25
39:24 51:17
59:17 65:12
69:3 81:12
83:20 84:22
85:3,25 86:13
89:20 99:10
104:11 105:4
117:24 139:2
140:4 153:14
160:6 165:12,14
168:14,15
171:24 183:22
**reason** 9:22 10:3
34:19,24 35:9
117:18 210:11

211:6,9,12,15
211:18,21
**reasonable**
141:21
**recall**  29:9 32:4
32:13 37:12
40:8 45:10
67:25 68:16
96:16 105:12,13
105:15 107:17
109:9,10,11,12
109:17 118:8,15
118:19 119:20
119:22 120:24
121:3 125:15,20
130:2 131:6
132:20 134:12
134:17,22 135:5
135:6 137:16
138:4 140:9,13
140:21,25
144:20 148:12
149:24 150:4
154:4,16 168:4
172:19,25
190:22 191:2,2
**receipt**  210:18
**receive**  62:15,19
62:24 63:10
67:4,17,20
118:2,13 128:14
129:23 130:3
133:7,12,16
137:9,13,17,21
137:25 139:10
189:19
**received**  42:9
44:13 62:21
63:3,12 111:15
128:8 185:5

**receiver**  108:25
**receiving**  105:15
134:12,17
**recess**  58:9
186:24
**recognize**
138:14,17
169:18,23 170:3
**recollection**
26:23 197:12,17
200:11
**recommendati...**
164:23
**record**  4:9 5:2
7:23 9:5 13:20
13:21 17:4,5
28:10,11 35:12
35:13 60:5,6
64:3,4 69:8,9,12
73:25 74:2
75:18,20 76:25
77:2,4 102:22
102:23 109:21
109:22 110:2
128:18,19 151:2
151:3 154:22,23
158:10,11,13
171:18 177:15
177:16 187:2,5
191:24,25
193:21,22 195:7
195:8 209:13
**redem.lil**  102:7
**refer**  20:4 22:18
80:11 93:6,24
**reference**  49:4
123:9
**referenced**
87:14 138:22
177:22 210:6

**referencing**  13:8
40:7 49:11
51:14 60:8 93:9
170:7 173:13
188:9
**referred**  75:24
124:18 171:2
**referring**  45:2
47:5,9 49:22
50:15 55:12
56:24 60:15,24
67:13 74:16
76:8 97:8
112:21,23 122:9
155:4 157:6,9
170:19 173:17
175:23 182:20
183:25
**refers**  40:13
**regarding**  58:11
135:3 143:5
172:15,21 174:2
190:10 198:25
202:19,21
**region**  2:4
**regularize**  151:6
**regulation**
157:24
**regulations**
159:10
**reid**  27:19,21
28:3 70:16
71:17
**related**  40:23
93:14 98:22
99:19 111:24
126:18 128:8,14
131:10 132:10
134:20 140:10
209:16

**relation**  25:2
**relationship**
25:8
**relevant**  83:11
**remain**  198:9
**remember**  23:24
26:22 29:10,20
30:24 32:20
33:15,18,20,21
34:14 35:5 37:4
37:5 39:3,10,15
50:19 51:2 64:8
68:15,24 69:7
73:13 76:6,12
76:18 78:5
83:20 86:10
91:13 94:17
96:15,18 97:16
98:4,18 99:6,22
100:5 102:21
104:12,21
105:20 109:18
111:22 114:16
114:22,25
116:23 117:17
118:5,18 119:5
119:24 122:18
122:21 123:21
124:3,21 125:5
128:17 129:6
130:6,22 132:11
133:2,15 136:20
136:24,25 137:4
137:7,12,24
138:25 139:2,12
139:23 141:5
142:14 143:8
144:9 145:4,8
145:16,17,25
146:4,5 147:22

