

Lloyds Bank Plc
Zurich Branch

## Solidarischer Gemeinschaftskontovertrag
## Joint account agreement

Zwischen / *Between*

LLOYDS BANK PLC,
(nachstehend als „die Bank" bezeichnet / *hereunder referred to as "the Bank"*)

und / *and*

Mrs. Catherine Reyes &/or Dr. Juan Reyes

(nachstehend als „die Kunden" bezeichnet / *hereunder referred to as "the Customers"*)
ist folgendes vereinbart worden / *it has been agreed as follows:*

1. Die Bank eröffnet, auf Verlangen der Kunden, in deren Namen, ein Konto, das nachstehend global als Gemeinschaftskonto bezeichnet wird. Das Gemeinschaftskonto kann aus mehreren Konti und Depositen aller Art bestehen, wie insbesondere Kontokorrentkonti, Depositenkonti, Wertschriftenkonti, Treuhandkonti, sowie anderen, durch die Bank selbst, treuhänderisch oder als Vertreterin vorgenommenen Anlagen, ohne Rücksicht auf ihre rechtliche Form und Art.

2. Jeder der Kunden ist kraft seiner Stellung als solidarisch Berechtigter befugt, allein und ohne Einschränkung über das Gemeinschaftskonto wie ein alleiniger Kontoinhaber zu verfügen, insbesondere über die Kapitalanlagen, Wertschriften und andere auf dem Gemeinschaftskonto figurierenden Werte, sie zu erhöhen, zu vermindern, zu verpfänden und zurückzuziehen, Kredite aufzunehmen, Börsen- und Devisenoperationen durchzuführen und Vollmachten an Dritte zu erteilen. Die Unterschrift eines des Berechtigten genügt in jedem Fall um die Bank voll zu entlasten, ohne dass sie jemals das Einverständnis der anderen Berechtigten oder, gegebenenfalls deren Erben, einzuholen hat. Die von einem einzigen Berechtigten erteilten Vollmachten gelten als im Namen sämtlicher Mitinhaber erteilt. Sollte die Bank ihrerseits auf die Weiterführung dieses Gemeinschaftskontos verzichten wollen, würde sie die entsprechende Benachrichtigung und die Aushändigung der hinterlegten Titel, Guthaben oder Werte an irgendeinen der Mitinhaber rechtsgültig entlasten.

3. Gemäss Artikel 143 und folgende des Schweizerischen Obligationenrechts ist jeder Mitinhaber gemeinsam sowie auch einzeln für die Erfüllung der ganzen Schuld haftbar. Die Inhaber sind demnach der Bank gegenüber gemeinschaftlich und solidarisch verantwortlich für jede Überziehung des Gemeinschaftskontos.

1. *The Bank, at the request of the Customers, opens in their names an account hereafter globally referred to as the joint account which can consist of several accounts and deposits of any kind whatsoever, in particular of current accounts, deposit accounts, securities accounts, fiduciary accounts as well as of other investments made by the Bank itself on a fiduciary basis or as a representative, irrespective of the nature and legal form thereof.*

2. *Any of the Customers is, by virtue of his capacity as joint and several account-holder, individually entitled to dispose unrestrictedly of the joint account as if he were the only account-holder, in particular to deal with all investments, securities and other valuables held under the joint account and to increase, diminish, pledge and withdraw them, to take up credits, to give instructions for Stock Exchange transactions and for spot or forward exchange transactions and to grant a power of attorney to a third party. The signature of one of the account-holders is, in all cases, sufficient to give the bank a valid discharge without the agreement of the other account-holders or, where appropriate, of their heirs, being requisite. Powers of attorney given by one of the account-holders are deemed to have been given on behalf of all of them.*
*Likewise, if it is the Bank's intention to close the account, it is validly discharged by the notice given to any one of the account-holders and by the remittance into his hands of all funds, securities and valuables deposited.*

3. *The account-holders acknowledge that they are jointly and severally responsible to the bank for repayment of any overdraft on the joint account, each of them being bound for the total liability under the terms of article 143 and foll. of the Swiss Code of Obligations.*

