Mrs. C. Reyes &/or Mr. J. Reyes  250

| Account holder(s) / Kontoinhaber Surname(s) First name(s) / Name(n) Vorname(n) | Signature(s) / Unterschrif(en) |
|---|---|
| Catherine Reyes | Catherine Reyes |
| Juan D. Reyes | Juan Reyes |

| Power of attorney in favour of / Vollmacht zugunsten von Surname(s) First name(s) / Name(n) Vorname(n) | Type of power / Art der Vollmacht   ☐ individuell  ☐ kollektiv Signature(s) / Unterschrift(en) |
|---|---|
| | |

Number of signatures on this card / Anzahl Unterschriften auf dieser Karte — two —

1-13-73

LLOYD_000036

References
Referenzen

Signature(s) verified by
Unterschrift(en) kontrolliert von

Official stamp and signature
Stempel und Unterschrift

**Exhibit**
H

**To be filled in by the bank only / Von der Bank auszufüllen**

Signature(s) verified & account opened by
Unterschrift(en) kontrolliert und Konto eröffnet von

Date / Datum 2/2/94

Name P. HAFNER-H0041

Signature of executive / Unterschrift des Bankbeamten

LLOYD_000037