

Lloyds Bank Plc
Zurich Branch

| INSTRUCTIONS POUR «CORRESPONDANCE BANQUE RESTANTE» | INSTRUKTIONEN FÜR «BANKLAGERNDE KORRESPONDENZ» | "KEEP MAIL" INSTRUCTIONS |
|---|---|---|
| Je donne/Nous donnons instructions à la Banque de retenir à l'avenir en dépôt tout mon/notre courrier. | Ich/Wir beauftrage(n) die Bank, in Zukunft meine/unsere Korrespondenz zurückzubehalten. | I/We hereby instruct the bank to retain in future all my/our correspondence. |
| Toute correspondance est inconditionnellement réputée avoir été délivrée à la date portée sur chaque communication. | Sämtliche banklagernde Korrespondenz gilt bedingungslos als an dem auf ihr vermerkten Datum zugestellt. | All correspondence is unconditionally deemed to have been delivered at the date indicated on each item of communication. |
| Tous les risques pouvant procéder de cet arrangement, y compris le risque de réclamation tardive, sont assumés par le client auquel incombe le soin de venir régulièrement prendre possession de ce courrier retenu par la Banque et qui sera requis à cette occasion, de signer et remettre un bien-trouvé pour les soldes de ses comptes, à moins qu'il ne l'ai déjà fait au cours des précédents six mois. | Sämtliche Risiken, die aufgrund dieser Abmachung entstehen können, auch das Risiko einer verspäteten Beschwerde, werden vom Kunden übernommen, dem es obliegt, regelmässig die banklagernde Post abzuholen und von welchem bei dieser Gelegenheit verlangt wird, eine, die Saldi seiner Konten betreffende Richtigbefundsanzeige zu unterschreiben, sofern dies nicht bereits in den vorangegangenen 6 Monaten geschehen ist. | Any risks which may result from this agreement including the risk of late claims are assumed by the customer who has a duty to call regularly and collect the correspondence held by the Bank and who, at any time, will be requested to sign and return conformity statements of the balance of his accounts unless this has already been done within the previous six months. |
| Sauf arrangement contraire, la Banque, sans y être obligée, est autorisée à prendre toute mesure qu'elle juge appropriée pour protéger les intérêts du client, en ce qui concerne le courrier qu'elle pourrait recevoir pour le compte de celui-ci. | Ausser bei gegenteiliger Abmachung ist die Bank befugt, ohne dazu verpflichtet zu sein, jegliche, ihr als angemessen erscheinende Massnahme im Zusammenhang mit der von ihr möglicherweise erhaltenen und den Kunden betreffende Korrespondenz zu ergreifen, um die Interessen des Kunden zu schützen. | In the absence of any other agreement, the Bank is authorized, but not obliged, to take any steps it considers appropriate with regard to correspondence it may receive for account of the customer, in order to protect his interests. |
| La Banque est expressément déchargée de toute responsabilité et elle est autorisée à détruire le courrier ainsi retenu en dépôt après une période de trois ans. | Die Bank ist ausdrücklich von jeglicher Haftung befreit und sie ist berechtigt, die banklagernde Post nach einer Dauer von drei Jahren zu vernichten. | The Bank is expressly discharged of any responsibility and it is authorized to destroy correspondence held under this arrangement after three years. |
| Je déclare/Nous déclarons expressément me/nous soumettre aux Conditions Générales de la Banque qui m'/nous ont été dûment communiquées. | Ich/Wir erkläre(n) ausdrücklich, dass ich mich/wir uns den Allgemeinen Geschäftsbedingungen der Bank, die mir/uns rechtsgültig mitgeteilt worden sind, unterziehe(n). | I/We expressly agree to be bound by the Bank's General Conditions the terms which I/We fully accept. |

Nom(s)/Name(n)(s): Catherine Reyes / Juan O Reyes

X Catherine Reyes /den/the

CATHERINE REYES
Commissioner of Deeds, New York City
Term Expires July 1, 1994

CATHERINE REYES
Commissioner of Deeds, New York City
4-4518
Term Expires: July 1, 1994

Signature(s)/Unterschrift(en): Catherine Reyes / Juan O Reyes

P. HAFNER H004

Signature(s) verified by [CR]

Exhibit I

1-13-28  5.91

LLOYD_000014