COPY

MRS. CATHERINE REYES
&/OR DR. JUAN REYES

KEEP MAIL

# YOUR CASH STATEMENT

## Important information

**Checking your Document**

You are responsible for checking this document within a reasonable time after receiving it. You must promptly advise us of any apparent mistake or discrepancy. The earlier you contact us, the more we may be able to do. Please note that our phone lines may be recorded for security or training purposes. Take care when storing or disposing of information about your accounts.

**Dispute Resolution**

If you have any problem with the service we provide, please try to resolve it with us in the first instance. If you are not happy with the way in which we handled your complaint or the result, you may be able to complain to your local Ombudsman. If you do not take up your problem with us first, you will not be entitled to complain to the Ombudsman. We can provide you with details of how to contact the Ombudsman.

**Compensation Scheme**

Lloyds TSB Bank plc, Geneva Branch, Zürich Branch, Dubai DIFC Branch, Montevideo Representative Office and UK Office are not subject to the rules and regulations of the Financial Services Compensation Scheme made under the Financial Services and Markets Act 2000 of the United Kingdom for the protection of depositors. Clients of Lloyds TSB Bank plc, Geneva Branch, Zürich Branch, Dubai DIFC Branch, Montevideo Representative Office and UK Office do, however, have recourse to the Swiss compensation scheme.

Lloyds TSB Bank plc, Geneva Branch and Zürich Branch are authorised and regulated by the Swiss Financial Market Supervisory Authority (FINMA). Lloyds TSB Bank plc, Geneva Branch, Place Bel-Air 1, P.O. Box 5145, CH-1211 Geneva 11. Lloyds TSB Bank plc, Zürich Branch, St Peterstrasse 16, Postfach 2556, CH-8022 Zürich. Lloyds TSB Bank plc, UK Office: 21-23 Hill St, London, W1J 5JW.

LTSB Representaciones (Uruguay) S.A., a representative office of Lloyds TSB Bank plc, Geneva Branch, is duly filed with the Central Bank of Uruguay's Registry of Representatives of Financial Entities Incorporated Abroad. LTSB Representaciones (Uruguay) S.A., World Trade Center, Torre 2, Piso 22, Luis Alberto Herrera 1248, 11300 Montevideo.

Lloyds TSB Bank plc, DIFC Branch is regulated by the Dubai Financial Services Authority. Lloyds TSB Bank plc, DIFC Branch, The Gate, 4th Floor East Wing, Dubai International Financial Centre, P.O. Box 121404, Dubai.

**Exhibit J**

Lloyds TSB Bank plc Registered Office: 25 Gresham Street, London, EC2V 7HN. Registered in England and Wales no. 2065.
Lloyds TSB Bank plc is authorised and regulated by the Financial Services Authority under FSA registration number 119278.

IRS_0001610

COPY

# YOUR CASH STATEMENT

Zurich, 31st January 2012

**Private Banking**
**Lloyds TSB**

**REYES MRS CATHERINE &/OR MR J!**

| | |
|---|---|
| IBAN | CH89 0871 8063 5250 0011 0 |
| Client number | 250 |
| Currency | 110 - USD |
| Account Type | CURRENT ACCOUNT |
| BIC code | LOYDCHGGZCH |
| VAT number | CHE-116.327.217 |

Lloyds TSB Bank plc
St. Peterstrasse 16
Postfach 2556
CH-8022 Zurich

www.lloydstsb-pb.com

Tel. +41 (0)44 265 21 11
Fax. +41 (0)44 265 22 22

For enquiries please contact
Bernard Gaughran
Tel. +41 (0)22 307 3306
Fax. +41 (0)22 307 3245

| Date | Transaction details | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|
| | Balance brought forward 29.12.2011 | | | | 8,164.10 DT |
| 30.12.2011 | BMT WELLS FARGO BN/USA | 28.12.2011 | 805.74 | | 8,969.84 DT |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.943565 | | | | |
| | Commis 0.72 CHF | | | | |
| 04.01.2012 | BMT WELLS FARGO BN/USA | 02.01.2012 | 805.75 | | 9,775.59 DT |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.94436 | | | | |
| | Commis 0.72 CHF | | | | |
| 04.01.2012 | BMT WELLS FARGO BN/USA | 02.01.2012 | 805.75 | | 10,581.34 DT |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.94436 | | | | |
| | Commis 0.72 CHF | | | | |
| 04.01.2012 | BMT WELLS FARGO BN/U | 03.01.2012 | | 805.50 | 9,775.84 DT |
| 06.01.2012 | REDEM. LIL US DOLLAR FUND | 09.01.2012 | | 11,145.50 | 1,369.66 CR |
| 06.01.2012 | BMT WELLS FARGO BN/USA | 04.01.2012 | 805.75 | | 563.91 CR |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.945826 | | | | |
| | Commis 0.70 CHF | | | | |
| 09.01.2012 | BMT WELLS FARGO BN/USA | 05.01.2012 | 805.74 | | 241.83 DT |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.956112 | | | | |
| | Commis 0.73 CHF | | | | |
| 16.01.2012 | MAESTRO CARD FEES | 31.01.2012 | 20.96 | | 262.79 DT |
| 20.01.2012 | BMT WELLS FARGO BN/USA | 18.01.2012 | 805.75 | | 1,068.54 DT |
| | Orig Amnt 805 USD | | | | |
| | Rate USD/CHF 0.949043 | | | | |
| | Commis 0.69 CHF | | | | |
| 23.01.2012 | BMT WELLS FARGO BN/USA | 20.01.2012 | 805.74 | | 1,874.28 DT |

E.& O.E.                                                                                           Ref. 212     Page 1/2

Lloyds TSB Bank plc Registered Office: 25 Gresham Street, London, EC2V 7HN. Registered in England and Wales no. 2065.
Lloyds TSB Bank plc is authorised and regulated by the Financial Services Authority under FSA registration number 119278.

IRS_0001611