## PHYSICAL PERSON - DECLARATION FOR US PERSONS

**Assets and Income**

▇ 250  Reyes

**Account Number(s):**

Mrs. Catherine and/or Dr. Juan Reyes

**Name of Account Holder(s):** (Mrs. Catherine Reyes)

In connection with the US Withholding Tax and the holding of US securities through a US custodian, I, the account holder declare that I fall under one of the following categories:

- ✓ I hold American Citizenship (sole or dual citizenship).
- ✓ I am a foreign national resident in the United States (legal permanent resident, e.g. "green card holder", or substantial physical presence in the United States in the current and the previous two years).
- ✓ I am a US taxpayer for any other reason (e.g. dual resident, spouse filling jointly, undergoing the process of rescinding US citizenship or long-term residency, others)

I have the following options, from which I select one:

**Option 1** — I enclose a validly signed and completed W-9 form. I understand that the Bank will deliver the W-9 form to its US Securities Custodian.

Signature(s): ............................................   Date: ............................................

Please use the attached W-9 form.

**Option 2** — I do not authorise you to make any disclosure in connection with the US Withholding Tax. I, therefore, authorise you to sell all my US Securities with you in the course of the year 2000 and I am aware that you will not invest in further US Securities on my account.

Signature(s): X *Catherine Reyes*   Date: X 8/28/00

Verified by HBG
Signature

**Exhibit K**

1.1070 F

LLOYD_000038

**PHYSICAL PERSON - DECLARATION FOR US PERSONS**

**Assets and Income**

███ 250 REYES

**Account Number(s):** Mrs. Catherine &/or Dr. Juan Reyes

**Name of Account Holder(s):** (Mr. Dr. Juan Reyes)

In connection with the US Withholding Tax and the holding of US securities through a US custodian, I, the account holder declare that I fall under one of the following categories:

✓ I hold **American Citizenship** (sole or dual citizenship).

✓ I am a **foreign national resident in the United States** (legal permanent resident, e.g. "green card holder", or substantial physical presence in the United States in the current and the previous two years).

✓ I am a **US taxpayer for any other reason** (e.g. dual resident, spouse filing jointly, undergoing the process of rescinding US citizenship or long-term residency, others)

I have the following options, from which I select one:

| Option 1 | I enclose a validly signed and completed W-9 form. I understand that the Bank will deliver the W-9 form to its US Securities Custodian. |
|---|---|

Signature(s): .................................................... Date: ....................................

Please use the attached W-9 form.

| Option 2 | I do not authorise you to make any disclosure in connection with the US Withholding Tax. I, therefore, authorise you to sell all my US Securities with you in the course of the year 2000 and I am aware that you will not invest in further US Securities on my account. |
|---|---|

Dr. Juan Reyes
Signature(s): X ............................................ Date: X 8/28/00

Verified by HBG
Signature