## Application for an ec/Maestro card

| | |
|---|---|
| Account holder | REYES Catherine u/o Juan   /   **OHNE NAMEN** |
| | Last name / First name / Company                                              ☐ Mr. / ☐ Ms. |
| Street / No. | |
| Postal code / City | |
| Account number | ▇250-110 |
| Card for: | ☒ Account holder      ☐ Authorized representative |
| Last name and first name of the authorized representative | |
| Issuing of the ec/Maestro card: | ☐ Send per post      ☒ To be picked up at the bank counter |

### ec/Maestro card services

☐ Cash withdrawal at ATMs in Switzerland (ec) and abroad (Maestro/Cirrus)

☐ Cashless payment of goods and services in Switzerland (ec) and abroad (Maestro)

☐ Loading the value card and cashless payment of the smallest amounts in Switzerland (CASH)

The undersigned hereby confirms that he/she has received the General Terms and Conditions of the bank, as well as the Conditions governing the use of the ec/Maestro card and has accepted them as binding. The conditions also apply to all future ec/Maestro cards issued to the undersigned or the authorized representatives thereof – whether they are issued as a result of loss, technical defect or periodic renewal.

The undersigned confirms the accuracy of the information provided and authorizes the bank to obtain all necessary information from the appropriate sources and the Central Authority for Credit Information (ZEK) necessary for the verification and issuing of the card, as well as to report to the ZEK in case of blocked cards, qualified payment defaults or misuse of the card. The undersigned also authorizes the bank to forward customer data to third parties as is necessary for the production of the ec/Maestro card.

This agreement regarding the ec/Maestro card is subject to **Swiss law**. The place of performance, place of collection – the latter only for customers with a foreign domicile – as well as the **exclusive court of jurisdiction** for disputes arising from this contractual relationship is _____. The bank reserves the right to also prosecute the customer at the responsible court in his/her domicile or to request another responsible court.

| Place / Date | Account holder signature |
|---|---|
| X Madrid 10/19/03 | X Katherina Reyes |

| Place / Date | Authorized representative signature |
|---|---|
| | Verified by FBI Signature [signed] |

(for internal bank use, please leave blank)

**Exhibit L**

IBO 905 024 7.01