REASONABLE

PALACIO DEL CARMEN

Fax 0041/265 22 49
Tel

9/6/02

att: Dominic Wicht!

Atth. Mr. Schmid

[Stamp: 20. SEP. 2002 Invest. Mgt. Serv.]

Please sent me my Eurocard statements for Jan, Feb, March, April, May, June, July + August. I also want my account statements from January to present.

Katherine Reyes
72 Dartmouth St
Forest Hills n.y.

Verified by ELU
Signature: elu

Please information DHL to Fermin
Katherine Reyes
c/o Fermin Martinez
9 Francisco de Rojas
Madrid Spain 28010
Francisco de Rojas

Exhibit M

LLOYD_000015