Internal Revenue Service
LB&I-IIC Team

Received OCT 0 7 2014
OVDI

**Form 1040X** (Rev December 2012)

Department of the Treasury — Internal Revenue Service

## Amended U.S. Individual Income Tax Return

► Information about Form 1040X and its separate instructions is at www.irs.gov/form1040X

OMB No. 1545-0074

This return is for calendar year  [X] 2012   [ ] 2011   [ ] 2010   [ ] 2009
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| JUAN | D. | REYES | ███-██-0937 |

| If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
|---|---|---|---|
| CATHERINE | | REYES | ███-██-3741 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt no.   Your phone number
72 DARTMOUTH STREET

City, town or post office. If you have a foreign address, also complete spaces below (see instructions).   State   ZIP code
FOREST HILLS, NY 11375

Foreign country name   Foreign province/state/county   Foreign postal code

Amended return filing status. You must check one box even if you are not changing your filing status.
Caution. You cannot change your filing status from joint to separate returns after the due date.

[ ] Single
[X] Married filing jointly
[ ] Married filing separately
[ ] Qualifying widow(er)
[ ] Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on page 2 to explain any changes

| | | A Original amount or as previously adjusted (see instructions) | B Net change — amount of increase or (decrease) — explain in Part III | C Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ► [ ] | 61,641. | 58,002. | 119,643. |
| 2 | Itemized deductions or standard deduction | 27,735. | | 27,735. |
| 3 | Subtract line 2 from line 1 | 33,906. | 58,002. | 91,908. |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 30 | 7,600. | | 7,600. |
| 5 | Taxable income. Subtract line 4 from line 3 | 26,306. | 58,002. | 84,308. |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax: Table | 3,079. | 10,062. | 13,141. |
| 7 | Credits. If general business credit carryback is included, check here ► [ ] | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 3,079. | 10,062. | 13,141. |
| 9 | Other taxes | | | |
| 10 | Total tax. Add lines 8 and 9 | 3,079. | 10,062. | 13,141. |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 6,724. | | 6,724. |
| 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| 13 | Earned income credit (EIC) | | | |
| 14 | Refundable credits from Schedule(s) [ ] 8812 or [ ] M or Form(s) [ ] 2439 [ ] 4136 [ ] 5405 [ ] 8801 [ ] 8812 (2009-2011) [ ] 8839 [ ] 8863 [ ] 8885 or [ ] other (specify): | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | |
| 16 | Total payments. Add lines 11 through 15 | | | 6,724. |
| **Refund or Amount You Owe** (Note. Allow 8-12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 3,645. |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | | 3,079. |
| 19 | Amount you owe. If line 10, column C, is more than line 18, enter the difference | | | 10,062. |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount overpaid on this return | | | |
| 21 | Amount of line 20 you want refunded to you | | | |
| 22 | Amount of line 20 you want applied to your (enter year): _____ estimated tax | 22 | | |

Complete and sign this form on Page 2.

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIA1812L 12/17/12   Form 1040X (Rev 12-2012)

*[Stamps: POSTMARK DATE 09/30/2014; RECEIVED DATE 10/02/2014 AUSTIN TEXAS; 767]*

*[Exhibit T]*

Form **1040X** (Rev 12-2012)   JUAN D. AND CATHERINE REYES                                       0937   Page **2**

| Part I | Exemptions |
|---|---|

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See *Form 1040* or *Form 1040A instructions* and *Form 1040X instructions*.

| | | | A Original number of exemptions or amount reported or as previously adjusted | B Net change | C Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 23 | | | |
| 24 | Your dependent children who lived with you | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. | 28 | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 | 29 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 | | | |

31  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Part II | Presidential Election Campaign Fund |
|---|---|

Checking below will not increase your tax or reduce your refund.
- [ ] Check here if you did not previously want $3 to go to the fund, but now do.
- [ ] Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ *[signature]*   08/03/14 ▶ *[signature: Catherine Reyes]*   8/3/14
Your signature   Date   Spouse's signature. If a joint return, **both** must sign   Date

