**TD F 90-22.1**
(Rev March 2011)
Department of the Treasury

Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

Internal Revenue Service
LB&I-IIC Team
OCT 07 2014
Received
OVDI

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2010**
Amended ☐

## Part I  Filer Information

2 Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other — Enter type _____

3 U.S. Taxpayer Identification Number: ▮▮▮▮0937

4 Foreign identification (Complete only if item 3 is not applicable)
 a Type: ☐ Passport  ☐ Other _____
 b Number _____  c Country of Issue _____

5 Individual's Date of Birth MM/DD/YYYY: ▮▮/▮▮/1932

If filer has no U.S. Identification Number complete Item 4.

6 Last Name or Organization Name: REYES
7 First Name: JUAN D.
8 Middle Initial:

9 Address (Number, Street, and Apartment or Suite Number): 72 DARTMOUTH STREET

10 City: FOREST HILLS
11 State: NY
12 ZIP/Postal Code: 11375
13 Country: US

**Exhibit V**

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If 'Yes' enter total number of accounts _____
(If 'Yes' is checked, do not complete Part II or Part III, but retain records of this information)
☒ No

## Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported: _____
16 Type of account: a ☐ Bank  b ☐ Securities  c ☐ Other — Enter type below _____

17 Name of Financial Institution in which account is held: _____

18 Account number or other designation: _____
19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: _____

20 City: _____
21 State, if known: _____
22 Zip/Postal Code, if known: _____
23 Country: _____

Signature
44 Filer Signature: [signature]
45 Filer Title, if not reporting a personal account: _____
46 Date (MM/DD/YYYY): 8.2.11

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

RECEIVED DATE
767  J 9 30 2014  1 0 0 2 2014
AUSTIN, TEXAS

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

FDIZ9101L 03/29/11    APPRV #053    Form TD F 90-22.1 (Rev 3-2011)

| Part II | Continued – Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| Complete a Separate Block for Each Account Owned Separately | | Page Number |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | 2 of 4 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2010 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>■■■0937 | REYES |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account Owned Jointly | Page Number |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | 3 of 4 |

1 Filing for calendar year: **2010**

3-4 Check appropriate Identification Number: [X] Taxpayer Identification Number / [ ] Foreign Identification Number
Enter identification number here: ███0937

6 Last Name or Organization Name: **REYES**

15 Maximum value of account during calendar year reported: **2,161,500.**

16 Type of account: a [ ] Bank  b [X] Securities  c [ ] Other — Enter type below

17 Name of Financial Institution in which account is held: **LLOYDS BANK TSB**

18 Account number or other designation: ███**250**

19 Mailing Address of financial institution: **ST. PETERSTRASSE 16**

20 City: **ZURICH**
21 State, if known:
22 Zip/Postal Code, if known:
23 Country: **SWITZERLAND**

24 Number of joint owners for this account: **1**

25 Taxpayer Identification Number of principal joint owner, if known:

26 Last Name or Organization Name of principal joint owner: **REYES**

27 First Name of principal joint owner, if known: **CATHERINE**

28 Middle initial, if known:

29 Address of principal joint owner, if known:

30 City, if known:
31 State, if known:
32 Zip/Postal Code, if known:
33 Country, if known:

---

[Second block — blank]

15 Maximum value of account during calendar year reported:
16 Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below
17 Name of Financial Institution in which account is held:
18 Account number or other designation:
19 Mailing Address of financial institution:
20 City:
21 State, if known:
22 Zip/Postal Code, if known:
23 Country:
24 Number of joint owners for this account:
25 Taxpayer Identification Number of principal joint owner, if known:
26 Last Name or Organization Name of principal joint owner:
27 First Name of principal joint owner, if known:
28 Middle initial, if known:
29 Address of principal joint owner, if known:
30 City, if known:
31 State, if known:
32 Zip/Postal Code, if known:
33 Country, if known:

---

[Third block — blank]

15 Maximum value of account during calendar year reported:
16 Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below
17 Name of Financial Institution in which account is held:
18 Account number or other designation:
19 Mailing Address of financial institution:
20 City:
21 State, if known:
22 Zip/Postal Code, if known:
23 Country:
24 Number of joint owners for this account:
25 Taxpayer Identification Number of principal joint owner, if known:
26 Last Name or Organization Name of principal joint owner:
27 First Name of principal joint owner, if known:
28 Middle initial, if known:
29 Address of principal joint owner, if known:
30 City, if known:
31 State, if known:
32 Zip/Postal Code, if known:
33 Country, if known:

| Part IV | Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 Page Number 4 of 4 |
|---|---|---|

Complete a Separate Block for Each Account
This side can be copied as many times as necessary in order to provide information on all accounts.

