**Willful Penalty Calculation**
**Taxpayer Name:** Juan Reyes

| | Maximum Account Balance during the year ending 12/31/200X | Closing Balance on FBAR Filing Due Date (6/30/200X) | Owner ship Percen tage | Adjusted Maximum Account Balance subject to penalty | Adjusted Closing Account Balance on Due Date subject to penalty | Statutory 31 USC 5321(a)(5)(C) & (D) | Mitigated Penalties IRM 4.26.16.6.6 ||||  Total | Actual Penalty Proposed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Level 1: The greater of A) $1,000/year or B) 5% of the MAB during the year/violation | Level 2: For each acct: the greater of A) $5,000 or B) 10% of the maximum balance in the account during the year | Level 3: For each acct: the greater of A) 10% of the maximum balance during the year or B) 50% of the balance as of the last day for filing the FBAR (6/30/xx) | Level 4: For each Level 4 acct: the greater of A) $100,000 or B) 50% of the balance in the account as of the last day for filing the FBAR (6/30/xx) | | |
| **2010** | 12/31/2010 | 6/30/2011 | | | | | | | | | | |
| Statute: | | | | | | | | | | | | |
| Lloyds TSB Bank | 2,161,500 | 2,113,813 | 50% | 1,080,750 | 1,056,907 | 1,056,907 | - | - | - | 528,453 | | 172,022 |
| | $ 2,161,500 | | | $ 1,080,750 | $ 1,056,907 | $ 1,056,907 | $ - | $ - | $ - | $ 528,453 | $ 528,453 | $ 172,022 |
| **2011** | 12/31/2011 | 6/30/2012 | | | | | | | | | | |
| Statute: | | | | | | | | | | | | |
| Lloyds TSB Bank | 2,113,813 | 2,064,258 | 50% | 1,056,907 | 1,032,129 | 1,032,129 | - | - | - | 516,065 | | 172,022 |
| | $ 2,113,813 | | | $ 1,056,907 | $ 1,032,129 | 1,032,129 | $ - | $ - | $ - | $ 516,065 | $ 516,065 | $ 172,022 |
| **2012** | 12/31/2012 | 6/30/2013 | | | | | | | | | | |
| Statute: | | | | | | | | | | | | |
| Lloyds TSB Bank | 2,113,485 | 2,101,330 | 50% | 1,056,743 | 1,050,665 | 1,050,665 | - | - | - | 525,333 | | 172,021 |
| | $ 2,113,485 | | | $ 1,056,743 | $ 1,050,665 | 1,050,665 | $ - | $ - | $ - | $ 525,333 | $ 525,333 | $ 172,021 |
| **Total Penalties for All Years** | | | | | | $ 3,139,701 | | | | | $ 1,569,850 | $ 516,065 |

**ANALYSIS & CONCLUSION:**
[Using 50% of 6/30/2012 balance to spread evenly over 2010 - 2012.]

Exhibit BB

IRS_0000117