# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, JUAN

SSN/EIN: ▮▮▮0937

Calendar Year: 12/31/2010

Foreign Account Number(s): ▮▮▮250

Foreign Bank: LLOYDS TSB BANK

Proposed Penalty:

1. Willful Failure to Report - 31 USC 5321 (a)(5)   $140,017.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_[signature]_   Friday, October 11, 2019

CTR OPERATIONS DEPARTMENT MANAGER

**Exhibit**
FF

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, JUAN

SSN/EIN: ███0937

Calendar Year: 12/31/2011

Proposed Penalty:

Foreign Account Number(s): ███250

Foreign Bank: LLOYDS TSB BANK

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $140,017.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_(signature)_    Friday, October 11, 2019

CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, JUAN

SSN/EIN: ███0937

Calendar Year: 12/31/2012

Foreign Account Number(s): ███250

Foreign Bank: LLOYDS TSB BANK

**Proposed Penalty:**

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $140,017.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_____    Friday, October 11, 2019
CTR OPERATIONS DEPARTMENT MANAGER

Page 3 of 3

IRS_0000033