# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, CATHERINE

SSN/EIN: ▮3741

Calendar Year: 12/31/2010

Foreign Bank: LLOYDS TSB BANK

**Proposed Penalty:**

Foreign Account Number(s):

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $140,017.00    ▮250

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Friday, October 11, 2019

_[signature]_

CTR OPERATIONS DEPARTMENT MANAGER

Page 1 of 3

**Exhibit GG**

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, CATHERINE

SSN/EIN: ▮6741

Calendar Year: 12/31/2011

Foreign Account Number(s): ▮250

Foreign Bank: LLOYDS TSB BANK

Proposed Penalty:

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $140,017.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Friday, October 11, 2019

_____
CTR OPERATIONS DEPARTMENT MANAGER

Page 2 of 3

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: REYES, CATHERINE

SSN/EIN: ▆▆▆▆3741

Calendar Year: 12/31/2012

**Proposed Penalty:**

Foreign Account Number(s): ▆▆▆▆250

Foreign Bank: LLOYDS TSB BANK

1. Willful Failure to Report - 31 USC 5321 (a)(5)    $140,017.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Friday, October 11, 2019

_____
CTR OPERATIONS DEPARTMENT MANAGER