| Form **13449** (May 2015) | Department of the Treasury - Internal Revenue Service<br>**Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6)** |
|---|---|

**Name of account holder**
Juan Reyes

**Social security number (SSN) or Employer identification number (EIN)**
▇▇▇▇▇0937

**Address of account holder** (Number, Street, City or Town, State, ZIP code)
72 DARTMOUTH ST  FOREST HILLS, NY 11375-5142

### Definition of Penalty Statutes

1. **Foreign Financial Agency Transaction Violation** — willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

2. **Foreign Financial Agency Transaction Violation** — non-willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

3. **Negligent Failure to Report:** 31 USC 5321(a)(6) and 31 CFR sections 1010.350 and 1010.820(h)

4. **Negligent Failure to Meet Recordkeeping Requirements:** 31 USC 5321(a)(6) and 31 CFR sections 1010.420 and 1010.820(h)

5. **Pattern of Negligent Activity:** 31 USC section 5321(a)(6)(B)

**TOTAL proposed penalty** (from Page 2 of 2)                                   $ 420051

### Signature Authorization

I consent to the immediate assessment and collection of the penalty amount specified above plus any interest and penalty as provided by law.

| Your signature | Date signed |
|---|---|
| /s/ J Reyes | 10/9/2019 |
| Representative's signature (valid only with Power of Attorney attached) | Date signed |

Name of entity (for corporations, partnerships, trusts, etc., when EIN specified above)

| Signature of authorized officer | Title | Date signed |
|---|---|---|
| Signature of authorized officer | Title | Date signed |

| Name of examiner<br>Krista Groen | Employee ID number | Date (mmddyyyy) |
|---|---|---|

Office of examiner
Tampa, FL

| Name of supervisor<br>Indu Subbiah | /s/ Indu Subbiah | Employee ID number<br>1000220169 | Date (mmddyyyy)<br>10/9/2019 |
|---|---|---|---|

Office of supervisor
Washington, DC

**Exhibit JJ**

Catalog Number 36812U                    www.irs.gov                    Form **13449** (Rev. 5-2015)

## Foreign Account Penalty Information

| Name of account holder | Account holder ID (EIN or SSN) |
|---|---|
| Juan Reyes | ▮0937 |

### Foreign Account 1

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2010 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2161500 | ▮250 | $ 140017 |

### Foreign Account 2

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2011 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2113813 | ▮250 | $ 140017 |

### Foreign Account 3

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2012 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2113485 | ▮250 | $ 140017 |

| | |
|---|---|
| TOTAL proposed penalty (Enter here and on Page 1 of 2) | $ 420051 |