| Form **13449** (May 2015) | Department of the Treasury - Internal Revenue Service<br>**Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6)** |
|---|---|

Name of account holder

Catherine Reyes

Social security number (SSN) or Employer identification number (EIN)

▅▅▅▅▅3741

Address of account holder *(Number, Street, City or Town, State, ZIP code)*

72 DARTMOUTH ST  FOREST HILLS, NY 11375-5142

### Definition of Penalty Statutes

1. **Foreign Financial Agency Transaction Violation — willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR):** 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

2. **Foreign Financial Agency Transaction Violation — non-willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR):** 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

3. **Negligent Failure to Report:** 31 USC 5321(a)(6) and 31 CFR sections 1010.350 and 1010.820(h)

4. **Negligent Failure to Meet Recordkeeping Requirements:** 31 USC 5321(a)(6) and 31 CFR sections 1010.420 and 1010.820(h)

5. **Pattern of Negligent Activity:** 31 USC section 5321(a)(6)(B)

| **TOTAL** proposed penalty *(from Page 2 of 2)* | $ 420051 |
|---|---|

### Signature Authorization

I consent to the immediate assessment and collection of the penalty amount specified above plus any interest and penalty as provided by law.

| Your signature | Date signed |
|---|---|
| *[signed]* Catherine Reyes | Oct 9, 2019 |
| Representative's signature *(valid only with Power of Attorney attached)* | Date signed |

Name of entity *(for corporations, partnerships, trusts, etc., when EIN specified above)*

| Signature of authorized officer | Title | Date signed |
|---|---|---|
|  |  |  |
| Signature of authorized officer | Title | Date signed |
|  |  |  |
| Name of examiner | Employee ID number | Date *(mmddyyyy)* |
|  |  |  |

Office of examiner

| Name of supervisor | Employee ID number | Date *(mmddyyyy)* |
|---|---|---|
|  |  |  |

Office of supervisor

**Exhibit KK**

| Catalog Number 36612U | www.irs.gov | Form **13449** (Rev. 5-2015) |
|---|---|---|

917 344 1227
344 1355
917 344 1338

IRS_0000661

06/20/2019 21:44 055784 MKB PK IRS Case 1:21-cv-05578-MKB-PK Document 22-43 Filed 05/02/23 Page 3 of 3 PageID #: 828 PAGE 4 OF 4

Page 2

## Foreign Account Penalty Information

| Name of account holder | Account holder ID *(EIN or SSN)* |
|---|---|
| Catherine Reyes | ███3741 |

### Foreign Account 1

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2010 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2161500 | ███250 | $ 140017 |

### Foreign Account 2

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2011 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2113813 | ███250 | $ 140017 |

### Foreign Account 3

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2012 | Lloyds TSB Bank | [X] (1)  [ ] (2)  [ ] (3)  [ ] (4)  [ ] (5) |

| Maximum value of account | Foreign account number(s) | Amount of penalty |
|---|---|---|
| $ 2113485 | ███250 | $ 140017 |

| | |
|---|---|
| **TOTAL** proposed penalty *(Enter here and on Page 1 of 2)* | $ 420051 |