UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
:
UNITED STATES OF AMERICA,        :
:
*Plaintiff,*                  :
:
v.                             :   No. 1:21-cv-05578
:
JUAN REYES and                   :   Dist. Judge Margo K. Brodie
CATHERINE REYES,                 :
:   Mag. Judge Roanne L. Mann
*Defendants.*                 :
---------------------------------x

# CERTIFICATION OF FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY OF LLOYDS BANK SWITZERLAND

We, Alberto Job, and Gregory Wear, hereby certify or affirm that the following statement is made on the basis of our personal knowledge, information, and belief, including information that we are aware of in our responsibility as employees of KPMG AG, acting as Data Agent to former Lloyds Bank Switzerland ("Lloyds Bank"), which has ceased operation in 2015.

1. KPMG AG acts as Data Agent to Lloyds Bank, and is a consulting and audit firm located in Zurich, Switzerland.

2. KPMG AG is a records custodian and we are qualified persons employed by KPMG AG who can provide a written declaration regarding the records of Lloyds Bank's regularly conducted business activity that are the subject of this Certification.

3. Lloyds Bank's records reflect that Juan Reyes and Catherine Reyes, opened an account with Lloyd's Bank with a client identification number of ▮250.

4. The records produced by Lloyds Bank in this case, which bear the following document production numbers, are subjects of this Certification:


Exhibit LL

- LLOYD_000001-LLOYD_002473 (this document number range pertains to the original files produced by KPMG AG in the USB stick of August 15, 2022)

These records are referred to collectively as "the Subject Records."

5. Each of the Subject Records is a duplicate of a record created or maintained by Lloyds Bank in the regular course of its business and accessible by KPMG AG as Data Agent.

6. Each of the Subject Records was made at or near the time by a person with knowledge of the information contained therein, or from information transmitted by a person with knowledge of the information contained therein.

7. Each of the Subject Records was kept in the course of Lloyds Bank's regularly conducted business activity and making each of the Subject Records was part of the regular practice of Lloyds Bank's business activity.

We declare that the foregoing is true and correct.

Dated this 21st day of February, 2023.

_____
Alberto Job                Gregory Wear
Director                   Manager

Both employed by KPMG AG, Badenerstrasse 172, 8036 Zurich, Switzerland