**Form 1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2010**

(99)   IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____ , 2010, ending _____ , 20 _____

| Name, Address, and SSN | | |
|---|---|---|
| Your first name: JUAN   MI: D.   Last name: REYES | | Your social security number: ___0937 |
| If a joint return, spouse's first name: CATHERINE   MI: ___   Last name: REYES | | Spouse's social security number: ___3741 |
| Home address (number and street). If you have a P.O. box, see instructions: 72 DARTMOUTH STREET | Apartment no. | Make sure the SSN(s) above and on line 6c are correct. |
| City, town or post office. If you have a foreign address, see instructions: FOREST HILLS, NY 11375   State   ZIP code | | |

See separate instructions.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund?..................... ► [X] You   [X] Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child

(COPY)

**Exemptions**

| | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age qualifying for child tax credit (see instrs) | Boxes checked on 6a and 6b: 2 |
|---|---|---|---|---|---|
| 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a............... | | | | | No. of children on 6c who: |
| b [X] Spouse................................................................... | | | | | • lived with you...... |
| c Dependents:   (1) First name   Last name | | | | | • did not live with you due to divorce or separation (see instrs).... |
| | | | | | Dependents on 6c not entered above. |

If more than four dependents, see instructions and check here ►[ ]

Add numbers on lines above ► 2

d Total number of exemptions claimed.............................................................. 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2.................................. | 7 | |
| 8a | Taxable interest. Attach Schedule B if required.................................. | 8a | 417. |
| b | Tax-exempt interest. **Do not** include on line 8a.......... | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required.............................. | 9a | |
| b | Qualified dividends................................ | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes............ | 10 | 2,140. |
| 11 | Alimony received................................................................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ........................... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here...... ►[ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797...................................... | 14 | |
| 15a | IRA distributions.......... 15a | | b Taxable amount....... | 15b | 2,136. |
| 16a | Pensions and annuities...... 16a | | b Taxable amount....... | 16b | 35,000. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E.. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F....................................... | 18 | |
| 19 | Unemployment compensation..................................................... | 19 | |
| 20a | Social security benefits...... 20a | 34,080. | b Taxable amount..... | 20b | 16,823. |
| 21 | Other income.................................................................... | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income**........ ► | 22 | 56,516. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses................................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ............... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889........ | 25 | |
| 26 | Moving expenses. Attach Form 3903........................ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans.......... | 28 | |
| 29 | Self-employed health insurance deduction................ | 29 | |
| 30 | Penalty on early withdrawal of savings.................. | 30 | |
| 31a | Alimony paid  b Recipient's SSN.. ► | 31a | |
| 32 | IRA deduction.......................................... | 32 | |
| 33 | Student loan interest deduction........................ | 33 | |
| 34 | Tuition and fees. Attach Form 8917..................... | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903.. | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35................................................. | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income**........ ► | 37 | 56,516. |

**Exhibit A**

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112L  12/22/10   Form 1040 (2010)

IRS_0000438

Form **1040** (2010)   JUAN D. AND CATHERINE REYES                                   0937   Page **2**

