

U.S. Department of Justice

Tax Division

*Trial Attorney: Philip Leonard Bednar*  
*Attorney's Direct Line: 202-307-6415*  
*Fax No.:  202-514-5238*  
*Philip.L.Bednar@usdoj.gov*

Please reply to:   Civil Trial Section, Northern Region  
P.O. Box 55  
Washington, D.C. 20044

DAH:DMK:PLBednar  
DJ 5-52-20541  
CMN 2021100376

January 24, 2024

**Via ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *United States of America v. Reyes, et al.,*
                Case No. 1:21-cv-05578 (E.D.N.Y.)

Dear Chief Judge Brodie:

      We are counsel for the Plaintiff United States in this action.  Pursuant to Federal Rule of Civil Procedure 58(d), we submit this letter motion for entry of judgment, following the Court's Memorandum & Order entered on January 10, 2024 (Docket No. 25) in which the Court granted the United States' motion for summary judgment on all claims in this case.

      A judgment was not entered on the docket after entry of the Memorandum & Order, and on January 23, 2024, a docket text entry stating "Civil Case Terminated" was entered.  As a result of this most recent docket text entry, the United States believes this letter motion is necessary so that a judgment is entered on the docket.  Pursuant to Federal Rule of Civil Procedure 58(d), "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)."  Fed. R. Civ. P. 58(d).  Under Rule 58(a), "[e]very judgment…must be set out in a separate document," with certain exceptions that do not apply here.  Fed. R. Civ. P. 58(a).

      On January 22, 2024, the undersigned counsel for the United States had a teleconference with Defendants' counsel, in which the undersigned mentioned that a judgment had not yet been entered on the docket and that the undersigned intends to follow up with the Court on entry of judgment.  Defendants' counsel raised no opposition.  A judgment is needed to implement the Court's order granting the United States' motion for summary judgment on all claims, and so that the United States can pursue collection of the FBAR penalty liabilities at issue in this case.

2

      Attached hereto is a copy of the United States' proposed judgment that was filed with the motion papers at Docket No. 22-6.  The proposed judgment is consistent in all respects with the Court's Memorandum & Order.  The United States requests that the Court enter the attached proposed judgment.

      Respectfully submitted,

      */s/ Philip L. Bednar*

      PHILIP L. BEDNAR
      JULIA M. GLEN
      Trial Attorneys
      Civil Trial Section, Northern Region

Enclosure:  As stated