# MAZZOLA LINDSTROM LLP

RICHARD E. LERNER
PARTNER
Richard@mazzolalindstrom.com
O: 646-813-4345
C: 917-584-4864

February 5, 2024

**Via ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: United States v. Reyes, 21-cv-05578 (MKB)

Dear Chief Judge Brodie:

      I represent the Reyes defendants.

      On January 25th, the court directed that the Reyeses respond by today to the government's motion to reopen the case so that a judgment may be entered for post-judgment interest and pre-judgment interest from February 21, 2023. The Reyeses do not object in principle to the assessment of interest on the award. However, the interest calculations in the proposed judgment are opaque, and we request the government be directed to show its math, so to speak. Once we are informed of the interest rates used in the calculations, and how the government arrived at its numbers, we could then advise the court whether the Reyeses agree or disagree with the calculations.

      Accordingly, we request that the judgment be held in abeyance until the requested information is provided.

      Respectfully submitted,

      MAZZOLA LINDSTROM LLP

      Richard E. Lerner

**Service via ECF**

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com