UNITED STATES
EASTERN DISTRICT OF NEW YORK

Case No. 21-cv-05578

---------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JUAN REYES and CATHERINE REYES,

                Defendants.
---------------------------------------------------------x

## Notice of Appeal

Notice is hereby given that defendants Juan Reyes and Catherine Reyes hereby appeal to the United States Court of Appeals for the Second Circuit from each and every aspect of the final judgment dated August 5, 2024 (ECF 36), including all adverse orders and rulings issued during the entire proceeding.

Dated:  New York, New York
          August 30, 2024

                              **MAZZOLA LINDSTROM LLP**

                              Richard E. Lerner
                              *Counsel for defendants Juan Reyes and Catherine*
                              1350 Avenue of the Americas, Second Floor
                              New York, New York 10019
                              917-584-4864
                              646.216.8300
                              richard@mazzolalindstrom.com

**Service Via ECF**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                      JUDGMENT

     v.

                                                         21-CV-5578 (MKB)

JUAN REYES and CATHERINE REYES,

                             Defendants.
---------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on May 21, 2024, granting the government's motion to reopen the case and directing the Clerk of Court to enter judgment against (1) Dr. Juan Reyes in the amount of $518,170.30 plus statutory additions, including (a) interest accruing pursuant to 31 U.S.C. § 3717(a)(1) from and after February 21, 2023, until the date of entry of the judgment, (b) interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of the judgment until the judgment is fully paid, and (c) late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until the judgment is fully paid; and (2) Catherine Reyes in the amount of $518,170.30 plus statutory additions, including (a) interest accruing pursuant to 31 U.S.C. § 3717(a)(1) from and after February 21, 2023, until the date of entry of the judgment, (b) interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of the judgment until the judgment is fully paid, and (c) late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until the judgment is fully paid; it is

        ORDERED and ADJUDGED that the government's motion to reopen the case is granted; that judgment is hereby entered against (1) Dr. Juan Reyes in the amount of $518,170.30 plus statutory additions, including (a) interest accruing pursuant to 31 U.S.C. § 3717(a)(1) from and

after February 21, 2023, until the date of entry of the judgment, (b) interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of the judgment until the judgment is fully paid, and (c) late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until the judgment is fully paid; and (2) Catherine Reyes in the amount of $518,170.30 plus statutory additions, including (a) interest accruing pursuant to 31 U.S.C. § 3717(a)(1) from and after February 21, 2023, until the date of entry of the judgment, (b) interest accruing pursuant to 28 U.S.C. § 1961(a) from and after the date of entry of the judgment until the judgment is fully paid, and (c) late-payment penalties accruing pursuant to 31 U.S.C. § 3717(e)(2) from and after February 21, 2023, until the judgment is fully paid.

| | |
|---|---|
| Dated: Brooklyn, New York<br>August 5, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>         Deputy Clerk |