148:2 149:8,10
150:4,5,6,8,9
151:18 154:21
156:20 157:14
157:25 159:15
159:18,22
160:11,16,20
165:8 169:9,16
170:11 172:7
173:19 175:7
176:18 178:13
178:16,21 179:2
181:12 185:7
188:14 191:3
203:7,8,9,13
**remind** 7:2
**renovated** 54:9
**renovating**
53:24
**renovation**
152:5 153:9,12
153:17 183:6
**renovations**
187:24
**rent** 14:5 55:6
62:19,22 63:3
63:10,12,24
**rental** 62:15,24
63:15
**rented** 54:9
**rents** 63:24
**repeat** 73:20
**rephrase** 73:8
**report** 39:18,23
49:14 100:13
151:14,16
170:24 171:8
173:3 198:16
199:3,5,7
202:23,25 203:2

**reported** 48:9,11
52:22 63:21
66:11,13 127:7
**reporter** 5:14
6:19,22 7:5
33:23 34:4
37:14,19 43:3
45:19,24 51:24
52:5 55:19,24
56:2 76:2 78:19
78:25 86:16,22
91:15,20 100:16
100:21 103:2,8
106:7,14 114:9
114:14 120:5,10
124:20 125:25
126:6 135:8,13
138:6,12 143:10
143:16 148:14
148:20 155:14
155:19 163:7,12
174:17,22 183:9
183:14 191:7,14
191:21 203:24
208:19
**reporter's**
110:19
**reporting** 24:20
151:7 157:24
159:10,24 160:4
172:23 173:7
174:25 175:5
198:18
**represent** 40:18
**representative**
86:3 133:13
200:7
**representatives**
133:8

**represented**
7:15 24:25
74:13 176:20
**representing**
4:19
**request** 118:13
122:15 139:3
140:18 142:11
143:4 144:7
147:6 178:8,14
189:19 190:10
190:16
**requested**
145:23 147:11
**requests** 189:25
**required** 199:3,5
199:6 202:22,24
203:2
**requirement**
171:2,3,12
172:5,12,18
173:7
**requirements**
24:20 159:24
160:4 172:24
174:25 175:5
**requires** 5:18
134:6
**reserved** 3:22
**reside** 16:11
**resided** 16:16,22
16:25
**residence** 41:25
**residency**
163:24
**residential** 14:6
**resolve** 151:7
**respective** 3:6
**respond** 190:9

**responding**
137:11
**responds** 185:9
**response** 190:15
191:16 192:8
197:11 208:14
**responses** 193:6
193:14 194:3,3
194:5
**rest** 190:20
201:18
**resuscitation**
69:16 77:15
**retained** 208:19
**retired** 27:10
28:5
**return** 29:3 30:3
30:6,7 31:7,12
31:16,20 32:4
34:2,12,22
36:20 37:7,10
38:23,24 39:8,9
39:13,14,19,20
42:25 43:19
45:4,14,22 46:8
46:18,22 48:13
48:21,23 49:16
49:17 52:3,10
52:17 55:15,22
56:15 57:16,17
58:5,5 61:21,22
61:24,25 126:25
127:8 171:6
206:9,13,15,17
206:19 210:13
210:17
**returned** 29:17
**returning** 121:8
**returns** 26:15,19
27:3 28:15

29:17 30:11,17
31:3 33:9,17,20
36:19 43:10
44:24 57:19
68:22 171:9
188:18,21 189:4
195:16
**revenue**  199:4
202:23
**review**  30:2,10
34:7,8 37:24
43:6 52:8 56:5
79:3 80:20,22
104:22 111:16
114:19 124:23
155:24 156:14
173:21 193:9,18
193:25 204:3,4
210:7
**reviewed**  114:23
188:19
**reviewing**  37:25
**reviews**  111:20
**revise**  196:3,6
**revised**  76:3
**revisions**  194:18
**revoke**  149:18
**revolution**  50:8
**rey**  148:22
**reyes**  1:8,8,16
2:10,10,18 4:1
4:10,21 5:1 6:1
7:1 8:1,6 9:1,6
10:1 11:1,12
12:1,10,13,15
12:17,19 13:1
13:11,25 14:1
14:16,20 15:1,7
15:19,24 16:1
17:1 18:1 19:1