Exhibit E

1-13-66 G  3.91

| | |
|---|---|
| 4. Der vorliegende Vertrag regelt ausschliesslich die Verfügungsberechtigung der Mitinhaber gegenüber der Bank, ungeachtet der internen Verhältnisse, namentlich der Eigentumsrechte der Inhaber und ihrer Rechtsnachfolger. Der / Die überlebende(n) Mitinhaber und die Erben eines verstorbenen Mitinhabers bleibt / bleiben gemeinschaftlich und solidarisch haftbar für jede Überziehung des Gemeinschaftskontos. | 4. The present agreement applies only to the right of disposal of the account-holders within the Bank, regardless of their personal reciprocal rights, and more specifically of the rights of ownership of the account-holders and their legal assigns. The surviving account-holder(s) and the heirs of a deceased account-holder remain jointly and severally liable for all overdrafts on the joint account. |
| 5. Im Falle des Ablebens eines Mitinhabers besteht das Gemeinschaftskonto unverändert weiter mit dem / den überlebenden Mitinhaber(n) der / die weiterhin rechtsmässig über die hinterlegten Gelder, Titel und Werte verfügen und die Bank rechtsgültig entlasten kann / können, falls die Bank nicht von einem Mitinhaber oder Erben ein schriftliches Sperrgesuch erhält. In diesem Fall bleibt das Gemeinschaftskonto bis zur Erreichung einer Übereinstimmung aller Parteien oder Erlass einer gerichtlichen Verfügung gesperrt. | 5. In the event of decease of one of the account-holders, the account will continue to be operated in the same way by the surviving account-holder(s) who will continue to be entitled to dispose of the monies, securities and valuables deposited and to give valid discharge to the Bank, unless the Bank has received a written request to block the account from one of the account-holders or from one of their heirs, in which case the blockage will remain in force until agreement between all parties or until Court's decision. |
| 6. Alle Eingänge zu Gunsten der Inhaber oder eines der Mitinhaber, auch wenn an einen Mitinhaber persönlich gerichtet, werden dem Gemeinschaftskonto gutgeschrieben, sofern die Bank nicht von dem einen oder anderen Mitinhaber gegenteilige, schriftliche Weisungen erhalten hat. | 6. All amounts and valuables which the Bank receives in favour of the account-holders, or in favour of one of them, even though addressed individually, will be credited to the joint account unless one or another of the holders gives the Bank written instructions to the contrary. |
| 7. Die Korrespondenz der Bank gilt als rechtsgültig zugestellt, wenn sie an die im Kontoeröffnungsformular unter dem Absatz „Adresse für Korrespondenz" erwähnete oder an die letzte der Bank schriftlich angegebene Adresse gesandt wurde. Die so zugestellten Mitteilungen gelten als an alle Inhaber gerichtet, auf deren eigene Verantwortung, gemäss den den Inhabern mitgeteilten Allgemeinen Geschäftsbedingungen, die für alle Mitinhaber bindend sind. | 7. Communications from the Bank are deemed to be duly sent to the Customers when they are sent to the address indicated on the opening of account form or as advised later in writing. Such communications are considered as having reached all account-holders, under their own responsibility, as specified in the General Conditions. The account-holders declare having acquainted themselves with the General Conditions which are henceforth applicable to them. |
| 8. Alle Beziehungen der Kunden mit der Bank unterstehen schweizerischem Recht. Erfüllungsort, Betreibungsort für Kunden mit ausländischem Wohnsitz und ausschliesslicher Gerichtsstand für irgendwelche Verfahren ist der Ort der Niederlassung der Bank die mit den Kunden in Geschäftsverbindung steht. Die Bank ist indessen berechtigt, die Kunden beim zuständigen Gericht ihres Wohnsitzes oder jeder anderen zuständigen Behörde zu belangen, wobei schweizerisches Recht anwendbar bleibt. | 8. This agreement is governed by Swiss law. The place of performance, the place for enforcement proceedings for clients domiciled abroad and the exclusive domicile for all legal proceedings whatsoever shall be at the place where the branch of the bank dealing with the Customers is located. The Bank however, reserves the right to take action against the Customers at their place of residence or before any other competent Court, in which case Swiss law will remain applicable. |

Ort und Datum:
*Place and date:*

N.Y. 19/4/94

Kunden / *Clients*

Name: REYES, Catherine Mrs.

Unterschrift: *Catherine Reyes*
*Signature:*

Name: REYES, Juan Dr.

Unterschrift: *[signature] Reyes*    Unterschrift visiert
*Signature:*

Signature(s) verified by