**Paid Preparer Use Only**

*[signature: Sidney Yoskowitz]*   Date
Preparer's signature
SIDNEY YOSKOWITZ CPA
Print/type preparer's name

P01418762
PTIN

[ ] Check if self-employed

SIDNEY YOSKOWITZ & ASSOCIATES, LLP
Firm's name (or yours if self-employed)
445 NORTHERN BLVD STE 36
GREAT NECK, NY 11021-4804
Firm's address, and ZIP code

(516) 466-6650        4090
Phone number           EIN

For forms and publications, visit IRS.gov.                                            Form **1040X** (Rev 12-2012)

FDIA1812L  12/17/12

Internal Revenue Service
LB&I-IIC Team

Received OCT 07 2014

Form **1040** Department of the Treasury — Internal Revenue Service (99) **U.S. Individual Income Tax Return** **2012** OMB No. 1545-0074 IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2012, or other tax year beginning , 2012, ending , 20    See separate instructions.

Received OVDI

Your first name and initial: JUAN D.  Last name: REYES
Your social security number: ###-##-0937

If a joint return, spouse's first name and initial: CATHERINE  Last name: REYES
Spouse's social security number: ###-##-8741

Home address (number and street): 72 DARTMOUTH STREET
Apartment no.:

City, town or post office, state, and ZIP code: FOREST HILLS, NY 11375

Make sure the SSN(s) above and on line 6c are correct.

Presidential Election Campaign: [X] You  [X] Spouse

### Filing Status
- 1. [ ] Single
- 2. [X] Married filing jointly (even if only one had income)
- 3. [ ] Married filing separately. Enter spouse's SSN above & full name here
- 4. [ ] Head of household (with qualifying person)
- 5. [ ] Qualifying widow(er) with dependent child

### Exemptions
- 6a [X] Yourself
- 6b [X] Spouse

Boxes checked on 6a and 6b: 2
Total number of exemptions claimed: 2

### Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | 20,000. |
| 8a | Taxable interest | 47,446. |
| 15b | IRA distributions — Taxable amount | 2,180. |
| 16b | Pensions and annuities — Taxable amount | 20,000. |
| 20a | Social security benefits: 35,314. | |
| 20b | Taxable amount | 30,017. |
| 21 | Other income See Statement 1 | |
| 22 | Total income | 119,643. |

### Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 36 | Add lines 23 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income | 119,643. |

POSTMARK DATE 09 30 2014
RECEIVED DATE 10 02 2014
AUSTIN TEXAS
IRS-AUSC

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  FDIA0112L 01/11/13  Form 1040 (2012)

IRS_0001030

Form 1040 (2012)    JUAN D. AND CATHERINE REYES    ▇▇▇0937    Page 2

**Tax and Credits**

Standard Deduction for —
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $5,950
Married filing jointly or Qualifying widow(er), $11,900
Head of household, $8,700

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 119,643. |
| 39a | Check if: [X] You were born before January 2, 1948, [ ] Blind. [X] Spouse was born before January 2, 1948, [ ] Blind. Total boxes checked ▶ 39a | 2 |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 27,735. |
| 41 | Subtract line 40 from line 38 | 91,908. |
| 42 | Exemptions. Multiply $3,800 by the number on line 6d | 7,600. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 84,308. |
| 44 | Tax (see instrs). Check if any from: a [ ] Form(s) 8814  b [ ] Form 4972  c [ ] 962 election | 13,141. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 ▶ | 13,141. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Education credits from Form 8863, line 19 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | |
| 51 | Child tax credit. Attach Schedule 8812, if required | |
| 52 | Residential energy credits. Attach Form 5695 | |
| 53 | Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ] ____ | |
| 54 | Add lines 47 through 53. These are your total credits | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 13,141. |