1. Filing for calendar year: 2010
3-4. Check appropriate Identification Number: [X] Taxpayer Identification Number / [ ] Foreign Identification Number
Enter identification number here: ▉▉▉▉▉0937
6. Last Name or Organization Name: REYES

15. Maximum value of account during calendar year reported
16. Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below
17. Name of Financial Institution with which account is held
18. Account number or other designation
19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
20. City
21. State, if known
22. Zip/Postal Code, if known
23. Country
34. Last Name or Organization Name of Account Owner
35. Taxpayer Identification Number of Account Owner
36. First Name
37. Middle initial
38. Address (Number, Street, and Apartment or Suite No.)
39. City
40. State
41. Zip/Postal Code
42. Country
43. Filer's Title with this Owner

15. Maximum value of account during calendar year reported
16. Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below
17. Name of Financial Institution with which account is held
18. Account number or other designation
19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
20. City
21. State, if known
22. Zip/Postal Code, if known
23. Country
34. Last Name or Organization Name of Account Owner
35. Taxpayer Identification Number of Account Owner
36. First Name
37. Middle initial
38. Address (Number, Street, and Apartment or Suite No.)
39. City
40. State
41. Zip/Postal Code
42. Country
43. Filer's Title with this Owner

15. Maximum value of account during calendar year reported
16. Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other — Enter type below
17. Name of Financial Institution with which account is held
18. Account number or other designation
19. Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
20. City
21. State, if known
22. Zip/Postal Code, if known
23. Country
34. Last Name or Organization Name of Account Owner
35. Taxpayer Identification Number of Account Owner
36. First Name
37. Middle initial
38. Address (Number, Street, and Apartment or Suite No.)
39. City
40. State
41. Zip/Postal Code
42. Country
43. Filer's Title with this Owner

**TD F 90-22.1**
(Rev January 2012)
Department of the Treasury

Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Internal Revenue Service
LB&I-IIC Team
OCT 07 2014
Received
OVDI

Do NOT file with your Federal Tax Return

OMB No. 1545-2038
1 This Report is for Calendar Year Ended 12/31
**2011**
Amended ☐

## Part I  Filer Information

2 Type of Filer
a [X] Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other — Enter type _____

3 U.S. Taxpayer Identification Number: ███ 0937
If filer has no U.S. Identification Number complete Item 4.

4 Foreign identification (Complete only if item 3 is not applicable)
a Type: ☐ Passport  ☐ Other _____
b Number _____   c Country of Issue _____

5 Individual's Date of Birth MM/DD/YYYY: ███ 1932

6 Last Name or Organization Name: REYES
7 First Name: JUAN D.
8 Middle Initial:

9 Address (Number, Street, and Apartment or Suite Number): 72 DARTMOUTH STREET
10 City: FOREST HILLS
11 State: NY
12 ZIP/Postal Code: 11375
13 Country: USA

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If 'Yes' enter total number of accounts _____
(If 'Yes' is checked, do not complete Part II or Part III, but retain records of this information)
[X] No

## Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported: _____
16 Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other — Enter type below
17 Name of Financial Institution in which account is held: _____
18 Account number or other designation: _____
19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: _____
20 City: _____
21 State, if known: _____
22 Zip/Postal Code, if known: _____
23 Country: _____

Signature
44 Filer Signature: *[signature]*
45 Filer Title, if not reporting a personal account: _____
46 Date (MM/DD/YYYY): 8.3.17

POSTMARK DATE: J9 30 2014   RECEIVED DATE: 10 02 2014
767   IRS-AUSC   AUSTIN, TEXAS

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

FDIZ9101L 01/12/12   APPRV #053   Form TD F 90-22.1 (Rev 1-2012)

IRS_0000772

| Part II | Continued – Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| Complete a Separate Block for Each Account Owned Separately | | Page Number |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | 2 of 3 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2011 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>[REDACTED]0937 | REYES |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank  b [ ] Securities  c [ ] Other – Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

(Block repeated 6 times total, all blank except the first header identifying information.)