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | | 38 | 56,516. |
|---|---|---|---|---|---|---|---|
| | 39a | Check if: [X] You were born before January 2, 1946, [ ] Blind. **Total boxes** | | [ ] Blind. | checked ▶ 39a | 2 | |
| | | [X] Spouse was born before January 2, 1946, [ ] Blind. | | | | | |
| | b | If your spouse itemizes on a separate return, or you were a dual-status alien, check here. ▶ 39b | | | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | | | | 40 | 24,587. |
| | 41 | Subtract line 40 from line 38. | | | | 41 | 31,929. |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | | | | 42 | 7,300. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0-. | | | | 43 | 24,629. |
| | 44 | Tax (see instrs). Check if any tax is from: a [ ] Form(s) 8814 | | | | 44 | 2,856. |
| | | b [ ] Form 4972. | | | | | |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251. | | | | 45 | 0. |
| | 46 | Add lines 44 and 45. ▶ | | | | 46 | 2,856. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | | 47 | | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | | 48 | | | |
| | 49 | Education credits from Form 8863, line 23 | | 49 | | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | | 50 | | | |
| | 51 | Child tax credit (see instructions) | | 51 | | | |
| | 52 | Residential energy credits. Attach Form 5695. | | 52 | | | |
| | 53 | Other crs from Form: a [ ] 3800 b [ ] 8801 c [ ] | | 53 | | | |
| | 54 | Add lines 47 through 53. These are your total credits | | | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | | | 55 | 2,856. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | | | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | | | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | | 58 | |
| | 59a | [ ] Form(s) W-2, box 9 b [ ] Schedule H c [ ] Form 5405, line 16 | | | | 59 | |
| | 60 | Add lines 55-59. This is your total tax. ▶ | | | | 60 | 2,856. |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | | 61 | 214. | | |
| If you have a qualifying child, attach Schedule EIC. | 62 | 2010 estimated tax payments and amount applied from 2009 return | | 62 | | | |
| | 63 | Making work pay credit. Attach Schedule M | | 63 | | | |
| | 64a | Earned income credit (EIC) | | 64a | | | |
| | b | Nontaxable combat pay election ▶ | 64b | | | | |
| | 65 | Additional child tax credit. Attach Form 8812 | | 65 | | | |
| | 66 | American opportunity credit from Form 8863, line 14 | | 66 | | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | | 67 | | | |
| | 68 | Amount paid with request for extension to file | | 68 | | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | | 69 | | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | | 70 | | | |
| | 71 | Credits from Form: a [ ] 2439 b [ ] 8839 c [ ] 8801 d [ ] 8885 | | 71 | | | |
| | 72 | Add lns 61-63, 64a, & 65-71. These are your total pmts ▶ | | | | 72 | 214. |
| Refund | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | | | | 73 | |
| | 74a | Amount of line 73 you want **refunded to you**. If Form 8888 is attached, check here ▶ | | | | 74a | |
| Direct deposit? See instructions. | | ▶ b Routing number | ▶ c Type: [ ] Checking [ ] Savings | | | | |
| | | ▶ d Account number | | | | | |
| | 75 | Amount of line 73 you want **applied to your 2011 estimated tax**. ▶ | | 75 | | | |
| Amount You Owe | 76 | **Amount you owe.** Subtract line 72 from line 60. For details on how to pay see instructions | | | | 76 | 2,698. |
| | 77 | Estimated tax penalty (see instructions) | | 77 | 56. | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] **Yes. Complete below.** [ ] No |
|---|---|
| | Designee's name ▶ SIDNEY YOSKOWITZ CPA   Phone no. ▶ 516-466-6650   Personal identification number (PIN) ▶ 18762 |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See instructions. | Your signature ▶ | Date | Your occupation PHYSICIAN | Daytime phone number |
| Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. ▶ | Date | Spouse's occupation HOUSEWIFE | |

| Paid Preparer's Use Only | Print/Type preparer's name SIDNEY YOSKOWITZ CPA | Preparer's signature | Date | Check [ ] if self-employed | PTIN P01418762 |
|---|---|---|---|---|---|
| | Firm's name ▶ SIDNEY YOSKOWITZ   CPA, P.C. | | | | |
| | Firm's address ▶ 445 NORTHERN BLVD STE 36 | | | Firm's EIN ▶ | 4090 |
| | GREAT NECK, NY 11021-4804 | | | Phone no. | (516) 466-6650 |

Form **1040** (2010)

FDIA0112L   12/22/10

| SCHEDULE A (Form 1040) | | **Itemized Deductions** | | | OMB No. 1545-0074 **2010** |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040. ► See Instructions for Schedule A (Form 1040). | | | Attachment Sequence No. **07** |

Name(s) shown on Form 1040
JUAN D. AND CATHERINE REYES

Your social security number
0937

| Medical and Dental Expenses | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | 2,316. | |
| | 2 | Enter amount from Form 1040, line 38 ..... | 2 | 56,516. | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 4,239. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 |
| **Taxes You Paid** | 5 | State and local (check only one box): a ☐ Income taxes, or b ☒ General sales taxes | 5 | 522. | |
| | 6 | Real estate taxes (see instructions) | 6 | 14,675. | |
| | 7 | New motor vehicle taxes from line 11 of the worksheet on page 2 (for certain vehicles purchased in 2009). Skip this line if you checked box 5b | 7 | | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 15,197. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 8,640. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | |
| **Note.** Your mortgage interest deduction may be limited (see instrs). | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | |
| | 15 | Add lines 10 through 14 | | | 15 | 8,640. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | 750. | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | | 19 | 750. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | 0. |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses – job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses – investment, safe deposit box, etc. List type and amount ► | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 ..... | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other – from list in instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ | | | 28 | 0. |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | | 29 | 24,587. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here | | ► ☐ | | |