20:1,5,6,13 21:1
21:10 22:1,6,10
22:18,19,25
23:1,10,10,13
23:14,18 24:1
24:16,19,23
25:1,7 26:1,16
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1,17
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
43:12 44:1,13
45:1 46:1 47:1,6
48:1 49:1,25
50:1,24 51:1,14
52:1,12,18 53:1
54:1,14,18 55:1
55:12 56:1 57:1
57:3 58:1 59:1
59:23 60:1 61:1
62:1 63:1 64:1
64:21 65:1 66:1
66:2,24 67:1
68:1,10,20 69:1
69:22 70:1 71:1
72:1 73:1 74:1
75:1,3 76:1,9
77:1,5,10,16,18
78:1,3,7 79:1,19
80:1,24 81:1
82:1,14 83:1
84:1,23 85:1
86:1,25 87:1
88:1 89:1,7 90:1
91:1,23 92:1
93:1,11 94:1,20
94:25 95:1,7,17
96:1,4 97:1 98:1

98:5 99:1,15
100:1,24 101:1
102:1 103:1,11
104:1 105:1
106:1,17 107:1
107:18 108:1
109:1 110:1,3
111:1,4,13,17
112:1,16 113:1
114:1,17 115:1
115:24 116:1
117:1 118:1
119:1,20 120:1
120:13 121:1,6
121:7 122:1
123:1 124:1,4
124:13 125:1,21
126:1,9 127:1
128:1 129:1
130:1,7,18
131:1,23 132:1
132:8,14 133:1
133:10 134:1
135:1,16 136:1
136:3 137:1
138:1 139:1,25
140:1,5,6 141:1
142:1 143:1,18
144:1,23 145:1
146:1,23 147:1
148:1,25 149:1
150:1,19 151:1
152:1 153:1
154:1 155:1,20
156:1 157:1,7
158:1,16 159:1
160:1,3,19
161:1 162:1
163:1 164:1
165:1 166:1

167:1,6 168:1,2
169:1 170:1,12
170:15,22 171:1
171:19 172:1
173:1 174:1
175:1 176:1,13
177:1,2,11
178:1 179:1
180:1,5 181:1
182:1 183:1
184:1,15 185:1
186:1 187:1,6
188:1,9 189:1
190:1,9,21
191:1,11,11
192:1,6,6 193:1
194:1 195:1,12
196:1 197:1
198:1 199:1
200:1 201:1
202:1,20 203:1
203:5,23 204:1
204:20 205:1,15
206:1 207:1
208:1,12,13
209:1 210:4,5
211:1,2,24
**reyes's**  119:16
156:5
**richard**  2:12,12
5:3 62:5 74:14
74:15 161:7
188:15 210:1,2
**ridgewood**
35:23,25
**ridiculous**
182:15
**right**  35:19 38:5
41:16,21 45:3
46:23 61:10,19

65:11,11 66:14
71:7 87:4 88:2
90:14 92:3,5,8
100:25 101:6
103:14 106:17
106:20 108:14
109:11 119:14
127:15 128:7
134:18 141:10
141:20 144:4
158:5 161:22
162:4 164:17
169:18,25
182:24 183:7
193:19 196:19
199:23 201:8
**room** 2:6
**rules** 1:18
**run** 184:10

**s**

**s** 2:2 3:2,2 4:2
141:11 206:2
211:3
**sacata** 59:22,22
**sale** 99:25
**sales** 197:9
**sar** 59:21
**satisfied** 163:19
164:11
**save** 108:20,21
133:17
**saw** 104:25
127:5,8 128:3
146:21 193:2,3
**saying** 131:16
134:16
**says** 35:23 36:10
40:4,17 41:7,13
43:25 44:2,16
46:12,18 48:17