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | |
| 57 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59a | Household employment taxes from Schedule H | |
| 59b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| 60 | Other taxes. Enter code(s) from instructions _____ | |
| 61 | Add lines 55-60. This is your total tax ▶ | 13,141. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 6,724. |
| 63 | 2012 estimated tax payments and amount applied from 2011 return | |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election ▶ 64b | |
| 65 | Additional child tax credit. Attach Schedule 8812 | |
| 66 | American opportunity credit from Form 8863, line 8 | |
| 67 | Reserved | |
| 68 | Amount paid with request for extension to file | |
| 69 | Excess social security and tier 1 RRTA tax withheld | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 | |
| 71 | Credits from Form: a [ ] 2439  b [ ] Reserved  c [ ] 8801  d [ ] 8885 | |
| 72 | Add lns 62, 63, 64a, & 65-71. These are your total pmts ▶ | 6,724. |

**Refund**

Direct deposit? See instructions.

| Line | Description | Amount |
|---|---|---|
| 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ | |
| b | Routing number _____ ▶ c Type: [ ] Checking [ ] Savings | |
| d | Account number _____ | |
| 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ | |

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay see instructions ▶ | 6,417. |
| 77 | Estimated tax penalty (see instructions) | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete below. [ ] No
Designee's name ▶ SIDNEY YOSKOWITZ CPA    Phone no. ▶ (516) 466-6650    Personal identification number (PIN) ▶ 18762

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation PHYSICIAN | Daytime phone number
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation HOUSEWIFE | If the IRS sent you an Identity Protection PIN, enter it here (see instrs)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| SIDNEY YOSKOWITZ CPA | | | | P01418762 |

Firm's name ▶ SIDNEY YOSKOWITZ & ASSOCIATES, LLP
Firm's address ▶ 445 NORTHERN BLVD STE 36    Firm's EIN ▶ ▇▇▇4090
GREAT NECK, NY 11021-4804    Phone no. (516) 466-6650

Form **1040** (2012)

FDIA0112L 01/11/13

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Information about Schedule A and its separate instructions is at www.irs.gov/form1040. ► Attach to Form 1040. | 2012 Attachment Sequence No. 07 |

Name(s) shown on Form 1040: JUAN D. AND CATHERINE REYES

Social security number: 0937

| Section | Line | Description | | Amount | | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 2,396. | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | 119,643. | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 8,973. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| Taxes You Paid | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes | 5 | 694. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 16,249. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 16,943. |
| Interest You Paid | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 10,042. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| Note. Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs). | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | 10,042. |
| Gifts to Charity | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | 750. | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | 750. |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | 0. |
| Job Expenses and Certain Miscellaneous Deductions | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 21 | | | |
| | 22 | Tax preparation fees | 22 | | | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 0. |
| Other Miscellaneous Deductions | 28 | Other — from list in instructions. List type and amount ► | | | 28 | 0. |
| Total Itemized Deductions | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | | 29 | 27,735. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301L 01/10/13    Schedule A (Form 1040) 2012

IRS_0001032

**SCHEDULE B**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Interest and Ordinary Dividends**

► Attach to Form 1040A or 1040.
► Information about Schedule B (Form 1040A or 1040) and its instructions is at *www.irs.gov/form1040*

OMB No. 1545-0074

**2012**

Attachment Sequence No. **08**

Name(s) shown on return: JUAN D. AND CATHERINE REYES

Your social security number: 0937

## Part I — Interest

(See instructions for Form 1040A, or Form 1040, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ►

| Payer | Amount |
|---|---|
| LLOYDS BANK TSB | 47,446. |

2. Add the amounts on line 1 .................................................. **2**  47,446.
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 .................................................. **3**
4. Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ► **4**  47,446.

**Note.** If line 4 is over $1,500, you must complete Part III.

## Part II — Ordinary Dividends

(See instructions for Form 1040A, or Form 1040, line 9a.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

5. List name of payer ►

6. Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ► **6**  0.