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account Owned Jointly | Page Number |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | 3 of 3 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2011 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>■■■0937 | REYES |

| 15 Maximum value of account during calendar year reported | 16 Type of account | a [ ] Bank | b [X] Securities | c [ ] Other — Enter type below |
|---|---|---|---|---|
| 2,113,813 | | | | |

| 17 Name of Financial Institution in which account is held |
|---|
| LLOYDS BANK TSB |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ■■■250 | ST. PETERSTRASSE 16 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| ZURICH | | | SWITZERLAND |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|
| 1 | |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| REYES | CATHERINE | |

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|
| |

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|

---

| 15 Maximum value of account during calendar year reported | 16 Type of account | a [ ] Bank | b [ ] Securities | c [ ] Other — Enter type below |
|---|---|---|---|---|

| 17 Name of Financial Institution in which account is held |
|---|

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|

---

| 15 Maximum value of account during calendar year reported | 16 Type of account | a [ ] Bank | b [ ] Securities | c [ ] Other — Enter type below |
|---|---|---|---|---|

| 17 Name of Financial Institution in which account is held |
|---|

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|

**TD F 90-22.1**
(Rev January 2012)
Department of the Treasury

Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

Internal Revenue Service
LB&I-HIC Team
OCT 07 2014
Received
OVDI

OMB No. 1545-2038
1 This Report is for Calendar Year Ended 12/31
**2012**
Amended [X]

### Part I  Filer Information

2 Type of Filer
a [X] Individual   b [ ] Partnership   c [ ] Corporation   d [ ] Consolidated   e [ ] Fiduciary or Other — Enter type

3 U.S. Taxpayer Identification Number: ███0937
4 Foreign Identification (Complete only if item 3 is not applicable)
 a Type: [ ] Passport  [ ] Other
 b Number:
 c Country of Issue:
5 Individual's Date of Birth MM/DD/YYYY: ██ 1932

If filer has no U.S. Identification Number complete Item 4.

6 Last Name or Organization Name: REYES
7 First Name: JUAN D.
8 Middle Initial:

9 Address (Number, Street, and Apartment or Suite Number): 72 DARTMOUTH STREET
10 City: FOREST HILLS
11 State: NY
12 ZIP/Postal Code: 11375
13 Country: USA

14 Does the filer have a financial interest in 25 or more financial accounts?
[ ] Yes  if 'Yes' enter total number of accounts _____
(If 'Yes' is checked, do not complete Part II or Part III, but retain records of this information)
[X] No

### Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported:
16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other — Enter type below

17 Name of Financial Institution in which account is held:

18 Account number or other designation:
19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held:

20 City:
21 State, if known:
22 Zip/Postal Code, if known:
23 Country:

Signature
44 Filer Signature: *[signature]*
45 Filer Title, if not reporting a personal account:
46 Date (MM/DD/YYYY): 5-3-14

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

POSTMARK DATE   RECEIVED DATE
09 30 2014         10 02 2014
767
AUSTIN, TEXAS

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

FDIZ9101L  01/12/12                APPRV #053                Form TD F 90-22.1 (Rev 1-2012)

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account Owned Jointly | Page Number |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | 2 of 2 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2012 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here: ███0937 | REYES |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [X] Securities   c [ ] Other — Enter type below |
|---|---|
| 2,086,955 | |

**17 Name of Financial Institution in which account is held**
LLOYDS BANK TSB

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███250 | ST. PETERSTRASSE 16 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| ZURICH | | | SWITZERLAND |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|
| 1 | |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| REYES | CATHERINE | |

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|
| |

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| | | | |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other — Enter type below |
|---|---|
| | |

**17 Name of Financial Institution in which account is held**

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|
| | |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| | | |

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|
| |

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| | | | |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other — Enter type below |
|---|---|
| | |

**17 Name of Financial Institution in which account is held**

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions. |
|---|---|
| | |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| | | |

| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known |
|---|
| |

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| | | | |