IRS_0000440

| SCHEDULE B<br>(Form 1040A or 1040) | Interest and Ordinary Dividends | OMB No. 1545-0074<br>**2010** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (99) | ► Attach to Form 1040A or 1040.     ► See Instructions. | Attachment<br>Sequence No  **08** |

Name(s) shown on return | Your social security number
JUAN D. AND CATHERINE REYES | 0937

**Part I**
**Interest**

(See instructions for Form 1040A, or Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address .................. ► | | |
| | CHASE | | 1. |
| | CHASE | | 406. |
| | RIDGEWOOD | | 10. |
| | | 1 | |
| 2 | Add the amounts on line 1 ............................................. | 2 | 417. |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 .................................. | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a. ............... ► | 4 | 417. |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II**
**Ordinary Dividends**

(See instructions for Form 1040A, or Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer ....  ► | | |
| | | 5 | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ............... ► | 6 | 0. |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III**
**Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7 a | At any time during 2010, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1. ........................ | | X |
| | b If 'Yes,' enter the name of the foreign country.  ► | | |
| 8 | During 2010, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ............................ | | X |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.     FDIA0401L  10/15/10     Schedule **B** (Form 1040) 2010

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **09**

Name of proprietor

JUAN D. REYES

Social security number (SSN)

0937

**A** Principal business or profession, including product or service (see instructions)

PHYSICIAN-LEGAL CASES

**B** Enter code from instructions

► 621111

**C** Business name. If no separate business name. leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses.... [X] Yes [ ] No

**H** If you started or acquired this business during 2010, check here ........................................ ►

## Part I    Income

| | | |
|---|---|---:|
| 1 Gross receipts or sales. **Caution.** See instructions and check the box if: <br> • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or <br> • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ........................... ► [ ] | 1 | 142,398. |
| 2 Returns and allowances .......................................................................... | 2 | |
| 3 Subtract line 2 from line 1. ...................................................................... | 3 | 142,398. |
| 4 Cost of goods sold (from line 42 on page 2) ........................................................ | 4 | |
| 5 **Gross profit.** Subtract line 4 from line 3 ........................................................... | 5 | 142,398. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ................................................................................ | 6 | |
| 7 **Gross income.** Add lines 5 and 6. ......................................................... ► | 7 | 142,398. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---:|
| 8 Advertising........... | 8 | | 18 Office expense........................... | 18 | |
| 9 Car and truck expenses (see instructions)... | 9 | | 19 Pension and profit-sharing plans......... | 19 | |
| 10 Commissions and fees ...... | 10 | | 20 Rent or lease (see instructions): | | |
| 11 Contract labor (see instructions) ............. | 11 | | a Vehicles, machinery, and equipment..... | 20a | |
| 12 Depletion................... | 12 | | b Other business property.................. | 20b | |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions)......... | 13 | | 21 Repairs and maintenance................. | 21 | |
| | | | 22 Supplies (not included in Part III) ........ | 22 | |
| | | | 23 Taxes and licenses...................... | 23 | |
| 14 Employee benefit programs (other than on line 19)...... | 14 | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel................................ | 24a | |
| 15 Insurance (other than health).. | 15 | | b Deductible meals and entertainment (see instructions)....................... | 24b | |
| 16 Interest: | | | 25 Utilities................................. | 25 | |
| a Mortgage (paid to banks, etc) ...... | 16a | | 26 Wages (less employment credits)......... | 26 | |
| b Other................... | 16b | | 27 Other expenses (from line 48 on page 2) ............................. | 27 | 142,398. |
| 17 Legal & professional services .. | 17 | | | | |

| | | |
|---|---|---:|
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27............... ► | 28 | 142,398. |
| 29 Tentative profit or (loss). Subtract line 28 from line 7. ............................................ | 29 | |
| 30 Expenses for business use of your home. Attach **Form 8829**. ...................................... | 30 | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29. <br> • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** <br> • If a loss, **you must** go to line 32. | 31 | 0. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you must attach **Form 6198**. Your loss may be limited.

32 a [ ] All investment is at risk.
32 b [ ] Some investment is not at risk.

**BAA   For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIZ0112L   12/27/10

Schedule **C** (Form 1040) 2010

IRS_0000442