61:3,10 66:10
70:23 80:3,9
81:12 87:2,7,22
88:2,17 91:4,4
92:13 97:2
99:24 100:7
101:24 102:13
103:14,25
106:20 107:6,14
108:15 115:2,23
116:14,17,19
118:10,17 119:6
121:19 122:25
126:10 127:15
127:19 141:3,10
144:4 146:15,18
149:18 151:5
159:12,16
164:18 168:19
168:22 169:6
170:2,5,18
179:16 181:5
185:8 192:12
**schedule** 35:16
36:9 38:15 41:2
41:8 43:24
47:24 52:21
56:19 61:4,10
61:14
**schedules** 80:6
**school** 11:19
12:5 165:24,25
166:3,14,19,20
166:21
**schwid** 141:11
**sealing** 3:7
**second** 41:15
43:13 56:6
72:18 87:18,19
101:14,16 107:8

108:17 122:24
136:2 146:7
151:5,10,11
155:24 157:18
158:10 159:7
**section** 48:2
**sections** 88:5,8
**securities** 88:16
136:16,18
**security** 40:11
88:9
**see** 19:18 25:21
34:16 35:22
36:13 40:4 41:8
41:13 43:24
44:17,20 46:17
46:20 47:25
53:16 56:7 61:9
70:25 80:8,9
87:9,24 88:3
90:19 91:5 92:5
92:10 96:22
97:12 101:25
102:7,14 103:15
104:2 105:2,6,9
107:10 108:15
115:4,7,14
116:14 118:11
121:13 123:6
126:9 127:2,16
141:12,15,20
144:5,10 151:8
161:19 183:2
196:3
**seeing** 105:13
109:12
**seek** 33:10 73:10
75:8 76:13,16
174:24 175:4
178:22 179:3,4

181:25
**seen** 101:10
105:19 109:6,15
129:20 149:6
**selected** 118:19
**sell** 136:15
157:23 159:9
165:17
**seller** 41:23
**selling** 154:7
**send** 14:20 28:17
29:8 32:3 66:2
67:8,9,14
118:20 142:25
181:3 189:13
**sense** 6:12,24
8:2,8,23 10:20
93:17 131:17
**sent** 32:12 37:8
118:22 140:19
153:20 189:8,12
210:14
**sentence** 83:14
85:12 149:18,19
151:10,13
156:16,19 157:6
157:9 159:13
164:24
**sentences**
164:14
**separate** 98:9
**separately** 26:24
**september**
140:22
**series** 6:2 79:8
80:10 92:8
121:20,22
127:16,20
**serve** 189:24

served 192:15
192:21
service 3:16
146:3 163:20
199:4 202:24
services 66:24
195:14 196:2
set 36:19 191:10
191:17 192:5,9
208:11,16
209:12,21
settlement
185:10
seven 21:9
shakes 6:23
109:14 179:10
shaking 179:11
179:14
share 22:25
77:18
shares 164:21,22
168:8
sheet 204:11
210:11
shopping 113:7
shops 81:23
short 58:9 157:4
186:24
shorten 94:8
show 33:22
37:13 51:22
100:15
showing 55:25
148:6 182:11
shown 148:8
shows 161:17
sick 10:12
side 90:14 92:3,6
92:8 164:17

sidney 27:5,6,8
27:15 37:8
38:10 44:23,25
45:16,17 48:12
48:24 52:15
53:8 57:18 71:9
71:11,18 173:9
176:6 189:5,8
189:12 195:19
196:4
sign 29:8 37:6
56:10 111:14
119:21 136:22
143:22 180:7,13
180:18 204:3,13
210:12
signature 36:11
36:25 38:4 46:4
46:14 53:5 56:8
71:2,7 79:6
94:11,20 95:3,7
116:5 135:16,23
136:6 143:21,25
149:2,4,5
173:16 180:2,4
180:5 198:7
201:4 209:24
signed 3:10,12
3:15 37:9 38:9
38:11 42:17
43:22 45:16
46:8 48:13 53:9
56:16 79:25
119:18 136:9
143:24 144:16
144:22 145:18
180:12,19 181:3
188:20 210:20
signing 30:4,8
30:14 42:20