**Note.** If line 6 is over $1,500, you must complete Part III.

## Part III — Foreign Accounts and Trusts

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2012, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions.............. | X | |
| If 'Yes,' are you required to file Form TD F 90-22.1 to report that financial interest or signature authority? See Form TD F 90-22.1 and its instructions for filing requirements and exceptions to those requirements........ | X | |
| b If you are required to file Form TD F 90-22.1, enter the name of the foreign country where the financial account is located ► Switzerland | | |
| 8 During 2012, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions............ | | X |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.   FDIA0401L   07/26/12   Schedule B (Form 1040A or 1040) 2012

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

► For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*.
► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2012**

Attachment Sequence No. **09**

| | |
|---|---|
| Name of proprietor<br>JUAN D. REYES | Social security number (SSN)<br>0937 |
| A Principal business or profession, including product or service (see instructions)<br>PHYSICIAN | B Enter code from instructions<br>► 621111 |
| C Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instrs) |

E Business address (including suite or room no.) ►
  City, town or post office, state, and ZIP code
F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►
G Did you 'materially participate' in the operation of this business during 2012? If 'No,' see instructions for limit on losses. [X] Yes [ ] No
H If you started or acquired this business during 2012, check here ► [ ]
I Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions) [ ] Yes [X] No
J If 'Yes,' did you or will you file all required Forms 1099? [ ] Yes [ ] No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked ► [ ] | 1 | 159,128. |
| 2 | Returns and allowances (see instructions) | 2 | 159,128. |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ► | 7 | |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | | a Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | | b Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| | a Mortgage (paid to banks, etc) | 16a | | 26 | Wages (less employment credits) | 26 | |
| | b Other | 16b | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal & professional services | 17 | | | b Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ► | | | | | 28 | |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829. Do not report such expenses elsewhere | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | | 31 | 0. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the instructions for line 31). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.

FDIZ0112L  01/03/13

Schedule C (Form 1040) 2012

Schedule E (Form 1040) 2012     Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

UAN D. AND CATHERINE REYES

Your social security number: ▮▮▮-▮▮-0937

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (e) on line 28 and attach **Form 6198**. See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ☐ Yes ☒ No
If you answered 'Yes,' see instructions before completing this section.

28

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | 424 AVALINE LLC | P | | ▮▮-▮▮▮3603 | |
| B | 424 AVALINE LLC | P | | ▮▮-▮▮▮3603 | |
| C | 91 AVALINE LLC | P | | ▮▮-▮▮▮3789 | |
| D | 91 AVALINE LLC | P | | ▮▮-▮▮▮3789 | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

29 a Totals .................
  b Totals .................

30   Add columns (g) and (j) of line 29a ........................................ 30
31   Add columns (f), (h), and (i) of line 29b ................................. 31
32   **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ............ 32

## Part III — Income or Loss From Estates and Trusts

33

| | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|
| (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 | |
| A | | | | |
| B | | | | |

34 a Totals .................
  b Totals .................

35   Add columns (d) and (f) of line 34a ....................................... 35
36   Add columns (c) and (e) of line 34b ....................................... 36
37   **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ............ 37

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

38

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

39   Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ........... 39

## Part V — Summary

40   Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below ............ 40

41   **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ........................................ ► 41

42   **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), box 14, code F (see instructions) ................ 42

43   **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ........ 43

BAA     FDIZ2302L   12/28/12     Schedule E (Form 1040) 2012

| Form **8582** | **Passive Activity Loss Limitations** | OMB No. 1545-1008 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.<br>► Attach to Form 1040 or Form 1041.<br>► Information about Form 8582 and its instructions is available at www.irs.gov/form8582. | **2012**<br>Attachment Sequence No. **88** |

Name(s) shown on return: JUAN D. AND CATHERINE REYES

Identifying number: ▓▓▓▓0937

### Part I | 2012 Passive Activity Loss
**Caution:** *Complete Worksheets 1, 2, and 3 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see **Special Allowance for Rental Real Estate Activities** in the instructions.)

| | | |
|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | |
| d Combine lines 1a, 1b, and 1c | 1d | |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | |
|---|---|---|
| 2a Commercial revitalization deductions from Worksheet 2, column (a) | 2a | |
| b Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | |
| c Add lines 2a and 2b | 2c | |