79:22 119:23
136:21 137:6
similar 17:19
74:5
simultaneously
197:19
single 13:13
sit 94:18
situation 50:13
84:12
six 21:9
skp 169:17
170:2
small 54:22
sold 160:8,13
solo 71:12,17
solutions 210:23
somebody 28:17
178:2
son 15:22,23
20:9,12 23:3,13
23:17 24:16,19
54:21 76:5,7
77:5 125:11
131:23 156:16
156:22,24
157:10,12
164:23 165:7,9
165:10 178:5
soon 54:11
sorry 23:5 60:24
67:24 149:9
167:20
sort 132:18
138:21 174:3
source 81:20
95:24,25 164:18
167:4,9
sources 65:5

spaces 55:7
speak 25:15
76:10 89:11
150:16 154:12
154:17 174:10
182:8 185:19
187:12
speaking 22:20
76:4 105:25
specific 175:10
specifically 7:25
93:16 94:4
specified 205:11
spell 9:11,14
spelled 116:7
121:15 126:16
spending 183:2
split 71:14
spoke 11:7,9
25:19 182:4,22
182:23 184:19
200:14
ss 209:4
stack 32:3,12
stamp 35:17,18
38:15 47:25
61:2 79:5 104:7
144:11,15,18
stamped 34:5
37:23 40:3 43:5
43:14 46:4 52:7
56:3,19 60:11
86:24 90:5
91:22 100:23
101:15 103:10
106:16 107:9
126:8 135:15,22
143:18 146:8,11
148:22 155:23
161:16 163:14

175:9 179:25
standing   163:17
164:9
staple   61:11
start   23:22
110:17 188:12
started   167:12
167:14,16
starting   43:24
156:15
starts   35:16 83:9
156:16
state   1:23 4:4,8
7:23 9:4 195:21
196:13 198:14
199:13,23
200:13 201:9,23
209:4,9
stated   18:24
77:5 171:11
202:19
statement   86:19
87:2,22 91:18
92:25 97:21
100:19 101:18
103:4,15,19,22
105:19 106:10
106:21,24,25
109:16 120:8
121:11 122:12
122:16 123:3,25
124:7 126:4
134:10 146:20
158:4 164:3
165:3,5 206:22
206:24 207:7,8
207:10,14,15
statements   80:6
104:23,25 105:2
105:6,10,14

111:16,20 139:4
139:7,11 140:19
states   1:2,3 2:5
4:19,20,23
16:17,20 20:25
21:10 33:19
119:4 126:24
135:3,4 136:12
145:7,10 147:9
147:13 160:8,13
163:17 172:23
174:25 187:20
188:3 189:21,24
190:16 191:10
191:16 192:5,9
192:22 193:7,15
200:24 202:5
208:10,15 210:4
211:1
stating   180:8
status   152:2,4
stay   70:21
staying   41:2
53:14
steal   59:9
stipulate   69:19
158:8 187:8
stipulated   3:5,20
69:18 108:7
stockbroker
164:23 165:7,9
165:11,17
stocks   157:23
159:10 160:8,13
165:18,20
store   13:19
story   59:6
street   2:6 4:12
16:7

strike   22:2 73:15
84:3 89:12
98:13 100:14
127:11 184:5,7
structure   156:19
185:11
studied   166:8
study   11:24
166:5,23
stuff   67:10 83:25
190:20 201:18
submit   30:17
subscribed
205:18
subsection   166:7
subsets   88:19
89:2 90:17,22
90:25
substance   6:3
10:18 11:6
172:3 204:8
substances   10:9
substantive   5:8
suffix   23:12
suggest   196:20
summary   88:3
suppose   170:20
178:25
supposed   117:8
sur   78:4,14
81:10 82:16
84:6
sure   5:10 24:3
50:23 51:7
75:19 92:23
93:18 112:14
116:17,18
117:16 132:17
139:16 147:10
152:20 171:19