**All Other Passive Activities**

| | | |
|---|---|---|
| 3a Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | |
| b Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | -32,188. |
| c Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | -35,790. |
| d Combine lines 3a, 3b, and 3c | 3d | -67,978. |

4 Combine lines 1d, 2c, and 3d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. Report the losses on the forms and schedules normally used ..... **4** | **-67,978.**

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year, do not complete Part II or Part III. Instead, go to line 15.*

### Part II | Special Allowance for Rental Real Estate Activities With Active Participation
**Note:** *Enter all numbers in Part II as positive amounts. See instructions for an example.*

| | | | |
|---|---|---|---|
| 5 | Enter the **smaller** of the loss on line 1d or the loss on line 4 | | 5 |
| 6 | Enter $150,000. If married filing separately, see the instructions | 6 | |
| 7 | Enter modified adjusted gross income, but not less than zero (see instrs) | 7 | 89,626. |
| | **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | |
| 8 | Subtract line 7 from line 6 | 8 | |
| 9 | Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | 9 |
| 10 | Enter the **smaller** of line 5 or line 9 | | 10 | 0. |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

### Part III | Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities
**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II in the instructions.*

| | | |
|---|---|---|
| 11 | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 |
| 12 | Enter the loss from line 4 | 12 |
| 13 | Reduce line 12 by the amount on line 10 | 13 |
| 14 | Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 | 14 |

### Part IV | Total Losses Allowed

| | | |
|---|---|---|
| 15 | Add the income, if any, on lines 1a and 3a and enter the total | 15 |
| 16 | **Total losses allowed from all passive activities for 2012.** Add lines 10, 14, and 15. See instructions to find out how to report the losses on your tax return | 16 |

BAA For Paperwork Reduction Act Notice, see instructions.                    Form **8582** (2012)

FDIZ1901L 09/28/12

Form **8582** (2012)   JUAN D. AND CATHERINE REYES   ▮-0937   Page **2**

ution: *The worksheets must be filed with your tax return. Keep a copy for your records.*

### Worksheet 1 — For Form 8582, Lines 1a, 1b, and 1c (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ▸ | | | | | |

### Worksheet 2 — For Form 8582, Lines 2a and 2b (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ▸ | | | |

### Worksheet 3 — For Form 8582, Lines 3a, 3b, and 3c (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
| --- | --- | --- | --- | --- | --- |
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| 424 AVALINE LLC | | 16,656. | 16,343. | | 32,999. |
| 424 AVALINE LLC | | 4,060. | 3,984. | | 8,044. |
| 91 AVALINE LLC | | 9,224. | 12,433. | | 21,657. |
| 91 AVALINE LLC | | 2,248. | 3,030. | | 5,278. |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ▸ | | 32,188. | 35,790. | | |

### Worksheet 4 — Use this worksheet if an amount is shown on Form 8582, line 10 or 14 (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▸ | | | 1.00 | | |

### Worksheet 5 — Allocation of Unallowed Losses (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
| --- | --- | --- | --- | --- |
| 424 AVALINE LLC | Sch E Ln 28 | 32,999. | 0.485437 | 32,999. |
| 424 AVALINE LLC | Sch E Ln 28 | 8,044. | 0.118332 | 8,044. |
| 91 AVALINE LLC | Sch E Ln 28 | 21,657. | 0.318588 | 21,657. |
| 91 AVALINE LLC | Sch E Ln 28 | 5,278. | 0.077643 | 5,278. |
| Total ▸ | | 67,978. | 1.00 | 67,978. |

BAA   FDIZ1902L 08/22/2012   Form **8582** (2012)