176:10 196:22
surgeon   22:14
surgery   22:15
surrounding
39:11
survey   64:16,22
swearing   20:11
switzerland   17:2
17:11,14,17
18:7 20:23
31:16 93:22
137:23 155:6
162:23 163:3
199:21,25 200:3
sworn   3:10 4:3
20:9 205:5,18
209:12

t

t   3:2,2 4:2 9:13
88:22 141:4
205:2 206:2
209:2,2 211:3,3
table   112:3
take   5:12 8:20
8:22 14:19
19:25 34:6
37:24 41:15
43:5 45:25 52:8
56:4 60:9 72:8
79:2 80:21
108:17 114:19
124:22 127:12
155:24 159:3
186:22 193:8,17
193:24 194:25
taken   1:16 9:23
58:10 107:22
109:25 186:25
talk   7:9 8:5
10:24 25:11

Catherine Reyes December 1, 2022

**[talk - told]** Page 33

66:16 89:24
132:5,8,13
137:9 148:10
158:17 171:15
172:22 173:12
**talked** 22:3 32:2
53:19 58:19
70:8 73:16
142:15 160:17
160:20 172:4
**talking** 7:7,10
13:23 15:14
32:5,10,20 48:7
93:25 94:5
172:11 173:11
182:6 184:2
**tax** 2:4,17 4:17
24:20 26:15,19
26:19 27:3
28:15 29:11,16
30:3,7,11 31:7
31:12,16,19
32:4 33:9,17
34:2,12,22
36:19,20 37:7
37:11,17 38:9
42:25 43:10,18
45:15,22 46:8,9
52:3,10,17
55:14,22 56:15
57:18 64:6,10
64:19 126:25
127:8 136:14
137:3 154:13
159:24 160:4
171:6 172:23
174:25 189:9
195:16 206:9,10
206:13,14,16,18

**taxes** 24:22
27:24 32:11
33:11 66:5
135:4 181:19
**teacher** 166:25
**technical** 158:14
**technology**
164:21 168:8
**telephone** 174:3
175:12,23
200:17 202:12
**tell** 5:18 11:7
65:12
**tells** 7:25
**temporarily**
16:19
**ten** 19:4 23:4
186:23
**tenants** 63:4
**term** 171:22
**terrible** 50:8,13
59:17
**testified** 4:5
93:20 109:5
130:13 167:4
**testify** 205:5
**testimony** 8:11
49:24 105:18
110:15 158:18
167:14 187:13
204:9 205:6,10
209:14 210:9,18
**text** 41:16 83:11
124:24
**theater** 19:16,17
**thing** 46:23
136:2 141:17
183:16
**things** 48:25
50:7 83:21,21

99:7 100:6
104:13 121:5
131:13 165:8
204:13
**think** 24:13
25:17 30:20
35:10 50:3
53:25 54:25
58:7 64:23
71:14 81:7
82:20,25 84:8
84:11,12 87:11
89:25 95:11
96:3 108:7
109:19 114:7,7
130:10 131:19
132:4 133:6
137:20 140:14
147:15 150:20
155:12 160:21
162:5,10 165:4
166:6,24 170:17
175:25 180:22
189:8 194:17
204:19
**thinking** 124:10
180:15
**third** 23:12
85:12 103:21
104:6 156:16
**thought** 26:9
67:3 181:14
185:14 203:20
**thousand** 181:20
**three** 23:3 50:10
88:5,13,24
143:21
**tied** 153:8,12
**time** 1:12 3:22
7:10 8:23 19:5

58:8 74:23
76:19 94:16
104:12 105:25
106:3,4,5
109:20 110:22
114:16 118:4
125:13 130:12
144:16 150:14
152:22 153:3
157:4 159:19
161:5 162:3
166:25 170:6
171:20 184:11
185:20 186:6
191:5 193:2
194:25 195:24
196:11,16 201:4
204:7 205:10
210:19
**timeframe**
145:15 188:24
210:8
**timely** 198:16
**times** 116:24
125:8 143:21,22
**title** 41:3 195:22
**titled** 79:11
101:14 192:4,7
**today** 5:12 8:7
8:15 9:2,25
10:10,12 26:13
32:15,21 94:18
109:15 148:11
172:6,11 173:6
187:13 188:19
189:22 203:25
**today's** 10:16,23
**told** 132:18
180:18 185:13