IRS_0001037

Form 8582 (2012)   JUAN D. AND CATHERINE REYES   ▮-0937   Page 3

### Worksheet 6 — Allowed Losses (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| 424 AVALINE LLC | Sch E Ln 28 | 32,999. | 32,999. | 0. |
| 424 AVALINE LLC | Sch E Ln 28 | 8,044. | 8,044. | 0. |
| 91 AVALINE LLC | Sch E Ln 28 | 21,657. | 21,657. | 0. |
| 91 AVALINE LLC | Sch E Ln 28 | 5,278. | 5,278. | 0. |
| Total ▶ | | 67,978. | 67,978. | 0. |

### Worksheet 7 — Activities With Losses Reported on Two or More Forms or Schedules (See instructions.)

| | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Name of activity ... | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | 0. | 1.00 | 0. | 0. |
| Name of activity ... | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions) _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | 0. | 1.00 | 0. | 0. |

BAA   FDIZ1903L 08/23/12   Form 8582 (2012)

| Form **8938** (November 2012) | Statement of Specified Foreign Financial Assets | OMB No. 1545-2195 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Information about Form 8938 and its separate instructions is at www.irs.gov/form8938. ► Attach to your tax return. | Attachment Sequence No. **175** |

If you have attached additional sheets, check here ☐

**Name(s) shown on return:** JUAN D. REYES / CATHERINE REYES
**Identifying number:** ███-0937 / ███-3741
**Number, street, and room or suite no. (if a P.O. box, see instructions):** 72 DARTMOUTH STREET
**City or town, province or state, and country (including postal code):** FOREST HILLS, NY 11375
**For tax year beginning** 1/01/2012, **and ending** 12/31/2012

**Note.** All information must be in English. Show all amounts in U.S. dollars. Show currency conversion rates in Part I, line 6(2), or Part II, line 6(2).

**Type of filer**
- a ☐ Specified individual — (1) ☒ Married filing a joint return  (2) ☐ Married filing a separate return  (3) ☐ Other individual
- b ☐ Specified domestic entity — (1) ☐ Partnership  (2) ☐ Corporation  (3) ☐ Trust

Check this box if this is an amended or supplemental Form 8938 for the tax year........... ☐

## Part I  Foreign Deposit and Custodial Accounts (see instructions)

If you have more than one account to report, attach a continuation sheet with the same information for each additional account (see instructions).

1. Type of account:  ☒ Deposit   ☐ Custodial
2. Account number or other designation: ███250
3. Check all that apply:
   - a ☐ Account opened during tax year
   - b ☐ Account closed during tax year
   - c ☒ Account jointly owned with spouse
   - d ☐ No tax item reported in Part III with respect to this account
4. Maximum value of account during tax year................... $ 2,086,955.
5. Did you use a foreign currency exchange rate to convert the value of the account into U.S. dollars?........ ☐ Yes  ☒ No
6. If you answered 'Yes' to line 5, complete all that apply.
   - (1) Foreign currency in which account is maintained
   - (2) Foreign currency exchange rate used to convert to U.S. dollars
   - (3) Source of exchange rate used if not from U.S. Treasury Financial Management Service
7. Name of financial institution in which account is maintained: LLOYDS BANK TSB PLLC
8. Mailing address of financial institution in which account is maintained. Number, street, and room or suite no.: ST. PETERSTRASSE 16
9. City or town, province or state, and country (including postal code): ZURICH Switzerland

## Part II  Other Foreign Assets (see instructions)

**Note.** If you reported specified foreign financial assets on Forms 3520, 3520-A, 5471, 8621, 8865, or 8891 you do not have to include the assets on Form 8938. You must complete Part IV. See instructions.

If you have more than one asset to report, attach a continuation sheet with the same information for each additional asset (see instructions).