**top** 34:16 35:22 40:2 46:17,19 53:17 61:3,9 79:11 83:8 87:21 90:11 91:23 100:24 101:3 106:17 108:14 115:2 119:6 121:14 127:10 141:2,18 142:5 156:7 168:18 169:11 182:14 184:16
**total** 63:17 161:4 161:17 162:8
**totally** 57:19 157:25
**trains** 184:10
**transaction** 96:24 99:5
**transactions** 197:6 202:3
**transcribe** 6:22 7:10
**transcript** 7:6 203:25 205:9,9 210:6,20
**transcription** 204:6
**transfer** 82:24 84:17,21,25 95:12 98:11,21 132:12 147:24 148:9,10 150:10 150:17 151:20 151:21 152:11 152:16,23 153:3 153:18
**transferred** 82:19,22 83:18

84:9 147:8,12 153:6,19 198:2
**transfers** 197:7
**transportation** 24:10,12
**travel** 19:2,6 120:12
**traveled** 18:20 20:3,22 120:15
**tray** 66:4,9
**treasury** 198:18 199:9 203:4
**trial** 3:22 4:15
**tried** 59:9,10
**trip** 170:8
**trips** 19:25 117:13
**true** 34:10,21,25 38:7 43:17 46:6 50:5 52:16 56:13 79:24 80:8 94:22 163:22,25 164:4 164:5 180:10,21 180:23 185:4 192:14,20 193:5 193:13 194:4 199:21 205:9 209:13
**truly** 55:10 159:15
**truth** 5:19 63:23 192:25 205:5
**truthfully** 9:25
**try** 7:2
**tsb** 40:4,13,17 40:21 48:6 196:9,10 200:8 200:9

**turn** 46:2 53:15 60:11 70:22 90:2 135:21 204:17
**two** 19:10 38:4 71:21 90:17,22 90:25 91:3 143:22 154:25 155:8,11 164:13 191:4 193:10
**type** 14:11,16 19:17 22:13,15 55:3 86:11,13
**typing** 203:24

**u**

**u** 3:2 134:24 170:2,2,9
**u.s.** 1:19 198:18 199:8 203:4
**ubs** 102:14,16 103:25 104:9,15 104:19 120:7,25 122:19,25 124:2 124:9 126:3,10 127:19 129:24 130:5 138:23 149:23 150:3 162:22 163:3,5 163:19 164:11 164:15 207:14 207:15
**uk** 85:21
**ultimately** 118:2 147:6 149:25 152:23,24 160:12 181:6
**unable** 9:24
**unaware** 57:19
**underneath** 87:7

**understand** 5:17 6:5,11 22:20 42:6,7 47:17 92:22 93:8,25 94:6 98:19 110:20 118:23 119:8,11 127:6 128:4 142:18,20 167:13 189:6
**understandable** 9:21
**understanding** 25:6 77:12 155:7,10
**understood** 6:9
**unexpected** 158:14
**united** 1:2,3 2:5 4:19,20,22 16:17,20 17:8 17:20,21,25 18:4,10,21 19:3 20:14,16,25 21:10 33:19 119:4 135:3,4 145:7,10 147:9 147:13 160:7,13 170:16 172:23 174:25 187:20 188:3 189:20,24 190:16 191:9,16 192:4,9,22 193:6,14 200:24 202:5 208:10,15 210:4 211:1
**unsigned** 3:14
**untrue** 164:14
**updates** 194:13 194:19

**usa** 97:2 107:13
158:7 159:9
**usdoj.gov** 2:7
**use** 15:3 29:11
66:19,20,21
91:10 98:12,14
99:18 102:18
107:25 108:4
113:5,20 114:3
118:6 188:4
**user** 129:8