1. Description of asset
2. Identifying number or other designation
3. Complete all that apply. See instructions for reporting of multiple acquisition or disposition dates.
   - a Date asset acquired during tax year, if applicable...............
   - b Date asset disposed of during tax year, if applicable...............
   - c ☐ Check if asset jointly owned with spouse
   - d ☐ Check if no tax item reported in Part III with respect to this asset
4. Maximum value of asset during tax year (check box that applies)
   - a ☐ $0 - $50,000  b ☐ $50,001 - $100,000  c ☐ $100,001 - 150,000  d ☐ $150,001 - 200,000
   - e If more than $200,000, list value................... $
5. Did you use a foreign currency exchange rate to convert the value of the asset into U.S. dollars?............. ☐ Yes  ☐ No

BAA  For Paperwork Reduction Act Notice, see the separate instructions.   FDIA5612L 12/14/12   Form **8938** (11-2012)

Form **8938** (11-2012) Page **2**

### Part II  Other Foreign Assets *(continued)*

6  If you answered 'Yes' to line 5, complete all that apply.

| (1) Foreign currency in which asset is denominated | (2) Foreign currency exchange rate used to convert to U.S. dollars | (3) Source of exchange rate used if not from U.S. Treasury Financial Management Service |
|---|---|---|
| | | |

7  If asset reported in Part II, line 1, is stock of a foreign entity or an interest in a foreign entity, report the following information.
  a  Name of foreign entity _____
  b  Type of foreign entity   (1) ☐ Partnership   (2) ☐ Corporation   (3) ☐ Trust   (4) ☐ Estate
  c  Mailing address of foreign entity. Number, street, and room or suite no.
  _____
  d  City or town, province or state, and country (including postal code)
  _____

8  If asset reported in Part II, line 1, is not stock of a foreign entity or an interest in a foreign entity, report the following information for the asset.
  **Note.** If this asset has more than one issuer or counterparty, attach a continuation sheet with the same information for each additional issuer or counterparty (see instructions)
  a  Name of issuer or counterparty _____
    Check if information is for    ☐ Issuer       ☐ Counterparty
  b  Type of issuer or counterparty
    (1) ☐ Individual   (2) ☐ Partnership   (3) ☐ Corporation   (4) ☐ Trust   (5) ☐ Estate
  c  Check if issuer or counterparty is a    ☐ U.S. person    ☐ Foreign person
  d  Mailing address of issuer or counterparty. Number, street, and room or suite no.
  _____
  e  City or town, province or state, and country (including postal code)
  _____

### Part III  Summary of Tax Items Attributable to Specified Foreign Financial Assets *(see instructions)*

| Asset Category | Tax Item | Amount reported on form or schedule | Where reported — Form and line | Where reported — Schedule and line |
|---|---|---|---|---|
| I  Foreign Deposit and Custodial Accounts | a  Interest | $ | | |
| | b  Dividends | $ | | |
| | c  Royalties | $ | | |
| | d  Other income | $ | | |
| | e  Gains (losses) | $ | | |
| | f  Deductions | $ | | |
| | g  Credits | $ | | |
| II  Other Foreign Assets | a  Interest | $ | | |
| | b  Dividends | $ | | |
| | c  Royalties | $ | | |
| | d  Other income | $ | | |
| | e  Gains (losses) | $ | | |
| | f  Deductions | $ | | |
| | g  Credits | $ | | |

### Part IV  Excepted Specified Foreign Financial Assets *(see instructions)*

If you reported specified foreign financial assets on the following forms, check the appropriate box(es). Indicate number of forms filed. You do not need to include these assets on Form 8938 for the tax year.

☐ 3520   Number of forms _____    ☐ 3520-A  Number of forms _____    ☐ 5471  Number of forms _____
☐ 8621   Number of forms _____    ☐ 8865    Number of forms _____    ☐ 8891  Number of forms _____

BAA                               FDIA5612L  12/14/12                               Form **8938** (11-2012)

IRS_0001040

| 2012 | Federal Statements | Page 1 |
|---|---|---|
| Client REYESAMD | JUAN D. AND CATHERINE REYES | ▉0937 |
| 6/16/14 | | 10:15AM |

**Statement 1**
**Form 1040, Line 21**
**Other Income**

| | | |
|---|---|---|
| NATIONAL GOVERNMENT SERVICES | $ | 159,128. |
| WRONG ID# ISSUED ON 1099 | | -159,128. |
| | Total $ | 0. |