**v**

**v** 210:4 211:1
**vaguely** 141:22
171:23
**valuation** 90:8
**verbal** 6:16
113:24
**verify** 210:9
**veritext** 210:14
210:23
**veritext.com**
210:15
**versus** 4:20
**view** 157:24
159:10
**villanova** 166:4
166:5,11
**visit** 18:23 19:14
25:20,22 85:17
85:20 117:12
120:22,25
199:17
**visits** 19:13
121:4 199:14,24
**voluntary**
174:19 178:9,15
178:18,23
179:16 180:24
181:2,7 185:11

208:7

**w**

**w** 141:4,11
**wait** 7:11,13
77:9
**waiting** 53:24
54:9
**waived** 3:9
**want** 10:17
185:10,15
187:18,23,25
192:25 194:10
194:11 195:6
204:8
**wanted** 25:25
26:5,7 33:6 50:6
65:8 81:15
181:10,19
182:15,16,17
184:6 188:5
**washington** 2:6
**water** 110:7
**way** 94:8 196:7
209:18
**we've** 22:3
172:10 185:17
187:8
**wealth** 160:23
161:24 164:18
164:19
**wealthy** 81:24
**weber** 148:17
207:23
**wedding** 117:10
**wells** 107:12,15
107:18
**went** 11:21
20:10 119:7
155:9 190:12,22
199:20

**whereof** 209:20
**wicht** 141:4,8
**willful** 78:22
79:13 206:21
**willfully** 198:16
**wire** 150:2
**wiring** 149:22
**wish** 100:12
**withdraw** 181:6
181:11,23 182:3
185:10,15
**withdrawal**
96:11
**withdrawals**
96:13 197:7,13
197:17
**withdrew**
181:13
**withholding**
135:4 136:14
**witness** 3:10,16
3:18 4:3 27:12
27:14 37:20
42:16 47:19
62:5 114:15
123:18 139:23
140:2 161:6
171:23 183:15
188:15 190:8,24
191:3,22 195:3
196:25 203:18
203:22 204:17
204:23 209:11
209:14,20 210:8
210:10,12,19
**word** 141:21
**work** 12:12
14:16 15:4 27:9
27:16,18 68:19
70:13,13 77:13

156:22 157:3
189:15,16
**worked** 70:9
76:23 111:3
165:16 178:3,5
**working** 64:14
71:14 74:24
156:17 188:12
188:20,23
**worst** 183:15
**wrapping**
203:23
**write** 79:17,20
111:11 141:13
149:11
**written** 83:22
197:8
**wrote** 111:12

**x**

**x** 1:3,9 206:2
208:21

**y**

**y** 4:2 78:4,14
81:9 82:16 84:5
**yeah** 18:25 19:8
25:17 27:5
28:21 34:9
35:24 42:16
44:18,21 48:3
49:10 65:25
76:5 81:4 92:11
92:14 97:4,20
102:2 107:3
108:12 110:6
116:3 118:12
121:18 122:11
125:7,14 136:20
156:13 158:25
161:14,25
163:24 166:2

Catherine Reyes
December 1, 2022

[yeah - zurich]

Page 36

167:3 174:15
178:7 179:20
181:9 184:4
185:13 189:12
194:17 196:19
197:13 198:20
203:11
**year**   26:9 37:11
37:21 38:9
45:15 46:9,19
51:2 58:22
59:19 60:4 63:5
63:11 64:19
105:11,15
136:17
**years**   12:20
16:10 18:18,19
19:4,11 21:9
22:24 23:4
26:19 27:24
33:17 50:10,22
58:14 59:8,8
67:5 108:6
117:9 119:23
132:10 133:3
139:2 185:3
**yesterday**
119:24
**yo**   193:8
**york**   1:2,20,21
1:23 2:11,11 4:4
4:13,24 5:5,6
16:8 19:20
27:25 36:6
156:17,23 209:4
209:5,9
**yoskowitz**   27:5,6
27:9 28:6,14
42:14 43:19
45:2 52:15

62:13 64:15
67:6 68:19 70:9
71:6,10,11,18
173:9,12 176:6
176:7,11,15
189:14 196:4
**yoskowitz's**
43:14 71:2

**z**

**zoning**   77:6,10
77:14
**zurich**   149:23
150:3

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.